**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **High Mesa, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5356995** |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | **Debtor's address** | **16600 Park Row, Suite 158 Houston, TX 77084** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Harris** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **High Mesa, Inc.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor **SEE ATTACHED SCHEDULE 1** Relationship _____

District _____ When _____ Case number, if known _____

| Debtor | **High Mesa, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | High Mesa, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2020**
MM / DD / YYYY

**X /s/ Scott Ricks**                                                     **Scott Ricks**
Signature of authorized representative of debtor          Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X /s/ RANDY W. WILLIAMS**                                    Date **January 24, 2020**
Signature of attorney for debtor                                        MM / DD / YYYY

**RANDY W. WILLIAMS**
Printed name

**Byman & Associates PLLC**
Firm name

**7924 Broadway, Suite 104**
**Pearland, TX 77581**
Number, Street, City, State & ZIP Code

Contact phone   **281-884-9262**          Email address   **rww@bymanlaw.com**

**21566850 TX**
Bar number and State

## PETITION - SCHEDULE 1

### Pending Bankruptcy Cases Filed by the Debtors and Affiliates of the Debtors

Each of the affiliated entities listed below, including the debtor in this chapter 7 case (collectively, the "Debtors"), filed a petition with this Court for relief under chapter 7 of the Bankruptcy Code.

| Debtor Name | Date File | District |
|---|---|---|
| Alta Mesa Acquisition Sub, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Alta Mesa Drilling, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Alta Mesa Energy, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Alta Mesa GP, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| AM Idaho, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| AM Michigan, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| AMH Energy New Mexico, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Aransas Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| ARI Development, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Brayton Management GP II, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Brayton Resources II, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Brayton Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Buckeye Production Company, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Cairn Energy USA, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| FBB Anadarko, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Galveston Bay Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |

| | | |
|---|---|---|
| High Mesa Holdings GP, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| High Mesa Holdings, L.P. | 1/24/2020 | Southern District of Texas, Houston Division |
| High Mesa Services, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| High Mesa, Inc. | 1/24/2020 | Southern District of Texas, Houston Division |
| HMS Kingfisher Holdco, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| LEADS Resources, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Louisiana Exploration & Acquisition LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Louisiana Onshore Properties, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Navasota Resources Ltd. LLP | 1/24/2020 | Southern District of Texas, Houston Division |
| Nueces Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Petro Acquisitions, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Petro Operating Company, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Sundance Acquisition, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| TEA Energy Services | 1/24/2020 | Southern District of Texas, Houston Division |
| Texas Energy Acquisitions, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| The Meridian Production, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| The Meridian Resource and Explorations, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| The Meridian Resource, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Virginia Oil and Gas, LLC | 1/24/2020 | Southern District of Texas, Houston Division |

On September 11, 2019, each of the affiliated entities listed below (collectively, the "**Initial Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas. The chapter 11 cases of the Initial Debtors are being jointly administered at Case Number 19-35133 (MI).

| DEBTOR | CASE NUMBER | RELATIONSHIP |
|---|---|---|
| Alta Mesa Resources, Inc. | 19-35133 | Ultimate Parent |
| Alta Mesa Holdings, LP | 19-35134 | Affiliate |
| Alta Mesa Holdings GP, LLC | 19-35135 | Affiliate |
| OEM GP, LLC | 19-35136 | Affiliate |
| Alta Mesa Finance Services Corp. | 19-35137 | Affiliate |
| Alta Mesa Services, LP | 19-35138 | Affiliate |
| Oklahoma Energy Acquisitions, LP | 19-35139 | Affiliate |

On January 12, 2020, each of the affiliated entities listed below (collectively, the "**KFM Debtors**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas These chapter 11 cases and the Initial Debtors' cases are being jointly administered at Case Number 19-35133 (MI).

| COMPANY |
|---|
| Kingfisher Midstream, LLC |
| Kingfisher STACK Oil Pipeline, LLC |
| Oklahoma Produced Water Solutions, LLC |
| Cimarron Express Pipeline, LLC |

In addition, January 20, 2020, SRII Opco GP, LLC and SRII Opco, LP, affiliates of the Initial Debtors and the KFM Debtors, each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. These chapter 11 cases, KFM Debtors and the Initial Debtors' cases are being jointly administered at Case Number 19-35133 (MI).

3

**Fill in this information to identify the case:**

Debtor name   **High Mesa, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 24, 2020**    X **/s/ Scott Ricks**

Signature of individual signing on behalf of debtor

**Scott Ricks**

Printed name

**Authorized Representative**

Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

High Mesa Holdings, LP ("**HMH**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**")[1] filed for chapter 7 (the "**Chapter 7 Cases**") and in connection therewith have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statements of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements, pursuant to section 521 of Chapter of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and are unaudited.

In fact, there was limited data available to the Debtors, their management and professionals to prepare the Schedules and Statements. First, as a result of transactions between the Debtors and various Alta Mesa Resources, Inc. ("**Alta Mesa**") entities that are currently in chapter 11, the Debtors do not have the underlying data prior to January 1, 2019 for their assets or the financial transactions related thereto. The Debtors were furnished with summary information and trial balances and used that information beginning January 1, 2019 to create books for the Debtors.

In addition, the Debtors retained the services of Opportune LLC ("**Opportune**") to provide the accounting and financial functions of the Debtors beginning January 1, 2019, and the underlying data from January 1, 2019 to date is held and in the possession of Opportune. When Opportune was asked to provide the Debtors professionals with access to its own data, they were denied unless and until past obligations of the Debtor from 2018 were satisfied. The Debtors' professionals were able to download some of the Opportune maintained data through a connection that was ultimately terminated by Opportune when the download was discovered. Because of liquidity issues and pending litigation, the Debtors had to move forward with the chapter 7 filings with the data and information available.

---

[1] The Debtors in these Chapter 7 cases are as follows: ALTA MESA ACQUISITION SUB LLC, ALTA MESA DRILLING LLC, ALTA MESA ENERGY LLC, ALTA MESA GP LLC, AM IDAHO LLC, AM MICHIGAN LLC, AMH ENERGY NEW MEXICO LLC, ARANSAS RESOURCES LP, ARI DEVELOPMENT LLC, BRAYTON MANAGEMENT GP II LLC, BRAYTON RESOURCES II LP, BRAYTON RESOURCES LP, BUCKEYE PRODUCTION COMPANY LP, CAIRN ENERGY USA LLC, FBB ANADARKO LLC, GALVESTON BAY RESOURCES LP, HIGH MESA HOLDINGS GP LLC, HIGH MESA HOLDINGS LP, HIGH MESA INC, HIGH MESA SERVICES LLC, HMS KINGFISHER HOLDCO LLC, LEADS RESOURCES LLC, LOUISIANA EXPLORATION & ACQUISITION LP, LOUISIANA EXPLORATION AND ACQUISITIONS PARTNERSHIP LLC, LOUISIANA ONSHORE PROPERTIES LLC, NAVASOTA RESOURCES LTD LLP, NEW EXPLORATION TECHNOLOGIES COMPANY LLC, NUECES RESOURCES LP, PETRO ACQUISITIONS LP, PETRO OPERATING COMPANY LP, SUNDANCE ACQUISITION LLC, TE TMR LLC, TEA ENERGY SERVICES LLC, TEXAS ENERGY ACQUISITIONS LP, THE MERIDIAN PRODUCTION LLC, THE MERIDIAN RESOURCE AND EXPLORATIONS LLC, THE MERIDIAN RESOURCE LLC, TMR DRILLING LLC, TMR EQUIPMENT LLC, VIRGINIA OIL AND GAS LLC. The location of the Debtors' corporate headquarters and service address is 16600 Park Row, Suite 158, Houston, TX.

While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the data and information that was available at the time of preparation, subsequent information or discovery could provide more information about the items identified in the Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, as well as the fact that underlying historical data has not been provided by Alta Mesa and/or Opportune, these Schedules and Statements are as complete as practicable.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements for the Debtors are signed by Scott Ricks, Authorized Representative of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Ricks necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Ricks has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors. classification of such amounts, and creditors' addresses. The Debtors' accounting, finance and land management systems, such as they existed given the Debtors relationship with Alta Mesa and Opportune, were used to manage and track oil and gas production with a secondary focus on the creation of consolidated and consolidating financial statements. As such, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements, while the beneficiary of the transaction may have been another Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors, and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors and their professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors, or their agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or financial advisors are advised of the possibility of such damages.

**Global Notes and Overview of Methodology**

1. **Description of Cases.** On January 24, 2020, (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Debtors will be filing a *Motion for Joint Administration* directing joint administration of the chapter 7 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor filed its own Schedules and Statements. The information provided therein, except as otherwise noted, is reported as of the Petition Date of each respective Debtor, as appropriate.

2. **Reservations and Limitations.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.   Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 7 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any  specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   (a)   **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

   (b)   **Recharacterization.** Notwithstanding that the Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.

   (c)   **Categories or Labels for Purpose of Presentation in Schedules and Statements**. Information requested by the Schedules and Statements requires the Debtors to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtors' decisions regarding the category or label to use is based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed.

   (d)   **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the right to

recharacterize or reclassify such claim or contract.

**Claims Description.** Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."

(e)     **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f)     **Causes of Action.** Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

(g)     **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only.

(h)     **Royalties**. The leases owned by the Debtors exist in some cases in long producing oil and gas fields. Although royalty payments have been made, payments may have been uncashed, and others may have been unpaid because the current living owners are unknown.

(i)     **P&A Liability**. The Debtors own wells that are at the end of life and may be subject to imminent plugging and abandonment liabilities. The Debtors have made an estimation as to the amount of what these liabilities might be.

**3.     Methodology.**

(a)     **Basis of Presentation.** The Debtors relied on Opportune, an outside firm, to maintain Debtor's books and records. As such, critical books of account and

records were unavailable to Debtors and Debtors' advisors, including but not limited to the following deficiencies and hindrances:

- Books, records and general ledger accounts of all known current and former affiliates, including both Debtor and non-Debtor entities, were not available for examination. Additionally, some entities and affiliates were determined as having no known assets or claims.

- In examining available general ledger accounts, it appeared that not all transactions included account detail and certain transaction descriptions could be deciphered. Additionally, it appeared that there occurred extensive use of specialized or intermediary suspense accounts. Accordingly, Debtors' advisors were prevented from confirming corresponding transactions and classifications and therefore, prohibited from achieving a reconciliation of transactions. Further, Debtors' advisors were prevented from establishing a systematic approach to identifying transactions as ordinary course of business or accurately estimate revenue.

- Due to the lack of information or data, these Schedules and Statements rely on analysis which focused on transaction activity from HMH to other Debtors and not necessarily inter-Debtor or intra-Debtor transactions besides those occurring from HMH to other Debtors.

- Due to the opacity of the aforementioned details, Debtors' advisors cannot reasonably ascertain that they have fully captured all transactions of interest as requested in these Schedules and Statements. Additionally, some transactions have been classified, characterized, categorized, or designated giving benefit to the likelihood of the Court's interest in knowledge of such transactions without the certainty to accuracy of such classification, characterization, categorization or designation.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("GAAP"), nor are they intended to fully reconcile to the financial statements prepared by the Debtors. These Schedules and Statements reflect the best available estimate of assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the limited data extracted from the available Debtors' books and records and historical financial statements. Where possible, HMH has presented its oil and gas interests as real property, net of dispositions, depletion and impairments. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that a Debtor was

solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that a Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

All asset and liability information, except where otherwise noted, is reflected through September 30, 2019.

(b)  **Confidential Information.** There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtors have used this approach because of a confidentiality agreement between the Debtors and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)  **Master Agreements.** Contracts and leases listed in the Schedules and Statements may be master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)  **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

(e)  **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values where possible. **In certain instances, debtors' advisors were not provided with sufficient underlying details and schedules in order to properly assess book value.** Additionally, Market values may vary, in some instances, materially, from net book values presented as of September 30, 2019. The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(f)     **Undetermined Amounts.** The description of an amount as "unknown," is not intended to reflect upon the materiality of such amount.

(g)     **Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

(h)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(i)     **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(j)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

**Intercompany Claims.** The Debtors maintain business relationships with each other, conducting transactions from time to time that result in intercompany receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Known and assumed prepetition receivables and payables among and between the Debtors are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtors' books and records. The listing of any amounts with respect to such receivables and

payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

(k) **Guarantees and Indemnification Claims.** The Debtors have exercised commercially reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H for the affected Debtor. The Debtors may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as they continue to review their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified. In addition, the Debtors have entered into certain guarantees of debt and other obligations of other Debtors. The Debtors do not track these guarantees and thus have not listed them.

(l) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4. **Specific Schedules Disclosures**.

(a) **Schedules Summary**. Except as otherwise noted, the asset and liability totals represent amounts through September 30, 2019. The Company closes its books quarterly. Based on the size of the Company, the scope of its operations and internal accounting resources, a monthly close is not performed.

(b) **Schedule A/B – Parts 1 & 2 - Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' bank accounts are provided in the Debtors' Schedules.

(c) **Schedule A/B, Part 3 – Accounts Receivable, Item 11.** The Debtors' reported accounts receivable through September 30, 2019. Also, accounts receivable includes amounts that may be uncollectible. The Debtors are unable to determine with certainty what amounts will actually be collected.

(d) **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as unknown amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(e) **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Debtors did not maintain an asset depreciation schedule.

(f) **Schedule A/B, Part 8 – Machinery, equipment, & vehicles.** Debtors did not maintain an asset depreciation schedule.

(g)     **Schedule A/B, Part 9 – Real Property.** For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

Certain of the instruments reflected on Schedule A/B 55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany agreement.

(h)     **Schedule A/B, Part 11 – All Other Assets.** Debtors did not maintain an asset depreciation schedule.

(i)     ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including* Counterclaims *of the Debtors and Rights to Setoff Claims.*** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(j)     **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D and reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, some of the Debtors may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

**Schedule E/F – Creditors Who Have Unsecured Claims.**

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a commercially reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding certain compensation-related claims of insiders of the Debtors, with such claims being listed as "contingent," "unliquidated," and/or "disputed." In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Additionally, due to Opportune's denied access to records, Debtor is unable to provide confirmation of transaction activity past September 30, 2019. Accordingly, the information contained in Schedules D and

E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

(k)     **Schedule G – Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, relationships between the Debtors and their vendors are often governed by a master services agreement, under which the Debtors also place work and purchase orders, which may be considered executory contracts. Disclosure of all of these purchase and work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(l)     **Schedule H – Co-Debtors.** The Debtors **have** made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "**Guaranties**") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors providing such Guaranties. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or E/F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.

**5.**     **Specific Statements Disclosures.**

(a)     **Statements, Part 1, Question 1 – Income.** Due to the circumstances outlined previously, the Debtors cannot accurately estimate income for 2019 or year to date.

(b)     **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.** The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check date. Prior to the Petition Date, the Debtors maintained a centralized cash management system through which certain Debtors made payments on behalf of certain Debtor affiliates and certain non-debtor affiliates. Consequently, for the purpose of this schedule, payments are recorded on the Debtor's Statements, Part 2, Question 3, based on the Debtor's bank account owned.

Payments to the Debtors' bankruptcy professionals, insiders, intercompany transactions, wage garnishments and donations are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Question 11), insider (Question 4), intercompany (Question 4).

(c)     **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.** To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4. Business travel arrangements, including flights and hotels, for certain of the Debtors' directors and officers have been paid for by the Debtors' corporate credit card. Such payments are listed in the response to Question 4 on the Statements.

(d)     **Statements, Part 2, Question 6 – Setoffs.** The Debtors routinely incur setoffs and net payments and record offsets in the ordinary course of business. Such setoffs, nettings and offsets may occur due to a variety of transactions or disputes including, but not limited to, joint- interest billings, intercompany transactions, counterparty settlements, pricing discrepancies, warranties, refunds, negotiations, or disputes between the Debtors and their operating partners or suppliers. These ordinary course setoffs and nettings are common to the industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, ordinary course set-offs are excluded from the Debtors' responses to Question 6 of the Statements

(e)     **Statements, Part 3, Question 7 – Legal Actions or Assignments.** The Debtors do not know of any workers' compensation claims in response to this question. However, if any become known the Debtors maintain that disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996).

(f)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The payments provided in Question 11 are reported for the joint representation of the Debtors. The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.

(g)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Distributions by the Debtors to their respective directors and officers are listed on the attachment to Question 4.

## 6.     <u>Predecessor Business Combinations</u>

Certain transactions were consummated on February 8, 2018 that resulted in Alta Mesa's acquisition of interests in Alta Mesa Holdings, LP ("**AMH**"), Alta Mesa Holdings GP, LLC and Kingfisher Midstream, LLC. Prior to the closing of the transaction, AMH was controlled by Debtor entity High Mesa, Inc. ("**HMI**").  During the fourth quarter of 2017, AMH sold certain oil and gas assets and liabilities. Immediately prior to the closing of the transaction, AMH distributed oil and gas assets and liabilities to HMH.

Alta Mesa has alleged that High Mesa Services LLC ("HMS"), a subsidiary of HMI is the obligor under two promissory notes in the principal amount of $1.5 million and $8.5 million. Alta Mesa has claimed that as of December 31, 2018, approximately $1.7 million and $11.7 million, respectively, were outstanding under the promissory notes including the accumulated interest cost. When the $1.5 million promissory note allegedly became due on February 28, 2019, HMS made no payment as HMI disputes that it has any obligation to pay the $1.5 million promissory note and the $8.5 million promissory note to Alta Mesa. Alta Mesa is pursuing remedies in connection with securing repayment of the past due promissory note by HMS and the $8.5 million promissory note, which allegedly matured on December 31, 2019.

Alta Mesa distributed oil and gas assets to a subsidiary of HMI, and certain subsidiaries of HMI agreed to indemnify and hold Alta Mesa harmless from any liabilities associated with those oil and gas assets, regardless of when those liabilities arose. Alta Mesa also entered into a management services agreement (the "MSA") with HMI whereby Alta Mesa agreed to provide management services to HMI which included both operational and administrative functions. At December 31, 2018, Alta Mesa alleged that HMI owed approximately $10.0 million, which Alta Mesa claimed included amounts owed (i) under the MSA, (ii) from a duplicate revenue payment made to HMI and (iii) pursuant to payables arising prior to the transaction. Subsequent to year-end, Alta Mesa billed HMI an additional $0.9 million for incremental MSA costs incurred and received approximately $1.0 million in payments toward all amounts outstanding. HMI has disputed certain of these amounts. Alta Mesa is pursuing remedies under applicable law in connection with repayment of this receivable.

Additionally, Alta Mesa is co-guarantor under certain surety bonds with HMI, including bonds that cover oil and gas assets owned by them. The surety has requested posting of collateral, which includes HMI surety bonds in an amount of approximately $15 million.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

| | |
|---|---|
| Schedule A/B 47 | Vehicles: Vehicles listed are reported to be titled to the Debtor. There are other vehicles that may be in control of a Debtor entity which were not properly transferred following the transaction. The Debtor reserves all rights regarding the vehicles that may be in Debtor's possession but not properly titled and transferred and may amend these schedules as appropriate. |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **High Mesa, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................................    $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................    $ ____48,837.23_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................    $ ____48,837.23_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ ___736,845.48_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ ___757,593.61_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ __66,064,803.19_

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b

   $ __67,559,242.28_

**Fill in this information to identify the case:**

Debtor name **High Mesa, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citibank** | **Checking** | **8502** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | **$0.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid Insurance - Account #xxx5338** | **$24,972.72** |
|---|---|---|

| 8.2. | **Prepaid Insurance - Account #xxx7719** | **$23,864.51** |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number *(If known)* | |
| | Name | | |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $48,837.23

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:   Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | **High Mesa Holdings GP, LLC** | **100%** % | | **Unknown** |
| 15.2. | **High Mesa Holdings, LP** | **100%** % | | **Unknown** |
| 15.3. | **High Mesa Services, LLC** | **100%** % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |

17. **Total of Part 4.**

   Add lines 14 through 16.  Copy the total to line 83.

   $0.00

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **See attached Exhibit B47 for Vehicles and Trailers**<br>**No asset depreciation schedule.**<br>**Condition unknown.** | **Unknown** | | **Unknown** |

**48.**     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**     **Aircraft and accessories**

**50.**     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**     **Total of Part 8.**

$0.00

Add lines 47 through 50.  Copy the total to line 87.

**52.**     **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **NOL Carryforward (as of 2018 Tax Return)** | Tax year **2018** | **Unknown** |
|---|---|---|

73. **Interests in insurance policies or annuities**

| **Excess Liability Insurance (Policy No. JUMB101676) - Markel International Ins Co** | **Unknown** |
|---|---|
| **Commercial General Liability (Policy No. JCGL101950) - Markel International Ins Co** | **Unknown** |
| **Liability  (Policy No. JOPA100037) - Markel International Ins Co** | **Unknown** |
| **Vessel Pollution Policy (Policy No. 53-27559) - Water Quality Insurance Syndicate - Policy Limit: $5,000,000.00** | **Unknown** |
| **Commercial Hull & Machinery Insurance (Policy No. MH 5843920 11) - Zurich American Insurance Co. - Policy Limti: $1,000,000.00** | **Unknown** |
| **Oil and Gas Excess Liability (Policy No. JUMB101676) - J.H. Blades & Co., Inc. - Policy Limit: $50,000,000.00** | **Unknown** |
| **Directors and Officers (Policy No. 8251-0203) - Federal Insurance Company - Policy Limit: $5,000,000.00** | **Unknown** |
| **Casualty Insurance (Combined Cover Note No. JHB-CJP-2219 (A)) - J.H. Blades & Co., Inc.** | **Unknown** |
| **Marine (Policy No. MH 5843920 10) - Zurich American Ins Co of IL** | **Unknown** |
| **Pollution (Policy No. 50-27559) - Water Quality Insurance** | **Unknown** |
| **Oil and Gas General Liability (Policy No. JCGL101950) - J.H. Blades & Co., Inc. - Policy Limit: $2,000,000.00** | **Unknown** |

Debtor    **High Mesa, Inc.**                                    Case number *(If known)* _____
          Name

**Oil Pollution Act (Policy No. JOPA100057) - J.H. Blades
Co., Inc. - Policy Limit: $35,000,000.00**                                                        **Unknown**

---

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Intercompany Accounts Receivable**                                                       **Unknown**

---

78.    **Total of Part 11.**                                                        | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **High Mesa, Inc.**                                    Case number *(if known)* _____
_____
Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $48,837.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $48,837.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $48,837.23 |

**Fill in this information to identify the case:**

Debtor name **High Mesa, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **ANDREWS COUNTY TAX OFFICE**
Creditor's Name

**210 NW 2ND STREET**
**ANDREWS, TX 79714**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2019**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**See Exhibit B-55**

Describe the lien
**Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Column A: **$137.04**    Column B: **$0.00**

**2.2** **BCE-AMH HOLDINGS LLC**
Creditor's Name

**1201 Louisiana Street**
**Suite 3308**
**Houston, TX 77002**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**9-12-19**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien

Describe the lien
**UCC Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**    Column B: **$0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **High Mesa, Inc.**                                          Case number (if know) _____
_____
Name

■ No                              ■ Contingent
☐ Yes. Specify each creditor,     ■ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.3 | **BCE-MESA HOLDINGS LLC** |
|---|---|

Creditor's Name

**1201 Louisiana Street**
**Suite 3308**
**Houston, TX 77002**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **Unknown**          **$0.00**

Describe the lien
**UCC Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**9-12-19**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **BRAZOS COUNTY TAX**
**ASSESSOR** |
|---|---|

Creditor's Name

**4151 COUNTY PARK CT**
**BRYAN, TX 77802**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **$44.17**          **$0.00**
**See Exhibit B-55**

Describe the lien
**Property Taxes**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **CAMERON PARISH TAX**
**COLLECTOR** |
|---|---|

Creditor's Name

**PO BOX 1250**
**CAMERON, LA 70631**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **$2,442.24**          **$0.00**
**See Exhibit B-55**

Describe the lien
**Property Taxes**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  2 of 10

Debtor **High Mesa, Inc.**                                    Case number (if know) _____

_____ Name

_____
Creditor's email address, if known

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **CHAPPY ENERGY, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**31 Hammock Dunes Place**
**Spring, TX 77389**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**9-12-19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **CITY OF ST GABRIEL** | Describe debtor's property that is subject to a lien | $827.35 | $0.00 |

Creditor's Name

**See Exhibit B-55**

**PO BOX 597**
**ST GABRIEL, LA 70776**

Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.8** | **CORTLAND CAPITAL MARKET SERVICES LLC**

Creditor's Name

**225 W. WASHINGTON STREET**
**21ST FLOOR**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10-08-15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    **Unknown**          **$0.00**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

**2.9** | **GALVESTON COUNTY TAX ASSESSOR**

Creditor's Name

**722 MOODY**
**GALVESTON, TX 77550**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    **$5,626.26**          **$0.00**
**See Exhibit B-55**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

**2.10** | **GONZALES COUNTY TAX ASSESSOR**

Creditor's Name

**PO BOX 677**
**GONZALES, TX 78629**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**

**Describe debtor's property that is subject to a lien**                    **$248.20**          **$0.00**
**See Exhibit B-55**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  4 of 10

Debtor   **High Mesa, Inc.**
_____
Name

Case number (if know) _____

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **IDAHO DEPARTMENT OF LANDS** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $50,361.57 | $0.00 |
| | **300 NORTH 6TH STREET STE 103 PO BOX 83720 BOISE, ID 83720-0050** | **See Exhibit B-55** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **LA DEPT OF ENVIROMENTAL QLTY** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $14,105.90 | $0.00 |
| | **DEQ FINANCIAL SERVICES DIV ATTN ACCOUNTS RECEIVABLE PO BOX 4311 BATON ROUGE, LA 70821-4311** | **See Exhibit B-55** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **High Mesa, Inc.**                                              Case number *(if know)* _____
_____
Name

| | |
|---|---|

**2.1 3**  **LAVACA COUNTY TAX ASSESSOR**                    Describe debtor's property that is subject to a lien        $627.79          $0.00
Creditor's Name                                            **See Exhibit B-55**

**PO BOX 293**
**HALLETTSVILLE, TX 77964**
Creditor's mailing address                                 Describe the lien
                                                           **Property Taxes**
                                                           **Is the creditor an insider or related party?**
                                                           ■ No
Creditor's email address, if known                         ☐ Yes
                                                           **Is anyone else liable on this claim?**
**Date debt was incurred**                                 ■ No
**2019**                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                          **As of the petition filing date, the claim is:**
**interest in the same property?**                         Check all that apply
■ No                                                       ■ Contingent
☐ Yes. Specify each creditor,                              ■ Unliquidated
including this creditor and its relative                   ☐ Disputed
priority.

---

**2.1 4**  **LEON COUNTY TAX ASSESSOR**                     Describe debtor's property that is subject to a lien        $14.48           $0.00
Creditor's Name                                            **See Exhibit B-55**

**PO BOX 37**
**CENTERVILLE, TX**
**75833-0037**
Creditor's mailing address                                 Describe the lien
                                                           **Property Taxes**
                                                           **Is the creditor an insider or related party?**
                                                           ■ No
Creditor's email address, if known                         ☐ Yes
                                                           **Is anyone else liable on this claim?**
**Date debt was incurred**                                 ■ No
**2019**                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                          **As of the petition filing date, the claim is:**
**interest in the same property?**                         Check all that apply
■ No                                                       ■ Contingent
☐ Yes. Specify each creditor,                              ■ Unliquidated
including this creditor and its relative                   ☐ Disputed
priority.

---

**2.1 5**  **LOUISIANA DEPT OF NATURAL RES**               Describe debtor's property that is subject to a lien        $3,624.48        $0.00
Creditor's Name                                            **See Exhibit B-55**
**PO BOX 44277**
**BATON ROUGE, LA**
**70804-4277**
Creditor's mailing address                                 Describe the lien
                                                           **Property Taxes**
                                                           **Is the creditor an insider or related party?**
                                                           ■ No
Creditor's email address, if known                         ☐ Yes
                                                           **Is anyone else liable on this claim?**
**Date debt was incurred**                                 ■ No
**2019**                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 10

Debtor **High Mesa, Inc.**        Case number (if know) _____

Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

**2.16**

**Michael E. Ellis**

Creditor's Name

**16600 Park Row, Suite 158**
**Houston, TX 77084**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9-12-19**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     **Unknown**     **$0.00**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

**2.17**

**PARISH OF IBERVILLE**

Creditor's Name

**PO DRAWER 231**
**PLAQUEMINE, LA**
**70765-0231**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     **$5,188.63**     **$0.00**
**See Exhibit B-55**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

**2.18**

**ROBERTSON COUNTY TAX**

**Describe debtor's property that is subject to a lien**     **$325.81**     **$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **High Mesa, Inc.**         Case number (if know) _____

_____
Name

Creditor's Name        **See Exhibit B-55**

**PO BOX 220**
**FRANKLIN, TX 77856-0220**

Creditor's mailing address        **Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known      **Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 9 | **ST BERNARD PARISH** | **Describe debtor's property that is subject to a lien** | $22,735.08 | $0.00 |
|---|---|---|---|---|

Creditor's Name        **See Exhibit B-55**

**PO BOX 168**
**CHALMETTE, LA**
**70043-0168**

Creditor's mailing address        **Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known      **Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 0 | **ST MARY PARISH SHERIFFS OFFICE** | **Describe debtor's property that is subject to a lien** | $260,920.46 | $0.00 |
|---|---|---|---|---|

Creditor's Name        **See Exhibit B-55**

**PO BOX 610**
**PATTERSON, LA**
**70392-0610**

Creditor's mailing address        **Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known      **Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 8 of 10

| Debtor | **High Mesa, Inc.** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 1 | **STATE OF DELAWARE** | **Describe debtor's property that is subject to a lien** | $212,224.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 5509
BINGHAMTON, NY
13902-5509**

Creditor's mailing address

**See Exhibit B-55**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 2 | **STATE OF LOUISIANA MINERAL BRD** | **Describe debtor's property that is subject to a lien** | $137,392.02 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**617 N 3RD ST CAPITOL
COMPLEX
LASALLE OFFICE BLDG
BATON ROUGE, LA 70802**

Creditor's mailing address

**See Exhibit B-55**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 3 | **WETLANDS CAMERON PARISH EXPERT** | **Describe debtor's property that is subject to a lien** | $20,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ONE GALERIA BLVD SUITE
2100
METAIRIE, LA 70001**

**See Exhibit B-55**

---

Debtor    **High Mesa, Inc.**                                                                Case number (if know) _____

_____ Name

_____
Creditor's mailing address

**Describe the lien**
**Property Taxes**
_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$736,845.48**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D                    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 10 of 10

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **High Mesa, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Idaho Department of<br>Environmental Qualit<br>1410 North Hilton<br>Boise, ID 83706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**IDAHO DEPARTMENT OF LANDS<br>300 NORTH 6TH STREET STE 103<br>PO BOX 83720<br>BOISE, ID 83720-0050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,361.57** | **$50,361.57** |
| Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**See Exhibit B-55** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **High Mesa, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Idaho Department of Lands**
**300 N. 6th Street, Suite 103**
**Boise, ID 83702**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Idaho Oil and Gas Conservation**
**Commissio**
**PO Box 83720**
**Boise, ID 83720-0050**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Idaho Secretary of State**
**P.O.Box 83720**
**Boise, ID 83720-0080**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Idaho State Tax Commission**
**11321 W Chinden Blvd**
**Garden City, ID 83714**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Louisana Department of Wildlife<br>and Fish<br>2000 Quail Dr<br>Baton Rouge, LA 70808** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Louisana Department of Natural<br>Resource<br>P.O. Box 94396<br>Baton Rouge, LA 70804-9396** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Louisiana Department Of Revenue**
**617 3rd St**
**Baton Rouge, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Louisiana Secretary of State**
**Commercial Division**
**PO Box 94125**
**Baton Rouge, LA 70804-9125**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Michigan Department of Environ.**
**7953 Adobe Rd**
**Kalamazoo, MI 49009**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Michigan Department of Treasury**
**430 W Allegan St**
**Lansing, MI 48933**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **High Mesa, Inc.** _____ Case number (*if known*) _____

Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |

2.15 | Priority creditor's name and mailing address
**Oregon Secretary of State**
**900 Court Street NE**
**Capitol Room 13**
**Salem, OR 97310-0722**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.16 | Priority creditor's name and mailing address
**Railroad Commission of Texas**
**1919 N Loop W #620**
**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.17 | Priority creditor's name and mailing address
**STATE OF DELAWARE**
**PO BOX 5509**
**Binghamton, NY 13902**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$349,616.02**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**May include all Delaware entities.**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.18 | Priority creditor's name and mailing address
**STATE OF DELAWARE**
**PO BOX 5509**
**BINGHAMTON, NY 13902-5509**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$349,616.02**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**May include all Delaware entities.**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** | $0.00 |
|---|---|---|---|---|

**State of Louisiana, Fisherman Gear Comp.**
**Post Office Box 44277**
**Baton Rouge, LA 70804**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

**10/7/2019**

Basis for the claim:
**Pay State of Louisiana, Department of Natural Resources (Fishermen's Gear Compensation Fund).**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|

**Texas Commission on Environmental Qualit**
**2309 Gravel Dr**
**Fort Worth, TX 76118**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Lyndon B. Johnson State Office Building**
**111 East 17th Street**
**Austin, TX 78774**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3 & 1 Operating, ICN.**
**c/o Brandy Kourtney**
**142 Loviette Lane**
**DeQuincy, LA 70633**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **High Mesa, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

A LEROY ATWOOD
2663 NW 4TH AVENUE
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

AARON J PAHL
1004 JONATHAN ST
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ada County Assessors Office
190 E Front St # 107
Boise, ID 83702

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

ADAM D CLINTON &
1147 NW 22ND STREET
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,416.77 |
|---|---|---|---|

ADAMS AND REESE LLP
DEPT 5208
PO BOX 2153
BIRMINGHAM, AL 35287-5208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,210.30 |
|---|---|---|---|

ADAMS VALVE SERVICE INC
PO BOX 278
BOURG, LA 70343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Aegis Development Company LLC
c/o Patrick S. Ottinger
930 Coolidge Blvd
Lafayette, LA 70503

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aegis Energy, Inc**
**c/o Stanley B. Blackstone**
**345 Doucet, #201**
**Lafayette, LA 70503**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AGILE DESIGN COMPANY**
**POST OFFICE BOX 844**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahmed Najee-Ullah**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AHNSTED FAMILY 1998 REV TRUST**
**1255 ALLEN AVENUE**
**APT 114**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,036.04** |
|---|---|---|---|

**AIRGAS USA LLC**
**PO BOX 676015**
**DALLAS, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALBERT E SMITH &**
**2137 MAPLE CT**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALBERT OTTO REINS**
**5507A CORK PATH**
**AUSTIN, TX 78745**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                    Case number (if known) _____
_____
Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ALBERTO M GONZALEZ &**
**1008 BRAEBURN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Alden L. Kirk
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ALFRED & NANCY ROZA REV LV TST**
**5080 HIGHWAY 72**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ALICE M SIMONSON**
**117 N WRIGHT BLVD**
**LIBERTY LAKE, WA 99019**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**ALICIA DARLENE STAUFFER**
**6014 SOMERSET VALLEY DRIVE**
**RICHARD, TX 77407**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ALICIA HERRERA**
**1303 ASPEN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ALLEN H SOLTERBECK &**
**8850 SOLTERBECK LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **High Mesa, Inc.**                                   Case number *(if known)* _____
_____
Name

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALLEN VAN CAMP**
**2142 LOCUST WAY**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,810.48** |
|---|---|---|---|

**ALLIANT INSURANCE SERVICES INC**
**701 B ST**
**6TH FLOOR**
**SAN DIEGO, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALMA BERRETH**
**312 N WASHINGTON AVE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALMAN J MEYER**
**1502 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALTA MESA ENERGY LLC**
**15021 Katy Fwy #400**
**Houston, TX 77094**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALTA MESA HOLDINGS LP**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALVIN SMITH**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **High Mesa, Inc.**                                    Case number *(if known)*
_____
Name

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ALYSSIA M TOMKO**
**2263 KILLEBREW DRIVE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AMANDA M TSCHIDA**
**911 NW 24T ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**American Trading & Production Corp**
**c/o Douglas Conrad Longman , Jr.**
**Jones Walker**
**600 Jefferson St. Suite 1600**
**Lafayette, LA 70501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.47** |

**AMERIPRIDE LINEN & APPAREL**
**403 MAIN AVE W**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Amplify Energy LLC**
**13907 CARROLLWOOD VILLAGE RUN**
**TAMPA, FL 33618**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AMY J WARNER &**
**2059 SPRING CREEK DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ANADARKO LAND CORP**
**1201 LAKE ROBBINS DR**
**THE WOODLANDS, TX 77380**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANADARKO OGC COMPANY**
200 W. Congress
Ste. 900
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANADARKO PETROLEUM CORPORATION**
3867 Plaza Tower Drive
Baton Rouge, LA 70816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,064.00** |
|---|---|---|---|

**ANALYTICAL LABORATORIES INC**
1804 NORTH 33RD STREET
BOISE, ID 83703-5814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Anderson Exploration Company, Incorporat**
c/o Charles R. Anderson
1632 Hodges Street
Lake Charles, LA 70601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDRES GARCIA**
1335 POPLAR DR
FRUITLAND, ID 83619

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDREW K EHRLIN**
1520 NW 26TH ST
FRUITLAND, ID 83619

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDREW MURRY &**
1007 BRAEBURN ST
FRUITLAND, ID 83619

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDREW PFEIFFER &**
**215 CRIMSON CIRCLE EAST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.04** |
|---|---|---|---|

**ANDREWS COUNTY TAX OFFICE**
**210 NW 2ND STREET**
**ANDREWS, TX 79714**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Angela R. Crutcher
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANITA ZINK**
**2607 WINESAP AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANTHONY E HOWARD**
**2741 SPRUCE DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANTHONY O ANDRADE JR**
**8505 WASHOE RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**APACHE CORPORATION**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Apache Corporation (of Delaware)**
**c/o CT Corporation**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Apache Corporation, successor in interes**
**CT Corp System**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**APPLEWOOD ESTATES**
**POST OFFICE BOX 521**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,739.54 |
|---|---|---|---|

**ARCADIA OPERATING LLC**
**DEPT D1810203**
**PO BOX 650002**
**DALLAS, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,163.24 |
|---|---|---|---|

**ARCHROCK SERVICES**
**PO BOX 201160**
**DALLAS, TX 75320-1160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ARDA F HERRERA**
**809 VICTORIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ardoin Limited Partnership**
**c/o Veron Bice Palermo & Wilson LLC**
**P O Box 2125**
**Lake Charles, LA 70602-2125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **High Mesa, Inc.**                                    Case number (if known) _____
          _____
          Name

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ARDOIN LIMITED PARTNERSHIP**
**C/O VERON, BICE, PALERMO, & WILSON,**
**LLC**
**PO BOX 2125**
**LAKE CHARLES, LA 70602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ARLENE E HOUSER &**
**601 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ARMANDO G & KIMI ESTILLORE**
**2680 BAYBERRY DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ARTHUR C JOHNSON &**
**WEST 421 RIVERSIDE**
**SUITE 1081**
**SPOKANE, WA 99201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arthur L. Najee-Ullah**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ARTHUR N LYNCH &**
**8048 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ARWYN LARSON**
**511 WHITETAIL AVE**
**FRUITLAND, ID 83619-2816**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ascension Parish Assessor's Office** | ■ Contingent | |
| | **300 Houmas St** | ■ Unliquidated | |
| | **Donaldsonville, LA 70346** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,936,743.00** |
| | **Asset Retirement Obligation (estimated)** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,166,820.00** |
| | **Asset Retirement Obligation (estimated)** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$693,632.00** |
| | **Asset Retirement Obligation (estimated)** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,787.91** |
| | **Asset Retirement Obligation (estimate)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$549,863.80** |
| | **Asset Retirement Obligation (estimate)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,041.02** |
| | **Asset Retirement Obligation (estimate)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,479,149.10** |
|---|---|---|---|

**Asset Retirement Obligation (estimate)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ASSIGNMENT - DIVERSIFIED RESOURCES, INC.**
**16600 Park Row, Suite 158**
**HOUSTON, TX 77084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ASSIGNMENT OF OIL AND GAS WORKING INTERE**
**16600 Park Row, Suite 158**
**HOUSTON, TX 77084**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AT& L ENERGY LLC**
**Austin Lafferty**
**220 W Sixth St**
**Watonga, OK 73772**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,246.00** |
|---|---|---|---|

**ATC GROUP SERVICES LLC**
**DEPT 2630**
**PO BOX 11407**
**BIRMINGHAM, AL 35246-2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,148.30** |
|---|---|---|---|

**ATCHAFALAYA MEASUREMENT INC**
**PO BOX 677208**
**DALLAS, TX 75267-7208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Atlanta Guardian Company, LLC**
**4035 Jefferson Ave.**
**Texarkana, AR 71854**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Debtor resigned as operator.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                              Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
| | **Atlantic Richfield Company**<br>**c/o Liskow & Lewis**<br>**One Shell Square**<br>**701 Poydras St., Suite 5000**<br>**New Orleans, LA 70139-5099** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
| | **AUDREY CLINTON**<br>**9196 PHANTOM CT**<br>**MIDDLETON, ID 83644** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Royalty Interest__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
| | **B A S F Corp**<br>**c/o  Robert Benn Vincent, Jr**<br>**Kean Miller**<br>**P O Box 3513**<br>**Baton Rouge, LA 70821** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
| | **B P America Production Co**<br>**c/o George Arceneaux, III**<br>**Liskow & Lewis**<br>**P O Box 52008**<br>**Lafayette, LA 70505** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
| | **B&J FAMILY LLC**<br>**P O BOX 706**<br>**FRUITLAND, ID 83619** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Royalty Interest__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
| | **B.E.E.M. OIL AND GAS COMPANY, INC**<br>**26619 Oakridge Drive**<br>**The Woodlands, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __LITIGATION__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
| | **BAIRD HANSON WILLIAMS LLP**<br>**2117 Hillway Drive**<br>**Boise, ID 83702** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

Debtor  **High Mesa, Inc.**                                           Case number *(if known)* _____
_____
Name

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,332.70 |
|---|---|---|---|

**BAKER HUGHES BUSINESS SUPPORT**
**PO BOX 301057**
**DALLAS, TX 75303-1057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.26 |
|---|---|---|---|

**BALL'S BOAT RENTAL LLC**
**1868 DR BEATROUS RD**
**THERIOT, LA 70397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**BALLARD EXPLORATION CO INC**
**1021 MAIN STREET**
**SUITE 2310**
**HOUSTON, TX 77002-6602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ballard Exploration Co Inc**
**c/o Michael G Durand**
**Onebane Law Firm**
**P O Box 3507**
**Lafayette, LA 70502-3507**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,162.53 |
|---|---|---|---|

**BANDED IRON US INC**
**PO BOX 51475**
**LAFAYETTE, LA 70505-1475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bank One Texas N-Et al**
**600 Travis Street, Suite 6500**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  02/01/2005

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BARBARA ADY**
**113 SADDLETREE ROAD**
**SHAVANO PARK, TX 78231**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BARBARA CHAMPION**
**426 16TH AVENUE NORTH**
**PAYETTE, ID 83661**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BARBARA J CLARK**
**11110 W AMITY ROAD**
**BOISE, ID 83709**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BARBARA J WILSON**
**2691 BAYBERRY DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BARBARA L GRIME**
**217 GIST DR**
**LIGONIER, PA 15658**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BARBARA WILSON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BARRETT RESOURCES**
**1515 Arapahoe Street Tower 3**
**Suite 1000**
**Denver, CO 80202**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BASF CORPORATION**
**400 Convention Street**
**Suite 700**
**Baton Rouge, LA 70802**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **High Mesa, Inc.** _____    Case number (*if known*) _____
        Name

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.100**   Nonpriority creditor's name and mailing address

**Bay Coquille Inc**
**c/o Daniel B Stanton**
**Kean Miller**
**909 Poydras St Ste 3600**
**New Orleans, LA 70112**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __**Litigation**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101**   Nonpriority creditor's name and mailing address

**BCE-AMH HOLDINGS LLC**
**1201 Louisiana Street**
**Suite 3308**
**Houston, TX 77002**

Date(s) debt was incurred __09/13/2019__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102**   Nonpriority creditor's name and mailing address

**BEAU E CLOVER**
**1341 POPLAR AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Royalty Interest**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103**   Nonpriority creditor's name and mailing address

**BECK BROS INC**
**PO BOX 712**
**BEE COUNTY, TX 78102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25,606.50**

---

**3.104**   Nonpriority creditor's name and mailing address

**BEL OIL CORPORATION**
**1911 Bel Oil Road**
**Elton, LA 70532**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**LITIGATION**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105**   Nonpriority creditor's name and mailing address

**BENJAMIN L COX**
**1005 NW 24TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Royalty Interest**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**   Nonpriority creditor's name and mailing address

**BENNY ESLI STEENSON &**
**1800 HEITZ AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Royalty Interest**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **High Mesa, Inc.** _____ Case number *(if known)* _____
Name

| | |
|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br>Bepco, LP<br>c/o Robert B. McNeal<br>Liskow & Lewis, One Shell Square<br>701 Poydras St., Suite 5000<br>New Orleans, LA 70139-5099 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  Litigation

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address**<br>**BERNIECE M & HARVEY D EASTON**<br>**8172 N PENNSYLVANIA AVE**<br>**FRUITLAND, ID 83619** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  Royalty Interest

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address**<br>**BERT D TORKELSON**<br>**7857 ELMORE ROAD**<br>**FRUITLAND, ID 83619** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  Royalty Interest

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address**<br>**BETTY BUCKWALTER MAULE**<br>**1840 WILBUR RD**<br>**ROSEBURG, OR 97470** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  Royalty Interest

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address**<br>**BETTY CARVIN**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  LITIGATION

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address**<br>**BETTY L. FREEMAN**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  LITIGATION

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address**<br>**BEVERLY J ALDRICH**<br>**8140 DUTCH LN**<br>**PAYETTE, ID 83661** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** ＿

**Last 4 digits of account number** ＿

**Basis for the claim:**  Royalty Interest

**Is the claim subject to offset?** ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,057.90** |
|---|---|---|---|

**BIG D'S SEAFOOD INC**
**459 ALICE B ROAD**
**FRANKLIN, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BIG WILLOW CREEK COMPANY**
**5433 BIG WILLOW ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000,000.00** |
|---|---|---|---|

**Biloxi Marsh Lands Corporation**
**c/o Timothy W.Cerniglia**
**4913 Newlands Street**
**Metairie, LA 70006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BISHOP PROPERTIES, LLC**
**315 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BISHOP RANCH HOMEOWNERS ASSOC**
**P O BOX 859**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BK CONSTRUCTION LLC**
**PO BOX 802**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BLACK CANYON RANCHES, INC**
**1205 DELMAR AVENUE**
**PARMA, ID 83660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Black Elk Energy Offshore**
**11451 Katy Fwy**
**Houston, TX 77079**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Asset Retirement Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BLAINE & TERI MAY FAMILY TRUST**
**8029 DUTCH LANE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BLAKENERGY LTD**
**2211 RAYFORD ROAD**
**SUITE 111 #40**
**SPRING, TX 77386**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,911.66** |
|---|---|---|---|

**BLAKENERGY OPERATING LLC**
**2211 RAYFORD ROAD**
**SUITE 111 #40**
**SPRING, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128,045.93** |
|---|---|---|---|

**BLANK ROME LLP**
**ATTN FINANCE DEPT**
**ONE LOGAN SQUARE**
**130 NORTH 18TH STREET**
**PHILADELPHIA, PA 19103-6998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Blue Shale**
**c/o Kenneth Miller**
**Miller Law Offices PLLC**
**936 E.Park Ave Suite 2**
**Fairmont, WV 26555**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BOB J SNYDER &**
**1483 POPLAR AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BOBBIE L. COLLEE**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LITIGATION**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BOBBY J CARBAJAL**
**2139 BISHOP AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BOYD C JACKSON &**
**2638 DOGWOOD AVE**
**FRUITLAN, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BOYD YEE**
**4393 SILVER LEAF EXT**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BP AMERICA INC.**
**501 WESTLAKE PARK BLVD**
**HOUSTON, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LITIGATION**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BP AMERICA PRODUCTION COMPANY**
**225 WESTLAKE PARK BLVD**
**HOUSTON, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LITIGATION**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRAD J HOLT**
**1002 JONATHAN ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BRAD L BARLOW &**
**2264 NE 16TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brammer Engineering Inc**
**c/o Daniel B Stanton**
**Kean Miller**
**909 Poydras St Ste 3600**
**New Orleans, LA 70112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.17** |
|---|---|---|---|

**BRAZOS COUNTY TAX ASSESSOR**
**4151 COUNTY PARK CT**
**BRYAN, TX 77802**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019__

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,736.08** |
|---|---|---|---|

**BREITBURN OPERATING LP**
**PO BOX 204662**
**DALLAS, TX 75320-4662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,333.33** |
|---|---|---|---|

**BRENDA LEE LANGHAM**
**P O BOX 909**
**SHEPHERD, TX 77371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BRETT L MOORE &**
**4988 LITTLE WILLOW ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brett L. Moore**
**c/o Fisher Rainey Hudson**
**956 W Bannock St Suite 630**
**Boise, ID 83702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation - Multiple claimants $500,000 Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **High Mesa, Inc.**       Case number *(if known)*
Name

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**BRIAN D BUFFINGTON**
**2410 ALDER**
**FRUITLAND, ID 83619**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brian K. Shields, II**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**BRIAN R VANDEROORD**
**2729 DOGWOOD AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**BRIDGE ENERGY INC**
**1580 LINCOLN STREET**
**SUITE 1110**
**DENVER, CO 80203**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**BRIDGE RESOURCES CORP**
**1580 Lincoln Street**
**Suite 1110**
**Denver, CO 80203**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**BRITTANY V SANDOVAL**
**1510 NW 26TH ST**
**FRUITLAND, ID 83619**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**BROCK A GROSDIDIER &**
**1907 HEITZ AVENUE**
**FRUITLAND, ID 83619**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **High Mesa, Inc.**                                         Case number *(if known)* _____
_____
Name

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.05 |
|---|---|---|---|

**BROCK KIDDER**
203 MIRAMAR BLVD
LAFAYETTE, LA 70508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BROOKS J WARRINGTON**
7897 ELMORE ROAD
FRUITLAND, ID 83619

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRUCE A PETERSON &**
PO BOX 706
FRUITLAND, ID 83619

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRUCE A WHITE &**
2139 MAPLE CT
FRUITLAND, ID 83619

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRUCE E BUCHANAN &**
207 NW 9TH STREET
FRUITLAND, ID 83619

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRUCE E FARLEY**
7920 ELMORE RD
FRUITLAND, ID 83619

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRUCE J COWGILL &**
1009 VICTORIA AVENUE
FRUITLAND, ID 83619

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                    Case number (if known) _____

Name

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.28 |
|---|---|---|---|

**BUFFALO ROCK COMPANY INC**
**PO BOX 2247**
**BIRMINGHAM, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bureau of Ocean Energy Management**
**45600 Woodland Rd**
**Sterling, VA 20166**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BUREAU OF RECLAMATION**
**WEST-230 COLLINS RD**
**BOISE, ID 83702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BURLINGTON RESOURCES OIL & GAS**
**717 Texas Avenue**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BURLINGTON RESOURCES OIL & GAS**
**COMPANY L**
**C/O CORPORATION SERVICE COMPANY**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BURNS WALL SMITH & MUELLER PC**
**303 East 17th Avenue**
**Suite 800**
**Denver, CO 80203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Byron E. Crutcher**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.163**

**Nonpriority creditor's name and mailing address**

**C & H PROPERTIES LLC**
**PO BOX 1202**
**MOUNTIAN HOME, ID 83647**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164**

**Nonpriority creditor's name and mailing address**

**C & J WELL SERVICES**
**PO BOX 975682**
**DALLAS, TX 75397-5682**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

**$52,043.42**

---

**3.165**

**Nonpriority creditor's name and mailing address**

**C F Henry Properties LLC**
**c/o Veron Bice Palermo & Wilson LLC**
**P O Box 2125**
**Lake Charles, LA 70602-2125**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.166**

**Nonpriority creditor's name and mailing address**

**C H FENSTERMAKER & ASSOC LLC**
**ATTN ACCOUNTS RECEIVABLE**
**PO BOX 52106**
**LDYWRRW, LA 70505**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

**$6,223.56**

---

**3.167**

**Nonpriority creditor's name and mailing address**

**C.F. HENRY PROPERTIES**
**C/O LAW OFFICES OF ASHLEY E. PHILEN**
**PO BOX 11652**
**NEW IBERIA, LA 70562**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.168**

**Nonpriority creditor's name and mailing address**

**CABOT OIL & GAS CORPORATION CODY ENERGY,**
**400 Poydras St.**
**Ste. 1812**
**New Orleans, LA 70130**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.169**

**Nonpriority creditor's name and mailing address**

**Calhoun County Tax Assessor / Collector**
**211 S Ann St**
**Port Lavaca, TX 77979**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **High Mesa, Inc.**                                      Case number *(if known)*
_____                        _____
          Name

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CALIX OIL COMPANY**
1035 N. McDowell Boulevard
Petaluma, CA 94954

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Callon Offshore Production Inc**
c/o Richard Stuart Pabst
Kean Miller LLP, First Bank & Trust Towe
 909 Poydras Street Suite 3600
New Orleans, LA 70112

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,442.24 |

**CAMERON PARISH TAX COLLECTOR**
PO BOX 1250
CAMERON, LA 70631

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**
Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Camex Operating Co**
c/o Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CAMEX, INC.**
PO BOX 51733
LAFAYETTE, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CANADIANOXY OFFSHORE PRODUCTION COMPANY**
12790 Merit Drive
Suite 800
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CanadianOxy Offshore Production, Inc.**
c/o CanadianOxy Offshore Production Co.
12790 Merit Drive, Ste. 800
Dallas, TX 75251

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                        Case number *(if known)*
_____                        _____
Name

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $512.33 |
|---|---|---|---|

**CANAL DIESEL SERVICES INC**
**2716 SOUTHWEST DR**
**NEW IBERIA, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CANDACE JEAN ATKINS**
**1505 LUCILLE AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CANYON County Tax Assessor**
**1115 Albany St**
**Caldwell, ID 83605**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CARIE JACKSON**
**2125 KILLEBREW DRIVE**
**PAYETTE, ID 83661**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CARL H GUTSHALL JR &**
**4375 BLAINE RD**
**NEW PLYMOUTH, ID 83655**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CARL HENDERSON**
**8399 WASHOE RD**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CARLENE M CAMPO**
**2804 SPRUCE DR**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                          Case number *(if known)*
                  Name

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CARMEN PEREZ**
**973 SHAMROCK CT**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CAROL HILLSBERRY**
**1845 SW 3RD AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CAROL M. SCOTT**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CAROL S WININGER**
**1085 NW 2ND AVE**
**ONTARIO, OR 97914**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CAROLINE K PARSONS**
**1504 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CAROLYN D TAYLOR**
**4340 EAST BLANCHE DRIVE**
**PHOENIX, AZ 85032**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CAROLYN SUE MICHE'**
**2300 WATERWHEEL ROAD**
**EMMETT, ID 83617**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **High Mesa, Inc.**                                        Case number *(if known)* _____
_____
Name

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**CARREN M POFF**
**2693 BAYBERRY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.192 | Nonpriority creditor's name and mailing address |

**CARRIE L GRANT**
**2683 BAYBERRY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.193 | Nonpriority creditor's name and mailing address |

**CARUTHERS PRODUCING CO., INC**
**901 Lakeshore Drive**
**Suite 900**
**Lake Charles, LA 70602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.194 | Nonpriority creditor's name and mailing address |

**CASCADE FENCE COMPANY INC**
**151 N LINDER RD**
**MERIDIAN, ID 83642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.195 | Nonpriority creditor's name and mailing address |

**CASIMIRO PALOMO JR**
**1006 JONATHAN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.196 | Nonpriority creditor's name and mailing address |

**Cassia County Assessor**
**203 E 15th St**
**Burley, ID 83318**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.197 | Nonpriority creditor's name and mailing address |

**Castex Energy Inc**
**c/o James Michael Fussell , Jr**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CATHERINE E CATE**
**P O BOX 279**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CATHERINE M OGAWA**
**857 TRIAND DRIVE**
**ONTARIO, OR 97914**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Celestine Singleton Batiste**
**482 Lake Long Drive**
**Houma, LA 70364**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$515.14**

**CENTRAL BOAT RENTALS INC**
**PO BOX 120422**
**DEPT 0422**
**DALLAS, TX 75312-0422**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,350.25**

**CENTRAL MICHIGAN CEMENTING**
**SERVICES LLC**
**1934 COMMERCIAL DRIVE**
**MT PLEASANT, MI 48858**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Century Exploration New Orleans Inc**
**c/o James Michael Fussell , Jr**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CHAD GERALD TILLETT &**
**2614 WINESAP AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **High Mesa, Inc.**                                                        Case number (if known) _____
_____
Name

| | |
|---|---|

3.205   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**
**Chambers County Tax Office**
**405 S Main St**
**Anahuac, TX 77514**                                                 ■ Contingent
                                                                      ■ Unliquidated
  **Date(s) debt was incurred** _                                     ■ Disputed
  **Last 4 digits of account number** _
                                                                      **Basis for the claim:** _

                                                                      Is the claim subject to offset?  ■ No   ☐ Yes

---

3.206   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**
**CHAPPY ENERGY, LLC**
**31 Hammock Dunes Place**
**Spring, TX 77389**                                                  ■ Contingent
                                                                      ■ Unliquidated
  **Date(s) debt was incurred** _09/13/2019_                          ■ Disputed
  **Last 4 digits of account number** _
                                                                      **Basis for the claim:** _

                                                                      Is the claim subject to offset?  ■ No   ☐ Yes

---

3.207   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**
**CHARLENE AND GERALD STELLING**
**6400 WHITLEY DRIVE**
**FRUITLAND, ID 83619**                                               ■ Contingent
                                                                      ■ Unliquidated
  **Date(s) debt was incurred** _                                     ☐ Disputed
  **Last 4 digits of account number** _
                                                                      **Basis for the claim:** _Royalty Interest_

                                                                      Is the claim subject to offset?  ■ No   ☐ Yes

---

3.208   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**
**CHARLENE K QUADE**
**4802 E ARROW JUNCTION DR**
**BOISE, ID 83716**                                                   ■ Contingent
                                                                      ■ Unliquidated
  **Date(s) debt was incurred** _                                     ☐ Disputed
  **Last 4 digits of account number** _
                                                                      **Basis for the claim:** _Royalty Interest_

                                                                      Is the claim subject to offset?  ■ No   ☐ Yes

---

3.209   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**
**CHARLES A HUFF &**
**7256 CUSTER ROAD**
**FRUITLAND, ID 83619**                                               ■ Contingent
                                                                      ■ Unliquidated
  **Date(s) debt was incurred** _                                     ☐ Disputed
  **Last 4 digits of account number** _
                                                                      **Basis for the claim:** _Royalty Interest_

                                                                      Is the claim subject to offset?  ■ No   ☐ Yes

---

3.210   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**
**CHARLES BAINES &**
**2130 NE 16TH ST**
**FRUITLAND, ID 83619**                                               ■ Contingent
                                                                      ■ Unliquidated
  **Date(s) debt was incurred** _                                     ☐ Disputed
  **Last 4 digits of account number** _
                                                                      **Basis for the claim:** _Royalty Interest_

                                                                      Is the claim subject to offset?  ■ No   ☐ Yes

---

3.211   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**
**CHARLES COFFMAN &**
**16721 SE WEBSTER RD**
**MILWAUKIE, OR 97267**                                               ■ Contingent
                                                                      ■ Unliquidated
  **Date(s) debt was incurred** _                                     ☐ Disputed
  **Last 4 digits of account number** _
                                                                      **Basis for the claim:** _Royalty Interest_

                                                                      Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor **High Mesa, Inc.**

Name

Case number *(if known)*

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHARLES E ANDERSON JR &**
**6390 ADAMS ROAD**
**NEW PLYMOUTH, ID 83655**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHARLES E MCBEE**
**1204 TARA CT**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHARLES F. MCELROY**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHARLES N & DIANNE M KINNEY**
**PO BOX 159**
**PAYETTE, ID 83661**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHARLES O CRAWLEY &**
**309 NW 9TH ST**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHARLES P. NORMAN, SR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHARLES R STILES**
**1303 TARA CT.**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.219**

Nonpriority creditor's name and mailing address
**CHARLES R WINEGAR &**
**5350 SOUTH WHITLEY DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220**

Nonpriority creditor's name and mailing address
**CHARLES W OTTE JR &**
**1208 JESSICA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**

Nonpriority creditor's name and mailing address
**CHARTER PIPE LLC**
**9720 CYPRESSWOOD DR SUITE 218**
**HOUSTON, TX 77070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,106.44**

---

**3.222**

Nonpriority creditor's name and mailing address
**CHASE & PAPER CO PC**
**PO BOX 166933**
**IRVING, TX 75016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,316.00**

---

**3.223**

Nonpriority creditor's name and mailing address
**CHERYL A NEACE**
**1331 POPLAR AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224**

Nonpriority creditor's name and mailing address
**CHERYL A SMITH FAMILY TRUST**
**2605 ROME AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**

Nonpriority creditor's name and mailing address
**CHESAPEAKE APPALACHIA LLC**
**900 Pennsylvania Avenue**
**Charleston, WV 25302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
| | Name | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CHESAPEAKE OPERATING INC**
**PO BOX 650841**
**DALLAS, TX 75265-0841**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHET & ANN CARPENTER TRUST**
**7188 ELMORE RD**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHEVRON U.S.A. INC.**
**400 Convention Street**
**Suite 700**
**Baton Rouge, LA 70821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHEVRON USA**
**6001 Bollinger Canyon Road**
**San Ramon, CA 94583**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Chevron USA  Inc. successor in interest**
**The Prentice-Hall Corporation System, In**
**501 Lousiana Ave**
**Baton Rouge, LA 70802**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Chevron USA Holdings, Inc.**
**c/o Louis Victor Gregoire , Jr.**
**Kean Miller, II City Plaza**
**400 Convention St., Suite 700**
**Baton Rouge, LA 70802**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHEVRON USA, INC.**
**C/O CORPORATION SERVICE COMPANY**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **High Mesa, Inc.**                                      Case number *(if known)* _____
_____
Name

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,032.40 |

**CHOICE FURNITURE SOURCE LLC**
**10515 HARWIN DR # 150**
**SUITE 200**
**HOUSTON, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHRISTOPHER AITKENS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHRISTOPHER GORDON PRESTON &**
**2601 WINESAP AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHRISTOPHER HAMPTON**
**1583 PONDEROSA**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHRISTOPHER J LOWRY &**
**8360 DUTCH LANE**
**PAYETTE, ID 83661**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHRISTOPHER L MIO &**
**7235 BOISE ROAD**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CHRISTOPHER LEE HOLLAWAY &**
**2698 BAYBERRY DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.240**

**Nonpriority creditor's name and mailing address**
**CINDY M STICE**
**2603 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.241**

**Nonpriority creditor's name and mailing address**
**CINTAS CORPORATION #543**
**101 VENTURE WAY**
**LAFAYETTE, LA 70507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,473.61**

---

**3.242**

**Nonpriority creditor's name and mailing address**
**CIT TECHNOLOGY FIN SERV INC**
**21146 NETWORK PLACE**
**CHICAGO, IL 60673-1211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,106.94**

---

**3.243**

**Nonpriority creditor's name and mailing address**
**CITY OF ST GABRIEL**
**PO BOX 597**
**ST GABRIEL, LA 70776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$827.35**

---

**3.244**

**Nonpriority creditor's name and mailing address**
**CLARA JACOBS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**CLARENCE E HOWELL &**
**11785 N RIVER RD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.246**

**Nonpriority creditor's name and mailing address**
**CLARK ROLAND &**
**8750 YEAGER LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|--------|---------------------|---------------------------|---|
| | Name | | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------|----------------|

**CLEAN GULF ASSOCIATES**
**PO BOX 4869**
**HOUSTON, TX 77210-4869**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|------------------------------------------------------|------------------------------------------------------------------|-------------|

**Clementine Clerk**
**c/o Christie Hancock Jones**
**Attorney Ad Litem**
**1202 W Church St**
**Livingston, TX 77351**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|------------------------------------------------------|------------------------------------------------------------------|-------------|

**CLIFFORD L FIVECOAT TRUST**
**9724 UPPER AVE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|------------------------------------------------------|------------------------------------------------------------------|-------------|

**CLIFTON L ELDRED**
**5623 SUNNYVIEW RD**
**SALEM, OR 97305**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|------------------------------------------------------|------------------------------------------------------------------|-------------|

**CLINTON D ROHRBACHER**
**4000 BROOKLYN LANE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|------------------------------------------------------|------------------------------------------------------------------|-------------|

**CLINTON MARSHALL &**
**2130 E 1ST ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|------------------------------------------------------|------------------------------------------------------------------|-------------|

**CLYNN E. NUTT**
**8307 WASHOE ROAD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **High Mesa, Inc.**                                     Case number *(if known)* _____
_____
Name

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CMP Family LLC**
c/o A. Shelby Easterly, III
142 Del Norte Avenue
Denham Springs, LA 70726

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.30 |

**COASTAL FLOW GAS MEASUREMENT**
PO BOX 58965
HOUSTON, TX 77258-8965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**COCKRELL OIL CORPORATION**
1000 MAIN STREET
HOUSTON, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CODI S LLOYD**
PO BOX 397
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CODY D STEPHENS**
907 GOLDEN AVE
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CODY L GARDNER**
2144 LOCUST WAY
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Columbia Gulf Transmission L L C**
c/o James Michael Fussell , Jr
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**COMPROMISE AGEEMENT**
**n/a**
**n/a, n/a n/a**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**COMPROMISE AGREEMENT FOR STATE**
**LEASE 340**
**n/a**
**n/a, n/a n/a**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Condor Petroleum Corp**
**c/o Jamie D Rhymes**
**Liskow & Lewis**
** P O Box 52008 O C S**
**Lafayette, LA 70505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CONIG 818 INVESTMENTS LLC**
**2929 Allen Parkway # 4100**
**Houston,, TX 77019**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Conley P Smith L L C**
**c/o Jason Edward Wilson**
** Galloway Johnson et al**
**328 Settlers Trace Blvd**
**Lafayette, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Conley P Smith Operating Co**
**c/o Jason Edward Wilson**
** Galloway Johnson et al**
**328 Settlers Trace Blvd**
**Lafayette, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ConocoPhillips Company**
**501 Louisiana Avenue**
**Baton Rouge, LA 70802**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ConocoPhillips Company**
c/o Deborah D Kuchle
Kuchler Polk Weiner, LLC
1615 Poydras St. Suite 1300
New Orleans, LA 70112

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CONSUELO VARGAS**
2056 SPRING CREEK DRIVE
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**COOKIE ATKINS**
8036 ESTATES BLVD
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CORI L SMITH**
2746 SPRUCE DR
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,540.00** |
|---|---|---|---|

**COX COMMUNICATIONS-BUSINESS**
PO BOX 919243
DALLAS, TX 75391-9243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cox Operating, L.L.C.**
Baker Donelson Bearman Caldwell &
Berkow
201 St. Charles Ave. Suite 3600
New Orleans, LA 70170

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CRAIG & IDA BEAL LIVING TRUST**
7288 HILLVIEW ROAD
EMMETT, ID 83617

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____
Name
Case number (if known) _____

| | |
|---|---|
| 3.275 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**CREAMER DOZER SERVICE INC**
**1910 SOUTH BLVD**
**BREWTON, AL 36426**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$371.70**

---

3.276   **Nonpriority creditor's name and mailing address**
**CROFT PRODUCTION SYSTEMS INC**
**19230 FM 442 ROAD**
**NEEDVILLE, TX 77461**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,570.35**

---

3.277   **Nonpriority creditor's name and mailing address**
**Croft Production Systems, Inc (CROFT)**
**19230 FM 442 Needville**
**Needville, TX 77461**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.278   **Nonpriority creditor's name and mailing address**
**CRYSTAL RUSSELL**
**1510 NW 26TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.279   **Nonpriority creditor's name and mailing address**
**CSC**
**PO BOX 133697**
**PHILADEPHIA, PA 19101-3397**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,828.45**

---

3.280   **Nonpriority creditor's name and mailing address**
**CTM 2005, LTD**
**3312 Bammel Lane**
**Houston, TX 77098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Debtor resigned as operator._

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.281   **Nonpriority creditor's name and mailing address**
**CTMI LLC**
**12221 MERIT**
**SUITE 1200**
**DALLAS, TX 75251**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,350.00**

Debtor    **High Mesa, Inc.**                                    Case number *(if known)* _____
          _____
          Name

| | |
|---|---|

**3.282** | Nonpriority creditor's name and mailing address
**Curry County Assessor's Office**
**94235 W Moore St #221**
**Gold Beach, OR 97444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.283** | Nonpriority creditor's name and mailing address
**CURT D STOWE &**
**1009 BRAEBURN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.284** | Nonpriority creditor's name and mailing address
**CURT KAMO AND KATHLEEN M KAMO**
**3463 SW 2ND AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.285** | Nonpriority creditor's name and mailing address
**CYNTHIA ANN REMINGTON**
**PO BOX 550**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.286** | Nonpriority creditor's name and mailing address
**CYPRESS FIRE & SAFETY LLC**
**10725 SIDNEY GAUTREAUX RD**
**ABBEVILLE, LA 70510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,507.48**

---

**3.287** | Nonpriority creditor's name and mailing address
**D & M DRILLING FLUIDS INC**
**PO BOX 579**
**JAY, FL 32565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$3,577.00**

---

**3.288** | Nonpriority creditor's name and mailing address
**D MARC HAWS & KAREN I HAWS**
**893 EAST FOURTH CT**
**KUNA, ID 83634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,649.65** |
|---|---|---|---|

**DAGATES MARINE INC**
**1128 BARROW STREET**
**HOUMA, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DALE & MARY ANN MARTIN TRUST**
**227 EVERGREEN RD**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DALE GENE MILLER**
**2929 NW 4TH AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DALE J LACRONE**
**PO BOX 63**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DALE SWANSON &**
**3495 BEACON AVENUE**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DAMEON EPPERSON**
**6519 SE CENTER ST**
**PORTLAND, OR 97206**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANE HULBERT & DANETTE HULBERT**
**3285 WEST HIGHWAY 52**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANIEL D. WOLF**
**2837 NW 4TH AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANIEL DEAN ROLAND**
**8620 RABY LANE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANIEL DUANE FERRY**
**8500 WASHOE RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANIEL E HALE**
**731 N HAYDEN MEADOWS DRIVE**
**PORTLAND, OR 97217**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANIEL G DOERSCH &**
**8100 DUTCH LANE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANIEL L GREEN**
**PO BOX 730**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DANIEL R VANDERPOOL &**
**925 FAIRVIEW AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DANIEL WEAVER**
**9553 W HIGHWAY 52**
**EMMETT, ID 83617**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DANNY A LITTLE &**
**1401 JESSICA AVENUE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DANNY L SQUIBB**
**102 NE 14TH DRIVE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DANNY P ERSKINE**
**7699 ELMORE RD**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DANNY R CLARICH**
**1590 POPLAR AVE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DANNY SMITH &**
**8305 WASHOE RD**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430,017.47** |
|---|---|---|---|

**DANOS LLC**
**3878 WEST MAIN STREET**
**GRAY, LA 70359**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DARIN L SIPES &**
**8520 RABY LANE**
**PAYETTE, ID 83661**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DARLEEN M WALKER**
**1626 OAK AVE**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DARLENE K STONE**
**2738 SPRUCE DR**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DARLENE M RAMBO**
**7750 RICHEY ROAD**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DARREL & LORAINE SAWYER LVG TR**
**1301 JESSICA AVE**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DARRELL A CARR**
**8148 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DARYL WESLEY ELDRED**
**5770 CUSTER ROAD**
**NEW PLYMOUTH, ID 83655**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **High Mesa, Inc.**                                                    Case number *(if known)*
_____                  _____
                 Name

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DASHANNA M CURETON**
**815 NORTH WEST 3RD STREET**
**FRUITLAND, ID 83619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVE A FELTY SR &**
**8271 WASHOE ROAD**
**PAYETTE, ID 83619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID C DERRICK &**
**2615 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID C RONK &**
**3440 H ST**
**EUREKA, CA 95503-5361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID D GOSS &**
**1937 TABLE ROCK RD**
**BOISE, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID E CARPENTER &**
**2254 E 1ST ST**
**FRUITLAND, ID 83619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID E JENNINGS &**
**2274 NE 16TH ST**
**FRUITLAND, ID 83619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor **High Mesa, Inc.**

Case number *(if known)* _____

Name

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID E KOEPPEN SURVIVORS TRST**
**1583 NW 26TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID G BIEKER &**
**7400 CUSTER ROAD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID G LIRGG &**
**7860 RICHEY ROAD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID G LOCKNER**
**2141 LOCUST WAY**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID H JEFFRIES**
**10839 SILVER SAGE LN**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID H RICHMOND**
**8531 SHANNON RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID HAWK**
**Confidential**
**Confidential**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __High Mesa, Inc._____     Case number (if known) _____
      Name

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAVID J BENNETT &**
**1302 JESSICA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID K BURT AND MAURINE BURT**
**PO BOX 804**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID K HAIDLE &**
**809 N WHITLEY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID K MARTIN**
**2617 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID L HOPKINS &**
**4720 KIMBALL ROAD**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID M SMITH**
**18307 FERN TRAIL CT**
**HOUSTON, TX 77084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **$32,271.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID OBRAY &**
**PO BOX 2982**
**HAYDEN, ID 83835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**

Name

Case number *(if known)*

---

3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
---|---|---|---

**DAVID P. LABIT**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
---|---|---|---

**DAVID R & LINDA J SMALLWOOD**
**8633 SHANNON RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
---|---|---|---

**DAVID R PEARCY II**
**307 NW 9TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
---|---|---|---

**DAVID RAYMOND AUXIER &**
**4750 LITTLE WILLOW RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
---|---|---|---

**DAVID S GRAVES**
**2284 NE 16TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
---|---|---|---

**DAVID STRODA**
**410 NE 13TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
---|---|---|---

**DAVID T TRIGUEIRO**
**1295 W 7TH ST APT 14**
**WEISER, ID 83672**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor __High Mesa, Inc._____    Case number *(if known)* _____
           Name

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DAVID THOMAS GRANT &**
**7902 RICHEY RD**
**FRUITLAND, ID 83619-3571**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DAVID W BRUNEEL**
**1215 LITTLE ROCK RD**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DAVID W HOLM & SHARYL L HOLM**
**3223 NW 3RD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DAVIS PETROLEUM CORP**
**1330 Post Oak Blvd., Suite 600**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DEAN AND KAY CARDIN TRUST**
**4911 SAND HOLLOW RD**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DEAN ENTERPRISES, INC**
**17380 Highway 101**
**Iowa, LA 70647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DEAN J COON &**
**206 NW 9TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                      Case number (if known) _____
          Name

| | | |
|---|---|---|

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DEBBY SU BLATCHLEY**
**8488 WASHOE RD**
**PAYETTE, ID 83661**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DEBRA B. CHAISSON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DEBRA DIANE SPIDELL**
**885 NW ESTATE DRIVE**
**SEAL ROCK, OR 97376**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DEBRA M. OWENS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850,000.00**

**Deep Wilcox Oil & Gas and**
**Hankerson Oil LLC**
**c/o Lewis Brisbois Bisgaard & Smith LLPH**
**24 Greenway Plaza, Suite 1400**
**Houston, TX 77046**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DEL REED BERGESON &**
**PO BOX 949**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DELL RAY WINEGAR**
**5350 SOUTH WHITLEY DRIVE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                    Case number (if known) _____
_____
Name

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DELORES MCDANIEL**
**1577 POPLAR AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DELOY MECHAM &**
**3200 JACKSON AVE**
**EMMETT, ID 83617**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENBURY ONSHORE, LLC**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENISE R RUDD**
**PO BOX 131**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENNIS D WHALEN**
**650 SYRINGA SPRINGS DR**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENNIS DESHIELDS &**
**845 RAY ST**
**PEA RIDGE, AR 72751**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENNIS E STONE**
**7895 N OREGON AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **High Mesa, Inc.**                                                  Case number *(if known)* _____

Name

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DENNIS EVANS &**
**15178 GALLOWAY ROAD**
**CALDWELL, ID 83607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Royalty Interest**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DENNIS J HERWY &**
**3700 3RD LANE EAST**
**PARMA, ID 83660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Royalty Interest**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DENNIS K UJIIYE &**
**1505 NW 2ND AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Royalty Interest**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DENNIS L PRUETT &**
**27262 USTICK ROAD**
**WILDER, ID 83676**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Royalty Interest**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DENNIS NEWMAN &**
**8043 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Royalty Interest**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Denovo Oil & Gas Inc**
**c/o Jamie D Rhymes**
**Liskow & Lewis**
**P O Box 52008 O C S**
**Lafayette, LA 70505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**DEPARTMENT OF INTERIOR-MMS 15156**
**EAST CA**

 **LA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **High Mesa, Inc.**                                          Case number (if known) _____
_____
Name

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Department of Natural Resources**
P.O. Box 94396
Baton Rouge, LA 70804

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPARTMENT OF THE INTERIOR OCS-G 4486 MA**

**LA**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DERALD H MARTI &**
**901 BOBWHITE ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DERRELL C CHILDERS**
**1808 7TH AVE N**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DERRICK VANDEBERG**
**2701 N ALDER DR # 0**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DESERT CANYON RANCH LLC**
**1990 E BLACK CANYON HIGHWAY**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,973.00 |
|---|---|---|---|

**DEVON ENERGY CORPORATION**
**333 W SHERIDAN AVE**
**OKLAHOMA CITY, OK 73102**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

Debtor **High Mesa, Inc.**                                    Case number *(if known)* _____

Name

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.380**

**Nonpriority creditor's name and mailing address**
**DEVON ENERGY PRODUCTION COMPANY LP**
**5615 CORPORATE BLVD, STE 400B**
**BATON ROUGE, LA 70808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.381**

**Nonpriority creditor's name and mailing address**
**DIANA & JOSEPH INGALLS TRUST**
**8590 SHANNON RD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.382**

**Nonpriority creditor's name and mailing address**
**DIANA CLOVER**
**7884 RICHEY ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.383**

**Nonpriority creditor's name and mailing address**
**DIANE BERGERON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.384**

**Nonpriority creditor's name and mailing address**
**DIANE G. GORDON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.385**

**Nonpriority creditor's name and mailing address**
**DIANE KAY ODELL AS TTEE**
**DIANE ODELL**
**PO BOX 1090**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.386**

**Nonpriority creditor's name and mailing address**
**DIANE M KASSAB**
**1659 PRAIRIE GROVE DRIVE**
**HOUSTON, TX 77077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,841.00**

---

| | |
|---|---|
| Debtor | **High Mesa, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.97** |
|---|---|---|---|

**DIRECTV**
**PO BOX 105249**
**ATLANTA, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DIVERSIFIED RESOURCES INC**
**3500 MASSILLON ROAD**
**UNIONTOWN, OH 44685**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DIXIE RICE AGRICULTURAL**
**CORPORATION, INC**
**C/O MUNSCH, HARDT, KOPF & HARR, P.C.**
**3800 LINCOLN PLAZA**
**500 NORTH AKARD**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DJS PROPERTIES LP**
**PO DRAWER 27**
**BOISE, ID 83707-0027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,729.83** |
|---|---|---|---|

**DNOW**
**PO BOX 200822**
**DALLAS, TX 75320-0822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DOLORES HERRERA**
**1009 JONATHAN ST**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DOLORES L SOUTHARD**
**1308 W FRANKLIN STREET**
**BOISE, ID 83702**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **High Mesa, Inc.**                                                   Case number *(if known)*
_____
Name

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DON & ANNE GROSS TRUST DTD**
**1015 VICTORIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DON GROSS**
**2206 NORTH WHITLEY DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONALD A HAAGENSEN &**
**804 NW 24TH ST**
**SUITE A**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONALD C SAVAGE &**
**1810 N VISTA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONALD G PREUSS &**
**3911 KINGSTON AVENUE**
**CALDWELL, ID 83605**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONALD L. DRESSEN**
**2742 NW 4TH AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONALD M BAINES AND**
**2670 NW 4TH AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **High Mesa, Inc.**
_____     Case number (if known) _____
Name

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DONALD NELSON &**
**141 BEECH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DONALD PAYNE &**
**9818 SOUTHBANK RD**
**ROSEBURG, OR 97470**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DONALD REED & JANET REED**
**1882 W CREEK CT**
**NAMPA, ID 83686**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DONALD S MORRISON &**
**2605 ALDER DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DONNA BATT**
**7763 ELMORE ROAD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DONNA L BURZOTA TRUST**
**2600 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DONNA MAE HUME**
**910 JONATHAN ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____   Case number *(if known)* _____
         Name

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONNA MCKINLEY**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONNETTE ANN REINS**
**9615 SUGAR HILL #B**
**AUSTIN, TX 78748**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DONOHO INC**
**1033 ALAMEDA DR**
**ONTARIO, OR 97914**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DORA J LEICHSENRING**
**9211 34TH STREET EAST**
**EDGEWOOD, WA 98371**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DORA N SEEQUIST**
**916 VICTORIA AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DORIS MASHBURN**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DOROTHY G WEST**
**108 COUNTRY LANE LOOP**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**DOROTHY HILEMAN**
**1705 NORTH ALLEN AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**DOROTHY JEAN BRUCE**
**27213 LANA LANE**
**CONROE, TX 77385**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**DOTSON BABCOCK & SCOFIELD**
**401 McKinney St**
**#1900**
**Houston, TX 77010**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**DOUG DAWS**
**PO BOX 206**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**DOUGLAS A. WHITE &**
**5866 HIGHWAY 30 SOUTH**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**DOUGLAS D MOSCRIP &**
**7923 RICHEY ROAD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**DOUGLAS DUANE TAYLOR**
**4916 N PIERCE PARK LN**
**BOISE, ID 83714**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOUGLAS E SCARLETT &**
**7300 DENVER**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOUGLAS G DEARDORFF &**
**310 N UTAH AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOUGLAS M KIMBALL &**
**2169 ALPINE CREEK DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOUGLAS S DORSING**
**PO BOX 1005**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOUGLAS S OLSON &**
**8820 SOLTERBECK LN**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DUANE E BRIGHTWELL &**
**910 VICTORIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DUANE L COFFEY SR**
**Confidential**
**Confidential**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**DUSTIN MCDANIEL &**
**4797 NW 1ST AVE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**DWAINE ANTHONY TESNOHLIDEK &**
**4505 SOUTH WHITLEY DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**E P Energy E & P Co L P**
**c/o Richard Dean McConnell , Jr**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**EAGLE FORD HUNTER RESOURCES**
**777 POST OAK BLVD**
**STE 650**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**EAGLE ISLAND RANCH INC**
**7270 N TREE HAVEN PL**
**MERIDIAN, ID 83646**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**EARL D BROWNE**
**8120 UPPER AVE**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**EARL WAYNE COLSON**
**8034 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **High Mesa, Inc.**        Case number *(if known)* _____
     Name

| | |
|---|---|
| **3.436** | **Nonpriority creditor's name and mailing address** |

**3.436**

**Nonpriority creditor's name and mailing address**
**EARLENE ANNETTE WALSTON**
**2310 SHAMROCK CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.437**

**Nonpriority creditor's name and mailing address**
**EBR PROPERTIES II**
**245 Commerce Green Boulevard**
**Sugarland, TX 77478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.438**

**Nonpriority creditor's name and mailing address**
**EDUARDO FERRERIA &**
**2900 SW 3RD AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.439**

**Nonpriority creditor's name and mailing address**
**ELDRED FARMS INC &DARYL ELDRED**
**5770 CUSTER RD.**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.440**

**Nonpriority creditor's name and mailing address**
**ELISABETH VENEGAS**
**1006 GOLDEN AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.441**

**Nonpriority creditor's name and mailing address**
**ELIZABETH A HOLSINGER**
**3271 WEST SCENIC DRIVE**
**BOISE, ID 83703-4718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.442**

**Nonpriority creditor's name and mailing address**
**ELIZABETH C ALLENDER**
**2161 ALPINE CREEK DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **High Mesa, Inc.**                                          Case number *(if known)* _____
          Name

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ELIZABETH COLEMAN**
**15021 KATY FREEWAY**
**SUITE 400**
**HOUSTON, TX 77094**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ELIZABETH MONCADA**
**304 NE 12TH DR**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ELLA JOSEPHSON TRUST**
**2612 WINESAP AVE**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ELTON J HUNSUCKER &**
**1904 HEITZ AVE**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ELVIN DEWITT LIVING TRUST**
**5025 HILLVIEW ROAD**
**EMMETT, ID 83617**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,666.67 |

**EMILY ELLEN WOODALL**
**2203 LAURIE DARLIN CT**
**CONROE, TX 77384-2513**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**EMMETT C ROSENKRANCE &**
**2152 MAPLE CT**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **High Mesa, Inc.**
_____   Case number *(if known)* _____
Name

---

3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**EMMETT L MAINE &**
**3760 HIGHWAY 95**
**PARMA, ID 83660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Enable Oklahoma Intrastate Transmission**
**c/o Thomas D Gildersleeve**
** Taylor Porter et al**
** P O Box 2471**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ENDEAVOR NATURAL GAS**
**1201 Louisiana St**
**# 3350**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Energen Resources Corporation**
**c/o Joe B Norman**
**Liskow & Lewis**
**701 Poydras St. Suite 5000**
**New Orleans, LA 70139-5099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,428.96**

**ENERGY TRANSPORT LLC**
**PO BOX 309**
**ONTARIO, OR 97914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,309.31**

**ENERGY TUBULARS INC**
**3010 OLD RANCH PARKWAY**
**SUITE 400**
**SEAL BEACH, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**EnergyQuest II L L C**
**c/o Terrence K Knister**
**Gordon Arata et al**
**201 St Charles Ave Ste 4000**
**New Orleans, LA 70170-4000**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ENERVEST**
**1001 Fannin St**
**#800**
**Houston, TX 77002**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ENI OIL & GAS INC.**
**909 Poydras Street**
**Suite 361**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239.38** |
|---|---|---|---|

**ENTERGY UTILITY HOLDING CO LLC**
**PO BOX 8103**
**BATON ROUGE, LA 70891-8103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,919,815.00** |
|---|---|---|---|

**Environmental Protection Agency**
**10625 Fallstone Rd**
**Houston, TX 77099**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Asset Retirement Obligation__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,157.91** |
|---|---|---|---|

**EOG RESOURCES INC**
**PO BOX 840319**
**DALLAS, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ERIC GARMAN**
**1004 GOLDEN AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ERIC KYLE**
**P.O. BOX 15033**
**BOISE, ID 83715**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

Debtor    **High Mesa, Inc.**

_____        Case number *(if known)* _____
Name

| | |
|---|---|
| 3.464 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**ERIC MITCHELL &**
**3015 NW 3RD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.465   **Nonpriority creditor's name and mailing address**

**ERIC P. BERGERON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.466   **Nonpriority creditor's name and mailing address**

**ERMA LOUISE BEAGLEY**
**7230 BOISE ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.467   **Nonpriority creditor's name and mailing address**

**ERNEST A GENTRY &**
**705 NW 3RD DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.468   **Nonpriority creditor's name and mailing address**

**ERNEST E. EILERS**
**4623 SE 1ST AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.469   **Nonpriority creditor's name and mailing address**

**ERNEST G ALIOTO &**
**1500 NW 6TH AVENUE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.470   **Nonpriority creditor's name and mailing address**

**ERNEST NEILL**
**909 VICTORIA AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **High Mesa, Inc.** Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.471 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **ERNEST R ALGER**<br>208 NE 12TH ST<br>FRUITLAND, ID 83619 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.472 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **ERNESTINE GERALDINE BUTLER**<br>2600 GOLDEN AVE<br>FRUITLAND, ID 83619 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.473 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **ERNESTO HERRERA**<br>PO BOX 842<br>PAYETTE, ID 83661 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.474 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **ERNIE L DEACON &**<br>4112 SUNNYRIDGE ROAD<br>NAMPA, ID 83686 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.475 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **ESSENJAY EXPLORATION INC**<br>500 North Water Street<br>Corpus Christi, TX 78401 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.476 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **ESTATE OF CLATON W CONNER**<br>2140 FAIRVIEW ROAD<br>FRUITLAND, ID 83619 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.477 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| **EUSTOLIA HARRISON**<br>8028 N PENNSYLVANIA AVE<br>FRUITLAND, ID 83619 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | High Mesa, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**EVALINE HALL**
**8492 WASHOE ROAD**
**PAYETTE, ID 83661**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**EVAN TAYLOR**
**890 E OLD SAYBROOK LN**
**BOISE, ID 83706**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**EVANGELINE NATURAL RESOURCES LLC**
**323 TWIN RIVER DRIVE**
**COVINGTON, LA 70433-8505**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**EVANS FAMILY TRUST**
**26281 FREEZEOUT ROAD**
**CALDWELL, ID 83607**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**EVERET L HIATT &**
**3394 ARCADIA BLVD**
**NYSSA, OR 97913**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526.85 |
|---|---|---|---|

**EVERGREEN WORKING CAPITAL LLC**
**PO BOX 3729**
**HOUMA, LA 70361-3729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,540.00 |
|---|---|---|---|

**EXCEL EQUIPMENT COMPANY INC**
**PO BOX 191048**
**BOISE, ID 83719-1048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **High Mesa, Inc.**                                      Case number (if known) _____

Name

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Exchange Oil & Gas Corp**
**c/o Robert B McNeal**
**Liskow & Lewis**
**701 Poydras St Ste 5000**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Exxon Mobil Corp**
**c/o Robert B McNeal**
**Liskow & Lewis**
**701 Poydras St Ste 5000**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,650,000.00** |
|---|---|---|---|

**Exxon Mobil Corporation**
**c/o Mark McNamara**
**Liskow & Lewis**
**701 Poydras Street, Suite 5000**
**New Orleans, LA 70139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**F WARREN & MARGARET C CARNEFIX**
**517 SW 2ND ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FAIRWAY ENERGY LLC**
**1601 NW EXPRESSWAY**
**SUITE 777**
**OKLAHOMA CITY, OK 73118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FALLON ENTERPRISES, INC**
**1340 HARTMAN RD**
**LIVERMORE, CA 94550**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FAM TRST OF BILL & DIANE ODELL**
**PO BOX 1090**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __High Mesa, Inc._____      Case number *(if known)* _____
         Name

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FARMERS COOP IRR CO**
**102 N MAIN ST**
**PAYETTE, ID 83661-2522**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FEDERICO MEDINA &**
**1006 BRAEBURN STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FELIPE LOPEZ &**
**2809 NW 4TH AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FERN MARIE ROBINETTE AKA**
**1850 UEHLIN ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,735.29** |
|---|---|---|---|

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH**
**SUITE 1200**
**HOUSTON, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fieldwood S D Offshore L L C**
**c/o Douglas C Longman , Jr**
**Jones Walker**
**P O Drawer 3408**
**Lafayette, LA 70502-3408**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Asset Retirement Obligation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,864.51** |
|---|---|---|---|

**FIRST INSURANCE FUNDING CORP**
**PO BOX 7000**
**CAROL STREAM, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fisher RE LLC**
**4937 SE 1ST AVE**
**NEW PLYMOUTH, ID 83655**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.30 |
|---|---|---|---|

**FISHER'S TECHNOLOGY**
**575 E 42 STREET**
**BOISE, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fishman, Haygood, Phelps, Walmsley, Will**
**201 St Charles Ave Suite 4600**
**New Orleans, LA 70171**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,875.05 |
|---|---|---|---|

**FLOQUIP INC**
**PO BOX 80156**
**LAFAYETTE, LA 70598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLORA M STEELE**
**1314 NW 19TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Department of Environ. Protect.**
**3900 Commonwealth Boulevard**
**Tallahassee, FL 32399**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Department of Revenue**
**1415 N Loop W # 1190**
**Houston, TX 77008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Mesa, Inc.** _____  Case number (if known) _____

Name

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Department of State**
**The Centre of Tallahassee**
**2415 N Monroe St**
**Ste 810**
**Tallahassee, FL 32303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLORIDA G BOWKER**
**2503 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLOYD E. SAGELY PROPERTIES**
**3017 S 70th St B**
**Fort Smith, AR 72903**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLOYD FRENCH**
**P0 BOX 534**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLOYD RUFFIN**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FORTNEY WELLS, HARRISON COUNTY,**
**WEST VIR**
**16600 Park Row, Suite 158**
**HOUSTON, TX 77084**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FORTUNATO HERRERA &**
**8265 WASHOE RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FRANCES BURNETT**
**4260 STATE ROAD 275**
**BROADVIEW, NM 88112**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FRANCES L MCCONNELL**
**PO BOX 1534**
**CARLIN, NV 89822**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FRANCIS C FLOREZ**
**1207 NW 24TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FRANK BLEVINS &**
**304 N UTAH**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FRANK CHIODI**
**PO BOX 988**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FRANK DAVID STEPHENS**
**4950 LITTLE WILLOW ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FRANK E BRIGGS**
**1709 NORTH ALLEN AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                                Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.520 | **Nonpriority creditor's name and mailing address** |

**3.520**

**Nonpriority creditor's name and mailing address**

**FRANK J CUNNINGHAM &**
**203 NW 9TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.521**

**Nonpriority creditor's name and mailing address**

**FRANK JAMES**
**UNKNOWN**
 **LA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LITIGATION**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.522**

**Nonpriority creditor's name and mailing address**

**FRANK L SMITH**
**3770 VAN DEUSEN RD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.523**

**Nonpriority creditor's name and mailing address**

**FRANK W WALCZYK**
**PO BOX 55472**
**NORTH POLE, AK 99705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.524**

**Nonpriority creditor's name and mailing address**

**FRANKIE D LARSEN**
**7510 CUSTER RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.525**

**Nonpriority creditor's name and mailing address**

**FRANKLIN D. TEUNISSEN &**
**3749 SW 3RD AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.526**

**Nonpriority creditor's name and mailing address**

**FRAZER C PETERSON AND**
**LAWS OF ST OF IDAHO DTD**
**12/17/2014**
**2075 KILLEBREW DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor  **High Mesa, Inc.**          Case number *(if known)*
      Name

---

**3.527**

**Nonpriority creditor's name and mailing address**

**FREDERICK A HALLBERG &**
**7845 ELMORE ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.528**

**Nonpriority creditor's name and mailing address**

**FREDERICK F RICHARDS JR**
**3 CUMBERLAND PLACE**
**RICHARDSON, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.529**

**Nonpriority creditor's name and mailing address**

**Freeport McMoRan Oil & Gas L L C**
**c/o Carl David Rosenblum**
**Jones Walker**
**201 St Charles Ave Ste 5100**
**New Orleans, LA 70170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.530**

**Nonpriority creditor's name and mailing address**

**FTI CONSULTING INC**
**PO BOX 418005**
**BOSTON, MA 02241-8005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$42,197.00**

---

**3.531**

**Nonpriority creditor's name and mailing address**

**FTI PLATT SPARKS**
**925-A Capital of Texas Highway, South**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.532**

**Nonpriority creditor's name and mailing address**

**FUELMAN FLEET**
**PO BOX 70887**
**CHARLOTTE, NC 28272-0887**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$402.25**

---

**3.533**

**Nonpriority creditor's name and mailing address**

**FUTURE ROYALTIES INC**
**6561 State Highway 59 S**
**Bowie, TX 76230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**                                          Case number *(if known)* _____
_____
Name

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,480.00** |

**G & L WELL SERVICE INC**
**PO BOX 2673**
**LAFAYETTE, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |

**G&G SURVEY AND CONSULTING INC**
**1418 EMMOTT DR**
**RICHMOND, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GAIL DELBRIDGE &**
**2150 EAST 1ST STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GAIL L DAVIS**
**506 WEST 2ND NORTH**
**MOUNTAIN HOME, ID 83647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gaither Petroleum Corporation**
**16600 Park Row**
**Houston, TX 77084**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,626.26** |

**GALVESTON COUNTY TAX ASSESSOR**
**722 MOODY**
**GALVESTON, TX 77550**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GARMAN & SONS INC**
**8523 WASHOE ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,925.52 |
|---|---|---|---|

**GARRED AUTOMOTIVE LLC**
**PO BOX 446**
**NEW PLYMOUTH, ID 83655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARRETT R DAUDT &**
**8513 HWY 95**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARRY C. SEAWEARD &**
**3595 NW 4TH AVE**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARY A SMITH TRUST**
**2017 THORNBURY COURT**
**RENO, NV 89523**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARY C WILLIAMSON &**
**2288 NE 16TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARY D OWEN**
**1488 POPLAR AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARY E BOURQUIN &**
**8800 MICKELSON LANE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**

Name

Case number *(if known)*

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GARY F BROWN &**
**8210 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GARY GARDNER**
**1010 JONATHAN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GARY HALE &**
**2857 NW 4TH AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GARY K FLOYD &**
**297 ASH LOOP**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GARY L DUFF &**
**2375 KILLEBREW DRIVE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GARY L WALLACE &**
**1808 ALLEN AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary Production Company**
**National Registered Agents, Inc.**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GARY R BELKNAP**
**2735 SPRUCE DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,129.69 |
|---|---|---|---|

**GAUBERT OIL COMPANY INC**
**PO BOX 310**
**THIBODAUX, LA 70302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gem County Treasurer/Tax Collector**
**415 E. Main**
**Emmett, ID 83617-3096**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GENE A CAPPS &**
**703 WARNER AVE**
**LEWISTON, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GENEVA A WELCH &**
**PO BOX 326**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GEORGE ARTHUR RICHARDS**
**3876 RIDGELAKE COURT**
**ADDISON, TX 75001-7924**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GEORGE E BRIGGS & JANET B**
**PO BOX 152**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __High Mesa, Inc.__ _____   Case number *(if known)* _____

Name

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GEORGE G QUENZER A/K/A**
**7760 FOOTHILL ROAD**
**MIDDLETON, ID 83644**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GEORGE T THEBO &**
**1208 TARA CT**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GEORGE W BACUS**
**905 NW 24TH ST**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GEOSOUTHERN LAVACA PROPERTIES**
**1425 LAKE FRONT CIRCLE**
**SUITE 200**
**THE WOODLANDS, TX 77380**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GERALD F ACKERMAN**
**1337 POPLAR AVENUE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GERALD FRED BENNETT**
**7812 SONGBIRD WAY**
**CLINTON, WA 78236**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GERALD W MITCHELL &**
**3085 NW 3RD AVENUE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **High Mesa, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,285.80 |
|---|---|---|---|

**GHX INDUSTRIAL LLC**
**PO BOX 4346 DEPT 207**
**HOUSTON, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.58 |
|---|---|---|---|

**GIANT ENERGY CO LP**
**12850 SPURLING RD STE 200**
**DALLAS, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GILBERT C COX &**
**35068 PITTSBURG ROAD**
**ST HELENS, OR 97051**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GILBERT I WELLS &**
**600 DELMAR AVE**
**PARMA, ID 83660**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GINGER OIL COMPANY**
**1400 Woodloch Forest Dr**
**#425**
**THE WOODLANDS, TX 77380**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GLADYS WHADFORD**
**1075 N FIG ST**
**ESCONDIDO, CA 92026**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**GLEN DALE MEYER**
**1502 BURTON AVE**
**FRUITLAND, ID 83619**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.576**

**Nonpriority creditor's name and mailing address**
**GLENDA D GRACE &**
**1755 KILLEBREW DRIVE**
**PAYETTE, ID 83661**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.577**

**Nonpriority creditor's name and mailing address**
**GLENDA EUBANKS &**
**848 W LOCUST LANE**
**NAMPA, ID 83686**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.578**

**Nonpriority creditor's name and mailing address**
**GLENN ERHARDT**
**2237 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.579**

**Nonpriority creditor's name and mailing address**
**GLOBAL PROPERTIES LLC**
**900 W JEFFERSON ST**
**BOISE, ID 83702**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.580**

**Nonpriority creditor's name and mailing address**
**GLORIA BROOKS WEISENBERGER AND**
**JUDY R BR**
**15021 KATY FREEWAY**
**SUITE 400**
**HOUSTON, TX 77094**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.581**

**Nonpriority creditor's name and mailing address**
**Goliad County Tax Office**
**329 W Franklin St**
**Goliad, TX 77963**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.582**

**Nonpriority creditor's name and mailing address**
**GONZALES COUNTY TAX ASSESSOR**
**PO BOX 677**
**GONZALES, TX 78629**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$248.20**

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
---|---|---|---

GONZALO N LIERA &
1034 NORTHWEST 22ND ST
FRUITLAND, ID 83619

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.584** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227,926.45**

GORDON ARATA MONTGOMERY
201 ST CHARLES AVENUE
40TH FLOOR
NEW ORLEANS, LA 70170-4000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.585** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Government Accountability Office
441 G St., NW
Washington, DC 20548

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.586** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

GRACE BAPTIST CHURCH
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.587** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Graham Royalty, Ltd.
c/o John C. Anjier
One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.588** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Gratiot County Assessor's Office
214 E Center Street
Ithaca, MI 48847

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.589** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

GREG A. MCINNIS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **High Mesa, Inc.**                                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** |

**3.590**  **Nonpriority creditor's name and mailing address**

**GREG D KNIGHTEN &**
**8931 SOLTERBECK LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.591**  **Nonpriority creditor's name and mailing address**

**GREG J RANDLEMAN**
**1560 NW 26TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.592**  **Nonpriority creditor's name and mailing address**

**GREG M MESS**
**2409 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.593**  **Nonpriority creditor's name and mailing address**

**GREGORY C. SEMON**
**4892 LITTLE WILLOW RD.**
**PAYETTE, ID 83661**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.594**  **Nonpriority creditor's name and mailing address**

**GREGORY K. BROWN &**
**978 INDIANHEAD ROAD**
**WEISER, ID 83672**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.595**  **Nonpriority creditor's name and mailing address**

**Gregory Semon**
**c/o Fisher Rainey Hudson**
**959 W Bannock St Suite 630**
**Boise, ID 83702**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Litigation - Multiple claimants $500,000 Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.596**  **Nonpriority creditor's name and mailing address**

**GREY WOLF SAFETY GROUP LLC**
**PO BOX 1438**
**BROUSSARD, LA 70518**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$207.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **High Mesa, Inc.**                                          Case number (if known) _____
_____
          Name

| | | |
|---|---|---|
| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Groton Land Company, Inc.**
**c/o CT Corporation**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.598 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Guadalupe County Tax Office**
**1101 Elbel Rd**
**Schertz, TX 78154**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.599 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**GUILLERMO TRUJILLO III**
**2505 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**GULF OIL E&P COMPANY**
**P.O. Drawer 1150**
**Midland, TX 79702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.601 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*          **$53,304.19**

**GULF SOUTH PIPELINE CO LP**
**PO BOX 730000**
**DALLAS, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.602 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*          **$3,242.08**

**GULF/INLAND CONTRACTORS INC**
**C/O SOUTH LOUISIANA BANK**
**PO BOX 5091**
**HOUMA, LA 70361-5091**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.603 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Gulfport Energy Corp**
**Jones Walker**
**P O Drawer 3408**
**Lafayette, LA 70502-3408**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**       Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |

**GUSTAVO MATA SR**
**2406 GOLDEN AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
|---|---|---|

**H BRADFORD HENSHAW**
**2694 BAYBERRY DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,400,000.00** |
|---|---|---|

**H. L. Hawkins III**
**Liskow & Lewis**
**701 Poydras Street, Suite 5000**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$3,388.00** |
|---|---|---|

**HALE CONSULTING LLC**
**9273 WHITEHOUSE FORK ROAD EXT**
**BAY MINCHE, AL 36307-9005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
|---|---|---|

**HANKEY OIL COMPANY**
**4265 SAN FELIPE ST, STE 1050**
**Houston, TX 77027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
|---|---|---|

**Hanley Petroleum LLC**
**c/o CT Corporation System**
**1999 Bryan Street, Suite 900**
**Dallas, LA 75201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$37.37** |
|---|---|---|

**HARDIN SANITATION INC**
**PO BOX 7428**
**PASADENA, CA 91109-7428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __High Mesa, Inc._____   Case number *(if known)* _____
Name

| | |
|---|---|
| **3.611** | **Nonpriority creditor's name and mailing address** |

**3.611**

**Nonpriority creditor's name and mailing address**
**HAROLD RAPER**
**11680 W CHINDEN RIDGE DR**
**GARDEN CITY, ID 83714-1026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.612**

**Nonpriority creditor's name and mailing address**
**HAROLD WAYNE STUTZMAN &**
**8425 DUTCH LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.613**

**Nonpriority creditor's name and mailing address**
**Harrison County Tax Collector**
**200 West Houston Suite 108 PO Box 967**
**Marshall, TX 75671**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.614**

**Nonpriority creditor's name and mailing address**
**HARRY J WIGHTMAN**
**2600 WINESAP AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.615**

**Nonpriority creditor's name and mailing address**
**HART FARMS INC.**
**270 JUNIPER RD.**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.616**

**Nonpriority creditor's name and mailing address**
**HARVEY R STEPP &**
**1840 ADY ORCHARD RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.617**

**Nonpriority creditor's name and mailing address**
**HAYNES & BOONE LLP**
**PO BOX 841399**
**DALLAS, TX 75284-1399**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$24,681.00**

---

Debtor   **High Mesa, Inc.**                                          Case number (if known)  _____
_____
Name

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HEATHER HUNT**
**108 NE 14TH DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HEC PETROLEUM, INC.**
**15 SMITH RD**
**MIDLAND, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HECTOR C HERRERA**
**7767 ELMORE ROAD**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HEIDI E HOUSTON**
**2824 DOGWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HELEN PLAZA**
**2682 BAYBERRY DR**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HELEN REED**
**2472 W FORECAST ST**
**MERIDIAN, ID 83642**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HELEN Y WATKINS**
**1005 VICTORIA AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.625** | Nonpriority creditor's name and mailing address
**HELIS OIL & GAS COMPANY, L.L.C.**
**701 Poydras st.**
**Ste. 5000**
**New Orleans, LA 70139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.626** | Nonpriority creditor's name and mailing address
**HELMS**
**Confidential**
**Confidential**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.627** | Nonpriority creditor's name and mailing address
**Henrietta L. Sprinks**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address
**HENRY A FARROW &**
**1311 1/2 NW 19TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.629** | Nonpriority creditor's name and mailing address
**HENRY PRODCUTION COMPANY INC.**
**c/o OTTINGER HEBERT, LLC**
**1313 WEST PINHOOK ROAD**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.630** | Nonpriority creditor's name and mailing address
**Herbert L. Sadler, Sr.**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$8,000,000.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.631** | Nonpriority creditor's name and mailing address
**Hess Corporation**
**c/o Elizabeth S. Wheeler**
**Liskow & Lewis, One Shell Square**
**701 Poydras St. Suite 5000**
**New Orleans, LA 70139-5099**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|--------|---------------------|--------------------------|--|
| | Name | | |

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|---|---|---|

**HIGHWAY DISTRICT NO 1**
**3890 NW 1ST AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | | Unknown |
|-------|---|---|---|

**Hilcorp Energy Co**
**c/o Craig Isenberg**
**Barrasso Usdin**
 **909 Poydras St Ste 2350**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | | Unknown |
|-------|---|---|---|

**HILCORP ENERGY I LP**
**PO BOX 61229**
**HOUSTON, TX 77208-1229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | | Unknown |
|-------|---|---|---|

**HILCORP ENERGY JOINT VENTURE**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | | Unknown |
|-------|---|---|---|

**HINATSU FARMS LP**
**3341 NW 2ND AVE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | | Unknown |
|-------|---|---|---|

**HK Energy, LLC**
**c/o Loulan Joseph Pitre , Jr**
**Kelly Hart & Pitre LLP**
**400 Poydras Street, Suite 1812**
**New Orleans, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | | Unknown |
|-------|---|---|---|

**HOLLY HITE**
**2166 ALPINE CREEK DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **High Mesa, Inc.**                                    Case number *(if known)* _____
        _____
        Name

| | |
|---|---|

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HOMER R HERITAGE &**
**1207 TARA CT**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HOOPER HOLDINGS LLC**
**2200 E 1ST ST**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HORIZON RESOURCE MGMT**
**840 7 Ave SW**
**#1520**
**Calgary, AB T2P 3G2**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HOWARD J FISHER &**
**253 SOUTH WEST BLVD**
**NEW PLYMOUTH, ID 83655**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HSIAO-RO CHIANG**
**1310 ASPEN ST**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,192.00**

**HTI SERVICES LLC**
**PO BOX 709**
**STAR, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Huerfano County Assessor Office**
**401 Main St. Ste. 205**
**Walsenburg, CO 81089**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.646** | Nonpriority creditor's name and mailing address
**HURLEY OIL COMPANY, INC**
**126 Heymann Boulevard**
**Lafayette, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address
**HYRUM L. AUSTIN &**
**5047 SE 1-1/2 AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** | Nonpriority creditor's name and mailing address
**IANKOV TRUST DTD 4/18/13**
**4531 NW FREMONT ST**
**CAMAS, WA 98607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | Nonpriority creditor's name and mailing address
**Iberville Tax Collector**
**58050 Meriam St**
**Plaquemine, LA 70764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | Nonpriority creditor's name and mailing address
**IBRAHIM EBED**
**2222 BISHOP RD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address
**IDAHO DEPARTMENT OF LANDS**
**300 NORTH 6TH STREET STE 103**
**PO BOX 83720**
**BOISE, ID 83720-0050**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$50,361.57**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.652** | Nonpriority creditor's name and mailing address
**IDAHO DEPARTMENT OF LANDS**
**300 NORTH 6TH STREET  STE 103**
**PO BOX 83720**
**BOISE, ID 83720-0050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Mesa, Inc.**
_____        Case number *(if known)*  _____

Name

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Idaho Midstream, LLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Debtor resigned as operator.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IDAHO NORTHERN & PACIFIC**
**119 N COMMERCIAL AVE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Idaho State Tax Commission**
**11321 W Chinden Blvd**
**Garden City, ID 83714**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INDALECIO RODRIGUEZ &**
**1333 POPLAR AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,000.00** |
|---|---|---|---|

**Innovative Energy Services, Inc**
**16600 Park Row**
**Houston, TX 77084**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Intercompany Accounts Payable**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INTERNATIONAL PETROLEUM LLC**
**4834 South Highland Drive**
**Suite 200**
**Salt Lake City, UT 84117**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**INTERSTATE EXPLORATIONS LLC**
1331 Lamar St
#1370
Houston, TX 77010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IRENE J ROLAND**
4362 SAGE RD
ONTARIO, OR 97914

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IRISH OIL AND GAS COMPANY**
2500 Tanglewilde
Suite 272
Houston, TX 77063

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,154.47** |
|---|---|---|---|

**IRON MOUNTAIN**
PO BOX 915004
DALLAS, TX 75391-5004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IRVCO ASPHALT & GRAVEL INC**
PO BOX 931
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IRVIN CATTLE COMPANY, INC**
7504 CUSTER ROAD
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ISAAC ALLRIDGE, JR.**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ISNARDA RODRIGUEZ**
**1600 NW 26TH ST**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ISREAL GONZALEZ JUAREZ**
**106 PARADISE COURT**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ivan J. Kirk**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J & A REAL ESTATE COMPANY, LLC**
**2860 NW 4TH AVENUE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.31** |
|---|---|---|---|

**J & J OF NORTHWEST FL INC**
**PO BOX 666**
**JAY, FL 32565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J JAY & JOYCE D GARRETT**
**1308 TARA  CT**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J R SIMPLOT COMPANY**
**PO BOX 27**
**BOISE, ID 83707**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**J ROBERT QUINLY &**
**226 CRIMSON CIRCLE EAST**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,002.00** |
|---|---|---|---|

**J&M JOYCE & MCFARLAND LLP**
**712 MAIN ST STE 1500**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**J. JAN JIRCIK P.C.**
**4355 Sylvanfield Blvd**
**#205**
**Houston, TX 77014**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**J.P. OIL COMPANY, INC.**
**1604 West Pinhook Rd., Ste. 300**
**LAFAYETTE, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JACK S JONES**
**2610 NE 16TH ST**
**PAYETTE, ID 83661**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,580.30** |
|---|---|---|---|

**JACKSON WALKER LLP**
**PO BOX 130989**
**DALLAS, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JACOB BROWN**
**2770 NW 4TH AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                          Case number (if known) _____
_____
Name

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JACQUELINE STURDIVANT AKA**
**P O BOX 1155**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAIME J KURATA**
**307 E 1ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAIME P MARTINEZ &**
**2060 SPRING CREEK DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAMES A BUTTRAM &**
**2233 NE 8TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAMES A JENNINGS &**
**7740 RICHEY RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAMES AND PATRICIA ALLEN FAMILY**
**PARTNERS**
**4019 COLERIDGE**
**HOUSTON, TX 77005**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAMES AUSTIN GUTHRIE**
**C/O TALBO, CARMOUCHE, & MARCELLO**
**214 W. COMERVIEW**
**PO BOX 759**
**GONZALES, LA 70707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Austin Guthrie and**
**William Earl Guthrie**
**Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES DANIEL**
**1581 POPLAR AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES E & DOROTHY I MCCOSH**
**1906 HEITZ AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES F MILLER JR**
**7193 ELMORE RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES H MCDAVID**
**2687 BAYBERRY DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES H MOORE &**
**8630 SHANNON RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES H STILTZ &**
**8911 WASHOE ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Mesa, Inc.**

Case number *(if known)* _____

_____
Name

---

| 3.695 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JAMES H. MASHBURN, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JAMES J ENGLAND &**
**4600 BUTTE RD**
**EMMETT, ID 83617**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JAMES J LACRONE**
**PO BOX 52**
**NEW PLYMOUTH, ID 83655**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JAMES L MACFARLANE**
**7900 RICHEY RD**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JAMES L SMITH &**
**8516 SHANNON RD**
**PAYETTE, ID 83661**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JAMES LELAND RUSSELL**
**1416 NW 15TH STREET**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JAMES M FLANNERY JR**
**1503 LUCILLE AVENUE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor __High Mesa, Inc.__ _____   Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 3.702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **JAMES M MACFARLANE TRUST &**<br>**PO BOX 926**<br>**FRUITLAND, ID 83619-0926** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Interest__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **JAMES M. LEVINS, SR.**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __LITIGATION__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **JAMES OGDEN UNIT/WELLS, UPSHUR**<br>**COUNTY, W**<br>**16600 Park Row, Suite 158**<br>**HOUSTON, TX 77084** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **JAMES PATRICK DILLE**<br>**2635 DOGWOOD AVE**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Interest__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **JAMES R AND GAILAN M MAY TRUST**<br>**191 S LARKWOOD STREET**<br>**ANAHEIM, CA 92808** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Interest__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **JAMES R ASMUSSEN &**<br>**8340 DUTCH LANE**<br>**PAYETTE, ID 83661** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Interest__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **JAMES R CIARDELLI &**<br>**PO BOX 877**<br>**EMMETT, ID 83617-0877** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Interest__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JAMES R KING &**
**969 SUNSET DRIVE**
**ONTARIO, OR 97914**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JAMES R MITCHELL**
**101 NE 16TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JAMES R SMITH**
**PO BOX 984**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JAMES R WEBSTER**
**8516 WASHOE RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James T. Bond**
**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JAMES W HOUSTON &**
**2143 BISHOP AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JAMES WATKINS JR ET UX &**
**5758 HILLVIEW ROAD**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**   **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Janex Oil Co Inc**
**c/o Brodie G Glenn**
**Bradley Murchison et al**
**1100 Poydras St Ste 2700**
**New Orleans, LA 70163**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JANICE G LAMB &**
**539 VALLEY CIRCLE RD**
**HAGERMAN, ID 83332-5041**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JANICE PRICE**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAQUELYN LEE HIATT**
**6934 HUMMEL DR.**
**BOISE, ID 83709**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JARED T TAGGART &**
**305 NW 9TH STREET**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JASON JUNGLING**
**807 NW 24TH STREET**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JASON R PETT**
**1000 NW 24TH ST**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor __High Mesa, Inc._____  Case number (if known) _____
           Name

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JASON S LLOYD**
**2815 NW 4TH AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.38 |
|---|---|---|---|

**JAY AUTO PARTS INC**
**PO BOX 702**
**MILTON, FL 32572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAY D STRINGER & JOLINDA D**
**DTD 9/25/14**
**PO BOX 160**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeanerette Lumber and Shingle Company**
**c/o Jones Swanson Huddell**
**& Garrison LLC**
**601 Poydras st Suite 2655**
**New Orleans, LA 70130**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEANETTE H JONES**
**1587 POPLAR DR**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEANETTE L KOEHN**
**1595 POPLAR AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEANETTE LOUISE JENKINS**
**40701 RANCHO VISTA BLVD #236**
**PALMDALE, CA 93551**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.730** | Nonpriority creditor's name and mailing address
JEANNE GOSS
2228 EAST 46TH AVE
SPOKANE, WA 99223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.731** | Nonpriority creditor's name and mailing address
JEFF & KATHY RICE TRUST
8052 N PENNSYLVANIA AVE
FRUITLAND, ID 83619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.732** | Nonpriority creditor's name and mailing address
Jeff Landry
c/o Baldwin, Haspel, Burke & Mayer, LLC
Energy Center
1100 Poydras St., Suite 3600
New Orleans, LA 70163-2200

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.733** | Nonpriority creditor's name and mailing address
JEFFERSON C LANGHAM
P O BOX 1366
SHEPHERD, TX 77371

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.734** | Nonpriority creditor's name and mailing address
Jefferson Davis Parish Assessor
300 N State St
Jennings, LA 70546

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.735** | Nonpriority creditor's name and mailing address
JEFFREY A HYATT A/K/A
3400 2ND LANE EAST
PARMA, ID 83660

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.736** | Nonpriority creditor's name and mailing address
JEFFRY L ALLEN
Confidential
Confidential

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**                                                    Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.737 | **Nonpriority creditor's name and mailing address** |

**3.737**

**Nonpriority creditor's name and mailing address**
**JENNIFER JO REINS**
**8006 WESTGATE BLVD #A**
**AUSTIN, TX 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738**

**Nonpriority creditor's name and mailing address**
**JERELD L CHAPMAN &**
**7228 CUSTER ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.739**

**Nonpriority creditor's name and mailing address**
**JEROME G WANDERS &**
**15051 KINGS ROW DR**
**CALDWELL, ID 83607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.740**

**Nonpriority creditor's name and mailing address**
**JERRY D CAMPBELL &**
**PO BOX 84**
**2120 E 1ST STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741**

**Nonpriority creditor's name and mailing address**
**JERRY E JACKSON &**
**1503 JESSICA AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742**

**Nonpriority creditor's name and mailing address**
**JERRY L ANDERSON &**
**P O BOX 134**
**PAYETTE, ID 83661-0134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743**

**Nonpriority creditor's name and mailing address**
**JERRY L MATLOCK**
**7755 ELMORE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**                                        Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.744 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

### 3.744
**JERRY R NEISINGER &**
**202 N KANSAS AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.745
**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**JESSE T WETZEL**
**2280 NE 16TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.746
**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**JESUS A MADERA**
**2405 APPLEWOOD AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.747
**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**JESUS L INIGUEZ**
**302 SW 4TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.748
**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**JIMMEY W JUNGLING &**
**3081 NW 3RD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.749
**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**JIMMIE L & NORMA J GREENE**
**8512 SHANNON RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.750
**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**JIMMIE R & JUDY A HICKS**
**1540 NW 6TH AVE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**3.751**

**Nonpriority creditor's name and mailing address**
**JIMMY D NOYES**
**807 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.752**

**Nonpriority creditor's name and mailing address**
**Jimmy Freeman**
**c/o Shelly Sitton**
**P O Drawer 1617**
**Livingston, TX 77351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.753**

**Nonpriority creditor's name and mailing address**
**JIMMY L BETTS &**
**875 NW 3RD ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.754**

**Nonpriority creditor's name and mailing address**
**JMB COTE BLANCHE LLC**
**PO BOX 333**
**FRANKLIN, LA 70538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.755**

**Nonpriority creditor's name and mailing address**
**JOAN ELIZABETH TRAIL LESTER**
**1919 HIGHWAY 26**
**DERIDDER, LA 70634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.756**

**Nonpriority creditor's name and mailing address**
**JOAN P NEUBAUER TRUST**
**1303 N OREGON AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.757**

**Nonpriority creditor's name and mailing address**
**JOANN GIVENS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

Debtor   **High Mesa, Inc.**                                   Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**3.758**

**Nonpriority creditor's name and mailing address**

**JOANN RATCLIFF**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

---

**3.759**

**Nonpriority creditor's name and mailing address**

**JOANNE DOOLITTLE**
**PO BOX 24264**
**FEDERAL WAY, WA 98093**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

**3.760**

**Nonpriority creditor's name and mailing address**

**JOANNE E MCGEE**
**209 S MAIN ST**
**PENDLETON, OR 97801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

**3.761**

**Nonpriority creditor's name and mailing address**

**JODI RENEE**
**PO BOX 1046**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762**

**Nonpriority creditor's name and mailing address**

**JOE D PIPER &**
**308 NORTH DAKOTA**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763**

**Nonpriority creditor's name and mailing address**

**JOE LUIS GONZALEZ**
**1008 GOLDEN AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764**

**Nonpriority creditor's name and mailing address**

**JOE TORRES JR**
**2613 NW 4TH AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JOE W PENDERGRASS**
**2748 SPRUCE DR**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JOEL AND JAN BARNES TRUST**
**206 N DAKOTA AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JOEL M CLEMENTS**
**1311 ASPEN ST**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $808.47 |
|---|---|---|---|

**JOHANSON & FAIRLESS LLP**
**1456 FIRST COLONY BLVD**
**SUGAR LAND, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JOHN  &  DOREEN MCDADE**
**7420 GRANDE VALLEJO DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JOHN & PAULA SRHOLEC LIVING TR**
**1404 JESSICA AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**JOHN AND YVETTE DELCAMBRE**
**6516 DASPIT RD**
**NEW IBERIA, LA 70563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHN BAKER &**
**2140 MAPLE CT**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHN C & MARTHA M MATLOCK**
**850 W 1ST STREET**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John C. Lovell, Jr.**
**Liskow & Lewis**
**701 Poydras Street, Suite 5000**
**New Orleans, LA 70139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,159.77** |
|---|---|---|---|

**JOHN CRANE INC**
**24929 NETWORK PLACE**
**CHICAGO, IL 60673-1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHN D VILLEGGIANTE**
**8100 ESTATES BLVD**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHN F. BRICKER & COMPANY**
**200 PARK AVE**
**NEW YORK, NY 10166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHN GIBSON &**
**1202 TARA CT**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____   Case number *(if known)* _____
Name

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN H GETTLE &**
**5417 HWY 30 SOUTH**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN R HANSEN**
**2122 E 1ST ST**
**FRUITLAND, ID 83169**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN R HICKEY JR &**
**2604 WINESAP AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN TIMOTHY SHIRTS**
**2605 APPLEWOOD AVE.**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN W GILLUM JR**
**1409 NE 15TH CIRCLE DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN W GRAVERSEN**
**8164 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN W ORTON &**
**2690 BAYBERRY DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Mesa, Inc.**                                              Case number *(if known)* _____
_____
Name

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.786**

Nonpriority creditor's name and mailing address

**JOHN W SWANDER**
**4333 BUTTE RD**
**EMMETT, ID 83617**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.787**

Nonpriority creditor's name and mailing address

**JOHNSTON FAMILY TRUST**
**4440 SW 5TH AVE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.788**

Nonpriority creditor's name and mailing address

**JOINT REVOCABLE TRUST OF CARYL**
**11431 WEST HICKORY LOOP DRIVE**
**BOISE, ID 83713**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.789**

Nonpriority creditor's name and mailing address

**JON C POWELL**
**4409 WEST KELSEY CREEK STREET**
**EAGLE, ID 83616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.790**

Nonpriority creditor's name and mailing address

**JON LINDSEY AKA JONATHAN**
**2163 ALPINE CREEK DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.791**

Nonpriority creditor's name and mailing address

**JON M ECKERLE &**
**2290 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.792**

Nonpriority creditor's name and mailing address

**JON M SWARTZ &**
**51531 SE QUINCE RD**
**SOUTH BEND, IN 46628**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                                        Case number *(if known)* _____
_____
Name

| | |
|---|---|

**3.793**

**Nonpriority creditor's name and mailing address**
**JONATHAN E SKINNER**
**5000 NW 1ST AVE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.794**

**Nonpriority creditor's name and mailing address**
**JONATHAN L HENSLEY &**
**260 SYCAMORE AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.795**

**Nonpriority creditor's name and mailing address**
**Jones Co Ltd**
**c/o Francis V Liantonio, Jr**
**Adams & Reese**
**701 Poydras St Ste 4500**
**New Orleans, LA 70139**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.796**

**Nonpriority creditor's name and mailing address**
**JONES OILFIELD SERVICE SUPPLY**
**PO BOX 919321**
**DALLAS, TX 75391-9321**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$7,322.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.797**

**Nonpriority creditor's name and mailing address**
**JORDAN OIL COMPANY**
**UNKNOWN**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LITIGATION**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.798**

**Nonpriority creditor's name and mailing address**
**JOSE C GARCIA &**
**1039 NW 22ND ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.799**

**Nonpriority creditor's name and mailing address**
**JOSE DANIEL ANAYA CUELLAR &**
**140 NORTHEAST 8TH STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                                   Case number *(if known)*
_____
Name

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSE J CISNEROS &**
**2270 BISHOP AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**JOSE L GONZALEZ ZAVALA &**
**1003 BRAEBURN**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**JOSE LUIS VALERO &**
**2609 APPLEWOOD AVENUE**
**FRUITLAND, ID 93619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**JOSE M RIOS**
**248 SYCAMORE AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**JOSE P CAMARILLO**
**1314 ASPEN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**JOSE P MONCADA**
**1012 GOLDEN AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**JOSE RAFAEL GONZALEZ &**
**2502 GOLDEN AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor　**High Mesa, Inc.**

Name

Case number *(if known)* _____

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSE VALLE &**
**2609 ROME AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSEPH A REEVES JR**
**11211 WILDING LANE**
**HOUSTON, TX 77024-6315**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSEPH D HARRIS**
**2715 DOGWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSEPH D MILLSAP &**
**7825 ELMORE RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSEPH D ROHRBACHER**
**1438 WEST 12TH STREET**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph Hayes Jr.**
**481 Lake Long Drive**
**Houma, LA 70364**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSEPH J KATANCIK**
**2727 DOGWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __High Mesa, Inc._____     Case number (if known) _____
         Name

---

3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JOSEPH L LANGDON**
**1054 NW 23RD ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JOSEPH L SNOW &**
**110 NE 11TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JOSEPH W LEVANGER &**
**4300 SW 4TH AVE**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

3.817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Joseph Wilbert Bryant Jr et al**
**c/o Talbot Carmouche & Marcello**
**Attn Donald T Carmouche**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

3.818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$456.90**

**JOSEPH WILSON MHIRE**
**31508 W LA HWY 82**
**KAPLAN, LA 70548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.819 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JOSH J GRIFFITH &**
**8020 ESTATES BLVD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

3.820 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JOSHUA J ESSINGER**
**P O BOX 278**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOSHUA MEYER &**
**914 VICTORIA DR**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOSHUA SWANN AKA**
**2144 MAPLE COURT**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOVANI SALDIVAR &**
**2688 BAYBERRY DR**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOY RESOURCES INC.**
**4605 Post Oak Pl Dr**
**#250**
**Houston, TX 77027**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOYCE TURNBAUGH**
**407 NW 2ND STREET**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUAN A PENA JR &**
**2616 WINESAP AVE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUAN J AMAYA &**
**210 N PENNSYLVANIA STREET**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUAN SANDOVAL &**
**2026 CENTER AVENUE**
**PAYETTE, ID 83661**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUANITA BAKER**
**8602 NE MASON DR #19**
**VANCOUVER, WA 98662**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUDY ANN PHILLIPS**
**2611 ALDER DRIVE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUDY R BATTLES**
**7015 SE 31ST AVENUE**
**PORTLAND, OR 97202**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUDY RAINWATER**
**435 N 10TH STREET**
**PAYETTE, ID 83661**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JULIE ANN ROBERTS**
**P. O. BOX 992**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JULIE C GOSS**
**1409 EAST 35TH AVE**
**SPOKANE, WA 99223**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.835** Nonpriority creditor's name and mailing address
**JULIE COLE**
**840 THREADNEEDLE #177**
**HOUSTON, TX 77079**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$330.00**

---

**3.836** Nonpriority creditor's name and mailing address
**Julie Sheerin**
**c/o Shelly Sitton**
**P O Drawer 1617**
**Livingston, TX 77351**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.837** Nonpriority creditor's name and mailing address
**JUSTIN C HAYES**
**2723 DOGWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.838** Nonpriority creditor's name and mailing address
**JUSTIN E SMITH**
**5847 AKRON ROAD**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.839** Nonpriority creditor's name and mailing address
**JUSTIN GIBB &**
**540 SYRINGA FALLS CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.840** Nonpriority creditor's name and mailing address
**JUSTIN W HOWARD &**
**1802 N VISTA AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.841** Nonpriority creditor's name and mailing address
**Justiss Oil Company, Inc.**
**1120 East Oak Street**
**Jena, LA 71342**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Debtor resigned as operator.__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **High Mesa, Inc.**                                              Case number (if known) _____
       Name

| | |
|---|---|
| **3.842** | **Nonpriority creditor's name and mailing address** |

**3.842**

Nonpriority creditor's name and mailing address

**JW POWER COMPANY**
**PO BOX 205856**
**DALLAS, TX 75320-5856**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$11,280.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.843**

Nonpriority creditor's name and mailing address

**KARA L GRUELL**
**2681 BAYBERRY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.844**

Nonpriority creditor's name and mailing address

**KAREN MEYE**
**9120 W PIRATES COURT**
**SPOKANE, WA 99224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.845**

Nonpriority creditor's name and mailing address

**KAREN OLTMAN**
**8970 HURD LN**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.846**

Nonpriority creditor's name and mailing address

**KAREN Y DISHION**
**1907 W FLAMINGO AVE #164**
**NAMPA, ID 83651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.847**

Nonpriority creditor's name and mailing address

**KARL R KOSIER**
**848 UPPER TURTLE CREEK RD #2**
**KERRVILLE, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.848**

Nonpriority creditor's name and mailing address

**KARLEN S BURNS &**
**8059 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.849** | **Nonpriority creditor's name and mailing address**
KARMA JEAN GEHRKE
2720 DOGWOOD AVE
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.850** | **Nonpriority creditor's name and mailing address**
Kathleen A. Moore
c/o Fisher Rainey Hudson
957 W Bannock St Suite 630
Boise, ID 83702

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation - Multiple claimants $500,000 Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.851** | **Nonpriority creditor's name and mailing address**
KATHLEEN J DAY
206 N KANSAS AVE
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.852** | **Nonpriority creditor's name and mailing address**
KATHLEEN M SKOW
2475 COVE RD
WEISER, ID 83672

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.853** | **Nonpriority creditor's name and mailing address**
KATHY L ANCHUSTEGUI
204 NW 9TH ST
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.854** | **Nonpriority creditor's name and mailing address**
KATHY SMITH
1610 FOSSIL PARK DR.
KATY, TX 77494

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$191.09**

---

**3.855** | **Nonpriority creditor's name and mailing address**
KATRINA K ROOT
8580 RABY LANE
PAYETTE, ID 83661

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KAY MCLAUCHLAN &**
**1586 POPLAR AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KAYE A SHIPPY**
**8590 RABY LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KAYSONN CHIN**
**PO BOX 707**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KEITH J & NANCY L KOLAR**
**8680 SHANNON RD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KEITH J GAYDA**
**1002 BRAEBURN STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KEITH L MCGEHEE &**
**2307 SHAMROCK CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KEITH S ANDERSON &**
**8600 RABY LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __High Mesa, Inc._____     Case number *(if known)* _____

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Name

**KEITH SCHRENK &**
**2070 NE 8TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keith Stutes**
**c/o Donald T Carmouche**
**Talbot Carmouche & Marcello**
**17405 Perkins Rd**
**Springfield, LA 70881-3824**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keith Stutes, District Attorney**
**Archdiocese of New Orleans**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KEITH V SMITH**
**6310 HOLY CROSS LN**
**CASTLE ROCK, CO 80108**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,929.54** |
|---|---|---|---|

**KELLEY BROTHERS CONTRACTORS INC**
**PO DRAWER 1079**
**WAYNESBORO, MS 39367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KELLY CHAMPION FRANEK**
**835 N 9TH ST**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KELLY CRACE**
**4640 SW 160TH AVE**
**BEAVERTON, OR 97078**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Mesa, Inc.**                                                      Case number *(if known)* _____
_____
Name

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KELLY J RHINEHART &**
**603 THREE RIVERS WAY**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KELLY L SUTTON & JANIS SUTTON**
**DTD 5-12-11**
**1406 JESSICA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KELSI J BARTON**
**1077 NORTHWEST 21ST STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KEN & JULIA A BISHOP**
**315 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KENDALL R SIMMONS**
**7730 RICHEY RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KENNETH ALLEN RICHARDS**
**3912 SPINNAKER RUN POINT**
**LITTLE ELM, TX 75068-3110**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KENNETH C HUIT**
**7461 USTICK ROAD**
**NAMPA, ID 83687**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                            Case number *(if known)* _____
_____
Name

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**KENNETH E ALAN**
**8475 ALDEN RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**KENNETH I BLAGG &**
**1807 NORTH VISTA DRIVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**KENNETH L LISLE &**
**6580 ELMORE RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**KENNETH R & REIKO WALSTON**
**1011 JONATHAN ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**KENNETH R PURDOM II TRUST**
**6217 HILL AVENUE**
**WHITTIER, CA 90601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**KENNETH SCHAPPERT**
**8077 ESTATES BLVD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**KENNETH W CROSS**
**500 EASTER AVE**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **High Mesa, Inc.**
_____
Name

Case number *(if known)* _____

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359.58** |
|---|---|---|---|

**KENTWOOD SPRINGS WATER COMPANY**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KERR MCGEE**
**16666 Northchase Dr**
**Houston, TX 77060**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KERR-McGEE CHEMICAL WORLDWIDE,**
**LLC**
**C/O THE CORPORATION TRUST COMPANY**
**1209 N ORANGE ST**
**WILMINGTON, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KERR-MCGEE OIL & GAS ONSHORE LP**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KEVIN D CLEVENGER**
**1970 NW 24TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KEVIN E HUSFLOEN**
**8020 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KEVIN L SHOEMAKER &**
**7170 DENVER RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KEVIN O'NEIL**
**3705 ELMORE ROAD**
**PARMA, ID 83660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KIM M MIGLIACCIO**
**903 NW 24TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KIM NICHOLS**
**8135 ESTATES BLVD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KIMBERLY ANN TAYLOR CLARKE**
**9196 PHANTOM COURT**
**MIDDLETON, ID 83644**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KIMBERLY L BUTLER**
**1538 DOGWOOD CT**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kimberly Saar Parsons**
**Confidential**
**Confidential**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KIMMIE K SERRANO**
**2067 SHELLEY DRIVE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| 3.898 | **Nonpriority creditor's name and mailing address** |

**KIRK B REDLIN**
**400 NE 16TH STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.899 | **Nonpriority creditor's name and mailing address** |

**KIRKLAND & ELLIS LLP**
**300 NORTH LASALLE STREET**
**CHICAGO, IL 60654-3406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$108,737.50**

---

| | |
|---|---|
| 3.900 | **Nonpriority creditor's name and mailing address** |

**KLINT R KOSIER**
**5301 BROWN HEART LANE**
**MIDLAND, TX 79707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.901 | **Nonpriority creditor's name and mailing address** |

**KODIAK EXPLORATION, INC.**
**4057 FIELD DRIVE**
**WHEAT RIDGE, CO 80033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.902 | **Nonpriority creditor's name and mailing address** |

**KOEPPEN FAMILY TRUST UTD**
**1583 NW 26TH STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.903 | **Nonpriority creditor's name and mailing address** |

**L & R ENVIRONMENTAL LANDFARMS**
**PO BOX 65**
**KUNA, ID 83634**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$34,008.70**

---

| | |
|---|---|
| 3.904 | **Nonpriority creditor's name and mailing address** |

**L AND E HAYNES TR UTA DTD**
**301 W 1ST STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **High Mesa, Inc.**        Case number *(if known)* _____

Name

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**L L O G Exploration & Production Co L L**
**c/o Douglas C Longman , Jr**
**Jones Walker**
**P O Drawer 3408**
**Lafayette, LA 70502-3408**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,105.90** |
|---|---|---|---|

**LA DEPT OF ENVIRONMENTAL QLTY**
**DEQ FINANCIAL SERVICES DIV**
**ATTN ACCOUNTS RECEIVABLE**
**PO BOX 4311**
**BATON ROUGE, LA 70821-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LA VERNE EDWARD RATHBUN**
**2509 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LACASSANE CO INC**
**500 Kirby St**
**Lake Charles, LA 70601**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LACASSANE PROJECT AREA**
**EXPLORATION AGREE**
**Confidential**
**Confidential**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LARENE SHIRAR**
**PO BOX 394**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LARRY AND LINDA HALE TRUST**
**1557 NORTH WEST 26TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY AND MARILYN OHLER LIVING**
**2240 NE 8TH ST**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY D LEAVITT**
**164 ASH LOOP**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY D SCHIMMELS**
**1578 POPLAR DRIVE**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY E ROBB**
**10210 W WHISPERING CLIFFS DR**
**BOISE, ID 83704**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY G CHANDLER &**
**8512 WASHOE ROAD**
**PAYETTE, ID 83661**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY JOE BRENTON &**
**907 NORTH VICTORIA**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY W DAWSON &**
**1617 NORTH WEST 26TH STREET**
**FRUITLAND, ID 83619**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **High Mesa, Inc.**                                                      Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.919 | **Nonpriority creditor's name and mailing address** |

**3.919** | **Nonpriority creditor's name and mailing address**

**LARRY W STUCK &**
**2100 E 1ST ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.920** | **Nonpriority creditor's name and mailing address**

**Latex-Star Inc**
**c/o John Pratt Farnsworth**
**Stone Pigman et al**
**909 Poydras St Ste 3150**
**New Orleans, LA 70112-4042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.921** | **Nonpriority creditor's name and mailing address**

**LAURA A ELLIOTT**
**105 NE 14TH DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.922** | **Nonpriority creditor's name and mailing address**

**LAURENCE HARVEY OLLOM**
**P.O. BOX 78423**
**SEATTLE, WA 98178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.923** | **Nonpriority creditor's name and mailing address**

**LAURIE A STAAKE**
**PO BOX 1025**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.924** | **Nonpriority creditor's name and mailing address**

**LAURIE WALDRON FAITH**
**5205 HWY 20/26**
**TRLR 5**
**CALDWELL, ID 83605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.925** | **Nonpriority creditor's name and mailing address**

**LAVACA COUNTY TAX ASSESSOR**
**PO BOX 293**
**HALLETTSVILLE, TX 77964**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$627.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor     **High Mesa, Inc.**                                                      Case number *(if known)* _____
           _____
           Name

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LAWRENCE M FINNEY &**
**7601 N NEVADA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**LAWRENCE NEIL OLSON &**
**2029 1ST AVENUE N**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**LAYNA HAUSER**
**2604 GOLDEN AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**LDC Operating, Inc.**
**c/o Steven L. Long**
**101 Hiawatha Road**
**Lafayette, LA 70501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**LEE A BROWN &**
**5797 AKRON ROAD**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**LEE S KUDRNA**
**3033 NW 3RD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**LEEROY & LORRIE TRACY TRUST**
**8144 ESTATES BLVD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.933**

Nonpriority creditor's name and mailing address
**LEEROY AND LORRIE TRACY TRUST**
**8144 ESTATES BLVD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.934**

Nonpriority creditor's name and mailing address
**LEON COUNTY TAX ASSESSOR**
**PO BOX 37**
**CENTERVILLE, TX 75833-0037**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14.48**

---

**3.935**

Nonpriority creditor's name and mailing address
**LEON COX**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.936**

Nonpriority creditor's name and mailing address
**LEON MANNING**
**2850 BANNOCK HWY 15**
**POCATELLO, ID 83204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.937**

Nonpriority creditor's name and mailing address
**LEONARD A NEWMAN &**
**7850 ELMORE ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.938**

Nonpriority creditor's name and mailing address
**LEONARD R MCCURDY &**
**2304 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.939**

Nonpriority creditor's name and mailing address
**Leroy J Hayes**
**481 Lake Long Drive**
**Houma, LA 70364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LEROY J. LEBOEUF, SR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LEROY NORMAN, SR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LES & UNA DAVIS LIVING TRUST**
**222 BUCK RD**
**SWEET, ID 83670**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LESLIE & MARGARET GARDNER**
**8660 SHANNON RD**
**PAYETTE, ID 83661**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LESTER K PRITCHETT &**
**907 NW 2ND ST**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LESTER L LONGTON**
**203 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LETHA L WORLEY**
**8626 WASHOE ROAD**
**PAYETTE, ID 83661**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____   Case number _(if known)_ _____

Name

| | |
|---|---|

**3.947**

**Nonpriority creditor's name and mailing address**
**LEWIS A SHERRER &**
**8200 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent

■ Unliquidated

☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.948**

**Nonpriority creditor's name and mailing address**
**LH VENTURES  LLC**
**PO  BOX 428**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent

■ Unliquidated

☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.949**

**Nonpriority creditor's name and mailing address**
**Liberty County Tax Assessor**
**304 Campbell St**
**Cleveland, TX 77327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.950**

**Nonpriority creditor's name and mailing address**
**LINDA EZELL NEWSOME**
**15021 KATY FREEWAY**
**SUITE 400**
**HOUSTON, TX 77094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent

■ Unliquidated

☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.951**

**Nonpriority creditor's name and mailing address**
**LINDA EZELL NEWSOME**
**15021 KATY FREEWAY**
**SUITE 400**
**HOUSTON, TX 77094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent

■ Unliquidated

☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.952**

**Nonpriority creditor's name and mailing address**
**LINDA MCQUISTEN AKA**
**309 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent

■ Unliquidated

☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.953**

**Nonpriority creditor's name and mailing address**
**LINDA S BONNER &**
**125 MAGNOLIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent

■ Unliquidated

☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**                                     Case number (if known) _____

Name

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.954**
**Nonpriority creditor's name and mailing address**
**Linder Oil Company, A Partnership**
**c/o Douglas C Longman Jr**
**Jones Walker**
**P O Drawer 3408**
**Lafayette, LA 70502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.955**
**Nonpriority creditor's name and mailing address**
**LINDSAY L KOVICK A/K/A**
**3766 VISTA RDG**
**NEW PLYMOUTH, ID 83655-6000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.956**
**Nonpriority creditor's name and mailing address**
**LISA DEL RE MARIE**
**910 GOLDEN AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.957**
**Nonpriority creditor's name and mailing address**
**LISA L TINGEY FAMILY TRUST UTA**
**8018 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.958**
**Nonpriority creditor's name and mailing address**
**Litel Explorations LLC**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.959**
**Nonpriority creditor's name and mailing address**
**LLOG EXPLORATION & PRODUCTION**
**COMPANY, L**
**600 Jefferson st.**
**Ste. 1600**
**Lafayette, LA 70502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.960**
**Nonpriority creditor's name and mailing address**
**LLOYD M LEWIS**
**15021 KATY FREEWAY**
**SUITE 400**
**HOUSTON, TX 77094**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Loana R. Kirk**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LOIS L ROYSTON**
**8543 WASHOE ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LOIS VON MORGANROTH**
**1223 MONTANA AVE**
**SANTA MONICA, CA 90403**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LOLITA N BAILEY**
**2617 N WHITLEY DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LONNIE RAJKOVICH**
**2609 WINESAP AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LORI A ARNOLD**
**1300 ASPEN DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LORI D BIEKER**
**2606 ROME AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LORI DELEHANT**
**2901 DOGWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LOUIS J. SCOTT, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LOUIS M HIGBY &**
**2403 KILLEBREW DRIVE**
**PAYETTE, ID 83661**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LOUISE HOUSTON**
**2210 SHAMROCK**
**FRUITLAND, ID 83619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louisiana Department of Natural Resource**
**c/o Megan K. Terrell**
**Louisiana Department of Justice (94005)**
**P. O. Box 94005**
**Baton Rouge, LA 70804-9005**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louisiana Department Of Revenue**
**617 3rd St**
**Baton Rouge, LA 70802**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,624.48** |
|---|---|---|---|

**LOUISIANA DEPT OF NATURAL RES**
**PO BOX 44277**
**BATON ROUGE, LA 70804-4277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.975** | **Nonpriority creditor's name and mailing address**
**Louisiana Energy Production L L C**
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.976** | **Nonpriority creditor's name and mailing address**
**LOUISIANA EXPLORATION &**
**ACQUISITIONS ET**
Confidential
Confidential

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.977** | **Nonpriority creditor's name and mailing address**
**LOUISIANA LAND & EXPL CO**
C/O CONOCO PHILLIPS
21873 NETWORK PLACE
CHICAGO, IL 60673-1218

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.978** | **Nonpriority creditor's name and mailing address**
**Louisiana Land & Exploration Co L L C**
c/o Deborah DeRoche Kuchler
Kuchler Polk Weiner, LLC
1615 Poydras St. Suite 1300
New Orleans, LA 70112

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.979** | **Nonpriority creditor's name and mailing address**
**LOUISIANA ONSHORE PROPERTIES LLC**
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.980** | **Nonpriority creditor's name and mailing address**
**Louisiana Secretary of State**
Commercial Division
PO Box 94125
Baton Rouge, LA 70804-9125

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.981** | **Nonpriority creditor's name and mailing address**
**LOWELL D DAVIS**
8407 WASHOE RD
FRUITLAND, ID 83619

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LOWER PAYETTE DITCH CO**
**102 N MAIN ST**
**PAYETTE, ID 83661**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LUIS JUAREZ &**
**980 SHAMROCK CT**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LUKE A SMITH**
**2132 MAPLE CT**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LW SATHER & GLENDA SATHER**
**373 NE 4TH AVE**
**ONTARIO, OR 97914**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LYLE D ANDERSON &**
**1723 WEST SANDALWOOD DRIVE**
**MERIDIAN, ID 83646**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LYLE MARTIN YOUNGBERG**
**1004 VICTORIA DR**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LYNN H STONE &**
**2306 SHAMROCK CT**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                                Case number *(if known)* _____

_____
Name

| | |
|---|---|
| 3.989 | **Nonpriority creditor's name and mailing address**<br>**LYNN LARSEN &**<br>**1770 NW 24TH ST**<br>**FRUITLAND, ID 83619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Royalty Interest**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.990 | **Nonpriority creditor's name and mailing address**<br>**LYNNORA JEAN GROSS**<br>**2302 SHAMROCK CT**<br>**FRUITLAND, ID 83619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Royalty Interest**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.991 | **Nonpriority creditor's name and mailing address**<br>**LYONS PETROLEUM, INC**<br>**400 Travis Street**<br>**Shreveport, LA 71101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **LITIGATION**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.992 | **Nonpriority creditor's name and mailing address**<br>**M & L INDUSTRIES**<br>**1210 ST CHARLES**<br>**HOUMA, LA 70360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*                **$863.95**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.993 | **Nonpriority creditor's name and mailing address**<br>**MAGUIRE OIL COMPANY**<br>**5950 Berkshire Ln**<br>**Dallas, TX 75225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.994 | **Nonpriority creditor's name and mailing address**<br>**MAIL FINANCE**<br>**DEPT 3682**<br>**PO BOX 123682**<br>**DALLAS, TX 75312-3682**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*                **$308.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.995 | **Nonpriority creditor's name and mailing address**<br>**MAIN PASS 301 #A-6 OCS-G 04486**<br>**n/a**<br>**n/a, n/a n/a**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor **High Mesa, Inc.**
_____   Case number (if known) _____
Name

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MAIN PASS 301 B-2 OCS-G 1317**
n/a
n/a, n/a n/a

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MAIN PASS 301 PROSPECT FILE**
n/a
n/a, n/a n/a

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MALCOLM R HARRIS**
**8301 WASHOE RD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Malheur County Assessor**
**251 B St W**
**Vale, OR 97918**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MANTI EXPLORATION OPERATING LLC**
**8550 United Plaza Building II**
**Suite 305**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MANTI GODZILLA, LTD.**
**800 North Shoreline Boulevard**
**Suite 900**
**Corpus Christi, TX 78401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MANTI OPERATING COMPANY**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____   Case number (if known) _____
Name

---

| 3.100 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MANTI RESOURCES, INC**
**21245 Smith Road**
**Covington, LA 70435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MANUEL ARNOUVILLE**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MANUEL C JOSEPH**
**PO BOX 211**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAP ENTERPRISES LLC**
**3085 NW 3RD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARC D WARD &**
**2089 TIMBERCREEK DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARC F FRENCH &**
**1051 NW 23RD ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**
_____
Name

Case number (if known) _____

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Marcia R Roland**
**c/o Fisher Rainey Hudson**
**953 W Bannock St Suite 630**
**Boise, ID 83702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation - Multiple claimants $500,000 Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**MARCUS CHRISTIAN HARDEE & DAVIES**
**LLP**
**737 N 7th St**
**Boise, ID 83702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**MARGARET LIVINGSTON**
**7601 ELMORE ROAD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**MARIA CARMEN GONZALEZ**
**1512 NW 20TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**MARIA R GONZALEZ &**
**1506 NW 20TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**MARIE EILERS**
**4623 SE 1ST AVENUE**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MARIE L BOYER**
**8660 WASHOE RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MARILYN DICKERSON &**
**2602 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MARILYN LEIGH MAULE BARRECA &**
**14526 CHESAPEAKE PLACE NE**
**BAINBRIDGE ISLAND, WA 98110**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MARIO MORALES &**
**1415 N 15TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MARION MCKINLEY, IV.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MARJEAN RANICE SILVERNAIL**
**29805 164TH AVENUE**
**KENT, WA 98042**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **MARK A YOKOM &** | ■ Contingent | |
| **8875 WASHOE RD** | ■ Unliquidated | |
| **PAYETTE, ID 83661** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **MARK J RAWLINGS &** | ■ Contingent | |
| **7280 CUSTER RD** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **MARK SCHROEDER &** | ■ Contingent | |
| **26924 BIRDHAVEN COURT** | ■ Unliquidated | |
| **WILDER, ID 83676** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **MARLENE M DAESELEER** | ■ Contingent | |
| **1545 NW 26ST** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **MARLIN & LEORA CASTEEL TRUST** | ■ Contingent | |
| **105 NW 9TH STREET** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **MARLIN OLTMAN** | ■ Contingent | |
| **4600 HIGHWAY 52** | ■ Unliquidated | |
| **ONTARIO, OR 97914** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **High Mesa, Inc.**
_____    Case number (if known) _____
Name

---

| 3.102 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARLOW H TRICK &**
**1025 NW 22ND ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.102 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARSHALL JOHNSON**
**P.O. BOX 804**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.102 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARSHLAND EQUIPMENT RENTALS**
**9545 WARD LINE RD**
**BELL CITY, LA 70630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$708.67**

---

| 3.103 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN C NUNEZ &**
**2148 MAPLE CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.103 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN EVANS**
**2131 S TWIN RAPID WAY**
**BOISE, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.103 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN FLOYD EVANS &**
**2131 S TWIN RAPID WAY**
**BOISE, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.103<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**MARTIN J ZAVALA &**
**PO BOX 689**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**MARTIN M GARCIA**
**1022 NW 22ND ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**MARTIN PENA**
**211 CRIMSON CIRCLE WEST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**MARTINA JARAMILLO INDIV & AS**
**2136 NE 16TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**MARVIN A SCHNABEL**
**1040 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**MARVIN W HOLM &**
**3250 NW 2 1/2 AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**      Case number *(if known)* _____

Name

---

**3.103 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*        **Unknown** |

**MARY A VEATCH**
**917 BOBWHITE LN**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 0**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**MARY DARLEEN ALTIZER**
**PO BOX 515**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 1**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**MARY HANKEY AS TRUSTEE UNDER THE**
**LAST WI**
**Confidential**
**Confidential, Confidential Confidential**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 2**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**MARY J MURPHY**
**1301 NW 19TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 3**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**MARY JANE MOHN**
**287 COOPER LANE**
**HAMILTON, MT 59840**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 4**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**MARY JOSEPIDNE BUQUOI PRIMEAUX**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUTE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 5**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*    **$40,302.67**

**MASTER VALVE & WELLHEAD SVC**
**PO BOX 41047**
**BATON ROUGE, LA 70835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1046**

**Nonpriority creditor's name and mailing address**

**Matrix Petroleum LLC**
**Attn J Todd Reeves**
**1401 Enclave Parkway Suite 400**
**Houston, TX 77077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1047**

**Nonpriority creditor's name and mailing address**

**MATTHEW DONALD MCLEAN &**
**1011 BRAEBURN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1048**

**Nonpriority creditor's name and mailing address**

**MATTHEW ZENG**
**1005 BRAEBURN**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1049**

**Nonpriority creditor's name and mailing address**

**MAVIS FELICIEN**
**5713 POPLAR COMMON**
**FREMONT, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1050**

**Nonpriority creditor's name and mailing address**

**MAX A GARDNER &**
**7244 BOISE ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1051**

**Nonpriority creditor's name and mailing address**

**McConnell & Scully**
**c/o Schaeffer Law Offices**
**Attn Aaron A. Bartell**
**206 S. Kalamazoo Ave**
**Marshall, MI 49068-1582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **High Mesa, Inc.**                                                 Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**3.105 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,671.00** |
|---|---|---|
| **MCCONNELL & SCULLY INC**<br>**145 WEST MAIN STREET**<br>**HOMER, MI 49245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.105 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McMoRan Oil & Gas L L C**<br>**c/o Carl David Rosenblum**<br>**Jones Walker**<br>**201 St Charles Ave Ste 5100**<br>**New Orleans, LA 70170** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Litigation** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.105 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **MEAD FAMILY TRUST 2006**<br>**2690 BAYBERRY DR**<br>**FRUITLAND, ID 83619-5046** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.105 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **MEI YING ZHOU**<br>**2500 GOLDEN AVE**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.105 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,650.00** |
|---|---|---|
| **MELINDA RAINWATER**<br>**1906 ARCADIA DR**<br>**SUGAR LAND, TX 77498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.105 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **MELODY SUE COFFEY**<br>**Confidential**<br>**Confidential** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **High Mesa, Inc.**
_____
Name

Case number (if known) _____

---

| 3.105<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MELVIN CURTIS**
**1325 EAST LOCUST ST**
**EMMETT, ID 83617**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.105<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MELVIN G RAASCH &**
**3520 JACKSON AVENUE**
**EMMETT, ID 83617**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MELVIN N SESSIONS**
**2291 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Meridian**
**c/o Guy E. Wall**
**Wall, Bullington, & Cook, LLC**
**540 Elmwood Park Blvd**
**New Orleans, LA 70123**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MERISSA HILLSBERRY**
**202 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MERIT ENERGY COMPANY LLC**
**C/O THE PRINTICE-HALL CORPORATION**
**SYSTEM**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LITIGATION**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                    Case number (if known) _____
_____
Name

| 3.106 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MERLIN D KOEHN**
**3246 NW 2ND AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.106 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MERLYN RUTH MAULE ASHBY**
**118 WELLSPRINGS DRIVE**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.106 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MH Family LLC**
**c/o Minnie Hughes**
**11 Oakley Drive**
**Hammond, LA 70401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.106 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL BRADLEY IHLI & LINDA**
**LINDA MARLENE IHLI JNT LIV TR**
**625 S SCHOOL AVE**
**KUNA, ID 83634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.106 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL C DAVIS &**
**1350 N WHITLEY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.106 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL D BROWNE**
**7510 UPPER AVENUE**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**
    Name                                      Case number (if known)

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**MICHAEL D ENGLAND**
**2230 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
**MICHAEL D LEWIS &**
**106 WILD ROSE CIRCLE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
**Michael E. Ellis**
**16600 Park Row**
**Houston, TX 77084**

Date(s) debt was incurred _09/13/2019_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
**MICHAEL F SHOEMAKER &**
**5250 ADAMS ROAD**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
**MICHAEL G JACOB**
**2630 DOGWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**Michael H. Lomax**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**MICHAEL J BOYER**
**2816 SPRUCE DRIVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**MICHAEL J MAYELL**
**4550 POST OAK PLACE**
**SUITE 300**
**HOUSTON, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**MICHAEL J ROBERTS**
**PO BOX 22**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**MICHAEL J VANDERPOOL &**
**12636 ALGONQUIN ST**
**NAMPA, ID 83651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**MICHAEL K LOOMIS &**
**7607 ELMORE ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**MICHAEL L PARTIN &**
**1803 N ALLEN AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MICHAEL L SMITH**
**500 SYRINGA FALLS COURT**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MICHAEL PERSILVER**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MICHAEL R BISHOP**
**8289 DUTCH LANE**
**PAYETTE, ID 83661**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MICHAEL R SHERMAN**
**1007 JONATHAN ST**
**FRUITLAND, ID 83616**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MICHAEL W HASTRITER &**
**1955 E OREGON AVE**
**PROVO, UT 84606**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MIGUEL A SALDIVAR**
**144 BEECH ST**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                                       Case number (*if known*) _____
_____
Name

| | |
|---|---|
| 3.108<br>8 | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**MIGUEL ANGEL HERRERA**
**1207 NW 24TH ST**                                                      ■ Contingent
**FRUITLAND, ID 83619**                                                  ■ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred _
                                                                        **Basis for the claim:** __Royalty Interest__
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.108<br>9 | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**MIGUEL HERRERA &**
**2355 KILLEBREW DR**                                                    ■ Contingent
**PAYETTE, ID 83661**                                                    ■ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred _
                                                                        **Basis for the claim:** __Royalty Interest__
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.109<br>0 | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**MIGUEL MACHUCA &**
**1006 NORTHWEST 24TH STREET**                                          ■ Contingent
**FRUITLAND, ID 83619**                                                  ■ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred _
                                                                        **Basis for the claim:** __Royalty Interest__
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.109<br>1 | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**MILAGRO EXPLORATION LLC**
**ALLEN CENTER, THREE**                                                  ☐ Contingent
**333 CLAY ST**                                                          ☐ Unliquidated
**HOUSTON, TX 77010**                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                        **Basis for the claim:** __LITIGATION__
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.109<br>2 | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**MINENE R SMITH**
**8653 WASHOE ROAD**                                                     ■ Contingent
**PAYETTE, ID 83661**                                                    ■ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred _
                                                                        **Basis for the claim:** __Royalty Interest__
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.109<br>3 | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**MINENE R SMITH**
**8653 WASHOE ROAD**                                                     ■ Contingent
**PAYETTE, ID 83661**                                                    ■ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred _
                                                                        **Basis for the claim:** __Royalty Interest__
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.109<br>4 | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**MISSION RESOURCES CORPORATION**
**1331 LAMAR, SUITE 1455**                                              ☐ Contingent
**HOUSTON, TX 77010**                                                    ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred _
                                                                        **Basis for the claim:** __LITIGATION__
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.109 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MISTY STOWE**
**1304 ASPEN DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MOBIL OIL EXPLORATION & PRODUCING**
**SOUTHE**
**822 Harding St.**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Momayezi Ager**
**c/o Shelly Sitton**
**P O Drawer 1617**
**Livingston, TX 77351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MONARCH HOLDING COMPANY LLC**
**1710 KIMBERLY RD**
**TWIN FALLS, ID 83301**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MONICA S GAFFNEY &**
**2136 E 1ST STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MONTY SHORT**
**4575 HILLVIEW ROAD**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __High Mesa, Inc.__                                              Case number (if known) _____
      Name

| | | |
|---|---|---|
| **3.110**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**MOORE CREEK/MOUNT CARMEL**<br>**PO BOX 626**<br>**JAY, FL 32565**<br><br>**Date(s) debt was incurred** __2019__<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$407.71** |

| | | |
|---|---|---|
| **3.110**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**MORGAN STANLEY ENERGY CAPITAL INC.**<br>**2000 WESTCHESTER AVENUE**<br>**1ST FLOOR**<br>**Purchase, NY 10577**<br><br>**Date(s) debt was incurred** __6-02-15__<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| **3.110**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Morgan Stanley Energy Capital Inc.**<br>**2000 Westchester Avenue, 1st Floor**<br>**Purchase, NY 10577**<br><br>**Date(s) debt was incurred** __06/03/2015__<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.110**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Mosbacher Energy Co**<br>**c/o Robert B McNeal**<br>**Liskow & Lewis**<br>**701 Poydras St Ste 5000**<br>**New Orleans, LA 70139**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Litigation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| **3.110**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**MOTION INDUSTRIES INC**<br>**PO BOX 504606**<br>**ST. LOUIS, MO 63150-4606**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$675.65** |

| | | |
|---|---|---|
| **3.110**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**MOUNTAIN WEST IRA INC**<br>**10096 W FAIRVIEW AVE STE 160**<br>**BOISE, ID 83704**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalty Interest__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110 7**

**Nonpriority creditor's name and mailing address**
**MR MINERAL RIGHTS LLC**
**3 NORTH 1050 EAST**
**DECLO, ID 83323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**
**MTBB Acquisition Company, LLC**
**c/o CT Corporation**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**
**MURPHY FAMILY TRUST & THOMAS**
**PO BOX 310**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
**MYRON J LITTLE**
**110 NW 4TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
**NANCY E THURSTON**
**5152 UMATILLA AVENUE**
**BOISE, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**
**NANCY LEE TAYLOR**
**32 S TAFFY DR**
**NAMPA, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NATALIE SUE MIO** | ■ Contingent | |
| **1604 N PENNSYLVANIA AVE** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NATHAN L WILSON** | ■ Contingent | |
| **1560 DOGWOOD CT** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NATHAN RAWLINSON &** | ■ Contingent | |
| **140 SYCAMORE AVE** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NATHAN TAYLOR** | ■ Contingent | |
| **824 ASHLAND AVE** | ■ Unliquidated | |
| **SANTA MONICA, CA 90405** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NATHANIEL CLAUDIO &** | ■ Contingent | |
| **202 NE 12TH STREET** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NATOMAS NORTH AMERICA, INC.** | ☐ Contingent | |
| **8550 UNITED PLAZA BLVD.** | ■ Unliquidated | |
| **BATON ROUGE, LA 70809** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **LITIGATION** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **High Mesa, Inc.**
_____
Name

Case number (if known) _____

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**NAVOR BELTRAN LOPEZ &**
**1521 NW 17TH**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**NEAL P RECKNAGLE &**
**3346 NW 2ND AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**NEILL J GOODFELLOW &**
**8156 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**NELSON METAL TECHNOLOGY INC**
**8952 WASHOE RD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**Nerissa Holmes**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**New Mexico Oil Conservation Division**
**District 4 - Santa Fe**
**1220 South St. Francis Drive**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**NEWTON H KECK & FERN E KECK**
**1255 ALLEN AVE**
**SUITE 111**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**NEXEO SOLUTIONS LLC**
**62190 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,742.21**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**NICHOLAS B WILLIAMS &**
**103 NW 9TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**NICK ADAMS**
**5720 SE 3RD AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**NICK AND JEAN LASNICK TRUST**
**8022 N PENNSYLVANIA AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**NICK MURPHY &**
**304 WEST 48TH AVE**
**KENNEWICK, WA 99337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**3.113**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NICKALAS R JANGULA &**<br>**2890 SW 3RD AVE**<br>**NEW PLYMOUTH, ID 83655** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NOAH W BASS MILLER TRUST**<br>**4549 EL CARNAL WAY**<br>**LAS VEGAS, NV 89121** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NOBLE DITCH CO**<br>**102 N MAIN**<br>**PAYETTE, ID 83661** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Noble Energy Inc**<br>**c/o John Pratt Farnsworth**<br>**Stone Pigman et al**<br>**909 Poydras St Ste 3150**<br>**New Orleans, LA 70112-4042** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Litigation** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NOE RAMIREZ**<br>**202 EAST OMAHA STREET**<br>**CALDWELL, ID 83605** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NOLA M HENDON**<br>**1513 NW 24TH ST**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Royalty Interest** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **High Mesa, Inc.**
_____
Name

Case number (if known) _____

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**

**NOLA S MILLER**
**4421 CASA RIO DR**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Nolan A. LeBoeuf, et al**
**c/o Talbot, Carmouche & Marcello**
**Attn Donald T Carmouche**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**NORCO INC**
**PO BOX 413124**
**SALT LAKE CITY, UT 84141-3124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$161.12**

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**NORMA C WEAVER**
**3969 N 1300 E**
**BUHL, ID 83316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**NORMAN WESLEY HARP &**
**PO BOX 4234**
**MCCALL, ID 83638**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**NORTHVIEW RANCH**
**2663 NW 4TH AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NORTHWEST GAS PROCESSING LLC**
**16600 Park Row, Suite 158**
**HOUSTON, TX 77084**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Northwest Oil Co**
**c/o Deborah D Kuchler**
**Kuchler Polk Weiner**
**1615 Poydras St Ste 1300**
**New Orleans, LA 70112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NYNA PAYNE**
**2466 SOUTHSLOPE WAY**
**WEST LINN, OR 97068**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**O P M I Operating Co**
**c/o Paul J Hebert**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**O'BRIEN'S RESPONSE MANAGEMENT**
**DEPT 3599**
**PO BOX 123599**
**DALLAS, TX 75312-3599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**O'Meara, LLC**
**c/o Stephen C. Fortson**
**Bradley, Murchison, Kelly & Shea, LLC**
**401 Edwards Street Suite 1000**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                                                  Case number *(if known)*
_____
Name

---

**3.1149**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**OCS-G 4486**                                                          ■ Contingent
**16600 Park Row, Suite 158**                                          ■ Unliquidated
**HOUSTON, TX 77084**                                                   ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:** _

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1150**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$313.34**

**OFFICE DEPOT**                                                        ☐ Contingent
**PO BOX 1413**                                                        ☐ Unliquidated
**CHARLOTTE, NC 28201-1413**                                           ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:** _

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1151**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**OFFICE OF NATURAL RESOURCES**                                        ■ Contingent
**P O BOX 25627**                                                      ■ Unliquidated
**DENVER, CO 80225-0627**                                              ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1152**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$1,152.00**

**OIL RECOVERY CO INC**                                                ☐ Contingent
**PO BOX 1803**                                                        ☐ Unliquidated
**MOBILE, AL 36633**                                                   ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:** _

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1153**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$586.56**

**OMEGA WASTE MANAGEMENT INC**                                         ☐ Contingent
**PO BOX 1377**                                                        ☐ Unliquidated
**PATTERSON, LA 70392**                                                ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:** _

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1154**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$21,031.91**

**OMI ENVIRONMENTAL SOLUTIONS**                                        ☐ Contingent
**PO BOX 932127**                                                      ☐ Unliquidated
**ATLANTA, GA 31193-2127**                                             ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:** _

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1155**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**ONALEE MANSOR**                                                      ■ Contingent
**8610 SHANNON ROAD**                                                  ■ Unliquidated
**PAYETTE, ID 83661**                                                  ☐ Disputed

Date(s) debt was incurred _                                            **Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Onyxx Energy L.L.C.**
**c/o Gregory Thibodeaux**
**139 James Comeaux Road, #577**
**Lafayette, LA 70508**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$335,778.46** |
|---|---|---|---|

**OPPORTUNE LLP**
**711 LOUISIANA SUITE 3100**
**HOUSTON, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**OREI INC**
**UNKNOWN**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ORLOFSKY MINERAL HOLDINGS**
**6038 CHERRYRIDGE DR**
**BATON ROUGE, LA 70809**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Orlofsky Mineral Holdings, LLC**
**6038 Cherryridge Drive**
**Baton Rouge, LA 70809**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Debtor resigned as operator.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**OROCO LLC**
**13170-B CENTRAL AVENUE SE**
**PMB 320**
**ALBUQUERQUE, NM 87123**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270.44** |
|---|---|---|---|

**OUTFITTER SATELLITE INC**
**2727 OLD EML HILL PIKE**
**NASHVILLE, TN 37214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Owens Leandro**
**Anderson Dozier Blanda & Saltzman**
**2010 Pinhook Rd**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**OWYHEE County Assessor**
**P.O. Box 128**
**Murphy, ID 83650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**OXFORD LLC**
**3214 NORTH UNIVERSITY AVE**
**#104**
**Provo, UT 84604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**OXY USA INC.**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**PACER ENERGY LTD**
**12600 Hill Country Blvd**
**Bee Cave, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Pacific Enterprises Oil Co (U S A)**
**c/o Guy Earl Wall**
**Wall Bullington & Cook**
**540 Elmwood Park Blvd**
**New Orleans, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**PACIFIC MOBILE STRUCTURES INC**
**PO BOX 24747**
**SEATTLE, WA 98124-0747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$820.18**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**PACSEIS**
**200 Clocktower Pl, Suite D208**
**Carmel, CA 93923**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**PALACE OPERATING COMPANY**
**C/O BJ DUPLANTIS**
**625 EAST KALISTE SALOOM ROAD**
**SUITE 301**
**LAFAYETTE, LA 70580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**PAMELA L HOWELL**
**PO BOX 416**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**PANEL SPECIALISTS INC**
**PO BOX 4239**
**HOUMA, LA 70361-4239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$800.00**

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**PANHANDLE OILFIELD SERVICE**
**14000 QUAIL SPRINGS PARKWAY**
**SUITE 300**
**OKLAHOMA CITY, OK 73134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,192.22**

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **PARAMAX ENERGY INC**<br>**7700 E Arapahoe Rd**<br>**Ste 220**<br>**Centennial, CO 80112** | �■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.117 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,188.63** |
|---|---|---|
| **PARISH OF IBERVILLE**<br>**PO DRAWER 231**<br>**PLAQUEMINE, LA 70765-0231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.117 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **PATRICIA A MASON**<br>**909 N 2ND STREET**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Interest_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.117 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Patricia A. Lewis**<br>**c/o Carver, Darden, Koretzky, Tessier,**<br>**Finn, Blossman, & Areaux, LLC**<br>**1100 Poydras Street, Suite 3100**<br>**New Orleans, LA 70163** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.117 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **PATRICIA DANIELS**<br>**2247 KILLEBREW RD**<br>**PAYETTE, ID 83661** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Interest_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.118 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **PATRICIA KELLY**<br>**PO BOX 1037**<br>**PATAGONIA, AZ 85624** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Interest_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **High Mesa, Inc.**
Name

Case number *(if known)*

---

| 3.118<br>1 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA M STRADLEY**<br>**1595 NW 6TH AVE**<br>**PAYETTE, ID 83661** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>2 | **Nonpriority creditor's name and mailing address**<br>**PATRICK J FLYNN II**<br>**1211 LITTLE ROCK ROAD**<br>**EMMETT, ID 83617** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>3 | **Nonpriority creditor's name and mailing address**<br>**PATRIOT TUBULAR SERVICES LLC**<br>**PO BOX 692228**<br>**HOUSTON, TX 77269** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,920.47** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>4 | **Nonpriority creditor's name and mailing address**<br>**PATSY J LEAVITT**<br>**702 NW 3RD STREET**<br>**FRUITLAND, ID 83619** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>5 | **Nonpriority creditor's name and mailing address**<br>**PATTY FOSTER**<br>**109 N KANSAS AVENUE**<br>**FRUITLAND, ID 83619** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>6 | **Nonpriority creditor's name and mailing address**<br>**PAUL MOFFAT &**<br>**4797 SANDY AVE**<br>**EMMETT, ID 83617** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**
_____
Name

Case number (if known) _____

| 3.118 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PAULA SMITH**
**P O BOX 350**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PAYETTE COUNTY**
**1130 3RD AVE N**
**SUITE 104**
**PAYETTE, ID 83661**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Payette County Assessor**
**1130 3rd Ave. N.**
**Payette, ID 83661**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,089.63** |
|---|---|---|---|

**PAYETTE VALLEY SUPPLY INC**
**PO BOX 68**
**NEW PLYMOUTH, ID 83655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PEDRO E CARBAJAL JR &**
**208 N DAKOTA AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PELICAN DEVELOPMENT LLC**
**2663 NW 4TH AVE**
**FRUITLAND, ID 83619**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,468.77** |
|---|---|---|---|

**PELSTAR MECHANICAL SERVICES**
**1530 ST ETIENNE ROAD**
**BROUSSARD, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **High Mesa, Inc.**
_____   Case number *(if known)*   _____
Name

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Penn Enterprises, L.L.C.**
**c/o A. Shelby Easterly, III**
**142 Del Norte Avenue**
**Denham Springs, LA 70726**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PENN VIRGINIA OIL & GAS**
**16285 Park Ten Pl**
**#500**
**Houston, TX 77084**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PERRY G. PREJEANT**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  LITIGATION

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PETER A SIMMONS &**
**8042 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Royalty Interest

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PETRO OPERATING COMPANY LP**
**16600 Park Row, Suite 158**
**HOUSTON, TX 77084**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Petro Quest Exploration, Inc.**
**c/o George W. Grigg**
**1406 Royal Ave.**
**Monroe, LA 71201**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **High Mesa, Inc.**                                              Case number *(if known)* _____
          Name

| 3.120 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Petro-Hunt L L C**
**c/o J Ralph White**
**White Andrews**
 **650 Poydras St Ste 2319**
**New Orleans, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.120 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Petrohawk Energy Corp**
**c/o Richard Stuart Pabst**
**Kean Miller**
**909 Poydras St Ste 3600**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.120 2 |
|---|

**Nonpriority creditor's name and mailing address**

**PETROHAWK ENERGY CORPORATION**
**1000 LOUISIANA ST #5600**
**HOUSTON, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LITIGATION**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.120 3 |
|---|

**Nonpriority creditor's name and mailing address**

**PETROQUEST ENERGY LLC**
**C/O CORPORATION SERVICE COMPANY**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LITIGATION**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.120 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Petrosan LLC**
**c/o Benny Miller**
**17370 Hwy. 101**
**Iowa, LA 70647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.120 5 |
|---|

**Nonpriority creditor's name and mailing address**

**PHILIP E JOSEPH &**
**P O BOX 211**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **High Mesa, Inc.**                                     Case number (if known) _____
_____
         Name

| | |
|---|---|

**3.120 6**

Nonpriority creditor's name and mailing address

**PHILIP V PITTMAN &**
**4919 NW 1ST AVENUE**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.120 7**

Nonpriority creditor's name and mailing address

**PHILLIP BURK &**
**2000 COUNTY LINE ROAD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.120 8**

Nonpriority creditor's name and mailing address

**PHILLIP ZUEGER**
**104 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.120 9**

Nonpriority creditor's name and mailing address

**PHYLLIS ELAINE RICKETTS**
**8361 DUTCH LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.121 0**

Nonpriority creditor's name and mailing address

**PINNACLE REPROGRAPHICS-DIGITAL**
**2100 ROSS AVENUE SUITE 830**
**DALLAS, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$6,317.44

---

**3.121 1**

Nonpriority creditor's name and mailing address

**Pioneer Natural Resources U S A Inc**
**c/o Craig Isenberg**
**Barrasso Usdin**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | High Mesa, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.121**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,513.40 |
|---|---|---|
| **PIONEER WIRELINE SERVICES LLC**<br>PO BOX 202567<br>DALLAS, TX 75320-2567 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Plaquemines Parish Assessor's Office**<br>106 Ave G<br>Belle Chasse, LA 70037 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PLUM COULEE FARM LLC**<br>231 LIVE OAK LN<br>BISMARCK, ND 58504 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Royalty Interest_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **PNC Bank, Nat. Assoc., as Agent**<br>500 First Avenue<br>Pittsburgh, PA 15219 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _07/26/2016_ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Point Au Fer LLC**<br>c/o Talbot Carmouche & Marcello<br>Attn Donald T Carmouche<br>17405 Perkins Road<br>Baton Rouge, LA 70810 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Litigation_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **POLARIS ENTERPRISES, INC**<br>110 Travis Street<br>Suite 131<br>Lafayette, LA 70503 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _LITIGATION_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.121 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$206,792.00** |
|---|---|---|---|

**PRICEWATERHOUSECOOPERS LLC**
**PO BOX 952282**
**DALLAS, TX 75395-2282**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PRODUCTION HANDLING AND OPERATING**
**AGREEM**
**n/a**
**n/a, n/a n/a**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pyramid Midstream LLC**
**3711 Water Oak Drive**
**Texarkana, AR 71854**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Debtor resigned as operator._

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**QUAIL COVE HOMEOWNERS ASSOC**
**917 BOBWHITE STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Royalty Interest_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quest Exploration L L C**
**c/o Richard Dean McConnell , Jr**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Litigation_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,657.55** |
|---|---|---|---|

**R & L CARRIERS INC**
**PO BOX 10020**
**PORT WILLIAM, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

**R & R BROWN INC**
**PO BOX 500**
**MAGNOLIA, AR 71754-0500**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,833.45**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

**R & R CONTRACTING LLC**
**PO BOX 948**
**ROBERTSDALE, AL 36567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$26,143.25**

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

**R SCOTT RODE**
**2606 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

**R.A.M. DEVELOPMENT LLC**
**1485 N ELLINGTON PLACE**
**EAGLE, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

**R360 ENVIRONMENTAL SOLUTIONS**
**PO BOX 671766**
**DALLAS, TX 75267-1766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,905.00**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**RACHAEL H HOLTRY**
**1309 ASPEN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**RACHEL S NEILL**
**7352 CUSTER RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **High Mesa, Inc.** | | Case number (if known) | |
| | Name | | | |

---

**3.123
1**

**Nonpriority creditor's name and mailing address**

**Railroad Commission of Texas
1919 N Loop W #620
Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
2**

**Nonpriority creditor's name and mailing address**

**RAIN FOR RENT
FILE 52541
LOS ANGELES, CA 90074-2541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.56**

---

**3.123
3**

**Nonpriority creditor's name and mailing address**

**RALPH L BARKER
900 NW 24TH ST
FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
4**

**Nonpriority creditor's name and mailing address**

**RAMIRO MONCADA
307 NE 14TH DR
FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
5**

**Nonpriority creditor's name and mailing address**

**RAMONA S BECERRA
1580 NW 26TH ST
FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
6**

**Nonpriority creditor's name and mailing address**

**RAMOS INVESTMENTS COMPANY
C/O WEEKS & GONZALEZ
400 MAGAZINE ST
SUITE 200
NEW ORLEANS, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _LITIGATION_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **High Mesa, Inc.**
_____   Case number (if known) _____
Name

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RAMSHORN INVESTMENTS INC**
**515 W Greens Rd**
**Houston, TX 77067**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Randall C Kauffman**
**c/o Fisher Rainey Hudson**
**954 W Bannock St Suite 630**
**Boise, ID 83702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Litigation - Multiple claimants $500,000 Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RANDALL C KAUFFMAN &**
**4040 LITTLE WILLOW ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RANDALL G MARTINDALE &**
**2692 BAYBERRY DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RANDY F BISHOP**
**725 NORWAY RD**
**CHADDS FORD, PA 19317**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RANDY L BERGQUIST**
**124 HILL RD**
**WEISER, ID 83672**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **High Mesa, Inc.**                                              Case number (if known) _____
_____
Name

---

**3.124 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|

**RAUL CHAVEZ JR &**
**1111 NORTH WEST 21ST STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|

**RAUL E MARQUEZ**
**1003 JONATHAN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|

**RAUL GONZALEZ**
**1120 NW 23RD ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|

**RAYMOND & BONNIE TURNER**
**7890 ELMORE ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|

**RAYMOND E HORTON**
**2106 1ST AVE N**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|

**RCG-R2B LLC**
**PO BOX 220**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Reagan E Bradford**
**Lanier Law Firm**
**100 E California Ave Suite 200**
**Oklahoma City, OK 73104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  <u>Litigation - Multiple claimants $500,000 Claim</u>

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**REAGAN POWER & COMPRESSION INC**
**DEPT AT 952461**
**ATLANTA, GA 31192-2461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,632.89**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**REBECCA A ROMANS**
**2602 ROME AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**REBECCA L COWGILL**
**1315 ASPEN DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**REFUGIO J GONZALEZ &**
**PO BOX 933**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**REGIONAL VALVE CORP**
**2900 OLD CHEMSTRAND RD**
**CANTONEMENT, FL 32533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,987.20**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

**REVEAL DATA CORPORATION**
**PO BOX 273**
**RIVERSIDE, IL 60546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,625.00**

---

Debtor   **High Mesa, Inc.**
_____
Name

Case number (if known) _____

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rex A. Sharp**
**Rex A Sharp PA**
**5301 W 75th St**
**Prairie Village, KS 66208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation - Multiple claimants $500,000 Claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**REX E NEWMAN &**
**3075 NW 3RD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**RICE ENTERPRISES, LLC**
**8052 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**RICHARD BERRETH &**
**1316 ASPEN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**RICHARD D & LEAH LYNN CLOW**
**2950 NW 4TH AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**RICHARD D BARBEE**
**P O BOX 390**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.126 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RICHARD DARREN TORGERSRUD**
**655 MONTGOMERY ST #18**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.126 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RICHARD DOMANGUE**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.126 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RICHARD GLEN TAYLOR**
**30000 KASSON ROAD # 357**
**TRACY, CA 95304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.126 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RICHARD H PURDUM &**
**6215 DENVER ROAD**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.126 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RICHARD J LZICAR &**
**7912 ELMORE ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.126 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Peterson**
**c/o Fisher Rainey Hudson**
**958 W Bannock St Suite 630**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation - Multiple claimants $500,000 Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.126 8**

**Nonpriority creditor's name and mailing address**

**RICHARD PETERSON TRUST**
**9090 HANSON LN**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**RICHARD R VEST &**
**2515 NW 4TH AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**RICHARD T COOK**
**910 BRAEBURN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**RICHARD VAUGHN MAULE**
**1900 ORO DAM BLVD.**
**E. STE 12**
**OROVILLE, CA 95966-5934**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.127 2**

**Nonpriority creditor's name and mailing address**

**RICHARD WAYNE NICHOLAS &**
**11845 N 10800 W**
**TREMONTON, UT 84337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

**RICK ADAMS AND KRISTIN C ADAMS**
**2685 BAYBERRY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**
_____     Case number (if known) _____
Name

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RICK L REYNOLDS &**
**7515 ELMORE ROAD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RICK VICK &**
**201 NW 9TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RICKY LEE ROYSTON**
**8547 WASHOE RD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RILEY J HILL**
**PO  BOX 428**
**ONTARIO, OR 97914**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,449.25** |
|---|---|---|---|

**RIO FUEL AND SUPPLY**
**PO BOX 2588**
**MORGAN CITY, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ripco, LLC**
**c/o Charles G. Blaize , Jr.**
**Mayhall Fondren Blaize, LLC**
**5800 One Perkins Place Dr. Suite 2-B**
**Baton Rouge, LA 70808**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

**RITA JEANNE BINGAMAN**
**17608 CALIENTE PL.**
**CERRITOS, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

**RITA LOCKNER**
**1033 ALAMEDA DRIVE**
**ONTARIO, OR 97914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

**RIVER RENTAL TOOLS INC**
**109 DERRICK ROAD**
**BELLE CHASSE, LA 70037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **$987.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

**RIVER ROAD RANCHES LLC**
**2130 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**RIVERFRONT EXPLORATION LLC**
**109 N 6th St**
**Fort Smith, AR 72901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

**ROBERT A GRAHAM**
**1317 ASPEN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **High Mesa, Inc.**
_____
Name

Case number *(if known)* _____

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT A MACKENZIE &**
**1812 N VISTA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT B OTIS &**
**1803 NORTH VISTA AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT C ANDERSON**
**1012 BRAEBURN ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT C TURNER &**
**2132 E 1ST ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT CHARLES TURNER MM SSP**
**2134 E 1ST STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT CROCHET**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                             Case number (if known) _____
_____
         Name

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT D JANGULA &**
**1580 NW 6TH**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT D KRAUSE**
**2045 SW 2ND AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT D PEDRACINI &**
**PO BOX 568**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT E CARTER &**
**1211 JESSICA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT G PETERSON III**
**1484 POPLAR AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT G SHANNON INDIVIDUALLY**
**1201 TARA COURT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____   Case number (if known) _____
Name

---

| 3.129 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**ROBERT GONZALEZ JUAREZ**
**102 NE 12TH ST**          ■ Contingent
**FRUITLAND, ID 83619**          ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Royalty Interest**
Last 4 digits of account number _
                                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**ROBERT GOODWIN**
**P O BOX 220**          ■ Contingent
**NEW PLYMOUTH, ID 83655**          ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Royalty Interest**
Last 4 digits of account number _
                                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**ROBERT HENGGELER &**
**2651 SW 3 1/2 AVE**          ■ Contingent
**FRUITLAND, ID 83619**          ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Royalty Interest**
Last 4 digits of account number _
                                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**ROBERT J BIXBY**
**2133 MAPLE CT**          ■ Contingent
**FRUITLAND, ID 83619**          ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Royalty Interest**
Last 4 digits of account number _
                                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**ROBERT J BOULA**
**2808 SPRUCE DR**          ■ Contingent
**FRUITLAND, ID 83619**          ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Royalty Interest**
Last 4 digits of account number _
                                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**ROBERT K VANDERPOOL**
**5775 DENVER ROAD**          ■ Contingent
**NEW PLYMOUTH, ID 83655**          ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Royalty Interest**
Last 4 digits of account number _
                                                      Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **High Mesa, Inc.**                                    Case number (if known) _____

Name

---

| 3.130 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT L SIDEROFF JR &**
**2260 SW 3RD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.130 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT L WELLS & EVELYN G**
**8700 SHANNON RD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.130 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT M DENNIS**
**392 W HIDDEN MEADOW WAY**
**MIDDLETON, ID 83644**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.130 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT MACKENZIE III &**
**2604 APPLEWOOD AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.130 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT R FRYE**
**P O BOX 506**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.130 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT ROUNDY &**
**2150 BISHOP AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**                                                Case number (if known) _____
_____
Name

| 3.131 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT SCOTT SILVA**
**2383 KILLEBREW DR**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**
_____

---

| 3.131 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT SCOTT SILVA LIVING**
**2383 KILLEBREW DRIVE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**
_____

---

| 3.131 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT TAYLOR**
**PO BOX 1131**
**CEDAR RIDGE, CA 95924-1131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**
_____

---

| 3.131 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT TAYLOR**
**PO BOX 1131**
**CEDAR RIDGE, CA 95924-1131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**
_____

---

| 3.131 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT W CROSS**
**2327 EAST 1ST ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**
_____

---

| 3.131 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROBERT WADE DOUGLAS**
**2737 SPRUCE DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**
_____

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERTA SALMON 1993 TRUST**
**11420 SCOTCH PINES ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.81** |
|---|---|---|---|

**ROBERTSON COUNTY TAX**
**PO BOX 220**
**FRANKLIN, TX 77856-0220**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBIN A JOCHEM &**
**807 VICTORIA AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBYN LYNN THOMPSON**
**27442 CROW ROAD**
**EUGENE, OR 97402**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROCKING R INVESTMENTS LLC**
**637 CLAUDE ROAD**
**ONTARIO, OR 97914**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rodessa Operating Company, Inc.**
**c/o Dawn Garner**
**211 E. Egan**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **High Mesa, Inc.**
_____
Name

Case number (if known) _____

---

| 3.132 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODNEY BLAKE SEAMONS**
**1306 TARA CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.132 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODNEY E MCGEHEE &**
**2303 SHAMROCK CT.**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.132 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROGELIO LARA**
**2606 WINESAP AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.132 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROGER A. AND KENNIE LYNN**
**5450 BUTTE RD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.132 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROGER K MURDOCK**
**Address Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.132 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ROGER L & THELMA L SMITH**
**8727 MICKELSON LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **High Mesa, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**3.132 8**

**Nonpriority creditor's name and mailing address**
**ROGER L. HEBERT LEGACY ENERGY CORPORATIO**
**445 North Blvd**
**Suite 700**
**Baton Rouge, LA 70802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.132 9**

**Nonpriority creditor's name and mailing address**
**Rogers Oil Co**
**c/o Paul J Hebert**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.133 0**

**Nonpriority creditor's name and mailing address**
**ROHRBACHER FARMING INC**
**1438 W 12TH ST**
**EMMETT, ID 83617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133 1**

**Nonpriority creditor's name and mailing address**
**ROLAND M HENRY &**
**317 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133 2**

**Nonpriority creditor's name and mailing address**
**ROLAND PENNINGTON &**
**1137 SUNSET DRIVE**
**ONTARIO, OR 97914**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
**ROLAND SUESS**
**16672 GALLOWAY ROAD**
**CALDWELL, ID 83607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.133
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**ROLAND ZUBEL &
911 BRAEBURN ST
FRUITLAND, ID 83619**

Unknown

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133
5**

**Nonpriority creditor's name and mailing address**

**Roman Catholic Church
Archdiocese of New Orleans
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133
6**

**Nonpriority creditor's name and mailing address**

**ROMAN CATHOLIC DIOCESE  BOISE
1501 S FEDERAL WAY
BOISE, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133
7**

**Nonpriority creditor's name and mailing address**

**RONALD A HART
4685 SE 1ST AVE
NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133
8**

**Nonpriority creditor's name and mailing address**

**RONALD D BLACKBURN &
2133 KILLEBREW DRIVE
PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133
9**

**Nonpriority creditor's name and mailing address**

**RONALD D HENDRICKSON &
7188 BLUFF ROAD
NEW PLYMOUNTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Mesa, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|

**RONALD D SCOTTO**
**2234 NE 16TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**RONALD GENE BARTON**
**1623 TIMBER CIRCLE**
**MCCALL, ID 83638**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**RONALD L EDWARDS**
**1081 NORTHWEST 21ST ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**RONALD LEE SHIPMAN &**
**1848 NW 24TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**RONALD R HALL**
**2402 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**RONALD R ROBERTSON &**
**1793 WALNUT AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**RONALD T MIO**
**2977 NW 3RD AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**RONG FEN DENG**
**2645 DOGWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**RONNIE L WEEKES &**
**PO BOX 223**
**LETHA, ID 83636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**RONNIE R LEGG**
**4900 BUTTE ROAD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

**Roosevelt Shields**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

**RORY D CLINTON**
**PO BOX 351**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **High Mesa, Inc.**
_____
         Name                                          Case number (if known) _____

| 3.135 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROSEMARY C KEELY**
**1204 CHANEY AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROSEMARY MAULE DAUBERT**
**1002 SUNSET COURT**
**LEWISTON, ID 83501**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROSEWOOD RESOURCES, INC.**
**2101 Cedar Springs Road**
**Suite 1500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROSEWOOD TRUST COMPANY, LTA**
**2101 Cedar Springs Road**
**suite 1600**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROY A STERNES**
**8611 DEWEY ROAD**
**EMMIT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROY M BARNES**
**2606 SUNSET DRIVE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**
　　　　Name

Case number (if known) _____

---

| 3.135 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ROY M BARNES**
**2606 SUNSET DRIVE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ROY N LONG**
**203 NE 16TH STREET**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ROY WILLIAM STURM &**
**5780 HWY 95**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Lomax**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RUBY KYRK**
**50 LUNDBERG PLACE**
**WEISER, ID 83672**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RUDY BENECKE**
**1871 WALNUT AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136**
**4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **RUSSELL FREITAG &** | ■ Contingent | |
| **1119 NW 19TH ST** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136**
**5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **RUSSELL L WHITE** | ■ Contingent | |
| **1200 CHANEY AVE** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136**
**6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **RUSSELL R FREITAG &** | ■ Contingent | |
| **1120 NW 19TH ST** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136**
**7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **RUSSELL SPOTSWOOD** | ■ Contingent | |
| **8180 N PENNSYLVANIA AVE** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136**
**8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Ruston - Idaho, LLC** | ■ Contingent | |
| **111 Killgore Road** | ■ Unliquidated | |
| **Ruston, LA 71270** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Debtor resigned as operator.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136**
**9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **RUTH DOMENIGHINI** | ■ Contingent | |
| **1437 DOGWOOD CT** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,660.92** |
|---|---|---|---|
| | **RYAN LLC**<br>**PO BOX 848351**<br>**DALLAS, TX 75284-8351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **RYAN M KECK**<br>**PO BOX 71**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **RYAN P HENGGELER &**<br>**6415 ELMORE RD**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **RYAN REINS**<br>**3154 WESTFIELD DR**<br>**RIVERSIDE, CA 95203** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **RYAN TAYLOR**<br>**8127 N SUNDIAL WAY**<br>**BOISE, ID 83714** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,528.00** |
|---|---|---|---|
| | **S & S CONSTRUCTION LLC**<br>**PO BOX 859**<br>**FLOMATION, AL 36441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

S W E P I L P
c/o Russell Keith Jarrett
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

SALVADOR G HERRERA
1408 BURTON AVE
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

SAM GALAN &
1804 HEITZ AVE
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

SAM R MILLER &
10800 DOBIE RD
CALDWELL, ID 83605

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

Samson Contour Energy E & P L L C
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

Samson Resources Co
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **High Mesa, Inc.**                                     Case number (if known) _____
_____
Name

| 3.138 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SAMUEL R DAVIS**
**8620 SHANNON ROAD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SAN JACINTO Tax Assessor-Collector**
**111 State Hwy. 150 Room C5**
**Coldspring, TX 77331**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SANDEFER OIL & GAS, INC**
**701 Poydras Street**
**Suite 5000**
**New Orleans, LA 70139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SANDEFER PETROLEUM COMPANY**
**600 Jefferson Street**
**Suite 300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sandhill Production Inc.**
**c/o James Duck**
**389 Baker Road**
**Shongaloo, LA 71072**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SANDIE DICKINSON**
**981 SHAMROCK CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **High Mesa, Inc.**                                          Case number (if known) _____
_____
          Name

| 3.138 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SANDRA B CLASON**
**106 NE 12TH DRIVE**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sandridge Energy Offshore**
**123 Robert S Kerr Ave**
**Oklahoma City, OK 73102**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Asset Retirement Obligation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SANTA FE BRAUN, INC**
**1675 South State Street**
**Dover, DE 19901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81,798.03** |

**SANTA ROSA COUNTY TAX COLLECTOR**
**6495 CAROLINE STREET STE E**
**MILTON, FL 32570**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2019

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SARA A SCHMIDT**
**1206 TARA COURT**
**FRUITLAND, ID 83619**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SARAH EPPERSON THOMISON**
**1618 CORIANDER DR**
**APT D**
**COSTA MESA, CA 92626-2447**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

**SAUL TRISTAN &**
**1045 NW 23 ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

**SCHOOL BOARD PROSPECT**
**Confidential**
**Confidential**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

**SCOTT BATES**
**1056 NW 23RD ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 7**

**Nonpriority creditor's name and mailing address**

**SCOTT CAMPBELL**
**2611 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**

**SCOTT D BARKER &**
**6787 BLACK BRIDGE RD**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 9**

**Nonpriority creditor's name and mailing address**

**SCOTT GROSS**
**5825 HIGHWAY 52**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor __High Mesa, Inc._____     Case number (if known) _____
    Name

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.140 0**

**Nonpriority creditor's name and mailing address**
**SCOTT HORACE AND TIFFANY SMITH**
**POST OFFICE BOX 844**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140 1**

**Nonpriority creditor's name and mailing address**
**SCOTT R PIERCE**
**8188 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140 2**

**Nonpriority creditor's name and mailing address**
**SEAN MCELHANEY**
**211 NORTH DAKOTA**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140 3**

**Nonpriority creditor's name and mailing address**
**SECORP INDUSTRIES**
**PO BOX 687**
**RIDGELAND, MS 39158-0687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,515.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140 4**

**Nonpriority creditor's name and mailing address**
**SEJ LLC**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Debtor resigned as operator.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140 5**

**Nonpriority creditor's name and mailing address**
**Seneca Resources Corporation**
**c/o Francis V. Liantonio , Jr.**
**Adams & Reese, LLP, One Shell Square**
**701 Poydras St. Suite 4500**
**New Orleans, LA 70139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**SETANTA ENERGY LLC**
**10260 WESTHEIMER RD**
**STE 310**
**HOUSTON, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

**SETTOON TOWING LLC**
**PO BOX 11407**
**DEPARTMENT 2088**
**BIRMINGHAM, AL 35246-2088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$48,506.81**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

**SEVEN OAKS DEVELOPMENT LLC**
**PO BOX 804**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

**SEVEN STATES TIMBERLANDS LLC**
**654 N State St**
**Jackson, MS 39202-3303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

**SHAMROCK ENERGY SOLUTIONS**
**PO BOX 731152**
**DALLAS, TX 75373-1152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$60,795.16**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

**SHANE WELDON BURRUP**
**2142 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 2**

**Nonpriority creditor's name and mailing address**

**SHARLA SIPES**
**8550 RABY LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **High Mesa, Inc.**        Case number *(if known)* _____
<br>Name

| | |
|---|---|
| **3.141<br>3** | |

**Nonpriority creditor's name and mailing address**

**SHARON FUSELIER**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.141<br>4** | |

**Nonpriority creditor's name and mailing address**

**SHARON J MOREMAN**
**15021 KATY FREEWAY**
**SUITE 400**
**HOUSTON, TX 77094**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.141<br>5** | |

**Nonpriority creditor's name and mailing address**

**SHARON K DRIESSEN**
**2401 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.141<br>6** | |

**Nonpriority creditor's name and mailing address**

**SHARON SMITH MCMICKING**
**12250 BROOKS ROAD**
**WINDSOR, CA 95492**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.141<br>7** | |

**Nonpriority creditor's name and mailing address**

**SHARON Y MURDOCK**
**Confidential**
**Confidential**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.141<br>8** | |

**Nonpriority creditor's name and mailing address**

**SHAWN C SCHAPPERT &**
**1012 NW 24TH ST**
**FRUITLAND, ID 83619**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SHAWN L BUNGER**<br>**1380 POPLAR AVE**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>**Royalty Interest**</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.142 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SHAWN RICHEY**<br>**1005 JONATHAN ST**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>**Royalty Interest**</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.142 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SHAWNA LEE BARTUS**<br>**1407 BURTON AVE**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>**Royalty Interest**</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.142 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Shell Exploration & Production Company**<br>**701 Poydras**<br>**New Orleans, LA 70139** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.142 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Shell Offshore Inc**<br>**c/o Russell Keith Jarrett**<br>**Liskow & Lewis, One Shell Square**<br>**701 Poydras St. Suite 5000**<br>**New Orleans, LA 70139-5099** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>**Litigation**</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.142 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Shell Oil Co**<br>**c/o Russell Keith Jarrett**<br>**Liskow & Lewis, One Shell Square**<br>**701 Poydras St. Suite 5000**<br>**New Orleans, LA 70139-5099** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.142 5**

**Nonpriority creditor's name and mailing address**
**SHELL OIL COMPANY**
**C/O JOHNSON GRAY MCNAMARA LLC**
**PO BOX 51165**
**LAFAYETTE, LA 70505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>LITIGATION</u>

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.142 6**

**Nonpriority creditor's name and mailing address**
**SHERI E EDWARDS**
**Confidential**
**Confidential**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**
**SHERRY L DUKE**
**1469 CASCADE ROAD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Royalty Interest</u>

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**
**SHORE ENERGY LP**
**26 CRESTWOOD DRIVE**
**HOUSTON, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**
**Shore Energy, LP**
**26 Crestwood Dr.**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>Debtor resigned as operator.</u>

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**
**Shoreline Southeast L L C**
**c/o Guy Earl Wall**
**Wall Bullington & Cook**
**540 Elmwood Park Blvd**
**New Orleans, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>Litigation</u>

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.143**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$686.24** |
|---|---|---|
| **SHRED-IT USA**<br>**PO BOX 13574**<br>**NEW YORK, NY 10087-3574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SIGMA ENERGY VENTURES LLC**<br>**2170 Buckthorne Place**<br>**Suite 240**<br>**The Woodlands, TX 77380** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SIGMA/TMRX/PERMIT GEOPHY SURVY**<br>**2170 Buckthorne Place**<br>**Suite 240**<br>**The Woodlands, TX 77380** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SILLER FARMS INC**<br>**1111 JACKSON AVE**<br>**EMMETT, ID 83617** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,255.50** |
|---|---|---|
| **SMITH & MALEK PLLC**<br>**601 E FRONT AVENUE SUITE 304**<br>**COEURD ALENE, ID 83814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SMOKE RANCH LLLLP**<br>**PO Box 7156**<br>**Boise, ID 83707** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SNAKE RIVER OIL & GAS LLC**<br>**827 Center Ave**<br>**Payette, ID 83661** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,233.30 |
|---|---|---|---|

**SNELL & WILMER LLP**
**400 EAST VAN BUREN STREET**
**STE 1900**
**PHOENIX, AR 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Source Petroleum, Inc**
**620, 304 8th Ave SW**
**AB T2P 1C1 Canada**
**Calgary, AB**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**South Thornwell Exploration (A limited P**
**c/o Verado Energy, Inc**
**8144 Walnut Hill Lane, Suite 650**
**Dallas, LA 75231**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Litigation_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spanish Lake Restoration**
**c/o Roedel Parsons Koch**
**8440 Jefferson Hwy Suite 3**
**Baton Rouge, LA 70809**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SPENCER FORD**
**8504 WASHOE ROAD**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Royalty Interest_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**SPENCER H WOOD**
**421 E CRESTLINE DR**
**BOISE, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Mesa, Inc.**                                    Case number (*if known*) _____
_____
Name

| 3.144 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SPENCER WOOD**
**421 E CRESTLINE DR**
**BOISE, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.144 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ST BERNARD PARISH**
**PO BOX 168**
**CHALMETTE, LA 70043-0168**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,735.08**

---

| 3.144 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ST MARY PARISH SHERIFFS OFFICE**
**PO BOX 610**
**PATTERSON, LA 70392-0610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$260,920.46**

---

| 3.144 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**St. Bernard Parish Assessor**
**2118 Jackson Blvd**
**Chalmette, LA 70043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.144 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**St. Mary Parish Assessor**
**500 Main St**
**Franklin, LA 70538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.144 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**STACIE A BULLOCK**
**2679 BAYBERRY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **High Mesa, Inc.**                                         Case number *(if known)*
_____
Name

---

| 3.145 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STANLEY A BROWN**
**6510 WEST IDAHO BOULEVARD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STANLEY L BROWN &**
**2798 HANNA AVENUE**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STARSTONE NATIONAL INS CO**
**PO BOX 744289**
**ATLANTA, GA 30374-4289**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$3,284.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**State of Louisiana**
**c/o Louisiana Department of Justice**
**Attn Ryan M Seidemann**
**1185 North 3rd St**
**Baton Rouge, LA 70802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STATE OF LOUISIANA**
**PO BOX 2827**
**617 3RD ST 8TH FLOOR**
**BATON ROUGE, LA 70821-2827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STATE OF LOUISIANA MINERAL BRD**
**617 N 3RD ST CAPITOL COMPLEX**
**LASALLE OFFICE BLDG**
**BATON ROUGE, LA 70802**

Date(s) debt was incurred __2019__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$137,392.02**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STATE OF TX-COMMISSIONER OF**
**GENERAL LAND OFFICE**
**1700 N CONGRESS AVE**
**AUSTIN, TX 78701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie A. Draper**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STEPHANIE STEWART**
**906 N 22ND**
**BOISE, ID 83702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STEPHEN C THURSTON**
**112 CULBERTSON COURT**
**GREENWOOD, SC 29649**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STEPHEN L BENNETT**
**2191 GOSS RIDGE ROAD**
**FREELAND, WA 98249**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STEVE MARTIN &**
**1200 TARA CT**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **High Mesa, Inc.**                                         Case number (if known) _____
_____
Name

| 3.146 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN ALEXANDER & GAYLE**
**7421 GRANDE VELLEJO DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.146 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN E HOFF**
**1187 S ENNS AVE**
**REEDLEY, CA 93654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.146 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN F KINZER**
**408 NE 11TH STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.146 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN FRITTS &**
**2303 N WHITLEY DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.146 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN K OBRAY &**
**1023 N PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.146 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN L GETZ**
**Confidential**
**Confidential**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **3.146 8** | |

**Nonpriority creditor's name and mailing address**
**STEVEN M GREENWOOD**
**7270 CUSTER ROAD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.146 9** | |

**Nonpriority creditor's name and mailing address**
**STEWART A HARRIS &**
**2060 NE 8TH STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.147 0** | |

**Nonpriority creditor's name and mailing address**
**STOKES & SPIEHLER ONSHORE INC**
**PO BOX 52006**
**LAFAYETTE, LA 70505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$31,390.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.147 1** | |

**Nonpriority creditor's name and mailing address**
**Strata Energy Inc**
**c/o Richard D. McConnell , Jr.**
**Kean Miller, II City Plaza**
**400 Convention St. Suite 700 PO Box 3513**
**Baton Rouge, LA 70802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.147 2** | |

**Nonpriority creditor's name and mailing address**
**STRAW HAT FARM LLC**
**9995 UPPER AVE**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.147 3** | |

**Nonpriority creditor's name and mailing address**
**SU ANN THOMPSON**
**Address Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **High Mesa, Inc.**                                                          Case number *(if known)* _____
_____
                   Name

| | |
|---|---|
| 3.147 4 | |

**Nonpriority creditor's name and mailing address**

**SUE HELEN JOLLEY**
**610 NW 2ND ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.147 5 | |

**Nonpriority creditor's name and mailing address**

**Sunrise Land, LLC**
**c/o Shawn Frazer**
**7520 Perkins Road, Ste. 280**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.147 6 | |

**Nonpriority creditor's name and mailing address**

**SUPERIOR PROPERTIES LLC**
**PO BOX 2596**
**EAGLE, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.147 7 | |

**Nonpriority creditor's name and mailing address**

**SUSAN EZELL WOODYARD**
**15021 KATY FREEWAY**
**SUITE 400**
**HOUSTON, TX 77094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.147 8 | |

**Nonpriority creditor's name and mailing address**

**SUSAN R COFFMAN CLASON**
**8640 SHANNON RD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.147 9 | |

**Nonpriority creditor's name and mailing address**

**SUYON WON**
**14220 PARK ROW DR APT 732**
**HOUSTON, TX 77084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**SUZETTE LASATER**
**PO BOX 496**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**SWEPI LP**
**320 SOMERULOS ST.**
**BATON ROUTE, LA 70802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _LITIGATION_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**SYDSON ENERGY**
**4550 POST OAK PLACE**
**SUITE 300**
**HOUSTON, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Sydson Energy Inc.**
**c/o Joens Gill Porter Crawfor & Crawford**
**6363 Woodway Suite 1100**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**SYLVIA RUSSELL**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _LITIGATION_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**SYNERGY LAND GROUP LLC**
**PO BOX 82009**
**LAFAYETTE, LA 70598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,406.30**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**T BAKER SMITH INC**
**PO BOX 2266**
**HOUMA, LA 70361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,910.27**

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**T&L TRANSPORT LLC**
**917 BOBWHITE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

**TAD GARRED &**
**7010 BOISE RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

**TAM FAMILY REVOCABLE TRUST**
**1205 TARA CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

**TAMARA K ESSINGER**
**1307 ASPEN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

**TAMI J CORNETT &**
**2278 NE 16TH STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 2**

**Nonpriority creditor's name and mailing address**

**TAMMY MEYERS**
**219 KENNETH RD.**
**NEW IBERIA, LA 70560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,484.00**

---

| Debtor | **High Mesa, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.149 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TARA THEBO**
**2603 ROME AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TAUBER EXPLORATION & PRODUCTION CO**
**55 WAUGH DR**
**STE 600**
**HOUSTON, TX 77007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tauber Exploration and Production Co.**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debtor resigned as operator.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TD ROCK INC**
**1033 ALAMEDA DRIVE**
**ONTARIO, OR 97914**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TEDDY A ALLEN SR &**
**4660 SE 1ST AVE**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tennessee Gas Pipeline Co L L C**
**c/o Richard Dean McConnell , Jr**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.149 9**

**Nonpriority creditor's name and mailing address**
**Tensas Exploration & Production Company,**
**c/o William B. Daniel, IV**
**5800 One Perkins Place, Suite 8B**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 0**

**Nonpriority creditor's name and mailing address**
**TENSAS EXPLORATION & PRODUCTION**
**COMPANY,**
**5800 One Perkins Place**
**Suite 8B**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 1**

**Nonpriority creditor's name and mailing address**
**Terrebonne Assessor's Office**
**8026 W Main St #501**
**Houma, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 2**

**Nonpriority creditor's name and mailing address**
**Terri Semon**
**c/o Fisher Rainey Hudson**
**960 W Bannock St Suite 630**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation - Multiple claimants $500,000 Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**
**TERRY ANN AUSTIN**
**2634 DOGWOOD AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**
**Terry Calongne, L.L.C.**
**c/o Terry Calongne, L.L.C.**
**302 Apache Road**
**Houma, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.150 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **TERRY E LAAKSONEN**<br>**8525 SHANNON RD**<br>**PAYETTE, ID 83661** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Royalty Interest__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.150 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **TERRY JENNINGS &**<br>**2138 BISHOP AVENUE**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Royalty Interest__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.150 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **TERRY K HURRLE**<br>**1003 NW 24TH ST**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Royalty Interest__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.150 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **TERRY WEBER &**<br>**1321 HILLCREST DR**<br>**VALE, OR 97918** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Royalty Interest__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.150 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **TEXACO**<br>**2000 Westchester Avenue**<br>**White Plains, NY 10650** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.151 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Texas Commission on Environmental Qualit**<br>**2309 Gravel Dr**<br>**Fort Worth, TX 76118** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.151**
**1**

**Nonpriority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**
**Lyndon B. Johnson State Office Building**
**111 East 17th Street**
**Austin, TX 78774**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151**
**2**

**Nonpriority creditor's name and mailing address**

**TEXAS ENERGY ACQUISTIONS LP**
**16600 Park Row, Suite 158**
**HOUSTON, TX 77084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151**
**3**

**Nonpriority creditor's name and mailing address**

**Texas Oil Distribution & Development Inc**
**JAR Resource Holdings LP**
**c/o Scofield Gerard Pohorelsky**
**901 Lakeshore Drive Suite 900**
**Lake Charles, LA 70601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151**
**4**

**Nonpriority creditor's name and mailing address**

**TEXAS PACIFIC OIL COMPANY**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151**
**5**

**Nonpriority creditor's name and mailing address**

**Texas Petroleum Investemnt Company**
**RA: Patrick S. Ottinger**
**1313 W. Pinhook Road**
**Lafayette, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151**
**6**

**Nonpriority creditor's name and mailing address**

**Texas Petroleum Investment Co**
**c/o Paul J Hebert**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Texas Secretary of State**
PO Box 13697
Austin, TX 78711

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**Thana M. Kauffman**
c/o Fisher Rainey Hudson
955 W Bannock St Suite 630
Boise, ID 83702

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation - Multiple claimants $500,000 Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**THE ALICE B SMITH REV LIV TST**
19800 SW TOUCHMARK WAY #227
BEND, OR 97702

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**THE BODY FACTORY LLC**
2310 NORTH WHITLEY
FRUITLAND, ID 83619

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**THE ESTATE OF RUTH ROSE WILBERT TEMPLET**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUTE, LA 70810

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**THE ESTATE OF WILLIAM EDWARD BRYANT THRO**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUTE, LA 70810

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **High Mesa, Inc.**
Name

Case number (if known)

---

| 3.152 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE HILLER COMPANIES INC**
PO BOX 935434
ATLANTA, GA 31193-5434

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,283.16**

---

| 3.152 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Lacassane Company, Inc.**
c/o Veron Bice Palermo & Wilson LLC
Attn Turner D Brumby
721 Kirby Street
Lake Charles, LA 70602-2125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.152 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE LAVINIA PALMER TRUST U/T/A**
604 REECE AVE
NYSSA, OR 97913

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.152 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE LESLIE CLAIRE ENGLEHORN**
7100 S WHITLEY DRIVE
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.152 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE MERIDIAN RESOURCE & EXPL**
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.152 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE MERIDIAN RESOURCE & EXPLORATION LLC**
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **High Mesa, Inc.**
_____
Name

Case number (if known) _____

| 3.152 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THE MERIDIAN RESOURCE & EXPLORATON LLC**
**701 Poydras st.**
**Ste. 4500**
**New Orleans, LA 70139**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 0 |
|---|

**THE MERIDIAN RESOURCE AND EXPLORATIONS L**
**16600 Park Row Dr Suite 158**
**Houston, TX 77094**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 |
|---|

**The Parish of Cameron**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 2 |
|---|

**The Parish of St. Bernard**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 |
|---|

**THE PINES TOWNHOMES LLC**
**917 BOBWHITE ST**
**FRUITLAND, ID 83619**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 |
|---|

**THE PROSPECT COMPANY**
**PO BOX 1100**
**EDMOND, OK 73083-1100**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THE RAY BROGAN FAMILY TRUST**
**PO BOX 550**
**NEW PLYMOUTH, ID 83655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THE ROYAL BANK OF SCOTLAND PLC**
**269 Lord S**
**Southport, PR8 1NY UK**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THE SHIPLEY TRUST**
**2774 ORCHARD LANE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THE STRINGER FAMILY TRUST**
**1600 PARK AVENUE**
**NYSSA, OR 97913**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THEODORE J NEY &**
**1100 ECHO AVE**
**PARMA, ID 83660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THERESA A HARVEY**
**1811 ALLEN AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Royalty Interest</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

THERESA ANN UCOVICH
1205 QUAIL RIDGE WAY
HOLLISTER, CA 95023

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

THOMAS E LANHAM
17777 SWEET-OLA HIGHWAY
OLA, ID 83657

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

THOMAS E LIMBAUGH
PO BOX 426
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

THOMAS E SCHAFFER &
2637 DOGWOOD AVE
FRUITLAND, ID 83619

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

Thomas F. Harris
c/o Megan K. Terrell
Louisiana Department of Justice (94005)
P. O. Box 94005
Baton Rouge, LA 70804-9005

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

THOMAS G ROLAND &
4331 LITTLE WILLOW CREEK RD
PAYETTE, ID 83661

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.154 7**

**Nonpriority creditor's name and mailing address**

**Thomas G. Roland**
**c/o Fisher Rainey Hudson**
**952 W Bannock St Suite 630**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation - Multiple claimants $500,000 Claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 8**

**Nonpriority creditor's name and mailing address**

**THOMAS J & CAROL JO WELLER AS**
**PO BOX 961**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 9**

**Nonpriority creditor's name and mailing address**

**THOMAS J PALLIS &**
**7685 ELMORE RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 0**

**Nonpriority creditor's name and mailing address**

**THOMAS J. O'NEILL ATTORNEY AT LAW**
**1660 Broadway Avenue**
**Pittsburgh,, PA 15216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 1**

**Nonpriority creditor's name and mailing address**

**THOMAS JAMES & JUDY IRENE**
**PO BOX 310**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**THOMAS KUHLMAN**
**1200 JESSICA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **High Mesa, Inc.**     Case number (*if known*) _____

Name

---

| 3.155 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMAS LEE WHITE &**
**8903 WASHOE ROAD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.155 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMAS LESLIE YOUNG &**
**2150 NE 16TH STREET**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.155 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMAS R HAWKINS**
**2400 APPLEWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.155 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMAS WORLEY &**
**8636 WASHOE ROAD**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.155 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMASSON PARTNER ASSOCIATES INC**
**1410 N High St**
**Denver, CO 80218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.155 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMPSON JOINT TRUST**
**62846 MONTARA DRIVE**
**BEND, OR 97701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**
_____   Case number (if known) _____
Name

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**THUNDER EXPLORATION INC.**
**PO Box 541674**
**Houston, TX 77254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**TIFFANY A PURDY**
**2724 DOGWOOD AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**TIM G COOPER**
**11346 LOWER BENCH ROAD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**TIM L SIMKINS**
**1453 DOGWOOD CT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**TIM O'BRIEN &**
**P O BOX 124**
**LYONS, OR 97358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**TIMOTHY D THOMPSON &**
**910 NW 2ND ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | High Mesa, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.156 5**

**Nonpriority creditor's name and mailing address**
**TIMOTHY E GOSS &**
**2010 ELKHORN**
**EUGENE, OR 97408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**
**TIMOTHY J KECK**
**10201 NE 23RD AVE**
**VANCOVER, WA 98686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**
**TIMOTHY S CALLENDER TRUSTEE OF**
**EAST FELLY RIM CT**
**BOISE, ID 83716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**
**TJ SCARBROUGH INC**
**PO BOX 30**
**2265 HWY 45 SOUTH**
**BUCKATUNNA, MS 39322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,980.00**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**
**TODD O BLACKWELL &**
**227 BEECH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**
**Todd Sydson**
**c/o Timothy W. Cerniglia**
**4913 Newlands Street**
**Metairie, LA 70006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 1**

**Nonpriority creditor's name and mailing address**
**TOTAL PETROCHEMICALS USA INC**
**1201 LOUISIANA ST #1800**
**HOUSTON, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.157
2**

**Nonpriority creditor's name and mailing address**

**TRACEY A COOPER SHERMAN**
**11433 LOWER BENCH ROAD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

�a Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.157
3**

**Nonpriority creditor's name and mailing address**

**TRACY BOYD**
**UNKNOWN**
 **LA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LITIGATION**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.157
4**

**Nonpriority creditor's name and mailing address**

**TRACY L LAUFER &**
**7360 CUSTER RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.157
5**

**Nonpriority creditor's name and mailing address**

**TRAIL PROPERTIES LLC**
**5308 E TRAIL RD**
**KING HILL, ID 83633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.157
6**

**Nonpriority creditor's name and mailing address**

**Transco Exploration Company**
**c/o Mark Andrew Marionneaux**
**Kean Miller, II City Plaza**
**400 Convention St. Suite 700**
**Baton Rouge, LA 70802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.157
7**

**Nonpriority creditor's name and mailing address**

**TRANSTEXAS GAS CORPORATION**
**2701 Avenue S St**
**Dickinson, TX 77539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

Debtor     **High Mesa, Inc.**                                          Case number *(if known)* _____
_____
             Name

---

| 3.157 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRC CONSULTANTS LC**
**120 DIETERT AVE STE 100**
**BOERNE, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,438.25**

---

| 3.157 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TREVOR W OLVERA**
**2610 WINESAP AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.158 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRIDENT USA CORP**
**Address Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.158 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRUDY MARLENE DEEN**
**4701 VAN DEUSEN ROAD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.158 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRULA BUTLER**
**2320 N WHITLEY # 7**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.158 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRUST A OF THE LAWRENCE &**
**1305 TARA COURT**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _**Royalty Interest**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.158 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TTL INC**
**PO DRAWER 1128**
**TUSCALOOSA, AL 35403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,552.09**

---

Debtor   **High Mesa, Inc.**
_____        Case number (if known) _____
Name

| 3.158 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TUMLINSON 1**
**n/a**
**n/a, n/a n/a**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.158 6 |

**TY A CURTIS INDIV & AS TRUSTEE**
**2450 HIGHWAY 52**
**PAYETTE, ID 83661**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.158 7 |

**TYRONE CHARIS REINS**
**1311 HEEP RUN**
**BUDA, TX 78610**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.158 8 |

**TYSON A BAXTER &**
**506 NW 4TH ST**
**FRUITLAND, ID 83619**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.158 9 |

**TYSON B SMITH &**
**4343 LITTLE WILLOW ROAD**
**PAYETTE, ID 83661**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.159 0 |

**U.S. Department of the Interior**
**1849 C Street NW**
**Washington, DC 20240**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

Debtor    **High Mesa, Inc.**                                     Case number (if known) _____
          Name

---

| 3.159<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**U.S. Specialty Insurance**
**801 S. Figueroa St., Suite 700**
**Los Angeles, CA 90017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  05/15/2019

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**U.S. Specialty Insurance Company**
**c/o Locke Lord LLP**
**Attn Brandon Renken**
**600 Travis Suite 2800**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**U.S. SPECIALTY INSURANCE INSURANCE**
**COMPA**
**801 S. Figueroa St.**
**Suite 700**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/15/2019

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ULYSSES SHORT, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Union Oil Co of California**
**c/o Pamela R Mascari**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Union Oil Company of California**
**c/o Louis Victor Gregoire , Jr**
**Adams & Reese, LLP, One Shell Square**
**701 Poydras St. Suite 4500**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**UNION OILFIELD SUPPLY INC**
**12 JOHN DYKES ROAD**
**WAYNESBORO, MS 39367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,636.05

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**UNITED SITE SERVICES OF TEXAS**
**PO BOX 660475**
**DALLAS, TX 75266-0475**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,257.29

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

**UNITED WORLD ENERGY CORP**
**2006 AMBASSADOR CAFFERY PKWY**
**LAFAYETTE, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$72,102.65

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**Upshur County Tax Assessor Collector s O**
**2498 W Upshur Ave**
**Gladewater, TX 75647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**US Department of the Interior**
**Bureau of Ocean Energy Management**
**Gulf of Mexico OCS Region**
**1201 Elmwood Park Blvd**
**New Orleans, LA 70123-2394**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**US WATER SERVICES INC**
**PO BOX 851361**
**MINNEAPOLIS, MN 55485-1361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,300.00

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**USA COMPRESSION PARTNERS LLC**
**PO BOX 974206**
**DALLAS, TX 75397-4206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,811.62

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | High Mesa, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.160 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**USOIL CORPORATION**
6776 Southwest Freeway,
Suite 600
Houston, TX 77074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VAHAN SIPANTZI &**
26972 LOWER PLEASANT RIDGE RD
WILDER, ID 83676

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VALENTIN JUAREZ CRUZ**
2649 DOGWOOD AVE
FRUITLAND, ID 83619

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VAUGHN W KELLEY, TRUSTEE OF**
1835 WEISER RIVER ROAD
WEISER, ID 83672

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VELMA FRAZIER AKA**
8635 WASHOE ROAD
PAYETTE, ID 83661

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VERA MOORE**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.161 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Verado Energy, ICN.**
**Brian J. Furlong**
**8150 N. Central Expressway, Suite 850**
**Dallas, LA 75203**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,705.27** |

**VERITRUST CORPORATION**
**7804 FAIRVIEW RD**
**SUITE 153**
**CHARLOTTE, NC 28226-4998**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$484.43** |

**VERIZON BUSINESS**
**PO BOX 660794**
**DALLAS, TX 75266-0794**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**VERLINE L. JACOBS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**VERNON E BALL &**
**2353 NE 16TH ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**VERNON HAGER**
**111 PENNSYLVANIA AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Mesa, Inc.**                                      Case number *(if known)* _____
_____
Name

---

| 3.161 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**VICKY J COX**
**PO BOX 810**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**VINCENT A TALBOTT**
**1008 JONATHAN ST**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**VIRGINIA L SHELTON TRUST**
**7993 DUTCH LANE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virtex Petroleum Company, L.L.P.**
**c/o James K. Barry**
**Barry Conge Harris**
**1800 West Loop South Suite 750**
**Houston, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**W&T OFFSHORE**
**9 Greenway Plaza**
**# 300**
**Houston, TX 77046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**W. B. HIGDON, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUTE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.162 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**W.B. McCartney Oil Company**
**Highway 8 West**
**Jena, LA 71342**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Debtor resigned as operator.__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.162 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WADI PETROLEUM INC**
**4355 SYLVANFIELD DR SUITE 200**
**HOUSTON, TX 77014**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.162 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wadsworth A. Holmes, IV**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WAGNER OIL COMPANY**
**500 COMMERCE ST #600**
**FORT WORTH, TX 76102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __LITIGATION__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WALKER LIVING TRUST**
**26268 USTICK ROAD**
**WILDER, ID 83676**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WALLACE V BUTLER &**
**346 SUMMIT LN**
**ONTARIO, OR 97914**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset?  ■ No  ☐ Yes

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 251 of 264

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  **High Mesa, Inc.**                                        Case number *(if known)* _____
_____
Name

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**WALTER L BUTLER**
**429 NW 16TH ST**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$491,512.66** |

**WALTER OIL & GAS CORP**
**PO BOX 301007**
**DALLAS, TX 75303-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Walter Oil & Gas Corp**
**1100 Louisiana St # 200**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Asset Retirement Obligation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**WALTER OIL & GAS CORP**
**PO BOX 301007**
**DALLAS, TX 75303-1007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**WANDA C ERSKINE**
**106 NE 14TH DR**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**WARREN MURATA &**
**136 GROVE RD**
**ONTARIO, OR 97914**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | High Mesa, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.163<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WARWICK OIL CORPORATION**
1001 Pinhook Road
Building 1
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Washington County Tax Assessor-Collector**
100 East Main, Suite 100
Brenham, TX 77833

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WASHOE IRRIGATING AND WATER**
102 N MAIN ST
PAYETTE, ID 83661

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,622.98 |
|---|---|---|---|

**WAUKESHA-PEARCE INDUSTRIES INC**
PO BOX 204116
DALLAS, TX 75320-4116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WAYMAN M. BUCHANAN, INC**
745 E. Mulberry Avenue
Suite 850
San Antonio, TX 78212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WAYNE D UEHLIN**
1840 UEHLIN DR
PAYETTE, ID 83661

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **High Mesa, Inc.**                                          Case number (if known) _____
_____
Name

| 3.164 0 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WAYNE EVERETT IRVIN**
**1267 NE 10TH AVE**
**PAYETTE, ID 83661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Royalty Interest_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 1 | | | $169,597.39 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WEATHERFORD US LP**
**PO BOX 301003**
**DALLAS, TX 75303-1003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 2 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WEBER ENERGY CORPORATION**
**200 Crescent Ct**
**#1801**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 3 | | | $15,815.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WEISER-BROWN OIL COMPANY**
**117 E CALHOUN ST**
**MAGNOLIA, AR 71753-3528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 4 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WELLS FARGO BANK, N.A., AS ADMIN.**
**AGENT**
**1525 W. WT HARRIS BLVD**
**Charlotte, NC 28262**

Date(s) debt was incurred _5-14-10_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 5 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wells Fargo Bank, N.A., As Admin. Agent**
**1525 W. Wt Harris Blvd.**
**Charlotte, NC 28262**

Date(s) debt was incurred _1/08/2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **High Mesa, Inc.**        Case number *(if known)*
Name

---

| 3.164 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WELLS FARGO BANK, N.A., AS ADMIN. AGENT**
**1525 W. WT HARRIS BLVD.**
**Charlotte, NC 28262**

Date(s) debt was incurred **5-29-15**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.164 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wells Fargo Bank, N.A., As Admin. Agent**
**1000 Louisiana St., 9th Floor**
**Houston, TX 77002**

Date(s) debt was incurred **03/13/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.164 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WENDY K ADAMSEN**
**2244 BISHOP AVE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.164 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WESTERN STATES EQUIPMENT**
**PO BOX 3805**
**SEATTLE, WA 98124-3805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$47.53**

---

| 3.165 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WESTMORELAND GAS LLC**
**PO BOX 470**
**BRIDGEPORT, WV 26330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,102.95**

---

| 3.165 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WETLANDS CAMERON PARISH EXPERT**
**ONE GALERIA BLVD SUITE 2100**
**METAIRIE, LA 70001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

| 3.165 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WETLANDS CAMERON PARISH EXPERT**
**ONE GALERIA BLVD SUITE 2100**
**METAIRIE, LA 70001**

Date(s) debt was incurred **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.165 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,400.95** |
|---|---|---|---|

**WHITE HORSE SERVICES LLC**
**HC 68 BOX 934**
**1320 PAISANO ROAD**
**PUERTO DE LUNA, NM 88435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wilbert L. Crutcher**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WILBUR E BLACK &**
**2625 SW 7TH AVENUE**
**PARMA, ID 83660**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WILFORD C WEBER &**
**8550 RABY LANE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WILFORD CONRAD WEBER &**
**8550 RABY LANE**
**PAYETTE, ID 83661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WILFORD L MCCONKEY AKA**
**8080 ESTATES BLVD**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**WILLIAM B POWER**
**26721 BASSWOOD AVE**
**RANCHO PALOS VERDES, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**WILLIAM C CASSANO &**
**630 SYRINGA SPRINGS DR**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

**WILLIAM D ROCKHILL FAMILY**
**2966 TOM'S CABIN RD**
**EMMETT, ID 83617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

**WILLIAM DEAN REECE &**
**7236 CUSTER RD**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

**WILLIAM E SCHLAGER AND**
**FAMILY TRUST**
**1405 JESSICA AVENUE**
**FRUITLAND, ID 83619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Interest

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

**WILLIAM EARL GUTHRIE**
**C/O TALBO, CARMOUCHE, & MARCELLO**
**214 W. COMERVIEW**
**PO BOX 759**
**GONZALES, LA 70707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 257 of 264

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **High Mesa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **WILLIAM ERIC TALBOTT &** | ■ Contingent | |
| **1007 NORTHWEST 24TH ST** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.166 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **WILLIAM F BROWN** | ■ Contingent | |
| **2910 NW 3RD AVE** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.166 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **WILLIAM F BROWN** | ■ Contingent | |
| **2910 NW 3RD AVE** | ■ Unliquidated | |
| **FRUITLAND, ID 83619** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.166 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **WILLIAM GORDON** | ☐ Contingent | |
| **C/O TALBOT, CARMOUCHE, & MARCELLO** | ☐ Unliquidated | |
| **17405 PERKINS ROAD** | ☐ Disputed | |
| **BATON ROUGE, LA 70810** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  LITIGATION** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.166 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **WILLIAM O SMITH** | ■ Contingent | |
| **1745 ANO NUEVO DR.** | ■ Unliquidated | |
| **DIAMOND BAR, CA 91765** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.167 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **WILLIAM R VANDERPOOL** | ■ Contingent | |
| **1223 N 4TH ST** | ■ Unliquidated | |
| **PAYETTE, ID 83661** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | High Mesa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.167
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **WILLIAM R. CUMMINGS**<br>**4167 SW 2ND AVENUE**<br>**NEW PLYMOUTH, ID 83655** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.167
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **WILLIAM RICHARD SMITH &**<br>**2450 E 1ST ST**<br>**FRUITLAND, ID 83619** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.167
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **WILLIAM T AZBILL &**<br>**27709 LOWER PLEASANT RIDGE RD**<br>**WILDER, ID 83676** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.167
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **WILLIAM V PINKHAM &**<br>**8725 MICKELSON LANE**<br>**PAYETTE, ID 83661** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.167
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **WILLIAM V PINKHAM &**<br>**8725 MICKELSON LANE**<br>**PAYETTE, ID 83661** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.167
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **WILLIAMS INC**<br>**PO BOX 460**<br>**PATTERSON, LA 70392** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **High Mesa, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.167 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILLIE LAKE**
**2719 DOGWOOD AVE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$291,330.33** |
|---|---|---|---|

**WILLKIE FARR & GALLAGHER LLP**
**787 SVENTH AVENUE**
**NEW YORK, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILSON FAMILY TRUST**
**2143 LOCUST WAY**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILTON L EDDY**
**20891 HEREFORD AVE**
**BEND, OR 97703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,644.00** |
|---|---|---|---|

**WINN-MARION BARBER LLC**
**7084 S REVERE PKWY UNIT A**
**CENTENNNIAL, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WOLFE RUDMAN INDIVIDUALLY**
**1700 Pacific Ave**
**Dallas, TX 75201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,960.21** |
|---|---|---|---|

**WOMBLE BOND DICKSON (US) LLP**
**PO BOX 601879**
**CHARLOTTE, NC 28260-1879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Mesa, Inc.**
_____
Name

Case number *(if known)* _____

| 3.168 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WYNN CROSBY OPERATING LTD**
**PO BOX 201888**
**DALLAS, TX 72320-1888**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,772.35**

---

| 3.168 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WYNN-CROSBY OPERATING LLC**
**PO BOX 201888**
**DALLAS, TX 72320-1888**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.168 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**X T O Energy Inc**
**c/o  Joe B Norman**
**Liskow & Lewis**
**701 Poydras St Ste 5000**
**New Orleans, LA 70139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.168 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**YAMMMSOFTWARE LLC**
**2356 BASTROP ST**
**HOUSTON, TX 77004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,513.74**

---

| 3.168 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuma Exploration & Production Company, I**
**c/o Francis V. Liantonio , Jr.**
**Adams & Reese, LLP,  One Shell Square**
**701 Poydras St. Suite 4500**
**New Orleans, LA 70139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.168 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuma Petroleum Company**
**c/o Francis V. Liantonio , Jr.**
**Adams & Reese, LLP,  One Shell Square**
**701 Poydras St. Suite 4500**
**New Orleans, LA 70139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **High Mesa, Inc.**
_____   Case number (*if known*) _____
Name

| 3.169 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,948.71** |
|---|---|---|---|

**ZEALOUS ENERGY SERVICES LLC**
**C/O COUMMUNITY FIRST BANK**
**PO BOX 10610**
**NEW IBERIA, LA 70562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ZEB R JERMAN &**
**2402 GOLDEN AVENUE**
**FRUITLAND, ID 83619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ZENERGY, INC.**
**C/O CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD, STE 400B**
**BATON ROUGE, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ZOE OLIVERA**
**4600 SANDY AVENUE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ZOE RAINS**
**4600 SANDY AVENUE**
**EMMETT, ID 83617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arnold & Porter and Kaye Scholer LLP**<br>**777 S. Figueroa St.**<br>**44th Floor**<br>**Los Angeles, CA 90017-5844** | Line  **3.79**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Ashley E. Philen**<br>**Law Offices of Ashley E. Philen**<br>**P O Box 11652**<br>**New Iberia, LA 70562** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Ashley E. Philen**<br>**Law Offices of Ashley E. Philen**<br>**P O Box 11652**<br>**New Iberia, LA 70562** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Connick & Connick, LLC**<br>**3421 N. Causeway Blvd.**<br>**Suite 408**<br>**Metairie, LA 70002** | Line **3.1532**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Cossich, Sumich, Parsiola & Taylor, LCC**<br>**8397 Highway 23**<br>**Suite 100**<br>**Belle Chasse, LA 70037** | Line **3.1532**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **John S. DuPont III**<br>**1530 E Hwy 30**<br>**Gonzales, LA 70737** | Line **3.817**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Kean Miller (Baton Rouge)**<br>**II City Plaza**<br>**400 Convention St. Suite 700**<br>**Baton Rouge, LA 70802** | Line **3.1596**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Kimberly D Moss**<br>**Attorney at Law**<br>**3 Sugar Creek Center Blvd Suite 146**<br>**Sugar Land, TX 77478** | Line **3.200**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Kimberly D Moss**<br>**Attorney at Law**<br>**3 Sugar Creek Center Blvd Suite 146**<br>**Sugar Land, TX 77478** | Line **3.812**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **Kimberly D Moss**<br>**Attorney at Law**<br>**3 Sugar Creek Center Blvd Suite 146**<br>**Sugar Land, TX 77478** | Line **3.939**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Louisiana Department of Justice**<br>**1885 N. 3rd Street**<br>**P.O. Box 94005**<br>**Baton Rouge, LA 70804** | Line **3.732**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **McGuire Woods, LLP**<br>**201 N. Tryon St. Suite 3000**<br>**Charlotte, NC 28202** | Line **3.1576**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **Pendley, Baudin & Coffin, LLP**<br>**1515 Poydras Street Suite 1400**<br>**New Orleans, LA 70112** | Line **3.231**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **High Mesa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.14 | **Richard W Ward Jr**<br>**District Attorney**<br>**2312 False River Drive Suite C**<br>**New Roads, LA 70760** | Line **3.817**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **STATE OF DELAWARE**<br>**820 N French St**<br>**Wilmington, DE 19801** | Line **2.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **STATE OF DELAWARE**<br>**820 N French St**<br>**Wilmington, DE 19801** | Line **2.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **State of Louisiana (Department of Natura**<br>**617 North Third Street**<br>**Suite 1240**<br>**Baton Rouge, LA 70804** | Line **3.972**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Susman Godfrey, LLP**<br>**1000 Louisiana St.**<br>**Suite 5100**<br>**Houston, TX 77002** | Line **3.231**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Susman Godfrey, LLP (Houston)**<br>**1000 Louisiana St. Suite 5100**<br>**Houston, TX 77002** | Line **3.1596**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **The Law Offices of Michael C. Ginart, Jr**<br>**2114 Paris Rd.**<br>**Chalmette, LA 70043** | Line **3.1532**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Tony M Clayton**<br>**607 Alexander Avenue**<br>**Port Allen, LA 70767** | Line **3.817**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 757,593.61 |
| 5b. Total claims from Part 2 | 5b. + | $ | 66,064,803.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 66,822,396.80 |

**Fill in this information to identify the case:**

Debtor name **High Mesa, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **High Mesa, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name**    **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**High Mesa, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,210,398,918.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Debtor    **High Mesa, Inc.**                                                         Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **FIRST Insurance Funding**<br>**450 Skokie Blvd, Ste 1000**<br>**Northbrook, IL 60062** | 1/23/2020 | $24,972.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.  **FIRST Insurance Funding**<br>**450 Skokie Blvd, Ste 1000**<br>**Northbrook, IL 60062** | 1/23/2020 | $23,864.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor   **High Mesa, Inc.**                                            Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Alta Mesa Holdings, L.P. and U.S. Specialty Insurance Company v High Mesa Services, LLC, High Mesa, Inc., High Mesa Holdings, LP and High Mesa Holdings GP, LLC** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

Debtor    **High Mesa, Inc.**                                          Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **To 1/31/2019** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **High Mesa, Inc.**                                                                    Case number *(if known)*

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **WELLS FARGO BANK, N.A., AS ADMIN. AGENT 1525 W. WT HARRIS BLVD Charlotte, NC 28262** | **XXXX-5566** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | High Mesa, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | High Mesa Holdings GP, LLC<br>16600 Park Row, Suite 158<br>Houston, TX 77084 | Member | EIN:   82-3535844<br><br>From-To   6/27/2017 - Present |
| 25.2. | High Mesa Holdings, LP<br>16600 Park Row, Suite 158<br>Houston, TX 77084 | Limited Partner | EIN:   82-2011080<br><br>From-To   6/28/2017 - Present |
| 25.3. | High Mesa Services, LLC<br>16600 Park Row, Suite 158<br>Houston, TX 77084 | Member | EIN:   35-2520226<br><br>From-To   9/30/2014 - Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Opporture<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | 1/29/2019-1/10/2020 |
| 26a.2. | Ronald J. Smith,Chief Accounting Officer<br>Alta Mesa Services<br>15021 Katy Fwy, Suite 400<br>Houston, TX 77094 | 2/9/2018-1/31/2019 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **High Mesa, Inc.**                                                                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   Michael A McCabe,Chief Financial Officer<br>Alta Mesa Services<br>16600 Park Row, Suite 158<br>Houston, TX 77084 | 2/9/2018-1/31/2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Opportune<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | 1/29/2019-1/10/2020 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   PricewaterhouseCoopers LLP<br>1000 Louisiana Street Suite 5800<br>Houston, TX 77002 | 2/1/2019-Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Opportune<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | Opportune locked Debtors from accessing their data in BOLO accounting software. |
| 26c.2.   PricewaterhouseCoopers LLP<br>1000 Louisiana Street Suite 5800<br>Houston, TX 77002 | |
| 26c.3.   Alta Mesa Services<br>15021 Katy Freeway, Suite 400<br>Houston, TX 77094 | Debtors books and records prior to 2/1/2019 have not been produced by Alta Mesa Resources other than the aged trial balance which was submitted directly to Opportune in February 2019. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **High Mesa, Inc.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **AM MME Holdings, LP** | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **Common Stock** | **12.918%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Ricks** | **16600 Park Row, Suite 158 Houston, TX 77084** | **Authorized Representative** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Galveston Bay Resources Holdings, LP** | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **Common Stock** | **0.650%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Petro Acquisitions Holdings, LP** | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **Common Stock** | **0.903%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Petro Operating Company Holdings, Inc.** | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **Common Stock** | **0.124%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harlan H. Chappelle | **16600 Park Row, Suite 158 Houston, TX 77084** | **Common Stock** | **4.799%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gene Cole** | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **Common Stock** | **0.099%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael A. McCabe | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **Common Stock** | **0.099%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dale Hayes | **15021 Katy Freeway, Suite 400 Houston, TX 77094** | **Common Stock** | **0.099%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mezzanine Partners II Delaware Sub., LLC** | **HPS Investment Partners, LLC 40 West 57thStreet 33rdFloor New York, NY 10019** | **Common Stock** | **10.176%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Offshore Mezzanine Partners Master Fund** | **HPS Investment Partners, LLC 40 West 57thStreet 33rdFloor New York, NY 10019** | **Common Stock** | **17.454%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Institutional Mezzanine Partners II Sub.** | **HPS Investment Partners, LLC 40 West57thStreet 33rdFloor New York, NY 10019** | **Common Stock** | **1.842%** |

Debtor   **High Mesa, Inc.**                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **AP Mezzanine Partners II, L.P.** | **HPS Investment Partners, LLC**<br>**40 West 57thStreet 33rdFloor**<br>**New York, NY 10019** | **Common Stock** | **2.132%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Northwestern Mutual Life Insurance** | **720 East Wisconsin Avenue**<br>**Milwaukee, WI 53202** | **Common Stock** | **1.781%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Northwestern Mutual Life Insurance** | **720 East Wisconsin Avenue**<br>**Milwaukee, WI 53202** | **Common Stock** | **0.214%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Northwestern Mutual Capital Strategic** | **720 East Wisconsin Avenue**<br>**Milwaukee, WI 53202** | **Common Stock** | **0.144%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **KCK-AMIH, Ltd.** | **DLA Piper LLP (US)**<br>**203 LaSalle Street**<br>**Chicago, IL 60601** | **Common Stock** | **3.315%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **United Insurance Company of America** | **One East Wacker Drive, 9th Floor**<br>**Chicago, IL 60601** | **Common Stock** | **0.214%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jade Real Assets Fund, L.P.** | **40 West 57thstreet 33rdFloor**<br>**New York, NY 10019** | **Common Stock** | **1.012%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BCE-MESA Holdings LLC** | **1201 Louisiana Street, Suite 3308**<br>**Houston, TX 77002** | **Common Stock** | **34.936%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BCE-AMH Holdings, LLC** | **1201 Louisiana Street, Suite 3308**<br>**Houston, TX 77002** | **Common Stock** | **7.090%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **High Mesa, Inc.**                                      Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **High Mesa Holdings, LP** | EIN:      **82-2011080** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 24, 2020**

**/s/ Scott Ricks**                                        **Scott Ricks**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor     **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Texas

In re **High Mesa, Inc.**

Case No. _____

Debtor(s)

Chapter **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AM MME Holdings, LP**<br>**15021 Katy Freeway, Suite 400**<br>**Houston, TX 77094** | | **12.918%** | **Common Stock** |
| **BCE-MESA HOLDINGS LLC**<br>**1201 Louisiana Street**<br>**Suite 3308**<br>**Houston, TX 77002** | | **34.936%** | **Common Stock** |
| **Mezzanine Partners II Delaware Sub., LLC**<br>**HPS Investment Partners, LLC**<br>**40 West 57thStreet 33rdFloor**<br>**New York, NY 10019** | | **10.176%** | **Common Stock** |
| **Offshore Mezzanine Partners Master Fund**<br>**HPS Investment Partners, LLC**<br>**40 West 57thStreet 33rdFloor**<br>**New York, NY 10019** | | **17.454%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 24, 2020**

Signature **/s/ Scott Ricks**

**Scott Ricks**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re   **High Mesa, Inc.**                                              Case No.

                                                   Debtor(s)                Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 24, 2020**                       **/s/ Scott Ricks**

                                                      **Scott Ricks**/**Authorized Representative**
                                                      Signer/Title

3 & 1 Operating, ICN.
c/o Brandy Kourtney
142 Loviette Lane
DeQuincy, LA 70633


A LEROY ATWOOD
2663 NW 4TH AVENUE
FRUITLAND, ID 83619


AARON J PAHL
1004 JONATHAN ST
FRUITLAND, ID 83619


Ada County Assessors Office
190 E Front St # 107
Boise, ID 83702


ADAM D CLINTON &
1147 NW 22ND STREET
FRUITLAND, ID 83619


ADAMS AND REESE LLP
DEPT 5208
PO BOX 2153
BIRMINGHAM, AL 35287-5208


ADAMS VALVE SERVICE INC
PO BOX 278
BOURG, LA 70343


Aegis Development Company LLC
c/o Patrick S. Ottinger
930 Coolidge Blvd
Lafayette, LA 70503

Aegis Energy, Inc
c/o Stanley B. Blackstone
345 Doucet, #201
Lafayette, LA 70503


AGILE DESIGN COMPANY
POST OFFICE BOX 844
FRUITLAND, ID 83619


Ahmed Najee-Ullah
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


AHNSTED FAMILY 1998 REV TRUST
1255 ALLEN AVENUE
APT 114
FRUITLAND, ID 83619


AIRGAS USA LLC
PO BOX 676015
DALLAS, TX 75267-6015


ALBERT E SMITH &
2137 MAPLE CT
FRUITLAND, ID 83619


ALBERT OTTO REINS
5507A CORK PATH
AUSTIN, TX 78745


ALBERTO M GONZALEZ &
1008 BRAEBURN ST
FRUITLAND, ID 83619

Alden L. Kirk
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


ALFRED & NANCY ROZA REV LV TST
5080 HIGHWAY 72
NEW PLYMOUTH, ID 83655



ALICE M SIMONSON
117 N WRIGHT BLVD
LIBERTY LAKE, WA 99019



ALICIA DARLENE STAUFFER
6014 SOMERSET VALLEY DRIVE
RICHARD, TX 77407



ALICIA HERRERA
1303 ASPEN ST
FRUITLAND, ID 83619



ALLEN H SOLTERBECK &
8850 SOLTERBECK LANE
PAYETTE, ID 83661



ALLEN VAN CAMP
2142 LOCUST WAY
FRUITLAND, ID 83619



ALLIANT INSURANCE SERVICES INC
701 B ST
6TH FLOOR
SAN DIEGO, CA 92101

ALMA BERRETH
312 N WASHINGTON AVE
FRUITLAND, ID 83619


ALMAN J MEYER
1502 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


ALTA MESA ENERGY LLC
15021 Katy Fwy #400
Houston, TX 77094


ALTA MESA HOLDINGS LP
3867 Plaza Tower Drive
Baton Rouge, LA 70816


ALVIN SMITH
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


ALYSSIA M TOMKO
2263 KILLEBREW DRIVE
PAYETTE, ID 83661


AMANDA M TSCHIDA
911 NW 24T ST
FRUITLAND, ID 83619


American Trading & Production Corp
c/o Douglas Conrad Longman , Jr.
 Jones Walker
600 Jefferson St. Suite 1600
Lafayette, LA 70501

AMERIPRIDE LINEN & APPAREL
403 MAIN AVE W
TWIN FALLS, ID 83301


Amplify Energy LLC
13907 CARROLLWOOD VILLAGE RUN
TAMPA, FL 33618


AMY J WARNER &
2059 SPRING CREEK DR
FRUITLAND, ID 83619


ANADARKO LAND CORP
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380


ANADARKO OGC COMPANY
200 W. Congress
Ste. 900
Lafayette, LA 70505


ANADARKO PETROLEUM CORPORATION
3867 Plaza Tower Drive
Baton Rouge, LA 70816


ANALYTICAL LABORATORIES INC
1804 NORTH 33RD STREET
BOISE, ID 83703-5814


Anderson Exploration Company, Incorporat
c/o Charles R. Anderson
1632 Hodges Street
Lake Charles, LA 70601

ANDRES GARCIA
1335 POPLAR DR
FRUITLAND, ID 83619


ANDREW K EHRLIN
1520 NW 26TH ST
FRUITLAND, ID 83619


ANDREW MURRY &
1007 BRAEBURN ST
FRUITLAND, ID 83619


ANDREW PFEIFFER &
215 CRIMSON CIRCLE EAST
FRUITLAND, ID 83619


ANDREWS COUNTY TAX OFFICE
210 NW 2ND STREET
ANDREWS, TX 79714


Angela R. Crutcher
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


ANITA ZINK
2607 WINESAP AVE
FRUITLAND, ID 83619


ANTHONY E HOWARD
2741 SPRUCE DR
FRUITLAND, ID 83619

ANTHONY O ANDRADE JR
8505 WASHOE RD
PAYETTE, ID 83661


APACHE CORPORATION
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Apache Corporation (of Delaware)
c/o CT Corporation
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Apache Corporation, successor in interes
CT Corp System
3867 Plaza Tower Drive
Baton Rouge, LA 70816


APPLEWOOD ESTATES
POST OFFICE BOX 521
FRUITLAND, ID 83619


ARCADIA OPERATING LLC
DEPT D1810203
PO BOX 650002
DALLAS, TX 75265


ARCHROCK SERVICES
PO BOX 201160
DALLAS, TX 75320-1160


ARDA F HERRERA
809 VICTORIA AVE
FRUITLAND, ID 83619

Ardoin Limited Partnership
c/o Veron Bice Palermo & Wilson LLC
P O Box 2125
Lake Charles, LA 70602-2125


ARDOIN LIMITED PARTNERSHIP
C/O VERON, BICE, PALERMO, & WILSON, LLC
PO BOX 2125
LAKE CHARLES, LA 70602


ARLENE E HOUSER &
601 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


ARMANDO G & KIMI ESTILLORE
2680 BAYBERRY DR
FRUITLAND, ID 83619


Arnold & Porter and Kaye Scholer LLP
777 S. Figueroa St.
44th Floor
Los Angeles, CA 90017-5844


ARTHUR C JOHNSON &
WEST 421 RIVERSIDE
SUITE 1081
SPOKANE, WA 99201


Arthur L. Najee-Ullah
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


ARTHUR N LYNCH &
8048 N PENNSYLVANIA AVE
FRUITLAND, ID 83619

ARWYN LARSON
511 WHITETAIL AVE
FRUITLAND, ID 83619-2816

Ascension Parish Assessor's Office
300 Houmas St
Donaldsonville, LA 70346

Ashley E. Philen
Law Offices of Ashley E. Philen
P O Box 11652
New Iberia, LA 70562

Asset Retirement Obiligation (estimated)

Asset Retirement Obligation (estimate)

ASSIGNMENT - DIVERSIFIED RESOURCES, INC.
16600 Park Row, Suite 158
HOUSTON, TX 77084

ASSIGNMENT OF OIL AND GAS WORKING INTERE
16600 Park Row, Suite 158
HOUSTON, TX 77084

AT& L ENERGY LLC
Austin Lafferty
220 W Sixth St
Watonga, OK 73772

ATC GROUP SERVICES LLC
DEPT 2630
PO BOX 11407
BIRMINGHAM, AL 35246-2630


ATCHAFALAYA MEASUREMENT INC
PO BOX 677208
DALLAS, TX 75267-7208


Atlanta Guardian Company, LLC
4035 Jefferson Ave.
Texarkana, AR 71854


Atlantic Richfield Company
c/o Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099


AUDREY CLINTON
9196 PHANTOM CT
MIDDLETON, ID 83644


B A S F Corp
c/o  Robert Benn Vincent, Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


B P America Production Co
c/o George Arceneaux, III
Liskow & Lewis
P O Box 52008
Lafayette, LA 70505


B&J FAMILY LLC
P O BOX 706
FRUITLAND, ID 83619

B.E.E.M. OIL AND GAS COMPANY, INC
26619 Oakridge Drive
The Woodlands, TX 77380


BAIRD HANSON WILLIAMS LLP
2117 Hillway Drive
Boise, ID 83702


BAKER HUGHES BUSINESS SUPPORT
PO BOX 301057
DALLAS, TX 75303-1057


BALL'S BOAT RENTAL LLC
1868 DR BEATROUS RD
THERIOT, LA 70397


BALLARD EXPLORATION CO INC
1021 MAIN STREET
SUITE 2310
HOUSTON, TX 77002-6602


Ballard Exploration Co Inc
c/o Michael G Durand
Onebane Law Firm
P O Box 3507
Lafayette, LA 70502-3507


BANDED IRON US INC
PO BOX 51475
LAFAYETTE, LA 70505-1475


Bank One Texas N-Et al
600 Travis Street, Suite 6500
Houston, TX 77002

BARBARA ADY
113 SADDLETREE ROAD
SHAVANO PARK, TX 78231


BARBARA CHAMPION
426 16TH AVENUE NORTH
PAYETTE, ID 83661


BARBARA J CLARK
11110 W AMITY ROAD
BOISE, ID 83709


BARBARA J WILSON
2691 BAYBERRY DRIVE
FRUITLAND, ID 83619


BARBARA L GRIME
217 GIST DR
LIGONIER, PA 15658


BARBARA WILSON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


BARRETT RESOURCES
1515 Arapahoe Street Tower 3
Suite 1000
Denver, CO 80202


BASF CORPORATION
400 Convention Street
Suite 700
Baton Rouge, LA 70802

Bay Coquille Inc
c/o Daniel B Stanton
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112


BCE-AMH HOLDINGS LLC
1201 Louisiana Street
Suite 3308
Houston, TX 77002


BCE-MESA HOLDINGS LLC
1201 Louisiana Street
Suite 3308
Houston, TX 77002


BEAU E CLOVER
1341 POPLAR AVE
FRUITLAND, ID 83619


BECK BROS INC
PO BOX 712
BEE COUNTY, TX 78102


BEL OIL CORPORATION
1911 Bel Oil Road
Elton, LA 70532


BENJAMIN L COX
1005 NW 24TH ST
FRUITLAND, ID 83619


BENNY ESLI STEENSON &
1800 HEITZ AVE
FRUITLAND, ID 83619

Bepco, LP
c/o Robert B. McNeal
Liskow & Lewis, One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099


BERNIECE M & HARVEY D EASTON
8172 N PENNSYLVANIA AVE
FRUITLAND, ID 83619



BERT D TORKELSON
7857 ELMORE ROAD
FRUITLAND, ID 83619



BETTY BUCKWALTER MAULE
1840 WILBUR RD
ROSEBURG, OR 97470



BETTY CARVIN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810



BETTY L. FREEMAN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810



BEVERLY J ALDRICH
8140 DUTCH LN
PAYETTE, ID 83661



BIG D'S SEAFOOD INC
459 ALICE B ROAD
FRANKLIN, LA 70538

BIG WILLOW CREEK COMPANY
5433 BIG WILLOW ROAD
PAYETTE, ID 83661


Biloxi Marsh Lands Corporation
c/o Timothy W.Cerniglia
4913 Newlands Street
Metairie, LA 70006


BISHOP PROPERTIES, LLC
315 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


BISHOP RANCH HOMEOWNERS ASSOC
P O BOX 859
FRUITLAND, ID 83619


BK CONSTRUCTION LLC
PO BOX 802
FRUITLAND, ID 83619


BLACK CANYON RANCHES, INC
1205 DELMAR AVENUE
PARMA, ID 83660


Black Elk Energy Offshore
11451 Katy Fwy
Houston, TX 77079


BLAINE & TERI MAY FAMILY TRUST
8029 DUTCH LANE
PAYETTE, ID 83661

BLAKENERGY LTD
2211 RAYFORD ROAD
SUITE 111 #40
SPRING, TX 77386


BLAKENERGY OPERATING LLC
2211 RAYFORD ROAD
SUITE 111 #40
SPRING, TX 77386


BLANK ROME LLP
ATTN FINANCE DEPT
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103-6998


Blue Shale
c/o Kenneth Miller
Miller Law Offices PLLC
936 E.Park Ave Suite 2
Fairmont, WV 26555


BOB J SNYDER &
1483 POPLAR AVE
FRUITLAND, ID 83619


BOBBIE L. COLLEE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


BOBBY J CARBAJAL
2139 BISHOP AVE
FRUITLAND, ID 83619


BOYD C JACKSON &
2638 DOGWOOD AVE
FRUITLAN, ID 83619

BOYD YEE
4393 SILVER LEAF EXT
EMMETT, ID 83617


BP AMERICA INC.
501 WESTLAKE PARK BLVD
HOUSTON, TX 77079


BP AMERICA PRODUCTION COMPANY
225 WESTLAKE PARK BLVD
HOUSTON, TX 77079


BRAD J HOLT
1002 JONATHAN ST
FRUITLAND, ID 83619


BRAD L BARLOW &
2264 NE 16TH ST
FRUITLAND, ID 83619


Brammer Engineering Inc
c/o Daniel B Stanton
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112


BRAZOS COUNTY TAX ASSESSOR
4151 COUNTY PARK CT
BRYAN, TX 77802


BREITBURN OPERATING LP
PO BOX 204662
DALLAS, TX 75320-4662

BRENDA LEE LANGHAM
P O BOX 909
SHEPHERD, TX 77371


BRETT L MOORE &
4988 LITTLE WILLOW ROAD
PAYETTE, ID 83661


Brett L. Moore
c/o Fisher Rainey Hudson
956 W Bannock St Suite 630
Boise, ID 83702


BRIAN D BUFFINGTON
2410 ALDER
FRUITLAND, ID 83619


Brian K. Shields, II
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


BRIAN R VANDEROORD
2729 DOGWOOD AVE
FRUITLAND, ID 83619


BRIDGE ENERGY INC
1580 LINCOLN STREET
SUITE 1110
DENVER, CO 80203


BRIDGE RESOURCES CORP
1580 Lincoln Street
Suite 1110
Denver, CO 80203

BRITTANY V SANDOVAL
1510 NW 26TH ST
FRUITLAND, ID 83619


BROCK A GROSDIDIER &
1907 HEITZ AVENUE
FRUITLAND, ID 83619


BROCK KIDDER
203 MIRAMAR BLVD
LAFAYETTE, LA 70508


BROOKS J WARRINGTON
7897 ELMORE ROAD
FRUITLAND, ID 83619


BRUCE A PETERSON &
PO BOX 706
FRUITLAND, ID 83619


BRUCE A WHITE &
2139 MAPLE CT
FRUITLAND, ID 83619


BRUCE E BUCHANAN &
207 NW 9TH STREET
FRUITLAND, ID 83619


BRUCE E FARLEY
7920 ELMORE RD
FRUITLAND, ID 83619

BRUCE J COWGILL &
1009 VICTORIA AVENUE
FRUITLAND, ID 83619


BUFFALO ROCK COMPANY INC
PO BOX 2247
BIRMINGHAM, AL 35202


Bureau of Ocean Energy Management
45600 Woodland Rd
Sterling, VA 20166


BUREAU OF RECLAMATION
WEST-230 COLLINS RD
BOISE, ID 83702


BURLINGTON RESOURCES OIL & GAS
717 Texas Avenue
Houston, TX 77002


BURLINGTON RESOURCES OIL & GAS COMPANY L
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802


BURNS WALL SMITH & MUELLER PC
303 East 17th Avenue
Suite 800
Denver, CO 80203


Byron E. Crutcher
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

C & H PROPERTIES LLC
PO BOX 1202
MOUNTIAN HOME, ID 83647


C & J WELL SERVICES
PO BOX 975682
DALLAS, TX 75397-5682


C F Henry Properties LLC
c/o Veron Bice Palermo & Wilson LLC
P O Box 2125
Lake Charles, LA 70602-2125


C H FENSTERMAKER & ASSOC LLC
ATTN ACCOUNTS RECEIVABLE
PO BOX 52106
LDYWRRW, LA 70505


C.F. HENRY PROPERTIES
C/O LAW OFFICES OF ASHLEY E. PHILEN
PO BOX 11652
NEW IBERIA, LA 70562


CABOT OIL & GAS CORPORATION CODY ENERGY,
400 Poydras St.
Ste. 1812
New Orleans, LA 70130


Calhoun County Tax Assessor / Collector
211 S Ann St
Port Lavaca, TX 77979


CALIX OIL COMPANY
1035 N. McDowell Boulevard
Petaluma, CA 94954

Callon Offshore Production Inc
c/o Richard Stuart Pabst
Kean Miller LLP, First Bank & Trust Towe
 909 Poydras Street Suite 3600
New Orleans, LA 70112


CAMERON PARISH TAX COLLECTOR
PO BOX 1250
CAMERON, LA 70631



Camex Operating Co
c/o Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


CAMEX, INC.
PO BOX 51733
LAFAYETTE, LA 70505



CANADIANOXY OFFSHORE PRODUCTION COMPANY
12790 Merit Drive
Suite 800
Dallas, TX 75251



CanadianOxy Offshore Production, Inc.
c/o CanadianOxy Offshore Production Co.
12790 Merit Drive, Ste. 800
Dallas, TX 75251



CANAL DIESEL SERVICES INC
2716 SOUTHWEST DR
NEW IBERIA, LA 70560



CANDACE JEAN ATKINS
1505 LUCILLE AVE
FRUITLAND, ID 83619

CANYON County Tax Assessor
1115 Albany St
Caldwell, ID 83605


CARIE JACKSON
2125 KILLEBREW DRIVE
PAYETTE, ID 83661


CARL H GUTSHALL JR &
4375 BLAINE RD
NEW PLYMOUTH, ID 83655


CARL HENDERSON
8399 WASHOE RD
FRUITLAND, ID 83619


CARLENE M CAMPO
2804 SPRUCE DR
FRUITLAND, ID 83619


CARMEN PEREZ
973 SHAMROCK CT
FRUITLAND, ID 83619


CAROL HILLSBERRY
1845 SW 3RD AVE
FRUITLAND, ID 83619


CAROL M. SCOTT
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

CAROL S WININGER
1085 NW 2ND AVE
ONTARIO, OR 97914


CAROLINE K PARSONS
1504 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


CAROLYN D TAYLOR
4340 EAST BLANCHE DRIVE
PHOENIX, AZ 85032


CAROLYN SUE MICHE'
2300 WATERWHEEL ROAD
EMMETT, ID 83617


CARREN M POFF
2693 BAYBERRY DR
FRUITLAND, ID 83619


CARRIE L GRANT
2683 BAYBERRY DR
FRUITLAND, ID 83619


CARUTHERS PRODUCING CO., INC
901 Lakeshore Drive
Suite 900
Lake Charles, LA 70602


CASCADE FENCE COMPANY INC
151 N LINDER RD
MERIDIAN, ID 83642

CASIMIRO PALOMO JR
1006 JONATHAN ST
FRUITLAND, ID 83619


Cassia County Assessor
203 E 15th St
Burley, ID 83318


Castex Energy Inc
c/o James Michael Fussell , Jr
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


CATHERINE E CATE
P O BOX 279
FRUITLAND, ID 83619


CATHERINE M OGAWA
857 TRIAND DRIVE
ONTARIO, OR 97914


Celestine Singleton Batiste
482 Lake Long Drive
Houma, LA 70364


CENTRAL BOAT RENTALS INC
PO BOX 120422
DEPT 0422
DALLAS, TX 75312-0422


CENTRAL MICHIGAN CEMENTING
SERVICES LLC
1934 COMMERCIAL DRIVE
MT PLEASANT, MI 48858

Century Exploration New Orleans Inc
c/o James Michael Fussell , Jr
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


CHAD GERALD TILLETT &
2614 WINESAP AVE
FRUITLAND, ID 83619



Chambers County Tax Office
405 S Main St
Anahuac, TX 77514



CHAPPY ENERGY, LLC
31 Hammock Dunes Place
Spring, TX 77389



CHARLENE AND GERALD STELLING
6400 WHITLEY DRIVE
FRUITLAND, ID 83619



CHARLENE K QUADE
4802 E ARROW JUNCTION DR
BOISE, ID 83716



CHARLES A HUFF &
7256 CUSTER ROAD
FRUITLAND, ID 83619



CHARLES BAINES &
2130 NE 16TH ST
FRUITLAND, ID 83619

CHARLES COFFMAN &
16721 SE WEBSTER RD
MILWAUKIE, OR 97267


CHARLES E ANDERSON JR &
6390 ADAMS ROAD
NEW PLYMOUTH, ID 83655


CHARLES E MCBEE
1204 TARA CT
FRUITLAND, ID 83619


CHARLES F. MCELROY
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


CHARLES N & DIANNE M KINNEY
PO BOX 159
PAYETTE, ID 83661


CHARLES O CRAWLEY &
309 NW 9TH ST
FRUITLAND, ID 83619


CHARLES P. NORMAN, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


CHARLES R STILES
1303 TARA CT.
FRUITLAND, ID 83619

CHARLES R WINEGAR &
5350 SOUTH WHITLEY DRIVE
FRUITLAND, ID 83619


CHARLES W OTTE JR &
1208 JESSICA AVE
FRUITLAND, ID 83619


CHARTER PIPE LLC
9720 CYPRESSWOOD DR SUITE 218
HOUSTON, TX 77070


CHASE & PAPER CO PC
PO BOX 166933
IRVING, TX 75016


CHERYL A NEACE
1331 POPLAR AVENUE
FRUITLAND, ID 83619


CHERYL A SMITH FAMILY TRUST
2605 ROME AVE
FRUITLAND, ID 83619


CHESAPEAKE APPALACHIA LLC
900 Pennsylvania Avenue
Charleston, WV 25302


CHESAPEAKE OPERATING INC
PO BOX 650841
DALLAS, TX 75265-0841

CHET & ANN CARPENTER TRUST
7188 ELMORE RD
FRUITLAND, ID 83619


CHEVRON U.S.A. INC.
400 Convention Street
Suite 700
Baton Rouge, LA 70821


CHEVRON USA
6001 Bollinger Canyon Road
San Ramon, CA 94583


Chevron USA  Inc. successor in interest
The Prentice-Hall Corporation System, In
501 Lousiana Ave
Baton Rouge, LA 70802


Chevron USA Holdings, Inc.
c/o Louis Victor Gregoire , Jr.
Kean Miller, II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802


CHEVRON USA, INC.
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802


CHOICE FURNITURE SOURCE LLC
10515 HARWIN DR # 150
SUITE 200
HOUSTON, TX 77036


CHRISTOPHER AITKENS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

CHRISTOPHER GORDON PRESTON &
2601 WINESAP AVENUE
FRUITLAND, ID 83619


CHRISTOPHER HAMPTON
1583 PONDEROSA
FRUITLAND, ID 83619


CHRISTOPHER J LOWRY &
8360 DUTCH LANE
PAYETTE, ID 83661


CHRISTOPHER L MIO &
7235 BOISE ROAD
FRUITLAND, ID 83619


CHRISTOPHER LEE HOLLAWAY &
2698 BAYBERRY DRIVE
FRUITLAND, ID 83619


CINDY M STICE
2603 APPLEWOOD AVE
FRUITLAND, ID 83619


CINTAS CORPORATION #543
101 VENTURE WAY
LAFAYETTE, LA 70507


CIT TECHNOLOGY FIN SERV INC
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

CITY OF ST GABRIEL
PO BOX 597
ST GABRIEL, LA 70776


CLARA JACOBS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


CLARENCE E HOWELL &
11785 N RIVER RD
PAYETTE, ID 83661


CLARK ROLAND &
8750 YEAGER LANE
PAYETTE, ID 83661


CLEAN GULF ASSOCIATES
PO BOX 4869
HOUSTON, TX 77210-4869


Clementine Clerk
c/o Christie Hancock Jones
Attorney Ad Litem
1202 W Church St
Livingston, TX 77351


CLIFFORD L FIVECOAT TRUST
9724 UPPER AVE
EMMETT, ID 83617


CLIFTON L ELDRED
5623 SUNNYVIEW RD
SALEM, OR 97305

CLINTON D ROHRBACHER
4000 BROOKLYN LANE
EMMETT, ID 83617


CLINTON MARSHALL &
2130 E 1ST ST
FRUITLAND, ID 83619


CLYNN E. NUTT
8307 WASHOE ROAD
FRUITLAND, ID 83619


CMP Family LLC
c/o A. Shelby Easterly, III
142 Del Norte Avenue
Denham Springs, LA 70726


COASTAL FLOW GAS MEASUREMENT
PO BOX 58965
HOUSTON, TX 77258-8965


COCKRELL OIL CORPORATION
1000 MAIN STREET
HOUSTON, TX 77002


CODI S LLOYD
PO BOX 397
FRUITLAND, ID 83619


CODY D STEPHENS
907 GOLDEN AVE
FRUITLAND, ID 83619

CODY L GARDNER
2144 LOCUST WAY
FRUITLAND, ID 83619


Columbia Gulf Transmission L L C
c/o James Michael Fussell , Jr
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


COMPROMISE AGEEMENT
n/a
n/a, n/a n/a


COMPROMISE AGREEMENT FOR STATE LEASE 340
n/a
n/a, n/a n/a


Condor Petroleum Corp
c/o Jamie D Rhymes
Liskow & Lewis
 P O Box 52008 O C S
Lafayette, LA 70505


CONIG 818 INVESTMENTS LLC
2929 Allen Parkway # 4100
Houston,, TX 77019


Conley P Smith L L C
c/o Jason Edward Wilson
 Galloway Johnson et al
328 Settlers Trace Blvd
Lafayette, LA 70508


Conley P Smith Operating Co
c/o Jason Edward Wilson
 Galloway Johnson et al
328 Settlers Trace Blvd
Lafayette, LA 70508

Connick & Connick, LLC
3421 N. Causeway Blvd.
Suite 408
Metairie, LA 70002


ConocoPhillips Company
501 Louisiana Avenue
Baton Rouge, LA 70802


ConocoPhillips Company
c/o Deborah D Kuchle
Kuchler Polk Weiner, LLC
1615 Poydras St. Suite 1300
New Orleans, LA 70112


CONSUELO VARGAS
2056 SPRING CREEK DRIVE
FRUITLAND, ID 83619


COOKIE ATKINS
8036 ESTATES BLVD
FRUITLAND, ID 83619


CORI L SMITH
2746 SPRUCE DR
FRUITLAND, ID 83619


CORTLAND CAPITAL MARKET SERVICES LLC
225 W. WASHINGTON STREET
21ST FLOOR


Cossich, Sumich, Parsiola & Taylor, LCC
8397 Highway 23
Suite 100
Belle Chasse, LA 70037

COX COMMUNICATIONS-BUSINESS
PO BOX 919243
DALLAS, TX 75391-9243

Cox Operating, L.L.C.
Baker Donelson Bearman Caldwell & Berkow
201 St. Charles Ave. Suite 3600
New Orleans, LA 70170

CRAIG & IDA BEAL LIVING TRUST
7288 HILLVIEW ROAD
EMMETT, ID 83617

CREAMER DOZER SERVICE INC
1910 SOUTH BLVD
BREWTON, AL 36426

CROFT PRODUCTION SYSTEMS INC
19230 FM 442 ROAD
NEEDVILLE, TX 77461

Croft Production Systems, Inc (CROFT)
19230 FM 442 Needville
Needville, TX 77461

CRYSTAL RUSSELL
1510 NW 26TH ST
FRUITLAND, ID 83619

CSC
PO BOX 133697
PHILADEPHIA, PA 19101-3397

CTM 2005, LTD
3312 Bammel Lane
Houston, TX 77098


CTMI LLC
12221 MERIT
SUITE 1200
DALLAS, TX 75251


Curry County Assessor's Office
94235 W Moore St #221
Gold Beach, OR 97444


CURT D STOWE &
1009 BRAEBURN ST
FRUITLAND, ID 83619


CURT KAMO AND KATHLEEN M KAMO
3463 SW 2ND AVENUE
NEW PLYMOUTH, ID 83655


CYNTHIA ANN REMINGTON
PO BOX 550
ONTARIO, OR 97914


CYPRESS FIRE & SAFETY LLC
10725 SIDNEY GAUTREAUX RD
ABBEVILLE, LA 70510


D & M DRILLING FLUIDS INC
PO BOX 579
JAY, FL 32565

D MARC HAWS & KAREN I HAWS
893 EAST FOURTH CT
KUNA, ID 83634


DAGATES MARINE INC
1128 BARROW STREET
HOUMA, LA 70360


DALE & MARY ANN MARTIN TRUST
227 EVERGREEN RD
ONTARIO, OR 97914


DALE GENE MILLER
2929 NW 4TH AVENUE
FRUITLAND, ID 83619


DALE J LACRONE
PO BOX 63
NEW PLYMOUTH, ID 83655


DALE SWANSON &
3495 BEACON AVENUE
EMMETT, ID 83617


DAMEON EPPERSON
6519 SE CENTER ST
PORTLAND, OR 97206


DANE HULBERT & DANETTE HULBERT
3285 WEST HIGHWAY 52
EMMETT, ID 83617

DANIEL D. WOLF
2837 NW 4TH AVENUE
FRUITLAND, ID 83619


DANIEL DEAN ROLAND
8620 RABY LANE
PAYETTE, ID 83661


DANIEL DUANE FERRY
8500 WASHOE RD
PAYETTE, ID 83661


DANIEL E HALE
731 N HAYDEN MEADOWS DRIVE
PORTLAND, OR 97217


DANIEL G DOERSCH &
8100 DUTCH LANE
PAYETTE, ID 83661


DANIEL L GREEN
PO BOX 730
NEW PLYMOUTH, ID 83655


DANIEL R VANDERPOOL &
925 FAIRVIEW AVE
FRUITLAND, ID 83619


DANIEL WEAVER
9553 W HIGHWAY 52
EMMETT, ID 83617

DANNY A LITTLE &
1401 JESSICA AVENUE
FRUITLAND, ID 83619


DANNY L SQUIBB
102 NE 14TH DRIVE
FRUITLAND, ID 83619


DANNY P ERSKINE
7699 ELMORE RD
FRUITLAND, ID 83619


DANNY R CLARICH
1590 POPLAR AVE
FRUITLAND, ID 83619


DANNY SMITH &
8305 WASHOE RD
FRUITLAND, ID 83619


DANOS LLC
3878 WEST MAIN STREET
GRAY, LA 70359


DARIN L SIPES &
8520 RABY LANE
PAYETTE, ID 83661


DARLEEN M WALKER
1626 OAK AVE
FRUITLAND, ID 83619

DARLENE K STONE
2738 SPRUCE DR
FRUITLAND, ID 83619


DARLENE M RAMBO
7750 RICHEY ROAD
FRUITLAND, ID 83619


DARREL & LORAINE SAWYER LVG TR
1301 JESSICA AVE
FRUITLAND, ID 83619


DARRELL A CARR
8148 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


DARYL WESLEY ELDRED
5770 CUSTER ROAD
NEW PLYMOUTH, ID 83655


DASHANNA M CURETON
815 NORTH WEST 3RD STREET
FRUITLAND, ID 83619


DAVE A FELTY SR &
8271 WASHOE ROAD
PAYETTE, ID 83619


DAVID C DERRICK &
2615 APPLEWOOD AVE
FRUITLAND, ID 83619

DAVID C RONK &
3440 H ST
EUREKA, CA 95503-5361


DAVID D GOSS &
1937 TABLE ROCK RD
BOISE, ID 83712


DAVID E CARPENTER &
2254 E 1ST ST
FRUITLAND, ID 83619


DAVID E JENNINGS &
2274 NE 16TH ST
FRUITLAND, ID 83619


DAVID E KOEPPEN SURVIVORS TRST
1583 NW 26TH STREET
FRUITLAND, ID 83619


DAVID G BIEKER &
7400 CUSTER ROAD
FRUITLAND, ID 83619


DAVID G LIRGG &
7860 RICHEY ROAD
FRUITLAND, ID 83619


DAVID G LOCKNER
2141 LOCUST WAY
FRUITLAND, ID 83619

DAVID H JEFFRIES
10839 SILVER SAGE LN
PAYETTE, ID 83661


DAVID H RICHMOND
8531 SHANNON RD
PAYETTE, ID 83661


DAVID HAWK
Confidential
Confidential


DAVID J BENNETT &
1302 JESSICA AVE
FRUITLAND, ID 83619


DAVID K BURT AND MAURINE BURT
PO BOX 804
FRUITLAND, ID 83619


DAVID K HAIDLE &
809 N WHITLEY DR
FRUITLAND, ID 83619


DAVID K MARTIN
2617 APPLEWOOD AVE
FRUITLAND, ID 83619


DAVID L HOPKINS &
4720 KIMBALL ROAD
ONTARIO, OR 97914

DAVID M SMITH
18307 FERN TRAIL CT
HOUSTON, TX 77084


DAVID OBRAY &
PO BOX 2982
HAYDEN, ID 83835


DAVID P. LABIT
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DAVID R & LINDA J SMALLWOOD
8633 SHANNON RD
PAYETTE, ID 83661


DAVID R PEARCY II
307 NW 9TH ST
FRUITLAND, ID 83619


DAVID RAYMOND AUXIER &
4750 LITTLE WILLOW RD
PAYETTE, ID 83661


DAVID S GRAVES
2284 NE 16TH STREET
FRUITLAND, ID 83619


DAVID STRODA
410 NE 13TH ST
FRUITLAND, ID 83619

DAVID T TRIGUEIRO
1295 W 7TH ST APT 14
WEISER, ID 83672


DAVID THOMAS GRANT &
7902 RICHEY RD
FRUITLAND, ID 83619-3571


DAVID W BRUNEEL
1215 LITTLE ROCK RD
EMMETT, ID 83617


DAVID W HOLM & SHARYL L HOLM
3223 NW 3RD AVE
FRUITLAND, ID 83619


DAVIS PETROLEUM CORP
1330 Post Oak Blvd., Suite 600
Houston, TX 77056


DEAN AND KAY CARDIN TRUST
4911 SAND HOLLOW RD
NEW PLYMOUTH, ID 83655


DEAN ENTERPRISES, INC
17380 Highway 101
Iowa, LA 70647


DEAN J COON &
206 NW 9TH STREET
FRUITLAND, ID 83619

DEBBY SU BLATCHLEY
8488 WASHOE RD
PAYETTE, ID 83661


DEBRA B. CHAISSON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DEBRA DIANE SPIDELL
885 NW ESTATE DRIVE
SEAL ROCK, OR 97376


DEBRA M. OWENS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Deep Wilcox Oil & Gas and
Hankerson Oil LLC
c/o Lewis Brisbois Bisgaard & Smith LLPH
24 Greenway Plaza, Suite 1400
Houston, TX 77046


DEL REED BERGESON &
PO BOX 949
FRUITLAND, ID 83619


DELL RAY WINEGAR
5350 SOUTH WHITLEY DRIVE
FRUITLAND, ID 83619


DELORES MCDANIEL
1577 POPLAR AVE
FRUITLAND, ID 83619

DELOY MECHAM &
3200 JACKSON AVE
EMMETT, ID 83617


DENBURY ONSHORE, LLC
3867 Plaza Tower Drive
Baton Rouge, LA 70816


DENISE R RUDD
PO BOX 131
FRUITLAND, ID 83619


DENNIS D WHALEN
650 SYRINGA SPRINGS DR
FRUITLAND, ID 83619


DENNIS DESHIELDS &
845 RAY ST
PEA RIDGE, AR 72751


DENNIS E STONE
7895 N OREGON AVE
FRUITLAND, ID 83619


DENNIS EVANS &
15178 GALLOWAY ROAD
CALDWELL, ID 83607


DENNIS J HERWY &
3700 3RD LANE EAST
PARMA, ID 83660

DENNIS K UJIIYE &
1505 NW 2ND AVENUE
FRUITLAND, ID 83619


DENNIS L PRUETT &
27262 USTICK ROAD
WILDER, ID 83676


DENNIS NEWMAN &
8043 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


Denovo Oil & Gas Inc
c/o Jamie D Rhymes
Liskow & Lewis
 P O Box 52008 O C S
Lafayette, LA 70505


DEPARTMENT OF INTERIOR-MMS 15156 EAST CA
LA


Department of Natural Resources
P.O. Box 94396
Baton Rouge, LA 70804


DEPARTMENT OF THE INTERIOR OCS-G 4486 MA
LA


DERALD H MARTI &
901 BOBWHITE ST
FRUITLAND, ID 83619

DERRELL C CHILDERS
1808 7TH AVE N
PAYETTE, ID 83661


DERRICK VANDEBERG
2701 N ALDER DR # 0
FRUITLAND, ID 83619


DESERT CANYON RANCH LLC
1990 E BLACK CANYON HIGHWAY
EMMETT, ID 83617


DEVON ENERGY CORPORATION
333 W SHERIDAN AVE
OKLAHOMA CITY, OK 73102


DEVON ENERGY PRODUCTION COMPANY LP
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808


DIANA & JOSEPH INGALLS TRUST
8590 SHANNON RD
PAYETTE, ID 83661


DIANA CLOVER
7884 RICHEY ROAD
FRUITLAND, ID 83619


DIANE BERGERON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

DIANE G. GORDON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DIANE KAY ODELL AS TTEE
DIANE ODELL
PO BOX 1090
FRUITLAND, ID 83619


DIANE M KASSAB
1659 PRAIRIE GROVE DRIVE
HOUSTON, TX 77077


DIRECTV
PO BOX 105249
ATLANTA, GA 30348-5249


DIVERSIFIED RESOURCES INC
3500 MASSILLON ROAD
UNIONTOWN, OH 44685


DIXIE RICE AGRICULTURAL CORPORATION, INC
C/O MUNSCH, HARDT, KOPF & HARR, P.C.
3800 LINCOLN PLAZA
500 NORTH AKARD
DALLAS, TX 75201


DJS PROPERTIES LP
PO DRAWER 27
BOISE, ID 83707-0027


DNOW
PO BOX 200822
DALLAS, TX 75320-0822

DOLORES HERRERA
1009 JONATHAN ST
FRUITLAND, ID 83619


DOLORES L SOUTHARD
1308 W FRANKLIN STREET
BOISE, ID 83702


DON & ANNE GROSS TRUST DTD
1015 VICTORIA AVE
FRUITLAND, ID 83619


DON GROSS
2206 NORTH WHITLEY DRIVE
FRUITLAND, ID 83619


DONALD A HAAGENSEN &
804 NW 24TH ST
SUITE A
FRUITLAND, ID 83619


DONALD C SAVAGE &
1810 N VISTA AVE
FRUITLAND, ID 83619


DONALD G PREUSS &
3911 KINGSTON AVENUE
CALDWELL, ID 83605


DONALD L. DRESSEN
2742 NW 4TH AVENUE
FRUITLAND, ID 83619

DONALD M BAINES AND
2670 NW 4TH AVE
FRUITLAND, ID 83619


DONALD NELSON &
141 BEECH STREET
FRUITLAND, ID 83619


DONALD PAYNE &
9818 SOUTHBANK RD
ROSEBURG, OR 97470


DONALD REED & JANET REED
1882 W CREEK CT
NAMPA, ID 83686


DONALD S MORRISON &
2605 ALDER DR
FRUITLAND, ID 83619


DONNA BATT
7763 ELMORE ROAD
FRUITLAND, ID 83619


DONNA L BURZOTA TRUST
2600 APPLEWOOD AVE
FRUITLAND, ID 83619


DONNA MAE HUME
910 JONATHAN ST
FRUITLAND, ID 83619

DONNA MCKINLEY
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DONNETTE ANN REINS
9615 SUGAR HILL #B
AUSTIN, TX 78748


DONOHO INC
1033 ALAMEDA DR
ONTARIO, OR 97914


DORA J LEICHSENRING
9211 34TH STREET EAST
EDGEWOOD, WA 98371


DORA N SEEQUIST
916 VICTORIA AVENUE
FRUITLAND, ID 83619


DORIS MASHBURN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DOROTHY G WEST
108 COUNTRY LANE LOOP
PAYETTE, ID 83661


DOROTHY HILEMAN
1705 NORTH ALLEN AVE
FRUITLAND, ID 83619

DOROTHY JEAN BRUCE
27213 LANA LANE
CONROE, TX 77385


DOTSON BABCOCK & SCOFIELD
401 McKinney St
#1900
Houston, TX 77010


DOUG DAWS
PO BOX 206
FRUITLAND, ID 83619


DOUGLAS A. WHITE &
5866 HIGHWAY 30 SOUTH
NEW PLYMOUTH, ID 83655


DOUGLAS D MOSCRIP &
7923 RICHEY ROAD
FRUITLAND, ID 83619


DOUGLAS DUANE TAYLOR
4916 N PIERCE PARK LN
BOISE, ID 83714


DOUGLAS E SCARLETT &
7300 DENVER
FRUITLAND, ID 83619


DOUGLAS G DEARDORFF &
310 N UTAH AVE
FRUITLAND, ID 83619

DOUGLAS M KIMBALL &
2169 ALPINE CREEK DRIVE
FRUITLAND, ID 83619


DOUGLAS S DORSING
PO BOX 1005
FRUITLAND, ID 83619


DOUGLAS S OLSON &
8820 SOLTERBECK LN
PAYETTE, ID 83661


DUANE E BRIGHTWELL &
910 VICTORIA AVE
FRUITLAND, ID 83619


DUANE L COFFEY SR
Confidential
Confidential


DUSTIN MCDANIEL &
4797 NW 1ST AVE
NEW PLYMOUTH, ID 83655


DWAINE ANTHONY TESNOHLIDEK &
4505 SOUTH WHITLEY DRIVE
FRUITLAND, ID 83619


E P Energy E & P Co L P
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821

EAGLE FORD HUNTER RESOURCES
777 POST OAK BLVD
STE 650
Houston, TX 77056


EAGLE ISLAND RANCH INC
7270 N TREE HAVEN PL
MERIDIAN, ID 83646


EARL D BROWNE
8120 UPPER AVE
EMMETT, ID 83617


EARL WAYNE COLSON
8034 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


EARLENE ANNETTE WALSTON
2310 SHAMROCK CT
FRUITLAND, ID 83619


EBR PROPERTIES II
245 Commerce Green Boulevard
Sugarland, TX 77478


EDUARDO FERRERIA &
2900 SW 3RD AVENUE
NEW PLYMOUTH, ID 83655


ELDRED FARMS INC &DARYL ELDRED
5770 CUSTER RD.
NEW PLYMOUTH, ID 83655

ELISABETH VENEGAS
1006 GOLDEN AVENUE
FRUITLAND, ID 83619


ELIZABETH A HOLSINGER
3271 WEST SCENIC DRIVE
BOISE, ID 83703-4718


ELIZABETH C ALLENDER
2161 ALPINE CREEK DRIVE
FRUITLAND, ID 83619


ELIZABETH COLEMAN
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094


ELIZABETH MONCADA
304 NE 12TH DR
FRUITLAND, ID 83619


ELLA JOSEPHSON TRUST
2612 WINESAP AVE
FRUITLAND, ID 83619


ELTON J HUNSUCKER &
1904 HEITZ AVE
FRUITLAND, ID 83619


ELVIN DEWITT LIVING TRUST
5025 HILLVIEW ROAD
EMMETT, ID 83617

EMILY ELLEN WOODALL
2203 LAURIE DARLIN CT
CONROE, TX 77384-2513


EMMETT C ROSENKRANCE &
2152 MAPLE CT
FRUITLAND, ID 83619


EMMETT L MAINE &
3760 HIGHWAY 95
PARMA, ID 83660


Enable Oklahoma Intrastate Transmission
c/o Thomas D Gildersleeve
 Taylor Porter et al
 P O Box 2471
Baton Rouge, LA 70821


ENDEAVOR NATURAL GAS
1201 Louisiana St
# 3350
Houston, TX 77002


Energen Resources Corporation
c/o Joe B Norman
Liskow & Lewis
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


ENERGY TRANSPORT LLC
PO BOX 309
ONTARIO, OR 97914


ENERGY TUBULARS INC
3010 OLD RANCH PARKWAY
SUITE 400
SEAL BEACH, CA 90740

EnergyQuest II L L C
c/o Terrence K Knister
Gordon Arata et al
201 St Charles Ave Ste 4000
New Orleans, LA 70170-4000


ENERVEST
1001 Fannin St
#800
Houston, TX 77002


ENI OIL & GAS INC.
909 Poydras Street
Suite 361
New Orleans, LA 70112


ENTERGY UTILITY HOLDING CO LLC
PO BOX 8103
BATON ROUGE, LA 70891-8103


Environmental Protection Agency
10625 Fallstone Rd
Houston, TX 77099


EOG RESOURCES INC
PO BOX 840319
DALLAS, TX 75284


ERIC GARMAN
1004 GOLDEN AVE
FRUITLAND, ID 83619


ERIC KYLE
P.O. BOX 15033
BOISE, ID 83715

ERIC MITCHELL &
3015 NW 3RD AVE
FRUITLAND, ID 83619


ERIC P. BERGERON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


ERMA LOUISE BEAGLEY
7230 BOISE ROAD
FRUITLAND, ID 83619


ERNEST A GENTRY &
705 NW 3RD DRIVE
FRUITLAND, ID 83619


ERNEST E. EILERS
4623 SE 1ST AVENUE
NEW PLYMOUTH, ID 83655


ERNEST G ALIOTO &
1500 NW 6TH AVENUE
PAYETTE, ID 83661


ERNEST NEILL
909 VICTORIA AVENUE
FRUITLAND, ID 83619


ERNEST R ALGER
208 NE 12TH ST
FRUITLAND, ID 83619

ERNESTINE GERALDINE BUTLER
2600 GOLDEN AVE
FRUITLAND, ID 83619


ERNESTO HERRERA
PO BOX 842
PAYETTE, ID 83661


ERNIE L DEACON &
4112 SUNNYRIDGE ROAD
NAMPA, ID 83686


ESSENJAY EXPLORATION INC
500 North Water Street
Corpus Christi, TX 78401


ESTATE OF CLATON W CONNER
2140 FAIRVIEW ROAD
FRUITLAND, ID 83619


EUSTOLIA HARRISON
8028 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


EVALINE HALL
8492 WASHOE ROAD
PAYETTE, ID 83661


EVAN TAYLOR
890 E OLD SAYBROOK LN
BOISE, ID 83706

EVANGELINE NATURAL RESOURCES LLC
323 TWIN RIVER DRIVE
COVINGTON, LA 70433-8505


EVANS FAMILY TRUST
26281 FREEZEOUT ROAD
CALDWELL, ID 83607


EVERET L HIATT &
3394 ARCADIA BLVD
NYSSA, OR 97913


EVERGREEN WORKING CAPITAL LLC
PO BOX 3729
HOUMA, LA 70361-3729


EXCEL EQUIPMENT COMPANY INC
PO BOX 191048
BOISE, ID 83719-1048


Exchange Oil & Gas Corp
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139


Exxon Mobil Corp
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139


Exxon Mobil Corporation
c/o Mark McNamara
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139

F WARREN & MARGARET C CARNEFIX
517 SW 2ND ST
FRUITLAND, ID 83619


FAIRWAY ENERGY LLC
1601 NW EXPRESSWAY
SUITE 777
OKLAHOMA CITY, OK 73118


FALLON ENTERPRISES, INC
1340 HARTMAN RD
LIVERMORE, CA 94550


FAM TRST OF BILL & DIANE ODELL
PO BOX 1090
FRUITLAND, ID 83619


FARMERS COOP IRR CO
102 N MAIN ST
PAYETTE, ID 83661-2522


FEDERICO MEDINA &
1006 BRAEBURN STREET
FRUITLAND, ID 83619


FELIPE LOPEZ &
2809 NW 4TH AVE
FRUITLAND, ID 83619


FERN MARIE ROBINETTE AKA
1850 UEHLIN ROAD
PAYETTE, ID 83661

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY SOUTH
SUITE 1200
HOUSTON, TX 77042


Fieldwood S D Offshore L L C
c/o Douglas C Longman , Jr
Jones Walker
P O Drawer 3408
Lafayette, LA 70502-3408


FIRST INSURANCE FUNDING CORP
PO BOX 7000
CAROL STREAM, IL 60197-7000


Fisher RE LLC
4937 SE 1ST AVE
NEW PLYMOUTH, ID 83655


FISHER'S TECHNOLOGY
575 E 42 STREET
BOISE, ID 83714


Fishman, Haygood, Phelps, Walmsley, Will
201 St Charles Ave Suite 4600
New Orleans, LA 70171


FLOQUIP INC
PO BOX 80156
LAFAYETTE, LA 70598


FLORA M STEELE
1314 NW 19TH STREET
FRUITLAND, ID 83619

Florida Department of Environ. Protect.
3900 Commonwealth Boulevard
Tallahassee, FL 32399


Florida Department of Revenue
1415 N Loop W # 1190
Houston, TX 77008


Florida Department of State
The Centre of Tallahassee
2415 N Monroe St
Ste 810
Tallahassee, FL 32303


FLORIDA G BOWKER
2503 APPLEWOOD AVE
FRUITLAND, ID 83619


FLOYD E. SAGELY PROPERTIES
3017 S 70th St B
Fort Smith, AR 72903


FLOYD FRENCH
P0 BOX 534
NEW PLYMOUTH, ID 83655


FLOYD RUFFIN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


FORTNEY WELLS, HARRISON COUNTY, WEST VIR
16600 Park Row, Suite 158
HOUSTON, TX 77084

FORTUNATO HERRERA &
8265 WASHOE RD
FRUITLAND, ID 83619


FRANCES BURNETT
4260 STATE ROAD 275
BROADVIEW, NM 88112


FRANCES L MCCONNELL
PO BOX 1534
CARLIN, NV 89822


FRANCIS C FLOREZ
1207 NW 24TH ST
FRUITLAND, ID 83619


FRANK BLEVINS &
304 N UTAH
FRUITLAND, ID 83619


FRANK CHIODI
PO BOX 988
FRUITLAND, ID 83619


FRANK DAVID STEPHENS
4950 LITTLE WILLOW ROAD
PAYETTE, ID 83661


FRANK E BRIGGS
1709 NORTH ALLEN AVE
FRUITLAND, ID 83619

FRANK J CUNNINGHAM &
203 NW 9TH ST
FRUITLAND, ID 83619


FRANK JAMES
UNKNOWN
LA


FRANK L SMITH
3770 VAN DEUSEN RD
EMMETT, ID 83617


FRANK W WALCZYK
PO BOX 55472
NORTH POLE, AK 99705


FRANKIE D LARSEN
7510 CUSTER RD
FRUITLAND, ID 83619


FRANKLIN D. TEUNISSEN &
3749 SW 3RD AVENUE
NEW PLYMOUTH, ID 83655


FRAZER C PETERSON AND
LAWS OF ST OF IDAHO DTD
12/17/2014
2075 KILLEBREW DRIVE
FRUITLAND, ID 83619


FREDERICK A HALLBERG &
7845 ELMORE ROAD
FRUITLAND, ID 83619

FREDERICK F RICHARDS JR
3 CUMBERLAND PLACE
RICHARDSON, TX 75080


Freeport McMoRan Oil & Gas L L C
c/o Carl David Rosenblum
Jones Walker
201 St Charles Ave Ste 5100
New Orleans, LA 70170

FTI CONSULTING INC
PO BOX 418005
BOSTON, MA 02241-8005


FTI PLATT SPARKS
925-A Capital of Texas Highway, South
Austin, TX 78746


FUELMAN FLEET
PO BOX 70887
CHARLOTTE, NC 28272-0887


FUTURE ROYALTIES INC
6561 State Highway 59 S
Bowie, TX 76230


G & L WELL SERVICE INC
PO BOX 2673
LAFAYETTE, LA 70502


G&G SURVEY AND CONSULTING INC
1418 EMMOTT DR
RICHMOND, TX 77469

GAIL DELBRIDGE &
2150 EAST 1ST STREET
FRUITLAND, ID 83619


GAIL L DAVIS
506 WEST 2ND NORTH
MOUNTAIN HOME, ID 83647


Gaither Petroleum Corporation
16600 Park Row
Houston, TX 77084


GALVESTON COUNTY TAX ASSESSOR
722 MOODY
GALVESTON, TX 77550


GARMAN & SONS INC
8523 WASHOE ROAD
PAYETTE, ID 83661


GARRED AUTOMOTIVE LLC
PO BOX 446
NEW PLYMOUTH, ID 83655


GARRETT R DAUDT &
8513 HWY 95
PAYETTE, ID 83661


GARRY C. SEAWEARD &
3595 NW 4TH AVE
NEW PLYMOUTH, ID 83655

GARY A SMITH TRUST
2017 THORNBURY COURT
RENO, NV 89523


GARY C WILLIAMSON &
2288 NE 16TH ST
FRUITLAND, ID 83619


GARY D OWEN
1488 POPLAR AVE
FRUITLAND, ID 83619


GARY E BOURQUIN &
8800 MICKELSON LANE
PAYETTE, ID 83661


GARY F BROWN &
8210 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


GARY GARDNER
1010 JONATHAN ST
FRUITLAND, ID 83619


GARY HALE &
2857 NW 4TH AVE
FRUITLAND, ID 83619


GARY K FLOYD &
297 ASH LOOP
FRUITLAND, ID 83619

GARY L DUFF &
2375 KILLEBREW DRIVE
PAYETTE, ID 83661


GARY L WALLACE &
1808 ALLEN AVENUE
FRUITLAND, ID 83619


Gary Production Company
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, LA 70816


GARY R BELKNAP
2735 SPRUCE DR
FRUITLAND, ID 83619


GAUBERT OIL COMPANY INC
PO BOX 310
THIBODAUX, LA 70302


Gem County Treasurer/Tax Collector
415 E. Main
Emmett, ID 83617-3096


GENE A CAPPS &
703 WARNER AVE
LEWISTON, ID 83501


GENEVA A WELCH &
PO BOX 326
NEW PLYMOUTH, ID 83655

GEORGE ARTHUR RICHARDS
3876 RIDGELAKE COURT
ADDISON, TX 75001-7924


GEORGE E BRIGGS & JANET B
PO BOX 152
FRUITLAND, ID 83619


GEORGE G QUENZER A/K/A
7760 FOOTHILL ROAD
MIDDLETON, ID 83644


GEORGE T THEBO &
1208 TARA CT
FRUITLAND, ID 83619


GEORGE W BACUS
905 NW 24TH ST
FRUITLAND, ID 83619


GEOSOUTHERN LAVACA PROPERTIES
1425 LAKE FRONT CIRCLE
SUITE 200
THE WOODLANDS, TX 77380


GERALD F ACKERMAN
1337 POPLAR AVENUE
FRUITLAND, ID 83619


GERALD FRED BENNETT
7812 SONGBIRD WAY
CLINTON, WA 78236

GERALD W MITCHELL &
3085 NW 3RD AVENUE
FRUITLAND, ID 83619


GHX INDUSTRIAL LLC
PO BOX 4346 DEPT 207
HOUSTON, TX 77210-4346


GIANT ENERGY CO LP
12850 SPURLING RD STE 200
DALLAS, TX 75230


GILBERT C COX &
35068 PITTSBURG ROAD
ST HELENS, OR 97051


GILBERT I WELLS &
600 DELMAR AVE
PARMA, ID 83660


GINGER OIL COMPANY
1400 Woodloch Forest Dr
#425
THE WOODLANDS, TX 77380


GLADYS WHADFORD
1075 N FIG ST
ESCONDIDO, CA 92026


GLEN DALE MEYER
1502 BURTON AVE
FRUITLAND, ID 83619

GLENDA D GRACE &
1755 KILLEBREW DRIVE
PAYETTE, ID 83661


GLENDA EUBANKS &
848 W LOCUST LANE
NAMPA, ID 83686


GLENN ERHARDT
2237 APPLEWOOD AVE
FRUITLAND, ID 83619


GLOBAL PROPERTIES LLC
900 W JEFFERSON ST
BOISE, ID 83702


GLORIA BROOKS WEISENBERGER AND JUDY R BR
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094


Goliad County Tax Office
329 W Franklin St
Goliad, TX 77963


GONZALES COUNTY TAX ASSESSOR
PO BOX 677
GONZALES, TX 78629


GONZALO N LIERA &
1034 NORTHWEST 22ND ST
FRUITLAND, ID 83619

GORDON ARATA MONTGOMERY
201 ST CHARLES AVENUE
40TH FLOOR
NEW ORLEANS, LA 70170-4000


Government Accountability Office
441 G St., NW
Washington, DC 20548


GRACE BAPTIST CHURCH
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Graham Royalty, Ltd.
c/o John C. Anjier
One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


Gratiot County Assessor's Office
214 E Center Street
Ithaca, MI 48847


GREG A. MCINNIS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


GREG D KNIGHTEN &
8931 SOLTERBECK LANE
PAYETTE, ID 83661


GREG J RANDLEMAN
1560 NW 26TH ST
FRUITLAND, ID 83619

GREG M MESS
2409 NE 16TH ST
FRUITLAND, ID 83619


GREGORY C. SEMON
4892 LITTLE WILLOW RD.
PAYETTE, ID 83661


GREGORY K. BROWN &
978 INDIANHEAD ROAD
WEISER, ID 83672


Gregory Semon
c/o Fisher Rainey Hudson
959 W Bannock St Suite 630
Boise, ID 83702


GREY WOLF SAFETY GROUP LLC
PO BOX 1438
BROUSSARD, LA 70518


Groton Land Company, Inc.
c/o CT Corporation
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Guadalupe County Tax Office
1101 Elbel Rd
Schertz, TX 78154


GUILLERMO TRUJILLO III
2505 APPLEWOOD AVE
FRUITLAND, ID 83619

GULF OIL E&P COMPANY
P.O. Drawer 1150
Midland, TX 79702


GULF SOUTH PIPELINE CO LP
PO BOX 730000
DALLAS, TX 75373


GULF/INLAND CONTRACTORS INC
C/O SOUTH LOUISIANA BANK
PO BOX 5091
HOUMA, LA 70361-5091


Gulfport Energy Corp
Jones Walker
P O Drawer 3408
Lafayette, LA 70502-3408


GUSTAVO MATA SR
2406 GOLDEN AVE
FRUITLAND, ID 83619


H BRADFORD HENSHAW
2694 BAYBERRY DR
FRUITLAND, ID 83619


H. L. Hawkins III
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139


HALE CONSULTING LLC
9273 WHITEHOUSE FORK ROAD EXT
BAY MINCHE, AL 36307-9005

HANKEY OIL COMPANY
4265 SAN FELIPE ST, STE 1050
Houston, TX 77027


Hanley Petroleum LLC
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, LA 75201


HARDIN SANITATION INC
PO BOX 7428
PASADENA, CA 91109-7428


HAROLD RAPER
11680 W CHINDEN RIDGE DR
GARDEN CITY, ID 83714-1026


HAROLD WAYNE STUTZMAN &
8425 DUTCH LANE
PAYETTE, ID 83661


Harrison County Tax Collector
200 West Houston Suite 108 PO Box 967
Marshall, TX 75671


HARRY J WIGHTMAN
2600 WINESAP AVE
FRUITLAND, ID 83619


HART FARMS INC.
270 JUNIPER RD.
ONTARIO, OR 97914

HARVEY R STEPP &
1840 ADY ORCHARD RD
FRUITLAND, ID 83619


HAYNES & BOONE LLP
PO BOX 841399
DALLAS, TX 75284-1399


HEATHER HUNT
108 NE 14TH DRIVE
FRUITLAND, ID 83619


HEC PETROLEUM, INC.
15 SMITH RD
MIDLAND, TX 79705


HECTOR C HERRERA
7767 ELMORE ROAD
FRUITLAND, ID 83619


HEIDI E HOUSTON
2824 DOGWOOD AVE
FRUITLAND, ID 83619


HELEN PLAZA
2682 BAYBERRY DR
FRUITLAND, ID 83619


HELEN REED
2472 W FORECAST ST
MERIDIAN, ID 83642

HELEN Y WATKINS
1005 VICTORIA AVENUE
FRUITLAND, ID 83619


HELIS OIL & GAS COMPANY, L.L.C.
701 Poydras st.
Ste. 5000
New Orleans, LA 70139


HELMS
Confidential
Confidential


Henrietta L. Sprinks
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


HENRY A FARROW &
1311 1/2 NW 19TH ST
FRUITLAND, ID 83619


HENRY PRODCUTION COMPANY INC.
c/o OTTINGER HEBERT, LLC
1313 WEST PINHOOK ROAD
LAFAYETTE, LA 70503


Herbert L. Sadler, Sr.
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


Hess Corporation
c/o Elizabeth S. Wheeler
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099

HIGHWAY DISTRICT NO 1
3890 NW 1ST AVENUE
NEW PLYMOUTH, ID 83655


Hilcorp Energy Co
c/o Craig Isenberg
Barrasso Usdin
 909 Poydras St Ste 2350
New Orleans, LA 70112

HILCORP ENERGY I LP
PO BOX 61229
HOUSTON, TX 77208-1229


HILCORP ENERGY JOINT VENTURE
3867 Plaza Tower Drive
Baton Rouge, LA 70816


HINATSU FARMS LP
3341 NW 2ND AVE
NEW PLYMOUTH, ID 83655


HK Energy, LLC
c/o Loulan Joseph Pitre , Jr
Kelly Hart & Pitre LLP
400 Poydras Street, Suite 1812
New Orleans, LA 70130

HOLLY HITE
2166 ALPINE CREEK DR
FRUITLAND, ID 83619


HOMER R HERITAGE &
1207 TARA CT
FRUITLAND, ID 83619

HOOPER HOLDINGS LLC
2200 E 1ST ST
FRUITLAND, ID 83619


HORIZON RESOURCE MGMT
840 7 Ave SW
#1520
Calgary, AB T2P 3G2


HOWARD J FISHER &
253 SOUTH WEST BLVD
NEW PLYMOUTH, ID 83655


HSIAO-RO CHIANG
1310 ASPEN ST
FRUITLAND, ID 83619


HTI SERVICES LLC
PO BOX 709
STAR, ID 83669


Huerfano County Assessor Office
401 Main St. Ste. 205
Walsenburg, CO 81089


HURLEY OIL COMPANY, INC
126 Heymann Boulevard
Lafayette, LA 70503


HYRUM L. AUSTIN &
5047 SE 1-1/2 AVENUE
NEW PLYMOUTH, ID 83655

IANKOV TRUST DTD 4/18/13
4531 NW FREMONT ST
CAMAS, WA 98607


Iberville Tax Collector
58050 Meriam St
Plaquemine, LA 70764


IBRAHIM EBED
2222 BISHOP RD
EMMETT, ID 83617


Idaho Department of Environmental Qualit
1410 North Hilton
Boise, ID 83706


IDAHO DEPARTMENT OF LANDS
300 NORTH 6TH STREET STE 103
PO BOX 83720
BOISE, ID 83720-0050


IDAHO DEPARTMENT OF LANDS
300 NORTH 6TH STREET  STE 103
PO BOX 83720
BOISE, ID 83720-0050


Idaho Department of Lands
300 N. 6th Street, Suite 103
Boise, ID 83702


Idaho Midstream, LLC

IDAHO NORTHERN & PACIFIC
119 N COMMERCIAL AVE
EMMETT, ID 83617


Idaho Oil and Gas Conservation Commissio
PO Box 83720
Boise, ID 83720-0050


Idaho Secretary of State
P.O.Box 83720
Boise, ID 83720-0080


Idaho State Tax Commission
11321 W Chinden Blvd
Garden City, ID 83714


INDALECIO RODRIGUEZ &
1333 POPLAR AVENUE
FRUITLAND, ID 83619


Innovative Energy Services, Inc
16600 Park Row
Houston, TX 77084


Intercompany Accounts Payable


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

INTERNATIONAL PETROLEUM LLC
4834 South Highland Drive
Suite 200
Salt Lake City, UT 84117


INTERSTATE EXPLORATIONS LLC
1331 Lamar St
#1370
Houston, TX 77010


IRENE J ROLAND
4362 SAGE RD
ONTARIO, OR 97914


IRISH OIL AND GAS COMPANY
2500 Tanglewilde
Suite 272
Houston, TX 77063


IRON MOUNTAIN
PO BOX 915004
DALLAS, TX 75391-5004


IRVCO ASPHALT & GRAVEL INC
PO BOX 931
FRUITLAND, ID 83619


IRVIN CATTLE COMPANY, INC
7504 CUSTER ROAD
FRUITLAND, ID 83619


ISAAC ALLRIDGE, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

ISNARDA RODRIGUEZ
1600 NW 26TH ST
FRUITLAND, ID 83619


ISREAL GONZALEZ JUAREZ
106 PARADISE COURT
FRUITLAND, ID 83619


Ivan J. Kirk
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


J & A REAL ESTATE COMPANY, LLC
2860 NW 4TH AVENUE
FRUITLAND, ID 83619


J & J OF NORTHWEST FL INC
PO BOX 666
JAY, FL 32565


J JAY & JOYCE D GARRETT
1308 TARA CT
FRUITLAND, ID 83619


J R SIMPLOT COMPANY
PO BOX 27
BOISE, ID 83707


J ROBERT QUINLY &
226 CRIMSON CIRCLE EAST
FRUITLAND, ID 83619

J&M JOYCE & MCFARLAND LLP
712 MAIN ST STE 1500
HOUSTON, TX 77002


J. JAN JIRCIK P.C.
4355 Sylvanfield Blvd
#205
Houston, TX 77014


J.P. OIL COMPANY, INC.
1604 West Pinhook Rd., Ste. 300
LAFAYETTE, LA 70508


JACK S JONES
2610 NE 16TH ST
PAYETTE, ID 83661


JACKSON WALKER LLP
PO BOX 130989
DALLAS, TX


JACOB BROWN
2770 NW 4TH AVE
FRUITLAND, ID 83619


JACQUELINE STURDIVANT AKA
P O BOX 1155
FRUITLAND, ID 83619


JAIME J KURATA
307 E 1ST
FRUITLAND, ID 83619

JAIME P MARTINEZ &
2060 SPRING CREEK DRIVE
FRUITLAND, ID 83619


JAMES A BUTTRAM &
2233 NE 8TH STREET
FRUITLAND, ID 83619


JAMES A JENNINGS &
7740 RICHEY RD
FRUITLAND, ID 83619


JAMES AND PATRICIA ALLEN FAMILY PARTNERS
4019 COLERIDGE
HOUSTON, TX 77005


JAMES AUSTIN GUTHRIE
C/O TALBO, CARMOUCHE, & MARCELLO
214 W. COMERVIEW
PO BOX 759
GONZALES, LA 70707


James Austin Guthrie and
William Earl Guthrie
Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


JAMES DANIEL
1581 POPLAR AVE
FRUITLAND, ID 83619


JAMES E & DOROTHY I MCCOSH
1906 HEITZ AVE
FRUITLAND, ID 83619

JAMES F MILLER JR
7193 ELMORE RD
FRUITLAND, ID 83619


JAMES H MCDAVID
2687 BAYBERRY DR
FRUITLAND, ID 83619


JAMES H MOORE &
8630 SHANNON RD
PAYETTE, ID 83661


JAMES H STILTZ &
8911 WASHOE ROAD
PAYETTE, ID 83661


JAMES H. MASHBURN, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


JAMES J ENGLAND &
4600 BUTTE RD
EMMETT, ID 83617


JAMES J LACRONE
PO BOX 52
NEW PLYMOUTH, ID 83655


JAMES L MACFARLANE
7900 RICHEY RD
FRUITLAND, ID 83619

JAMES L SMITH &
8516 SHANNON RD
PAYETTE, ID 83661


JAMES LELAND RUSSELL
1416 NW 15TH STREET
FRUITLAND, ID 83619


JAMES M FLANNERY JR
1503 LUCILLE AVENUE
FRUITLAND, ID 83619


JAMES M MACFARLANE TRUST &
PO BOX 926
FRUITLAND, ID 83619-0926


JAMES M. LEVINS, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


JAMES OGDEN UNIT/WELLS, UPSHUR COUNTY, W
16600 Park Row, Suite 158
HOUSTON, TX 77084


JAMES PATRICK DILLE
2635 DOGWOOD AVE
FRUITLAND, ID 83619


JAMES R AND GAILAN M MAY TRUST
191 S LARKWOOD STREET
ANAHEIM, CA 92808

JAMES R ASMUSSEN &
8340 DUTCH LANE
PAYETTE, ID 83661


JAMES R CIARDELLI &
PO BOX 877
EMMETT, ID 83617-0877


JAMES R KING &
969 SUNSET DRIVE
ONTARIO, OR 97914


JAMES R MITCHELL
101 NE 16TH STREET
FRUITLAND, ID 83619


JAMES R SMITH
PO BOX 984
FRUITLAND, ID 83619


JAMES R WEBSTER
8516 WASHOE RD
PAYETTE, ID 83661


JAMES W HOUSTON &
2143 BISHOP AVENUE
FRUITLAND, ID 83619


JAMES WATKINS JR ET UX &
5758 HILLVIEW ROAD
EMMETT, ID 83617

Janex Oil Co Inc
c/o Brodie G Glenn
Bradley Murchison et al
1100 Poydras St Ste 2700
New Orleans, LA 70163


JANICE G LAMB &
539 VALLEY CIRCLE RD
HAGERMAN, ID 83332-5041



JANICE PRICE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


JAQUELYN LEE HIATT
6934 HUMMEL DR.
BOISE, ID 83709


JARED T TAGGART &
305 NW 9TH STREET
FRUITLAND, ID 83619


JASON JUNGLING
807 NW 24TH STREET
FRUITLAND, ID 83619


JASON R PETT
1000 NW 24TH ST
FRUITLAND, ID 83619


JASON S LLOYD
2815 NW 4TH AVE
FRUITLAND, ID 83619

JAY AUTO PARTS INC
PO BOX 702
MILTON, FL 32572


JAY D STRINGER & JOLINDA D
DTD 9/25/14
PO BOX 160
FRUITLAND, ID 83619


Jeanerette Lumber and Shingle Company
c/o Jones Swanson Huddell
& Garrison LLC
601 Poydras st Suite 2655
New Orleans, LA 70130


JEANETTE H JONES
1587 POPLAR DR
FRUITLAND, ID 83619


JEANETTE L KOEHN
1595 POPLAR AVE
FRUITLAND, ID 83619


JEANETTE LOUISE JENKINS
40701 RANCHO VISTA BLVD #236
PALMDALE, CA 93551


JEANNE GOSS
2228 EAST 46TH AVE
SPOKANE, WA 99223


JEFF & KATHY RICE TRUST
8052 N PENNSYLVANIA AVE
FRUITLAND, ID 83619

Jeff Landry
c/o Baldwin, Haspel, Burke & Mayer, LLC
Energy Center
1100 Poydras St., Suite 3600
New Orleans, LA 70163-2200


JEFFERSON C LANGHAM
P O BOX 1366
SHEPHERD, TX 77371


Jefferson Davis Parish Assessor
300 N State St
Jennings, LA 70546


JEFFREY A HYATT A/K/A
3400 2ND LANE EAST
PARMA, ID 83660


JEFFRY L ALLEN
Confidential
Confidential


JENNIFER JO REINS
8006 WESTGATE BLVD #A
AUSTIN, TX 78745


JERELD L CHAPMAN &
7228 CUSTER ROAD
FRUITLAND, ID 83619


JEROME G WANDERS &
15051 KINGS ROW DR
CALDWELL, ID 83607

JERRY D CAMPBELL &
PO BOX 84
2120 E 1ST STREET
FRUITLAND, ID 83619


JERRY E JACKSON &
1503 JESSICA AVENUE
FRUITLAND, ID 83619


JERRY L ANDERSON &
P O BOX 134
PAYETTE, ID 83661-0134


JERRY L MATLOCK
7755 ELMORE
FRUITLAND, ID 83619


JERRY R NEISINGER &
202 N KANSAS AVE
FRUITLAND, ID 83619


JESSE T WETZEL
2280 NE 16TH ST
FRUITLAND, ID 83619


JESUS A MADERA
2405 APPLEWOOD AVENUE
FRUITLAND, ID 83619


JESUS L INIGUEZ
302 SW 4TH ST
FRUITLAND, ID 83619

JIMMEY W JUNGLING &
3081 NW 3RD AVE
FRUITLAND, ID 83619


JIMMIE L & NORMA J GREENE
8512 SHANNON RD
PAYETTE, ID 83661


JIMMIE R & JUDY A HICKS
1540 NW 6TH AVE
PAYETTE, ID 83661


JIMMY D NOYES
807 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


Jimmy Freeman
c/o Shelly Sitton
P O Drawer 1617
Livingston, TX 77351


JIMMY L BETTS &
875 NW 3RD ST
FRUITLAND, ID 83619


JMB COTE BLANCHE LLC
PO BOX 333
FRANKLIN, LA 70538


JOAN ELIZABETH TRAIL LESTER
1919 HIGHWAY 26
DERIDDER, LA 70634

JOAN P NEUBAUER TRUST
1303 N OREGON AVE
FRUITLAND, ID 83619


JOANN GIVENS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


JOANN RATCLIFF
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


JOANNE DOOLITTLE
PO BOX 24264
FEDERAL WAY, WA 98093


JOANNE E MCGEE
209 S MAIN ST
PENDLETON, OR 97801


JODI RENEE
PO BOX 1046
FRUITLAND, ID 83619


JOE D PIPER &
308 NORTH DAKOTA
FRUITLAND, ID 83619


JOE LUIS GONZALEZ
1008 GOLDEN AVE
FRUITLAND, ID 83619

JOE TORRES JR
2613 NW 4TH AVE
FRUITLAND, ID 83619


JOE W PENDERGRASS
2748 SPRUCE DR
FRUITLAND, ID 83619


JOEL AND JAN BARNES TRUST
206 N DAKOTA AVENUE
FRUITLAND, ID 83619


JOEL M CLEMENTS
1311 ASPEN ST
FRUITLAND, ID 83619


JOHANSON & FAIRLESS LLP
1456 FIRST COLONY BLVD
SUGAR LAND, TX 77479


JOHN  &  DOREEN MCDADE
7420 GRANDE VALLEJO DRIVE
FRUITLAND, ID 83619


JOHN & PAULA SRHOLEC LIVING TR
1404 JESSICA AVENUE
FRUITLAND, ID 83619


JOHN AND YVETTE DELCAMBRE
6516 DASPIT RD
NEW IBERIA, LA 70563

JOHN BAKER &
2140 MAPLE CT
FRUITLAND, ID 83619


JOHN C & MARTHA M MATLOCK
850 W 1ST STREET
FRUITLAND, ID 83619


John C. Lovell, Jr.
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139


JOHN CRANE INC
24929 NETWORK PLACE
CHICAGO, IL 60673-1249


JOHN D VILLEGGIANTE
8100 ESTATES BLVD
FRUITLAND, ID 83619


JOHN F. BRICKER & COMPANY
200 PARK AVE
NEW YORK, NY 10166


JOHN GIBSON &
1202 TARA CT
FRUITLAND, ID 83619


JOHN H GETTLE &
5417 HWY 30 SOUTH
NEW PLYMOUTH, ID 83655

JOHN R HANSEN
2122 E 1ST ST
FRUITLAND, ID 83169


JOHN R HICKEY JR &
2604 WINESAP AVE
FRUITLAND, ID 83619


John S. DuPont III
1530 E Hwy 30
Gonzales, LA 70737


JOHN TIMOTHY SHIRTS
2605 APPLEWOOD AVE.
FRUITLAND, ID 83619


JOHN W GILLUM JR
1409 NE 15TH CIRCLE DRIVE
FRUITLAND, ID 83619


JOHN W GRAVERSEN
8164 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


JOHN W ORTON &
2690 BAYBERRY DR
FRUITLAND, ID 83619


JOHN W SWANDER
4333 BUTTE RD
EMMETT, ID 83617

JOHNSTON FAMILY TRUST
4440 SW 5TH AVE
NEW PLYMOUTH, ID 83655


JOINT REVOCABLE TRUST OF CARYL
11431 WEST HICKORY LOOP DRIVE
BOISE, ID 83713


JON C POWELL
4409 WEST KELSEY CREEK STREET
EAGLE, ID 83616


JON LINDSEY AKA JONATHAN
2163 ALPINE CREEK DR
FRUITLAND, ID 83619


JON M ECKERLE &
2290 NE 16TH ST
FRUITLAND, ID 83619


JON M SWARTZ &
51531 SE QUINCE RD
SOUTH BEND, IN 46628


JONATHAN E SKINNER
5000 NW 1ST AVE
NEW PLYMOUTH, ID 83655


JONATHAN L HENSLEY &
260 SYCAMORE AVE
FRUITLAND, ID 83619

Jones Co Ltd
c/o Francis V Liantonio, Jr
Adams & Reese
701 Poydras St Ste 4500
New Orleans, LA 70139


JONES OILFIELD SERVICE SUPPLY
PO BOX 919321
DALLAS, TX 75391-9321


JORDAN OIL COMPANY
UNKNOWN


JOSE C GARCIA &
1039 NW 22ND ST
FRUITLAND, ID 83619


JOSE DANIEL ANAYA CUELLAR &
140 NORTHEAST 8TH STREET
FRUITLAND, ID 83619


JOSE J CISNEROS &
2270 BISHOP AVENUE
FRUITLAND, ID 83619


JOSE L GONZALEZ ZAVALA &
1003 BRAEBURN
FRUITLAND, ID 83619


JOSE LUIS VALERO &
2609 APPLEWOOD AVENUE
FRUITLAND, ID 93619

JOSE M RIOS
248 SYCAMORE AVE
FRUITLAND, ID 83619


JOSE P CAMARILLO
1314 ASPEN ST
FRUITLAND, ID 83619


JOSE P MONCADA
1012 GOLDEN AVE
FRUITLAND, ID 83619


JOSE RAFAEL GONZALEZ &
2502 GOLDEN AVENUE
FRUITLAND, ID 83619


JOSE VALLE &
2609 ROME AVE
FRUITLAND, ID 83619


JOSEPH A REEVES JR
11211 WILDING LANE
HOUSTON, TX 77024-6315


JOSEPH D HARRIS
2715 DOGWOOD AVE
FRUITLAND, ID 83619


JOSEPH D MILLSAP &
7825 ELMORE RD
FRUITLAND, ID 83619

JOSEPH D ROHRBACHER
1438 WEST 12TH STREET
EMMETT, ID 83617


Joseph Hayes Jr.
481 Lake Long Drive
Houma, LA 70364


JOSEPH J KATANCIK
2727 DOGWOOD AVE
FRUITLAND, ID 83619


JOSEPH L LANGDON
1054 NW 23RD ST
FRUITLAND, ID 83619


JOSEPH L SNOW &
110 NE 11TH STREET
FRUITLAND, ID 83619


JOSEPH W LEVANGER &
4300 SW 4TH AVE
NEW PLYMOUTH, ID 83655


Joseph Wilbert Bryant Jr et al
c/o Talbot Carmouche & Marcello
Attn Donald T Carmouche
17405 Perkins Road
Baton Rouge, LA 70810


JOSEPH WILSON MHIRE
31508 W LA HWY 82
KAPLAN, LA 70548

JOSH J GRIFFITH &
8020 ESTATES BLVD
FRUITLAND, ID 83619


JOSHUA J ESSINGER
P O BOX 278
FRUITLAND, ID 83619


JOSHUA MEYER &
914 VICTORIA DR
FRUITLAND, ID 83619


JOSHUA SWANN AKA
2144 MAPLE COURT
FRUITLAND, ID 83619


JOVANI SALDIVAR &
2688 BAYBERRY DR
FRUITLAND, ID 83619


JOY RESOURCES INC.
4605 Post Oak Pl Dr
#250
Houston, TX 77027


JOYCE TURNBAUGH
407 NW 2ND STREET
FRUITLAND, ID 83619


JUAN A PENA JR &
2616 WINESAP AVE
FRUITLAND, ID 83619

JUAN J AMAYA &
210 N PENNSYLVANIA STREET
FRUITLAND, ID 83619


JUAN SANDOVAL &
2026 CENTER AVENUE
PAYETTE, ID 83661


JUANITA BAKER
8602 NE MASON DR #19
VANCOUVER, WA 98662


JUDY ANN PHILLIPS
2611 ALDER DRIVE
FRUITLAND, ID 83619


JUDY R BATTLES
7015 SE 31ST AVENUE
PORTLAND, OR 97202


JUDY RAINWATER
435 N 10TH STREET
PAYETTE, ID 83661


JULIE ANN ROBERTS
P. O. BOX 992
FRUITLAND, ID 83619


JULIE C GOSS
1409 EAST 35TH AVE
SPOKANE, WA 99223

JULIE COLE
840 THREADNEEDLE #177
HOUSTON, TX 77079


Julie Sheerin
c/o Shelly Sitton
P O Drawer 1617
Livingston, TX 77351


JUSTIN C HAYES
2723 DOGWOOD AVE
FRUITLAND, ID 83619


JUSTIN E SMITH
5847 AKRON ROAD
NEW PLYMOUTH, ID 83655


JUSTIN GIBB &
540 SYRINGA FALLS CT
FRUITLAND, ID 83619


JUSTIN W HOWARD &
1802 N VISTA AVENUE
FRUITLAND, ID 83619


Justiss Oil Company, Inc.
1120 East Oak Street
Jena, LA 71342


JW POWER COMPANY
PO BOX 205856
DALLAS, TX 75320-5856

KARA L GRUELL
2681 BAYBERRY DR
FRUITLAND, ID 83619


KAREN MEYE
9120 W PIRATES COURT
SPOKANE, WA 99224


KAREN OLTMAN
8970 HURD LN
PAYETTE, ID 83661


KAREN Y DISHION
1907 W FLAMINGO AVE #164
NAMPA, ID 83651


KARL R KOSIER
848 UPPER TURTLE CREEK RD #2
KERRVILLE, TX 78028


KARLEN S BURNS &
8059 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


KARMA JEAN GEHRKE
2720 DOGWOOD AVE
FRUITLAND, ID 83619


Kathleen A. Moore
c/o Fisher Rainey Hudson
957 W Bannock St Suite 630
Boise, ID 83702

KATHLEEN J DAY
206 N KANSAS AVE
FRUITLAND, ID 83619


KATHLEEN M SKOW
2475 COVE RD
WEISER, ID 83672


KATHY L ANCHUSTEGUI
204 NW 9TH ST
FRUITLAND, ID 83619


KATHY SMITH
1610 FOSSIL PARK DR.
KATY, TX 77494


KATRINA K ROOT
8580 RABY LANE
PAYETTE, ID 83661


KAY MCLAUCHLAN &
1586 POPLAR AVE
FRUITLAND, ID 83619


KAYE A SHIPPY
8590 RABY LANE
PAYETTE, ID 83661


KAYSONN CHIN
PO BOX 707
FRUITLAND, ID 83619

Kean Miller (Baton Rouge)
II City Plaza
400 Convention St. Suite 700
Baton Rouge, LA 70802


KEITH J & NANCY L KOLAR
8680 SHANNON RD
PAYETTE, ID 83661


KEITH J GAYDA
1002 BRAEBURN STREET
FRUITLAND, ID 83619


KEITH L MCGEHEE &
2307 SHAMROCK CT
FRUITLAND, ID 83619


KEITH S ANDERSON &
8600 RABY LANE
PAYETTE, ID 83661


KEITH SCHRENK &
2070 NE 8TH STREET
FRUITLAND, ID 83619


Keith Stutes
c/o Donald T Carmouche
Talbot Carmouche & Marcello
 17405 Perkins Rd
Springfield, LA 70881-3824


Keith Stutes, District Attorney
Archdiocese of New Orleans
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810

KEITH V SMITH
6310 HOLY CROSS LN
CASTLE ROCK, CO 80108


KELLEY BROTHERS CONTRACTORS INC
PO DRAWER 1079
WAYNESBORO, MS 39367


KELLY CHAMPION FRANEK
835 N 9TH ST
PAYETTE, ID 83661


KELLY CRACE
4640 SW 160TH AVE
BEAVERTON, OR 97078


KELLY J RHINEHART &
603 THREE RIVERS WAY
FRUITLAND, ID 83619


KELLY L SUTTON & JANIS SUTTON
DTD 5-12-11
1406 JESSICA AVE
FRUITLAND, ID 83619


KELSI J BARTON
1077 NORTHWEST 21ST STREET
FRUITLAND, ID 83619


KEN & JULIA A BISHOP
315 N PENNSYLVANIA AVE
FRUITLAND, ID 83619

KENDALL R SIMMONS
7730 RICHEY RD
FRUITLAND, ID 83619


KENNETH ALLEN RICHARDS
3912 SPINNAKER RUN POINT
LITTLE ELM, TX 75068-3110


KENNETH C HUIT
7461 USTICK ROAD
NAMPA, ID 83687


KENNETH E ALAN
8475 ALDEN RD
FRUITLAND, ID 83619


KENNETH I BLAGG &
1807 NORTH VISTA DRIVE
FRUITLAND, ID 83619


KENNETH L LISLE &
6580 ELMORE RD
FRUITLAND, ID 83619


KENNETH R & REIKO WALSTON
1011 JONATHAN ST
FRUITLAND, ID 83619


KENNETH R PURDOM II TRUST
6217 HILL AVENUE
WHITTIER, CA 90601

KENNETH SCHAPPERT
8077 ESTATES BLVD
FRUITLAND, ID 83619


KENNETH W CROSS
500 EASTER AVE
MILPITAS, CA 95035


KENTWOOD SPRINGS WATER COMPANY
PO BOX 660579
DALLAS, TX 75266-0579


KERR MCGEE
16666 Northchase Dr
Houston, TX 77060


KERR-McGEE CHEMICAL WORLDWIDE, LLC
C/O THE CORPORATION TRUST COMPANY
1209 N ORANGE ST
WILMINGTON, DE 19801


KERR-MCGEE OIL & GAS ONSHORE LP
3867 Plaza Tower Drive
Baton Rouge, LA 70816


KEVIN D CLEVENGER
1970 NW 24TH ST
FRUITLAND, ID 83619


KEVIN E HUSFLOEN
8020 N PENNSYLVANIA AVE
FRUITLAND, ID 83619

KEVIN L SHOEMAKER &
7170 DENVER RD
FRUITLAND, ID 83619


KEVIN O'NEIL
3705 ELMORE ROAD
PARMA, ID 83660


KIM M MIGLIACCIO
903 NW 24TH ST
FRUITLAND, ID 83619


KIM NICHOLS
8135 ESTATES BLVD
FRUITLAND, ID 83619


KIMBERLY ANN TAYLOR CLARKE
9196 PHANTOM COURT
MIDDLETON, ID 83644


Kimberly D Moss
Attorney at Law
3 Sugar Creek Center Blvd Suite 146
Sugar Land, TX 77478


KIMBERLY L BUTLER
1538 DOGWOOD CT
FRUITLAND, ID 83619


Kimberly Saar Parsons
Confidential
Confidential

KIMMIE K SERRANO
2067 SHELLEY DRIVE
PAYETTE, ID 83661


KIRK B REDLIN
400 NE 16TH STREET
FRUITLAND, ID 83619


KIRKLAND & ELLIS LLP
300 NORTH LASALLE STREET
CHICAGO, IL 60654-3406


KLINT R KOSIER
5301 BROWN HEART LANE
MIDLAND, TX 79707


KODIAK EXPLORATION, INC.
4057 FIELD DRIVE
WHEAT RIDGE, CO 80033


KOEPPEN FAMILY TRUST UTD
1583 NW 26TH STREET
FRUITLAND, ID 83619


L & R ENVIRONMENTAL LANDFARMS
PO BOX 65
KUNA, ID 83634


L AND E HAYNES TR UTA DTD
301 W 1ST STREET
FRUITLAND, ID 83619

```
L L O G Exploration & Production Co L L
c/o Douglas C Longman , Jr
Jones Walker
P O Drawer 3408
Lafayette, LA 70502-3408


LA DEPT OF ENVIROMENTAL QLTY
DEQ FINANCIAL SERVICES DIV
ATTN ACCOUNTS RECEIVABLE
PO BOX 4311
BATON ROUGE, LA 70821-4311


LA DEPT OF ENVIRONMENTAL QLTY
DEQ FINANCIAL SERVICES DIV
ATTN ACCOUNTS RECEIVABLE
PO BOX 4311
BATON ROUGE, LA 70821-4311


LA VERNE EDWARD RATHBUN
2509 APPLEWOOD AVE
FRUITLAND, ID 83619



LACASSANE CO INC
500 Kirby St
Lake Charles, LA 70601



LACASSANE PROJECT AREA EXPLORATION AGREE
Confidential
Confidential



LARENE SHIRAR
PO BOX 394
FRUITLAND, ID 83619



LARRY AND LINDA HALE TRUST
1557 NORTH WEST 26TH STREET
FRUITLAND, ID 83619
```

LARRY AND MARILYN OHLER LIVING
2240 NE 8TH ST
FRUITLAND, ID 83619


LARRY D LEAVITT
164 ASH LOOP
FRUITLAND, ID 83619


LARRY D SCHIMMELS
1578 POPLAR DRIVE
FRUITLAND, ID 83619


LARRY E ROBB
10210 W WHISPERING CLIFFS DR
BOISE, ID 83704


LARRY G CHANDLER &
8512 WASHOE ROAD
PAYETTE, ID 83661


LARRY JOE BRENTON &
907 NORTH VICTORIA
FRUITLAND, ID 83619


LARRY W DAWSON &
1617 NORTH WEST 26TH STREET
FRUITLAND, ID 83619


LARRY W STUCK &
2100 E 1ST ST
FRUITLAND, ID 83619

Latex-Star Inc
c/o John Pratt Farnsworth
Stone Pigman et al
909 Poydras St Ste 3150
New Orleans, LA 70112-4042


LAURA A ELLIOTT
105 NE 14TH DR
FRUITLAND, ID 83619



LAURENCE HARVEY OLLOM
P.O. BOX 78423
SEATTLE, WA 98178



LAURIE A STAAKE
PO BOX 1025
EMMETT, ID 83617



LAURIE WALDRON FAITH
5205 HWY 20/26
TRLR 5
CALDWELL, ID 83605


LAVACA COUNTY TAX ASSESSOR
PO BOX 293
HALLETTSVILLE, TX 77964



LAWRENCE M FINNEY &
7601 N NEVADA AVE
FRUITLAND, ID 83619



LAWRENCE NEIL OLSON &
2029 1ST AVENUE N
PAYETTE, ID 83661

LAYNA HAUSER
2604 GOLDEN AVE
FRUITLAND, ID 83619


LDC Operating, Inc.
c/o Steven L. Long
101 Hiawatha Road
Lafayette, LA 70501


LEE A BROWN &
5797 AKRON ROAD
NEW PLYMOUTH, ID 83655


LEE S KUDRNA
3033 NW 3RD AVE
FRUITLAND, ID 83619


LEEROY & LORRIE TRACY TRUST
8144 ESTATES BLVD
FRUITLAND, ID 83619


LEEROY AND LORRIE TRACY TRUST
8144 ESTATES BLVD
FRUITLAND, ID 83619


LEON COUNTY TAX ASSESSOR
PO BOX 37
CENTERVILLE, TX 75833-0037


LEON COX
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

LEON MANNING
2850 BANNOCK HWY 15
POCATELLO, ID 83204


LEONARD A NEWMAN &
7850 ELMORE ROAD
FRUITLAND, ID 83619


LEONARD R MCCURDY &
2304 NE 16TH ST
FRUITLAND, ID 83619


Leroy J Hayes
481 Lake Long Drive
Houma, LA 70364


LEROY J. LEBOEUF, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


LEROY NORMAN, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


LES & UNA DAVIS LIVING TRUST
222 BUCK RD
SWEET, ID 83670


LESLIE & MARGARET GARDNER
8660 SHANNON RD
PAYETTE, ID 83661

LESTER K PRITCHETT &
907 NW 2ND ST
FRUITLAND, ID 83619


LESTER L LONGTON
203 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


LETHA L WORLEY
8626 WASHOE ROAD
PAYETTE, ID 83661


LEWIS A SHERRER &
8200 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


LH VENTURES  LLC
PO  BOX 428
ONTARIO, OR 97914


Liberty County Tax Assessor
304 Campbell St
Cleveland, TX 77327


LINDA EZELL NEWSOME
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094


LINDA MCQUISTEN AKA
309 N PENNSYLVANIA AVE
FRUITLAND, ID 83619

LINDA S BONNER &
125 MAGNOLIA AVE
FRUITLAND, ID 83619


Linder Oil Company, A Partnership
c/o Douglas C Longman Jr
Jones Walker
P O Drawer 3408
Lafayette, LA 70502

LINDSAY L KOVICK A/K/A
3766 VISTA RDG
NEW PLYMOUTH, ID 83655-6000


LISA DEL RE MARIE
910 GOLDEN AVE
FRUITLAND, ID 83619


LISA L TINGEY FAMILY TRUST UTA
8018 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


Litel Explorations LLC
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


LLOG EXPLORATION & PRODUCTION COMPANY, L
600 Jefferson st.
Ste. 1600
Lafayette, LA 70502


LLOYD M LEWIS
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094

Loana R. Kirk
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


LOIS L ROYSTON
8543 WASHOE ROAD
PAYETTE, ID 83661


LOIS VON MORGANROTH
1223 MONTANA AVE
SANTA MONICA, CA 90403


LOLITA N BAILEY
2617 N WHITLEY DR
FRUITLAND, ID 83619


LONNIE RAJKOVICH
2609 WINESAP AVE
FRUITLAND, ID 83619


LORI A ARNOLD
1300 ASPEN DR
FRUITLAND, ID 83619


LORI D BIEKER
2606 ROME AVENUE
FRUITLAND, ID 83619


LORI DELEHANT
2901 DOGWOOD AVE
FRUITLAND, ID 83619

LOUIS J. SCOTT, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


LOUIS M HIGBY &
2403 KILLEBREW DRIVE
PAYETTE, ID 83661


Louisana Department of Wildlife and Fish
2000 Quail Dr
Baton Rouge, LA 70808


LOUISE HOUSTON
2210 SHAMROCK
FRUITLAND, ID 83619


Louisiana Department of Justice
1885 N. 3rd Street
P.O. Box 94005
Baton Rouge, LA 70804


Louisiana Department of Natural Resource
P.O. Box 94396
Baton Rouge, LA 70804-9396


Louisiana Department of Natural Resource
c/o Megan K. Terrell
Louisiana Department of Justice (94005)
P. O. Box 94005
Baton Rouge, LA 70804-9005


Louisiana Department Of Revenue
617 3rd St
Baton Rouge, LA 70802

LOUISIANA DEPT OF NATURAL RES
PO BOX 44277
BATON ROUGE, LA 70804-4277


Louisiana Energy Production L L C
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

LOUISIANA EXPLORATION & ACQUISITIONS ET
Confidential
Confidential


LOUISIANA LAND & EXPL CO
C/O CONOCO PHILLIPS
21873 NETWORK PLACE
CHICAGO, IL 60673-1218


Louisiana Land & Exploration Co L L C
c/o Deborah DeRoche Kuchler
Kuchler Polk Weiner, LLC
1615 Poydras St. Suite 1300
New Orleans, LA 70112

LOUISIANA ONSHORE PROPERTIES LLC
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Louisiana Secretary of State
Commercial Division
PO Box 94125
Baton Rouge, LA 70804-9125


LOWELL D DAVIS
8407 WASHOE RD
FRUITLAND, ID 83619

LOWER PAYETTE DITCH CO
102 N MAIN ST
PAYETTE, ID 83661


LUIS JUAREZ &
980 SHAMROCK CT
FRUITLAND, ID 83619


LUKE A SMITH
2132 MAPLE CT
FRUITLAND, ID 83619


LW SATHER & GLENDA SATHER
373 NE 4TH AVE
ONTARIO, OR 97914


LYLE D ANDERSON &
1723 WEST SANDALWOOD DRIVE
MERIDIAN, ID 83646


LYLE MARTIN YOUNGBERG
1004 VICTORIA DR
FRUITLAND, ID 83619


LYNN H STONE &
2306 SHAMROCK CT
FRUITLAND, ID 83619


LYNN LARSEN &
1770 NW 24TH ST
FRUITLAND, ID 83619

LYNNORA JEAN GROSS
2302 SHAMROCK CT
FRUITLAND, ID 83619


LYONS PETROLEUM, INC
400 Travis Street
Shreveport, LA 71101


M & L INDUSTRIES
1210 ST CHARLES
HOUMA, LA 70360


MAGUIRE OIL COMPANY
5950 Berkshire Ln
Dallas, TX 75225


MAIL FINANCE
DEPT 3682
PO BOX 123682
DALLAS, TX 75312-3682


MAIN PASS 301 #A-6 OCS-G 04486
n/a
n/a, n/a n/a


MAIN PASS 301 B-2 OCS-G 1317
n/a
n/a, n/a n/a


MAIN PASS 301 PROSPECT FILE
n/a
n/a, n/a n/a

MALCOLM R HARRIS
8301 WASHOE RD
FRUITLAND, ID 83619


Malheur County Assessor
251 B St W
Vale, OR 97918


MANTI EXPLORATION OPERATING LLC
8550 United Plaza Building Il
Suite 305
Baton Rouge, LA 70809


MANTI GODZILLA, LTD.
800 North Shoreline Boulevard
Suite 900
Corpus Christi, TX 78401


MANTI OPERATING COMPANY
3867 Plaza Tower Drive
Baton Rouge, LA 70816


MANTI RESOURCES, INC
21245 Smith Road
Covington, LA 70435


MANUEL ARNOUVILLE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


MANUEL C JOSEPH
PO BOX 211
FRUITLAND, ID 83619

MAP ENTERPRISES LLC
3085 NW 3RD AVE
FRUITLAND, ID 83619


MARC D WARD &
2089 TIMBERCREEK DRIVE
FRUITLAND, ID 83619


MARC F FRENCH &
1051 NW 23RD ST
FRUITLAND, ID 83619


Marcia R Roland
c/o Fisher Rainey Hudson
953 W Bannock St Suite 630
Boise, ID 83702


MARCUS CHRISTIAN HARDEE & DAVIES LLP
737 N 7th St
Boise, ID 83702


MARGARET LIVINGSTON
7601 ELMORE ROAD
FRUITLAND, ID 83619


MARIA CARMEN GONZALEZ
1512 NW 20TH ST
FRUITLAND, ID 83619


MARIA R GONZALEZ &
1506 NW 20TH ST
FRUITLAND, ID 83619

MARIE EILERS
4623 SE 1ST AVENUE
NEW PLYMOUTH, ID 83655


MARIE L BOYER
8660 WASHOE RD
PAYETTE, ID 83661


MARILYN DICKERSON &
2602 APPLEWOOD AVE
FRUITLAND, ID 83619


MARILYN LEIGH MAULE BARRECA &
14526 CHESAPEAKE PLACE NE
BAINBRIDGE ISLAND, WA 98110


MARIO MORALES &
1415 N 15TH STREET
FRUITLAND, ID 83619


MARION MCKINLEY, IV.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


MARJEAN RANICE SILVERNAIL
29805 164TH AVENUE
KENT, WA 98042


MARK A YOKOM &
8875 WASHOE RD
PAYETTE, ID 83661

MARK J RAWLINGS &
7280 CUSTER RD
FRUITLAND, ID 83619


MARK SCHROEDER &
26924 BIRDHAVEN COURT
WILDER, ID 83676


MARLENE M DAESELEER
1545 NW 26ST
FRUITLAND, ID 83619


MARLIN & LEORA CASTEEL TRUST
105 NW 9TH STREET
FRUITLAND, ID 83619


MARLIN OLTMAN
4600 HIGHWAY 52
ONTARIO, OR 97914


MARLOW H TRICK &
1025 NW 22ND ST
FRUITLAND, ID 83619


MARSHALL JOHNSON
P.O. BOX 804
FRUITLAND, ID 83619


MARSHLAND EQUIPMENT RENTALS
9545 WARD LINE RD
BELL CITY, LA 70630

MARTIN C NUNEZ &
2148 MAPLE CT
FRUITLAND, ID 83619


MARTIN EVANS
2131 S TWIN RAPID WAY
BOISE, ID 83709


MARTIN FLOYD EVANS &
2131 S TWIN RAPID WAY
BOISE, ID 83709


MARTIN J ZAVALA &
PO BOX 689
FRUITLAND, ID 83619


MARTIN M GARCIA
1022 NW 22ND ST
FRUITLAND, ID 83619


MARTIN PENA
211 CRIMSON CIRCLE WEST
FRUITLAND, ID 83619


MARTINA JARAMILLO INDIV & AS
2136 NE 16TH STREET
FRUITLAND, ID 83619


MARVIN A SCHNABEL
1040 N PENNSYLVANIA AVE
FRUITLAND, ID 83619

MARVIN W HOLM &
3250 NW 2 1/2 AVE
FRUITLAND, ID 83619


MARY A VEATCH
917 BOBWHITE ST
FRUITLAND, ID 83619


MARY DARLEEN ALTIZER
PO BOX 515
PAYETTE, ID 83661


MARY HANKEY AS TRUSTEE UNDER THE LAST WI
Confidential
Confidential, Confidential Confidential


MARY J MURPHY
1301 NW 19TH ST
FRUITLAND, ID 83619


MARY JANE MOHN
287 COOPER LANE
HAMILTON, MT 59840


MARY JOSEPIDNE BUQUOI PRIMEAUX
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUTE, LA 70810


MASTER VALVE & WELLHEAD SVC
PO BOX 41047
BATON ROUGE, LA 70835

Matrix Petroleum LLC
Attn J Todd Reeves
1401 Enclave Parkway Suite 400
Houston, TX 77077


MATTHEW DONALD MCLEAN &
1011 BRAEBURN ST
FRUITLAND, ID 83619


MATTHEW ZENG
1005 BRAEBURN
FRUITLAND, ID 83619


MAVIS FELICIEN
5713 POPLAR COMMON
FREMONT, CA 94583


MAX A GARDNER &
7244 BOISE ROAD
FRUITLAND, ID 83619


McConnell & Scully
c/o Schaeffer Law Offices
Attn Aaron A. Bartell
206 S. Kalamazoo Ave
Marshall, MI 49068-1582


MCCONNELL & SCULLY INC
145 WEST MAIN STREET
HOMER, MI 49245


McGuire Woods, LLP
201 N. Tryon St. Suite 3000
Charlotte, NC 28202

McMoRan Oil & Gas L L C
c/o Carl David Rosenblum
Jones Walker
201 St Charles Ave Ste 5100
New Orleans, LA 70170

MEAD FAMILY TRUST 2006
2690 BAYBERRY DR
FRUITLAND, ID 83619-5046

MEI YING ZHOU
2500 GOLDEN AVE
FRUITLAND, ID 83619

MELINDA RAINWATER
1906 ARCADIA DR
SUGAR LAND, TX 77498

MELODY SUE COFFEY
Confidential
Confidential

MELVIN CURTIS
1325 EAST LOCUST ST
EMMETT, ID 83617

MELVIN G RAASCH &
3520 JACKSON AVENUE
EMMETT, ID 83617

MELVIN N SESSIONS
2291 NE 16TH ST
FRUITLAND, ID 83619

Meridian
c/o Guy E. Wall
Wall, Bullington, & Cook, LLC
540 Elmwood Park Blvd
New Orleans, LA 70123


MERISSA HILLSBERRY
202 NE 16TH ST
FRUITLAND, ID 83619



MERIT ENERGY COMPANY LLC
C/O THE PRINTICE-HALL CORPORATION SYSTEM
320 SOMERULOS ST.
BATON ROUGE, LA 70802



MERLIN D KOEHN
3246 NW 2ND AVENUE
NEW PLYMOUTH, ID 83655



MERLYN RUTH MAULE ASHBY
118 WELLSPRINGS DRIVE
ONTARIO, OR 97914



MH Family LLC
c/o Minnie Hughes
11 Oakley Drive
Hammond, LA 70401



MICHAEL BRADLEY IHLI & LINDA
LINDA MARLENE IHLI JNT LIV TR
625 S SCHOOL AVE
KUNA, ID 83634



MICHAEL C DAVIS &
1350 N WHITLEY DR
FRUITLAND, ID 83619

MICHAEL D BROWNE
7510 UPPER AVENUE
EMMETT, ID 83617


MICHAEL D ENGLAND
2230 NE 16TH ST
FRUITLAND, ID 83619


MICHAEL D LEWIS &
106 WILD ROSE CIRCLE
FRUITLAND, ID 83619


Michael E. Ellis
16600 Park Row, Suite 158
Houston, TX 77084


Michael E. Ellis
16600 Park Row
Houston, TX 77084


MICHAEL F SHOEMAKER &
5250 ADAMS ROAD
NEW PLYMOUTH, ID 83655


MICHAEL G JACOB
2630 DOGWOOD AVE
FRUITLAND, ID 83619


Michael H. Lomax
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

MICHAEL J BOYER
2816 SPRUCE DRIVE
FRUITLAND, ID 83619


MICHAEL J MAYELL
4550 POST OAK PLACE
SUITE 300
HOUSTON, TX 77027


MICHAEL J ROBERTS
PO BOX 22
FRUITLAND, ID 83619


MICHAEL J VANDERPOOL &
12636 ALGONQUIN ST
NAMPA, ID 83651


MICHAEL K LOOMIS &
7607 ELMORE ROAD
FRUITLAND, ID 83619


MICHAEL L PARTIN &
1803 N ALLEN AVE
FRUITLAND, ID 83619


MICHAEL L SMITH
500 SYRINGA FALLS COURT
FRUITLAND, ID 83619


MICHAEL PERSILVER
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

MICHAEL R BISHOP
8289 DUTCH LANE
PAYETTE, ID 83661


MICHAEL R SHERMAN
1007 JONATHAN ST
FRUITLAND, ID 83619


MICHAEL W HASTRITER &
1955 E OREGON AVE
PROVO, UT 84606


Michigan Department of Environ.
7953 Adobe Rd
Kalamazoo, MI 49009


Michigan Department of Treasury
 430 W Allegan St
Lansing, MI 48933


MIGUEL A SALDIVAR
144 BEECH ST
FRUITLAND, ID 83619


MIGUEL ANGEL HERRERA
1207 NW 24TH ST
FRUITLAND, ID 83619


MIGUEL HERRERA &
2355 KILLEBREW DR
PAYETTE, ID 83661

MIGUEL MACHUCA &
1006 NORTHWEST 24TH STREET
FRUITLAND, ID 83619


MILAGRO EXPLORATION LLC
ALLEN CENTER, THREE
333 CLAY ST
HOUSTON, TX 77010


MINENE R SMITH
8653 WASHOE ROAD
PAYETTE, ID 83661


MISSION RESOURCES CORPORATION
1331 LAMAR, SUITE 1455
HOUSTON, TX 77010


MISTY STOWE
1304 ASPEN DR
FRUITLAND, ID 83619


MOBIL OIL EXPLORATION & PRODUCING SOUTHE
822 Harding St.
Lafayette, LA 70503


Momayezi Ager
c/o Shelly Sitton
P O Drawer 1617
Livingston, TX 77351


MONARCH HOLDING COMPANY LLC
1710 KIMBERLY RD
TWIN FALLS, ID 83301

```
MONICA S GAFFNEY &
2136 E 1ST STREET
FRUITLAND, ID 83619



MONTY SHORT
4575 HILLVIEW ROAD
EMMETT, ID 83617



MOORE CREEK/MOUNT CARMEL
PO BOX 626
JAY, FL 32565



MORGAN STANLEY ENERGY CAPITAL INC.
2000 WESTCHESTER AVENUE
1ST FLOOR
Purchase, NY 10577



Morgan Stanley Energy Capital Inc.
2000 Westchester Avenue, 1st Floor
Purchase, NY 10577



Mosbacher Energy Co
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139



MOTION INDUSTRIES INC
PO BOX 504606
ST. LOUIS, MO 63150-4606



MOUNTAIN WEST IRA INC
10096 W FAIRVIEW AVE STE 160
BOISE, ID 83704
```

MR MINERAL RIGHTS LLC
3 NORTH 1050 EAST
DECLO, ID 83323


MTBB Acquisition Company, LLC
c/o CT Corporation
3867 Plaza Tower Drive
Baton Rouge, LA 70816


MURPHY FAMILY TRUST & THOMAS
PO BOX 310
FRUITLAND, ID 83619


MYRON J LITTLE
110 NW 4TH ST
FRUITLAND, ID 83619


NANCY E THURSTON
5152 UMATILLA AVENUE
BOISE, ID 83709


NANCY LEE TAYLOR
32 S TAFFY DR
NAMPA, ID 83687


NATALIE SUE MIO
1604 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


NATHAN L WILSON
1560 DOGWOOD CT
FRUITLAND, ID 83619

NATHAN RAWLINSON &
140 SYCAMORE AVE
FRUITLAND, ID 83619


NATHAN TAYLOR
824 ASHLAND AVE
SANTA MONICA, CA 90405


NATHANIEL CLAUDIO &
202 NE 12TH STREET
FRUITLAND, ID 83619


NATOMAS NORTH AMERICA, INC.
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809


NAVOR BELTRAN LOPEZ &
1521 NW 17TH
FRUITLAND, ID 83619


NEAL P RECKNAGLE &
3346 NW 2ND AVENUE
NEW PLYMOUTH, ID 83655


NEILL J GOODFELLOW &
8156 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


NELSON METAL TECHNOLOGY INC
8952 WASHOE RD
PAYETTE, ID 83661

Nerissa Holmes
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


New Mexico Oil Conservation Division
District 4 - Santa Fe
1220 South St. Francis Drive
Santa Fe, NM 87505


NEWTON H KECK & FERN E KECK
1255 ALLEN AVE
SUITE 111
FRUITLAND, ID 83619


NEXEO SOLUTIONS LLC
62190 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0621


NICHOLAS B WILLIAMS &
103 NW 9TH ST
FRUITLAND, ID 83619


NICK ADAMS
5720 SE 3RD AVENUE
NEW PLYMOUTH, ID 83655


NICK AND JEAN LASNICK TRUST
8022 N PENNSYLVANIA AVENUE
FRUITLAND, ID 83619


NICK MURPHY &
304 WEST 48TH AVE
KENNEWICK, WA 99337

NICKALAS R JANGULA &
2890 SW 3RD AVE
NEW PLYMOUTH, ID 83655


NOAH W BASS MILLER TRUST
4549 EL CARNAL WAY
LAS VEGAS, NV 89121


NOBLE DITCH CO
102 N MAIN
PAYETTE, ID 83661


Noble Energy Inc
c/o John Pratt Farnsworth
Stone Pigman et al
909 Poydras St Ste 3150
New Orleans, LA 70112-4042


NOE RAMIREZ
202 EAST OMAHA STREET
CALDWELL, ID 83605


NOLA M HENDON
1513 NW 24TH ST
FRUITLAND, ID 83619


NOLA S MILLER
4421 CASA RIO DR
ONTARIO, OR 97914


Nolan A. LeBoeuf, et al
c/o Talbot, Carmouche & Marcello
Attn Donald T Carmouche
17405 Perkins Road
Baton Rouge, LA 70810

NORCO INC
PO BOX 413124
SALT LAKE CITY, UT 84141-3124


NORMA C WEAVER
3969 N 1300 E
BUHL, ID 83316


NORMAN WESLEY HARP &
PO BOX 4234
MCCALL, ID 83638


NORTHVIEW RANCH
2663 NW 4TH AVE
FRUITLAND, ID 83619


NORTHWEST GAS PROCESSING LLC
16600 Park Row, Suite 158
HOUSTON, TX 77084


Northwest Oil Co
c/o Deborah D Kuchler
Kuchler Polk Weiner
 1615 Poydras St Ste 1300
New Orleans, LA 70112


NYNA PAYNE
2466 SOUTHSLOPE WAY
WEST LINN, OR 97068


O P M I Operating Co
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

O'BRIEN'S RESPONSE MANAGEMENT
DEPT 3599
PO BOX 123599
DALLAS, TX 75312-3599


O'Meara, LLC
c/o Stephen C. Fortson
Bradley, Murchison, Kelly & Shea, LLC
401 Edwards Street Suite 1000
Shreveport, LA 71101


OCS-G 4486
16600 Park Row, Suite 158
HOUSTON, TX 77084


OFFICE DEPOT
PO BOX 1413
CHARLOTTE, NC 28201-1413


OFFICE OF NATURAL RESOURCES
P O BOX 25627
DENVER, CO 80225-0627


OIL RECOVERY CO INC
PO BOX 1803
MOBILE, AL 36633


OMEGA WASTE MANAGEMENT INC
PO BOX 1377
PATTERSON, LA 70392


OMI ENVIRONMENTAL SOLUTIONS
PO BOX 932127
ATLANTA, GA 31193-2127

ONALEE MANSOR
8610 SHANNON ROAD
PAYETTE, ID 83661


Onyxx Energy L.L.C.
c/o Gregory Thibodeaux
139 James Comeaux Road, #577
Lafayette, LA 70508


OPPORTUNE LLP
711 LOUISIANA SUITE 3100
HOUSTON, TX 77002


Oregon Secretary of State
900 Court Street NE
Capitol Room 13
Salem, OR 97310-0722


OREI INC
UNKNOWN


ORLOFSKY MINERAL HOLDINGS
6038 CHERRYRIDGE DR
BATON ROUGE, LA 70809


Orlofsky Mineral Holdings, LLC
6038 Cherryridge Drive
Baton Rouge, LA 70809


OROCO LLC
13170-B CENTRAL AVENUE SE
PMB 320
ALBUQUERQUE, NM 87123

OUTFITTER SATELLITE INC
2727 OLD EML HILL PIKE
NASHVILLE, TN 37214


Owens Leandro
Anderson Dozier Blanda & Saltzman
2010 Pinhook Rd
Lafayette, LA 70508


OWYHEE County Assessor
P.O. Box 128
Murphy, ID 83650


OXFORD LLC
3214 NORTH UNIVERSITY AVE
#104
Provo, UT 84604


OXY USA INC.
3867 Plaza Tower Drive
Baton Rouge, LA 70816


PACER ENERGY LTD
12600 Hill Country Blvd
Bee Cave, TX 78738


Pacific Enterprises Oil Co (U S A)
c/o Guy Earl Wall
Wall Bullington & Cook
540 Elmwood Park Blvd
New Orleans, LA 70123


PACIFIC MOBILE STRUCTURES INC
PO BOX 24747
SEATTLE, WA 98124-0747

PACSEIS
200 Clocktower Pl, Suite D208
Carmel, CA 93923


PALACE OPERATING COMPANY
C/O BJ DUPLANTIS
625 EAST KALISTE SALOOM ROAD
SUITE 301
LAFAYETTE, LA 70580


PAMELA L HOWELL
PO BOX 416
FRUITLAND, ID 83619


PANEL SPECIALISTS INC
PO BOX 4239
HOUMA, LA 70361-4239


PANHANDLE OILFIELD SERVICE
14000 QUAIL SPRINGS PARKWAY
SUITE 300
OKLAHOMA CITY, OK 73134


PARAMAX ENERGY INC
7700 E Arapahoe Rd
Ste 220
Centennial, CO 80112


PARISH OF IBERVILLE
PO DRAWER 231
PLAQUEMINE, LA 70765-0231


PATRICIA A MASON
909 N 2ND STREET
FRUITLAND, ID 83619

Patricia A. Lewis
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


PATRICIA DANIELS
2247 KILLEBREW RD
PAYETTE, ID 83661



PATRICIA KELLY
PO BOX 1037
PATAGONIA, AZ 85624



PATRICIA M STRADLEY
1595 NW 6TH AVE
PAYETTE, ID 83661



PATRICK J FLYNN II
1211 LITTLE ROCK ROAD
EMMETT, ID 83617



PATRIOT TUBULAR SERVICES LLC
PO BOX 692228
HOUSTON, TX 77269



PATSY J LEAVITT
702 NW 3RD STREET
FRUITLAND, ID 83619



PATTY FOSTER
109 N KANSAS AVENUE
FRUITLAND, ID 83619

PAUL MOFFAT &
4797 SANDY AVE
EMMETT, ID 83617


PAULA SMITH
P O BOX 350
FRUITLAND, ID 83619


PAYETTE COUNTY
1130 3RD AVE N
SUITE 104
PAYETTE, ID 83661


Payette County Assessor
1130 3rd Ave. N.
Payette, ID 83661


PAYETTE VALLEY SUPPLY INC
PO BOX 68
NEW PLYMOUTH, ID 83655


PEDRO E CARBAJAL JR &
208 N DAKOTA AVE
FRUITLAND, ID 83619


PELICAN DEVELOPMENT LLC
2663 NW 4TH AVE
FRUITLAND, ID 83619


PELSTAR MECHANICAL SERVICES
1530 ST ETIENNE ROAD
BROUSSARD, LA 70518

Pendley, Baudin & Coffin, LLP
1515 Poydras Street Suite 1400
New Orleans, LA 70112


Penn Enterprises, L.L.C.
c/o A. Shelby Easterly, III
142 Del Norte Avenue
Denham Springs, LA 70726


PENN VIRGINIA OIL & GAS
16285 Park Ten Pl
#500
Houston, TX 77084


PERRY G. PREJEANT
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


PETER A SIMMONS &
8042 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


PETRO OPERATING COMPANY LP
16600 Park Row, Suite 158
HOUSTON, TX 77084


Petro Quest Exploration, Inc.
c/o George W. Grigg
1406 Royal Ave.
Monroe, LA 71201


Petro-Hunt L L C
c/o J Ralph White
White Andrews
 650 Poydras St Ste 2319
New Orleans, LA 70130

Petrohawk Energy Corp
c/o Richard Stuart Pabst
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112


PETROHAWK ENERGY CORPORATION
1000 LOUISIANA ST #5600
HOUSTON, TX 77002



PETROQUEST ENERGY LLC
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802



Petrosan LLC
c/o Benny Miller
17370 Hwy. 101
Iowa, LA 70647



PHILIP E JOSEPH &
P O BOX 211
FRUITLAND, ID 83619



PHILIP V PITTMAN &
4919 NW 1ST AVENUE
NEW PLYMOUTH, ID 83655



PHILLIP BURK &
2000 COUNTY LINE ROAD
EMMETT, ID 83617



PHILLIP ZUEGER
104 NE 16TH ST
FRUITLAND, ID 83619

PHYLLIS ELAINE RICKETTS
8361 DUTCH LANE
PAYETTE, ID 83661


PINNACLE REPROGRAPHICS-DIGITAL
2100 ROSS AVENUE SUITE 830
DALLAS, TX 75201


Pioneer Natural Resources U S A Inc
c/o Craig Isenberg
Barrasso Usdin
 909 Poydras St Ste 2350
New Orleans, LA 70112


PIONEER WIRELINE SERVICES LLC
PO BOX 202567
DALLAS, TX 75320-2567


Plaquemines Parish Assessor's Office
106 Ave G
Belle Chasse, LA 70037


PLUM COULEE FARM LLC
231 LIVE OAK LN
BISMARCK, ND 58504


PNC Bank, Nat. Assoc., as Agent
500 First Avenue
Pittsburgh, PA 15219


Point Au Fer LLC
c/o Talbot Carmouche & Marcello
Attn Donald T Carmouche
17405 Perkins Road
Baton Rouge, LA 70810

POLARIS ENTERPRISES, INC
110 Travis Street
Suite 131
Lafayette, LA 70503


PRICEWATERHOUSECOOPERS LLC
PO BOX 952282
DALLAS, TX 75395-2282



PRODUCTION HANDLING AND OPERATING AGREEM
n/a
n/a, n/a n/a



Pyramid Midstream LLC
3711 Water Oak Drive
Texarkana, AR 71854



QUAIL COVE HOMEOWNERS ASSOC
917 BOBWHITE STREET
FRUITLAND, ID 83619



Quest Exploration L L C
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


R & L CARRIERS INC
PO BOX 10020
PORT WILLIAM, OH 45164-2000



R & R BROWN INC
PO BOX 500
MAGNOLIA, AR 71754-0500

R & R CONTRACTING LLC
PO BOX 948
ROBERTSDALE, AL 36567


R SCOTT RODE
2606 APPLEWOOD AVE
FRUITLAND, ID 83619


R.A.M. DEVELOPMENT LLC
1485 N ELLINGTON PLACE
EAGLE, ID 83616


R360 ENVIRONMENTAL SOLUTIONS
PO BOX 671766
DALLAS, TX 75267-1766


RACHAEL H HOLTRY
1309 ASPEN ST
FRUITLAND, ID 83619


RACHEL S NEILL
7352 CUSTER RD
FRUITLAND, ID 83619


Railroad Commission of Texas
1919 N Loop W #620
Houston, TX 77008


RAIN FOR RENT
FILE 52541
LOS ANGELES, CA 90074-2541

RALPH L BARKER
900 NW 24TH ST
FRUITLAND, ID 83619


RAMIRO MONCADA
307 NE 14TH DR
FRUITLAND, ID 83619


RAMONA S BECERRA
1580 NW 26TH ST
FRUITLAND, ID 83619


RAMOS INVESTMENTS COMPANY
C/O WEEKS & GONZALEZ
400 MAGAZINE ST
SUITE 200
NEW ORLEANS, LA 70130


RAMSHORN INVESTMENTS INC
515 W Greens Rd
Houston, TX 77067


Randall C Kauffman
c/o Fisher Rainey Hudson
954 W Bannock St Suite 630
Boise, ID 83702


RANDALL C KAUFFMAN &
4040 LITTLE WILLOW ROAD
PAYETTE, ID 83661


RANDALL G MARTINDALE &
2692 BAYBERRY DR
FRUITLAND, ID 83619

RANDY F BISHOP
725 NORWAY RD
CHADDS FORD, PA 19317


RANDY L BERGQUIST
124 HILL RD
WEISER, ID 83672


RAUL CHAVEZ JR &
1111 NORTH WEST 21ST STREET
FRUITLAND, ID 83619


RAUL E MARQUEZ
1003 JONATHAN ST
FRUITLAND, ID 83619


RAUL GONZALEZ
1120 NW 23RD ST
FRUITLAND, ID 83619


RAYMOND & BONNIE TURNER
7890 ELMORE ROAD
FRUITLAND, ID 83619


RAYMOND E HORTON
2106 1ST AVE N
PAYETTE, ID 83661


RCG-R2B LLC
PO BOX 220
NEW PLYMOUTH, ID 83655

Reagan E Bradford
Lanier Law Firm
100 E California Ave Suite 200
Oklahoma City, OK 73104


REAGAN POWER & COMPRESSION INC
DEPT AT 952461
ATLANTA, GA 31192-2461


REBECCA A ROMANS
2602 ROME AVE
FRUITLAND, ID 83619


REBECCA L COWGILL
1315 ASPEN DR
FRUITLAND, ID 83619


REFUGIO J GONZALEZ &
PO BOX 933
FRUITLAND, ID 83619


REGIONAL VALVE CORP
2900 OLD CHEMSTRAND RD
CANTONEMENT, FL 32533


REVEAL DATA CORPORATION
PO BOX 273
RIVERSIDE, IL 60546


Rex A. Sharp
Rex A Sharp PA
5301 W 75th St
Prairie Village, KS 66208

REX E NEWMAN &
3075 NW 3RD AVE
FRUITLAND, ID 83619


RICE ENTERPRISES, LLC
8052 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


RICHARD BERRETH &
1316 ASPEN ST
FRUITLAND, ID 83619


RICHARD D & LEAH LYNN CLOW
2950 NW 4TH AVENUE
FRUITLAND, ID 83619


RICHARD D BARBEE
P O BOX 390
FRUITLAND, ID 83619


RICHARD DARREN TORGERSRUD
655 MONTGOMERY ST #18
SAN FRANCISCO, CA 94111


RICHARD DOMANGUE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


RICHARD GLEN TAYLOR
30000 KASSON ROAD # 357
TRACY, CA 95304

RICHARD H PURDUM &
6215 DENVER ROAD
NEW PLYMOUTH, ID 83655


RICHARD J LZICAR &
7912 ELMORE ROAD
FRUITLAND, ID 83619


Richard Peterson
c/o Fisher Rainey Hudson
958 W Bannock St Suite 630
Boise, ID 83702


RICHARD PETERSON TRUST
9090 HANSON LN
PAYETTE, ID 83661


RICHARD R VEST &
2515 NW 4TH AVENUE
FRUITLAND, ID 83619


RICHARD T COOK
910 BRAEBURN ST
FRUITLAND, ID 83619


RICHARD VAUGHN MAULE
1900 ORO DAM BLVD.
E. STE 12
OROVILLE, CA 95966-5934


Richard W Ward Jr
District Attorney
2312 False River Drive Suite C
New Roads, LA 70760

RICHARD WAYNE NICHOLAS &
11845 N 10800 W
TREMONTON, UT 84337


RICK ADAMS AND KRISTIN C ADAMS
2685 BAYBERRY DR
FRUITLAND, ID 83619


RICK L REYNOLDS &
7515 ELMORE ROAD
FRUITLAND, ID 83619


RICK VICK &
201 NW 9TH STREET
FRUITLAND, ID 83619


RICKY LEE ROYSTON
8547 WASHOE RD
PAYETTE, ID 83661


RILEY J HILL
PO  BOX 428
ONTARIO, OR 97914


RIO FUEL AND SUPPLY
PO BOX 2588
MORGAN CITY, LA 70381


Ripco, LLC
c/o Charles G. Blaize , Jr.
Mayhall Fondren Blaize, LLC
5800 One Perkins Place Dr. Suite 2-B
Baton Rouge, LA 70808

RITA JEANNE BINGAMAN
17608 CALIENTE PL.
CERRITOS, CA 90703


RITA LOCKNER
1033 ALAMEDA DRIVE
ONTARIO, OR 97914


RIVER RENTAL TOOLS INC
109 DERRICK ROAD
BELLE CHASSE, LA 70037


RIVER ROAD RANCHES LLC
2130 NE 16TH ST
FRUITLAND, ID 83619


RIVERFRONT EXPLORATION LLC
109 N 6th St
Fort Smith, AR 72901


ROBERT A GRAHAM
1317 ASPEN ST
FRUITLAND, ID 83619


ROBERT A MACKENZIE &
1812 N VISTA AVE
FRUITLAND, ID 83619


ROBERT B OTIS &
1803 NORTH VISTA AVE
FRUITLAND, ID 83619

ROBERT C ANDERSON
1012 BRAEBURN ST
FRUITLAND, ID 83619


ROBERT C TURNER &
2132 E 1ST ST
FRUITLAND, ID 83619


ROBERT CHARLES TURNER MM SSP
2134 E 1ST STREET
FRUITLAND, ID 83619


ROBERT CROCHET
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


ROBERT D JANGULA &
1580 NW 6TH
PAYETTE, ID 83661


ROBERT D KRAUSE
2045 SW 2ND AVE
FRUITLAND, ID 83619


ROBERT D PEDRACINI &
PO BOX 568
FRUITLAND, ID 83619


ROBERT E CARTER &
1211 JESSICA AVE
FRUITLAND, ID 83619

ROBERT G PETERSON III
1484 POPLAR AVE
FRUITLAND, ID 83619


ROBERT G SHANNON INDIVIDUALLY
1201 TARA COURT
FRUITLAND, ID 83619


ROBERT GONZALEZ JUAREZ
102 NE 12TH ST
FRUITLAND, ID 83619


ROBERT GOODWIN
P O BOX 220
NEW PLYMOUTH, ID 83655


ROBERT HENGGELER &
2651 SW 3 1/2 AVE
FRUITLAND, ID 83619


ROBERT J BIXBY
2133 MAPLE CT
FRUITLAND, ID 83619


ROBERT J BOULA
2808 SPRUCE DR
FRUITLAND, ID 83619


ROBERT K VANDERPOOL
5775 DENVER ROAD
NEW PLYMOUTH, ID 83655

ROBERT L SIDEROFF JR &
2260 SW 3RD AVE
FRUITLAND, ID 83619


ROBERT L WELLS & EVELYN G
8700 SHANNON RD
PAYETTE, ID 83661


ROBERT M DENNIS
392 W HIDDEN MEADOW WAY
MIDDLETON, ID 83644


ROBERT MACKENZIE III &
2604 APPLEWOOD AVENUE
FRUITLAND, ID 83619


ROBERT R FRYE
P O BOX 506
FRUITLAND, ID 83619


ROBERT ROUNDY &
2150 BISHOP AVE
FRUITLAND, ID 83619


ROBERT SCOTT SILVA
2383 KILLEBREW DR
PAYETTE, ID 83661


ROBERT SCOTT SILVA LIVING
2383 KILLEBREW DRIVE
PAYETTE, ID 83661

ROBERT TAYLOR
PO BOX 1131
CEDAR RIDGE, CA 95924-1131


ROBERT W CROSS
2327 EAST 1ST ST
FRUITLAND, ID 83619


ROBERT WADE DOUGLAS
2737 SPRUCE DR
FRUITLAND, ID 83619


ROBERTA SALMON 1993 TRUST
11420 SCOTCH PINES ROAD
PAYETTE, ID 83661


ROBERTSON COUNTY TAX
PO BOX 220
FRANKLIN, TX 77856-0220


ROBIN A JOCHEM &
807 VICTORIA AVENUE
FRUITLAND, ID 83619


ROBYN LYNN THOMPSON
27442 CROW ROAD
EUGENE, OR 97402


ROCKING R INVESTMENTS LLC
637 CLAUDE ROAD
ONTARIO, OR 97914

Rodessa Operating Company, Inc.
c/o Dawn Garner
211 E. Egan
Shreveport, LA 71101


RODNEY BLAKE SEAMONS
1306 TARA CT
FRUITLAND, ID 83619


RODNEY E MCGEHEE &
2303 SHAMROCK CT.
FRUITLAND, ID 83619


ROGELIO LARA
2606 WINESAP AVE
FRUITLAND, ID 83619


ROGER A. AND KENNIE LYNN
5450 BUTTE RD
EMMETT, ID 83617


ROGER L & THELMA L SMITH
8727 MICKELSON LANE
PAYETTE, ID 83661


ROGER L. HEBERT LEGACY ENERGY CORPORATIO
445 North Blvd
Suite 700
Baton Rouge, LA 70802


Rogers Oil Co
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

ROHRBACHER FARMING INC
1438 W 12TH ST
EMMETT, ID 83617


ROLAND M HENRY &
317 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


ROLAND PENNINGTON &
1137 SUNSET DRIVE
ONTARIO, OR 97914


ROLAND SUESS
16672 GALLOWAY ROAD
CALDWELL, ID 83607


ROLAND ZUBEL &
911 BRAEBURN ST
FRUITLAND, ID 83619


Roman Catholic Church
Archdiocese of New Orleans
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


ROMAN CATHOLIC DIOCESE  BOISE
1501 S FEDERAL WAY
BOISE, ID 83619


RONALD A HART
4685 SE 1ST AVE
NEW PLYMOUTH, ID 83655

RONALD D BLACKBURN &
2133 KILLEBREW DRIVE
PAYETTE, ID 83661


RONALD D HENDRICKSON &
7188 BLUFF ROAD
NEW PLYMOUNTH, ID 83655


RONALD D SCOTTO
2234 NE 16TH ST
FRUITLAND, ID 83619


RONALD GENE BARTON
1623 TIMBER CIRCLE
MCCALL, ID 83638


RONALD L EDWARDS
1081 NORTHWEST 21ST ST
FRUITLAND, ID 83619


RONALD LEE SHIPMAN &
1848 NW 24TH STREET
FRUITLAND, ID 83619


RONALD R HALL
2402 APPLEWOOD AVE
FRUITLAND, ID 83619


RONALD R ROBERTSON &
1793 WALNUT AVE
FRUITLAND, ID 83619

RONALD T MIO
2977 NW 3RD AVENUE
FRUITLAND, ID 83619


RONG FEN DENG
2645 DOGWOOD AVE
FRUITLAND, ID 83619


RONNIE L WEEKES &
PO BOX 223
LETHA, ID 83636


RONNIE R LEGG
4900 BUTTE ROAD
EMMETT, ID 83617


Roosevelt Shields
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


RORY D CLINTON
PO BOX 351
PAYETTE, ID 83661


ROSEMARY C KEELY
1204 CHANEY AVE
FRUITLAND, ID 83619


ROSEMARY MAULE DAUBERT
1002 SUNSET COURT
LEWISTON, ID 83501

ROSEWOOD RESOURCES, INC.
2101 Cedar Springs Road
Suite 1500
Dallas, TX 75201


ROSEWOOD TRUST COMPANY, LTA
2101 Cedar Springs Road
suite 1600
Dallas, TX 75201


ROY A STERNES
8611 DEWEY ROAD
EMMIT, ID 83617


ROY M BARNES
2606 SUNSET DRIVE
EMMETT, ID 83617


ROY N LONG
203 NE 16TH STREET
FRUITLAND, ID 83619


ROY WILLIAM STURM &
5780 HWY 95
FRUITLAND, ID 83619


Ruben Lomax
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


RUBY KYRK
50 LUNDBERG PLACE
WEISER, ID 83672

RUDY BENECKE
1871 WALNUT AVENUE
FRUITLAND, ID 83619


RUSSELL FREITAG &
1119 NW 19TH ST
FRUITLAND, ID 83619


RUSSELL L WHITE
1200 CHANEY AVE
FRUITLAND, ID 83619


RUSSELL R FREITAG &
1120 NW 19TH ST
FRUITLAND, ID 83619


RUSSELL SPOTSWOOD
8180 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


Ruston - Idaho, LLC
111 Killgore Road
Ruston, LA 71270


RUTH DOMENIGHINI
1437 DOGWOOD CT
FRUITLAND, ID 83619


RYAN LLC
PO BOX 848351
DALLAS, TX 75284-8351

RYAN M KECK
PO BOX 71
FRUITLAND, ID 83619


RYAN P HENGGELER &
6415 ELMORE RD
FRUITLAND, ID 83619


RYAN REINS
3154 WESTFIELD DR
RIVERSIDE, CA 95203


RYAN TAYLOR
8127 N SUNDIAL WAY
BOISE, ID 83714


S & S CONSTRUCTION LLC
PO BOX 859
FLOMATION, AL 36441


S W E P I L P
c/o Russell Keith Jarrett
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


SALVADOR G HERRERA
1408 BURTON AVE
FRUITLAND, ID 83619


SAM GALAN &
1804 HEITZ AVE
FRUITLAND, ID 83619

SAM R MILLER &
10800 DOBIE RD
CALDWELL, ID 83605


Samson Contour Energy E & P L L C
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


Samson Resources Co
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


SAMUEL R DAVIS
8620 SHANNON ROAD
PAYETTE, ID 83661


SAN JACINTO Tax Assessor-Collector
111 State Hwy. 150 Room C5
Coldspring, TX 77331


SANDEFER OIL & GAS, INC
701 Poydras Street
Suite 5000
New Orleans, LA 70139


SANDEFER PETROLEUM COMPANY
600 Jefferson Street
Suite 300
Houston, TX 77002


Sandhill Production Inc.
c/o James Duck
389 Baker Road
Shongaloo, LA 71072

SANDIE DICKINSON
981 SHAMROCK CT
FRUITLAND, ID 83619


SANDRA B CLASON
106 NE 12TH DRIVE
FRUITLAND, ID 83619


Sandridge Energy Offshore
123 Robert S Kerr Ave
Oklahoma City, OK 73102


SANTA FE BRAUN, INC
1675 South State Street
Dover, DE 19901


SANTA ROSA COUNTY TAX COLLECTOR
6495 CAROLINE STREET STE E
MILTON, FL 32570


SARA A SCHMIDT
1206 TARA COURT
FRUITLAND, ID 83619


SARAH EPPERSON THOMISON
1618 CORIANDER DR
APT D
COSTA MESA, CA 92626-2447


SAUL TRISTAN &
1045 NW 23 ST
FRUITLAND, ID 83619

SCHOOL BOARD PROSPECT
Confidential
Confidential


SCOTT BATES
1056 NW 23RD ST
FRUITLAND, ID 83619


SCOTT CAMPBELL
2611 APPLEWOOD AVE
FRUITLAND, ID 83619


SCOTT D BARKER &
6787 BLACK BRIDGE RD
NEW PLYMOUTH, ID 83655


SCOTT GROSS
5825 HIGHWAY 52
NEW PLYMOUTH, ID 83655


SCOTT HORACE AND TIFFANY SMITH
POST OFFICE BOX 844
FRUITLAND, ID 83619


SCOTT R PIERCE
8188 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


SEAN MCELHANEY
211 NORTH DAKOTA
FRUITLAND, ID 83619

SECORP INDUSTRIES
PO BOX 687
RIDGELAND, MS 39158-0687


SEJ LLC


Seneca Resources Corporation
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139


SETANTA ENERGY LLC
10260 WESTHEIMER RD
STE 310
HOUSTON, TX 77042


SETTOON TOWING LLC
PO BOX 11407
DEPARTMENT 2088
BIRMINGHAM, AL 35246-2088


SEVEN OAKS DEVELOPMENT LLC
PO BOX 804
FRUITLAND, ID 83619


SEVEN STATES TIMBERLANDS LLC
654 N State St
Jackson, MS 39202-3303


SHAMROCK ENERGY SOLUTIONS
PO BOX 731152
DALLAS, TX 75373-1152

SHANE WELDON BURRUP
2142 NE 16TH ST
FRUITLAND, ID 83619


SHARLA SIPES
8550 RABY LANE
PAYETTE, ID 83661


SHARON FUSELIER
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


SHARON J MOREMAN
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094


SHARON K DRIESSEN
2401 APPLEWOOD AVE
FRUITLAND, ID 83619


SHARON SMITH MCMICKING
12250 BROOKS ROAD
WINDSOR, CA 95492


SHARON Y MURDOCK
Confidential
Confidential


SHAWN C SCHAPPERT &
1012 NW 24TH ST
FRUITLAND, ID 83619

SHAWN L BUNGER
1380 POPLAR AVE
FRUITLAND, ID 83619


SHAWN RICHEY
1005 JONATHAN ST
FRUITLAND, ID 83619


SHAWNA LEE BARTUS
1407 BURTON AVE
FRUITLAND, ID 83619


Shell Exploration & Production Company
701 Poydras
New Orleans, LA 70139


Shell Offshore Inc
c/o Russell Keith Jarrett
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


Shell Oil Co
c/o Russell Keith Jarrett
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


SHELL OIL COMPANY
C/O JOHNSON GRAY MCNAMARA LLC
PO BOX 51165
LAFAYETTE, LA 70505


SHERI E EDWARDS
Confidential
Confidential

SHERRY L DUKE
1469 CASCADE ROAD
EMMETT, ID 83617


SHORE ENERGY LP
26 CRESTWOOD DRIVE
HOUSTON, TX 77007


Shore Energy, LP
26 Crestwood Dr.
Houston, TX 77007


Shoreline Southeast L L C
c/o Guy Earl Wall
Wall Bullington & Cook
540 Elmwood Park Blvd
New Orleans, LA 70123


SHRED-IT USA
PO BOX 13574
NEW YORK, NY 10087-3574


SIGMA ENERGY VENTURES LLC
2170 Buckthorne Place
Suite 240
The Woodlands, TX 77380


SIGMA/TMRX/PERMIT GEOPHY SURVY
2170 Buckthorne Place
Suite 240
The Woodlands, TX 77380


SILLER FARMS INC
1111 JACKSON AVE
EMMETT, ID 83617

SMITH & MALEK PLLC
601 E FRONT AVENUE SUITE 304
COEURD ALENE, ID 83814


SMOKE RANCH LLLLP
PO Box 7156
Boise, ID 83707


SNAKE RIVER OIL & GAS LLC
827 Center Ave
Payette, ID 83661


SNELL & WILMER LLP
400 EAST VAN BUREN STREET
STE 1900
PHOENIX, AR 85004


Source Petroleum, Inc
620, 304 8th Ave SW
AB T2P 1C1 Canada
Calgary, AB


South Thornwell Exploration (A limited P
c/o Verado Energy, Inc
8144 Walnut Hill Lane, Suite 650
Dallas, LA 75231


Spanish Lake Restoration
c/o Roedel Parsons Koch
8440 Jefferson Hwy Suite 3
Baton Rouge, LA 70809


SPENCER FORD
8504 WASHOE ROAD
PAYETTE, ID 83661

```
SPENCER H WOOD
421 E CRESTLINE DR
BOISE, ID 83702



SPENCER WOOD
421 E CRESTLINE DR
BOISE, ID 83702



ST BERNARD PARISH
PO BOX 168
CHALMETTE, LA 70043-0168



ST MARY PARISH SHERIFFS OFFICE
PO BOX 610
PATTERSON, LA 70392-0610



St. Bernard Parish Assessor
2118 Jackson Blvd
Chalmette, LA 70043



St. Mary Parish Assessor
500 Main St
Franklin, LA 70538



STACIE A BULLOCK
2679 BAYBERRY DR
FRUITLAND, ID 83619



STANLEY A BROWN
6510 WEST IDAHO BOULEVARD
EMMETT, ID 83617
```

```
STANLEY L BROWN &
2798 HANNA AVENUE
EMMETT, ID 83617



STARSTONE NATIONAL INS CO
PO BOX 744289
ATLANTA, GA 30374-4289



STATE OF DELAWARE
PO BOX 5509
BINGHAMTON, NY 13902-5509



STATE OF DELAWARE
PO BOX 5509
Binghamton, NY 13902



STATE OF DELAWARE
820 N French St
Wilmington, DE 19801



State of Louisiana
c/o Louisiana Department of Justice
Attn Ryan M Seidemann
1185 North 3rd St
Baton Rouge, LA 70802



STATE OF LOUISIANA
PO BOX 2827
617 3RD ST 8TH FLOOR
BATON ROUGE, LA 70821-2827



State of Louisiana (Department of Natura
617 North Third Street
Suite 1240
Baton Rouge, LA 70804
```

STATE OF LOUISIANA MINERAL BRD
617 N 3RD ST CAPITOL COMPLEX
LASALLE OFFICE BLDG
BATON ROUGE, LA 70802


State of Louisiana, Fisherman Gear Comp.
Post Office Box 44277
Baton Rouge, LA 70804



STATE OF TX-COMMISSIONER OF
GENERAL LAND OFFICE
1700 N CONGRESS AVE
AUSTIN, TX 78701


Stephanie A. Draper
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


STEPHANIE STEWART
906 N 22ND
BOISE, ID 83702



STEPHEN C THURSTON
112 CULBERTSON COURT
GREENWOOD, SC 29649



STEPHEN L BENNETT
2191 GOSS RIDGE ROAD
FREELAND, WA 98249



STEVE MARTIN &
1200 TARA CT
FRUITLAND, ID 83619

STEVEN ALEXANDER & GAYLE
7421 GRANDE VELLEJO DR
FRUITLAND, ID 83619


STEVEN E HOFF
1187 S ENNS AVE
REEDLEY, CA 93654


STEVEN F KINZER
408 NE 11TH STREET
FRUITLAND, ID 83619


STEVEN FRITTS &
2303 N WHITLEY DR
FRUITLAND, ID 83619


STEVEN K OBRAY &
1023 N PENNSYLVANIA AVE
FRUITLAND, ID 83619


STEVEN L GETZ
Confidential
Confidential


STEVEN M GREENWOOD
7270 CUSTER ROAD
FRUITLAND, ID 83619


STEWART A HARRIS &
2060 NE 8TH STREET
FRUITLAND, ID 83619

STOKES & SPIEHLER ONSHORE INC
PO BOX 52006
LAFAYETTE, LA 70505


Strata Energy Inc
c/o Richard D. McConnell , Jr.
Kean Miller, II City Plaza
400 Convention St. Suite 700 PO Box 3513
Baton Rouge, LA 70802


STRAW HAT FARM LLC
9995 UPPER AVE
EMMETT, ID 83617


SU ANN THOMPSON
Address Unknown


SUE HELEN JOLLEY
610 NW 2ND ST
FRUITLAND, ID 83619


Sunrise Land, LLC
c/o Shawn Frazer
7520 Perkins Road, Ste. 280
Baton Rouge, LA 70808


SUPERIOR PROPERTIES LLC
PO BOX 2596
EAGLE, ID 83616


SUSAN EZELL WOODYARD
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094

SUSAN R COFFMAN CLASON
8640 SHANNON RD
PAYETTE, ID 83661


Susman Godfrey, LLP
1000 Louisiana St.
Suite 5100
Houston, TX 77002


Susman Godfrey, LLP (Houston)
1000 Louisiana St. Suite 5100
Houston, TX 77002


SUYON WON
14220 PARK ROW DR APT 732
HOUSTON, TX 77084


SUZETTE LASATER
PO BOX 496
FRUITLAND, ID 83619


SWEPI LP
320 SOMERULOS ST.
BATON ROUTE, LA 70802


SYDSON ENERGY
4550 POST OAK PLACE
SUITE 300
HOUSTON, TX 77027


Sydson Energy Inc.
c/o Joens Gill Porter Crawfor & Crawford
6363 Woodway Suite 1100
Houston, TX 77057

SYLVIA RUSSELL
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


SYNERGY LAND GROUP LLC
PO BOX 82009
LAFAYETTE, LA 70598


T BAKER SMITH INC
PO BOX 2266
HOUMA, LA 70361


T&L TRANSPORT LLC
917 BOBWHITE ST
FRUITLAND, ID 83619


TAD GARRED &
7010 BOISE RD
FRUITLAND, ID 83619


TAM FAMILY REVOCABLE TRUST
1205 TARA CT
FRUITLAND, ID 83619


TAMARA K ESSINGER
1307 ASPEN ST
FRUITLAND, ID 83619


TAMI J CORNETT &
2278 NE 16TH STREET
FRUITLAND, ID 83619

TAMMY MEYERS
219 KENNETH RD.
NEW IBERIA, LA 70560


TARA THEBO
2603 ROME AVE
FRUITLAND, ID 83619


TAUBER EXPLORATION & PRODUCTION CO
55 WAUGH DR
STE 600
HOUSTON, TX 77007


Tauber Exploration and Production Co.


TD ROCK INC
1033 ALAMEDA DRIVE
ONTARIO, OR 97914


TEDDY A ALLEN SR &
4660 SE 1ST AVE
NEW PLYMOUTH, ID 83655


Tennessee Gas Pipeline Co L L C
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


Tensas Exploration & Production Company,
c/o William B. Daniel, IV
5800 One Perkins Place, Suite 8B
Baton Rouge, LA 70808

TENSAS EXPLORATION & PRODUCTION COMPANY,
5800 One Perkins Place
Suite 8B
Baton Rouge, LA 70808


Terrebonne Assessor's Office
8026 W Main St #501
Houma, LA 70360


Terri Semon
c/o Fisher Rainey Hudson
960 W Bannock St Suite 630
Boise, ID 83702


TERRY ANN AUSTIN
2634 DOGWOOD AVENUE
FRUITLAND, ID 83619


Terry Calongne, L.L.C.
c/o Terry Calongne, L.L.C.
302 Apache Road
Houma, LA 70360


TERRY E LAAKSONEN
8525 SHANNON RD
PAYETTE, ID 83661


TERRY JENNINGS &
2138 BISHOP AVENUE
FRUITLAND, ID 83619


TERRY K HURRLE
1003 NW 24TH ST
FRUITLAND, ID 83619

TERRY WEBER &
1321 HILLCREST DR
VALE, OR 97918


TEXACO
2000 Westchester Avenue
White Plains, NY 10650


Texas Commission on Environmental Qualit
2309 Gravel Dr
Fort Worth, TX 76118


Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774


TEXAS ENERGY ACQUISTIONS LP
16600 Park Row, Suite 158
HOUSTON, TX 77084


Texas Oil Distribution & Development Inc
JAR Resource Holdings LP
c/o Scofield Gerard Pohorelsky
901 Lakeshore Drive Suite 900
Lake Charles, LA 70601


TEXAS PACIFIC OIL COMPANY
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Texas Petroleum Investemnt Company
RA: Patrick S. Ottinger
1313 W. Pinhook Road
Lafayette, LA 70503

Texas Petroleum Investment Co
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


Texas Secretary of State
PO Box 13697
Austin, TX 78711



Thana M. Kauffman
c/o Fisher Rainey Hudson
955 W Bannock St Suite 630
Boise, ID 83702


THE ALICE B SMITH REV LIV TST
19800 SW TOUCHMARK WAY #227
BEND, OR 97702



THE BODY FACTORY LLC
2310 NORTH WHITLEY
FRUITLAND, ID 83619



THE ESTATE OF RUTH ROSE WILBERT TEMPLET
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUTE, LA 70810


THE ESTATE OF WILLIAM EDWARD BRYANT THRO
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUTE, LA 70810


THE HILLER COMPANIES INC
PO BOX 935434
ATLANTA, GA 31193-5434

The Lacassane Company, Inc.
c/o Veron Bice Palermo & Wilson LLC
Attn Turner D Brumby
721 Kirby Street
Lake Charles, LA 70602-2125


THE LAVINIA PALMER TRUST U/T/A
604 REECE AVE
NYSSA, OR 97913



The Law Offices of Michael C. Ginart, Jr
2114 Paris Rd.
Chalmette, LA 70043



THE LESLIE CLAIRE ENGLEHORN
7100 S WHITLEY DRIVE
FRUITLAND, ID 83619



THE MERIDIAN RESOURCE & EXPL
15021 KATY FREEWAY
SUITE 400
HOUSTON, TX 77094



THE MERIDIAN RESOURCE & EXPLORATION LLC
3867 Plaza Tower Drive
Baton Rouge, LA 70816



THE MERIDIAN RESOURCE & EXPLORATON LLC
701 Poydras st.
Ste. 4500
New Orleans, LA 70139



THE MERIDIAN RESOURCE AND EXPLORATIONS L
16600 Park Row Dr Suite 158
Houston, TX 77094

The Parish of Cameron
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


The Parish of St. Bernard
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


THE PINES TOWNHOMES LLC
917 BOBWHITE ST
FRUITLAND, ID 83619


THE PROSPECT COMPANY
PO BOX 1100
EDMOND, OK 73083-1100


THE RAY BROGAN FAMILY TRUST
PO BOX 550
NEW PLYMOUTH, ID 83655


THE ROYAL BANK OF SCOTLAND PLC
269 Lord S
Southport, PR8 1NY UK


THE SHIPLEY TRUST
2774 ORCHARD LANE
EMMETT, ID 83617


THE STRINGER FAMILY TRUST
1600 PARK AVENUE
NYSSA, OR 97913

THEODORE J NEY &
1100 ECHO AVE
PARMA, ID 83660


THERESA A HARVEY
1811 ALLEN AVENUE
FRUITLAND, ID 83619


THERESA ANN UCOVICH
1205 QUAIL RIDGE WAY
HOLLISTER, CA 95023


THOMAS E LANHAM
17777 SWEET-OLA HIGHWAY
OLA, ID 83657


THOMAS E LIMBAUGH
PO BOX 426
FRUITLAND, ID 83619


THOMAS E SCHAFFER &
2637 DOGWOOD AVE
FRUITLAND, ID 83619


Thomas F. Harris
c/o Megan K. Terrell
Louisiana Department of Justice (94005)
P. O. Box 94005
Baton Rouge, LA 70804-9005


THOMAS G ROLAND &
4331 LITTLE WILLOW CREEK RD
PAYETTE, ID 83661

Thomas G. Roland
c/o Fisher Rainey Hudson
952 W Bannock St Suite 630
Boise, ID 83702


THOMAS J & CAROL JO WELLER AS
PO BOX 961
PAYETTE, ID 83661


THOMAS J PALLIS &
7685 ELMORE RD
FRUITLAND, ID 83619


THOMAS J. O'NEILL ATTORNEY AT LAW
1660 Broadway Avenue
Pittsburgh,, PA 15216


THOMAS JAMES & JUDY IRENE
PO BOX 310
FRUITLAND, ID 83619


THOMAS KUHLMAN
1200 JESSICA AVE
FRUITLAND, ID 83619


THOMAS LEE WHITE &
8903 WASHOE ROAD
PAYETTE, ID 83661


THOMAS LESLIE YOUNG &
2150 NE 16TH STREET
FRUITLAND, ID 83619

THOMAS R HAWKINS
2400 APPLEWOOD AVE
FRUITLAND, ID 83619


THOMAS WORLEY &
8636 WASHOE ROAD
PAYETTE, ID 83661


THOMASSON PARTNER ASSOCIATES INC
1410 N High St
Denver, CO 80218


THOMPSON JOINT TRUST
62846 MONTARA DRIVE
BEND, OR 97701


THUNDER EXPLORATION INC.
PO Box 541674
Houston, TX 77254


TIFFANY A PURDY
2724 DOGWOOD AVE
FRUITLAND, ID 83619


TIM G COOPER
11346 LOWER BENCH ROAD
EMMETT, ID 83617


TIM L SIMKINS
1453 DOGWOOD CT
FRUITLAND, ID 83619

```
TIM O'BRIEN &
P O BOX 124
LYONS, OR 97358




TIMOTHY D THOMPSON &
910 NW 2ND ST
FRUITLAND, ID 83619




TIMOTHY E GOSS &
2010 ELKHORN
EUGENE, OR 97408




TIMOTHY J KECK
10201 NE 23RD AVE
VANCOVER, WA 98686




TIMOTHY S CALLENDER TRUSTEE OF
EAST FELLY RIM CT
BOISE, ID 83716




TJ SCARBROUGH INC
PO BOX 30
2265 HWY 45 SOUTH
BUCKATUNNA, MS 39322




TODD O BLACKWELL &
227 BEECH ST
FRUITLAND, ID 83619




Todd Sydson
c/o Timothy W. Cerniglia
4913 Newlands Street
Metairie, LA 70006
```

Tony M Clayton
607 Alexander Avenue
Port Allen, LA 70767


TOTAL PETROCHEMICALS USA INC
1201 LOUISIANA ST #1800
HOUSTON, TX 77002


TRACEY A COOPER SHERMAN
11433 LOWER BENCH ROAD
EMMETT, ID 83617


TRACY BOYD
UNKNOWN
LA


TRACY L LAUFER &
7360 CUSTER RD
FRUITLAND, ID 83619


TRAIL PROPERTIES LLC
5308 E TRAIL RD
KING HILL, ID 83633


Transco Exploration Company
c/o Mark Andrew Marionneaux
Kean Miller, II City Plaza
400 Convention St. Suite 700
Baton Rouge, LA 70802


TRANSTEXAS GAS CORPORATION
2701 Avenue S St
Dickinson, TX 77539

TRC CONSULTANTS LC
120 DIETERT AVE STE 100
BOERNE, TX 78006


TREVOR W OLVERA
2610 WINESAP AVE
FRUITLAND, ID 83619


TRIDENT USA CORP
Address Unknown


TRUDY MARLENE DEEN
4701 VAN DEUSEN ROAD
EMMETT, ID 83617


TRULA BUTLER
2320 N WHITLEY # 7
FRUITLAND, ID 83619


TRUST A OF THE LAWRENCE &
1305 TARA COURT
FRUITLAND, ID 83619


TTL INC
PO DRAWER 1128
TUSCALOOSA, AL 35403


TUMLINSON 1
n/a
n/a, n/a n/a

TY A CURTIS INDIV & AS TRUSTEE
2450 HIGHWAY 52
PAYETTE, ID 83661


TYRONE CHARIS REINS
1311 HEEP RUN
BUDA, TX 78610


TYSON A BAXTER &
506 NW 4TH ST
FRUITLAND, ID 83619


TYSON B SMITH &
4343 LITTLE WILLOW ROAD
PAYETTE, ID 83661


U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240


U.S. Specialty Insurance
801 S. Figueroa St., Suite 700
Los Angeles, CA 90017


U.S. Specialty Insurance Company
c/o Locke Lord LLP
Attn Brandon Renken
600 Travis Suite 2800
Houston, TX 77002


U.S. SPECIALTY INSURANCE INSURANCE COMPA
801 S. Figueroa St.
Suite 700
Los Angeles, CA 90017

ULYSSES SHORT, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Union Oil Co of California
c/o Pamela R Mascari
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


Union Oil Company of California
c/o Louis Victor Gregoire , Jr
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139


UNION OILFIELD SUPPLY INC
12 JOHN DYKES ROAD
WAYNESBORO, MS 39367


UNITED SITE SERVICES OF TEXAS
PO BOX 660475
DALLAS, TX 75266-0475


UNITED WORLD ENERGY CORP
2006 AMBASSADOR CAFFERY PKWY
LAFAYETTE, LA 70506


Upshur County Tax Assessor Collector s O
2498 W Upshur Ave
Gladewater, TX 75647


US Department of the Interior
Bureau of Ocean Energy Management
Gulf of Mexico OCS Region
1201 Elmwood Park Blvd
New Orleans, LA 70123-2394

US WATER SERVICES INC
PO BOX 851361
MINNEAPOLIS, MN 55485-1361


USA COMPRESSION PARTNERS LLC
PO BOX 974206
DALLAS, TX 75397-4206


USOIL CORPORATION
6776 Southwest Freeway,
Suite 600
Houston, TX 77074


VAHAN SIPANTZI &
26972 LOWER PLEASANT RIDGE RD
WILDER, ID 83676


VALENTIN JUAREZ CRUZ
2649 DOGWOOD AVE
FRUITLAND, ID 83619


VAUGHN W KELLEY, TRUSTEE OF
1835 WEISER RIVER ROAD
WEISER, ID 83672


VELMA FRAZIER AKA
8635 WASHOE ROAD
PAYETTE, ID 83661


VERA MOORE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

Verado Energy, ICN.
Brian J. Furlong
8150 N. Central Expressway, Suite 850
Dallas, LA 75203


VERITRUST CORPORATION
7804 FAIRVIEW RD
SUITE 153
CHARLOTTE, NC 28226-4998


VERIZON BUSINESS
PO BOX 660794
DALLAS, TX 75266-0794


VERLINE L. JACOBS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


VERNON E BALL &
2353 NE 16TH ST
FRUITLAND, ID 83619


VERNON HAGER
111 PENNSYLVANIA AVE
FRUITLAND, ID 83619


VICKY J COX
PO BOX 810
FRUITLAND, ID 83619


VINCENT A TALBOTT
1008 JONATHAN ST
FRUITLAND, ID 83619

VIRGINIA L SHELTON TRUST
7993 DUTCH LANE
PAYETTE, ID 83661


Virtex Petroleum Company, L.L.P.
c/o James K. Barry
Barry Conge Harris
1800 West Loop South Suite 750
Houston, TX 77027


W&T OFFSHORE
9 Greenway Plaza
# 300
Houston, TX 77046


W. B. HIGDON, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUTE, LA 70810


W.B. McCartney Oil Company
Highway 8 West
Jena, LA 71342


WADI PETROLEUM INC
4355 SYLVANFIELD DR SUITE 200
HOUSTON, TX 77014


Wadsworth A. Holmes, IV
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


WAGNER OIL COMPANY
500 COMMERCE ST #600
FORT WORTH, TX 76102

WALKER LIVING TRUST
26268 USTICK ROAD
WILDER, ID 83676


WALLACE V BUTLER &
346 SUMMIT LN
ONTARIO, OR 97914


WALTER L BUTLER
429 NW 16TH ST
FRUITLAND, ID 83619


WALTER OIL & GAS CORP
PO BOX 301007
DALLAS, TX 75303-1007


Walter Oil & Gas Corp
1100 Louisiana St # 200
Houston, TX 77002


WANDA C ERSKINE
106 NE 14TH DR
FRUITLAND, ID 83619


WARREN MURATA &
136 GROVE RD
ONTARIO, OR 97914


WARWICK OIL CORPORATION
1001 Pinhook Road
Building 1
Lafayette, LA 70503

Washington County Tax Assessor-Collector
100 East Main, Suite 100
Brenham, TX 77833


WASHOE IRRIGATING AND WATER
102 N MAIN ST
PAYETTE, ID 83661


WAUKESHA-PEARCE INDUSTRIES INC
PO BOX 204116
DALLAS, TX 75320-4116


WAYMAN M. BUCHANAN, INC
745 E. Mulberry Avenue
Suite 850
San Antonio, TX 78212


WAYNE D UEHLIN
1840 UEHLIN DR
PAYETTE, ID 83661


WAYNE EVERETT IRVIN
1267 NE 10TH AVE
PAYETTE, ID 83661


WEATHERFORD US LP
PO BOX 301003
DALLAS, TX 75303-1003


WEBER ENERGY CORPORATION
200 Crescent Ct
#1801
Dallas, TX 75201

WEISER-BROWN OIL COMPANY
117 E CALHOUN ST
MAGNOLIA, AR 71753-3528


WELLS FARGO BANK, N.A., AS ADMIN. AGENT
1525 W. WT HARRIS BLVD
Charlotte, NC 28262


Wells Fargo Bank, N.A., As Admin. Agent
1525 W. Wt Harris Blvd.
Charlotte, NC 28262


Wells Fargo Bank, N.A., As Admin. Agent
1000 Louisiana St., 9th Floor
Houston, TX 77002


WENDY K ADAMSEN
2244 BISHOP AVE
FRUITLAND, ID 83619


WESTERN STATES EQUIPMENT
PO BOX 3805
SEATTLE, WA 98124-3805


WESTMORELAND GAS LLC
PO BOX 470
BRIDGEPORT, WV 26330


WETLANDS CAMERON PARISH EXPERT
ONE GALERIA BLVD SUITE 2100
METAIRIE, LA 70001

WHITE HORSE SERVICES LLC
HC 68 BOX 934
1320 PAISANO ROAD
PUERTO DE LUNA, NM 88435


Wilbert L. Crutcher
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

WILBUR E BLACK &
2625 SW 7TH AVENUE
PARMA, ID 83660


WILFORD C WEBER &
8550 RABY LANE
PAYETTE, ID 83661


WILFORD CONRAD WEBER &
8550 RABY LANE
PAYETTE, ID 83661


WILFORD L MCCONKEY AKA
8080 ESTATES BLVD
FRUITLAND, ID 83619


WILLIAM B POWER
26721 BASSWOOD AVE
RANCHO PALOS VERDES, CA 90275


WILLIAM C CASSANO &
630 SYRINGA SPRINGS DR
FRUITLAND, ID 83619

WILLIAM D ROCKHILL FAMILY
2966 TOM'S CABIN RD
EMMETT, ID 83617


WILLIAM DEAN REECE &
7236 CUSTER RD
FRUITLAND, ID 83619


WILLIAM E SCHLAGER AND
FAMILY TRUST
1405 JESSICA AVENUE
FRUITLAND, ID 83619


WILLIAM EARL GUTHRIE
C/O TALBO, CARMOUCHE, & MARCELLO
214 W. COMERVIEW
PO BOX 759
GONZALES, LA 70707


WILLIAM ERIC TALBOTT &
1007 NORTHWEST 24TH ST
FRUITLAND, ID 83619


WILLIAM F BROWN
2910 NW 3RD AVE
FRUITLAND, ID 83619


WILLIAM GORDON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


WILLIAM O SMITH
1745 ANO NUEVO DR.
DIAMOND BAR, CA 91765

WILLIAM R VANDERPOOL
1223 N 4TH ST
PAYETTE, ID 83661


WILLIAM R. CUMMINGS
4167 SW 2ND AVENUE
NEW PLYMOUTH, ID 83655


WILLIAM RICHARD SMITH &
2450 E 1ST ST
FRUITLAND, ID 83619


WILLIAM T AZBILL &
27709 LOWER PLEASANT RIDGE RD
WILDER, ID 83676


WILLIAM V PINKHAM &
8725 MICKELSON LANE
PAYETTE, ID 83661


WILLIAMS INC
PO BOX 460
PATTERSON, LA 70392


WILLIE LAKE
2719 DOGWOOD AVE
FRUITLAND, ID 83619


WILLKIE FARR & GALLAGHER LLP
787 SVENTH AVENUE
NEW YORK, NY 10019

WILSON FAMILY TRUST
2143 LOCUST WAY
FRUITLAND, ID 83619


WILTON L EDDY
20891 HEREFORD AVE
BEND, OR 97703


WINN-MARION BARBER LLC
7084 S REVERE PKWY UNIT A
CENTENNNIAL, CO 80112


WOLFE RUDMAN INDIVIDUALLY
1700 Pacific Ave
Dallas, TX 75201


WOMBLE BOND DICKSON (US) LLP
PO BOX 601879
CHARLOTTE, NC 28260-1879


WYNN CROSBY OPERATING LTD
PO BOX 201888
DALLAS, TX 72320-1888


WYNN-CROSBY OPERATING LLC
PO BOX 201888
DALLAS, TX 72320-1888


X T O Energy Inc
c/o  Joe B Norman
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139

YAMMMSOFTWARE LLC
2356 BASTROP ST
HOUSTON, TX 77004


Yuma Exploration & Production Company, I
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139

Yuma Petroleum Company
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139


ZEALOUS ENERGY SERVICES LLC
C/O COUMMUNITY FIRST BANK
PO BOX 10610
NEW IBERIA, LA 70562


ZEB R JERMAN &
2402 GOLDEN AVENUE
FRUITLAND, ID 83619


ZENERGY, INC.
C/O CT CORPORATION SYSTEM
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808


ZOE OLIVERA
4600 SANDY AVENUE
EMMETT, ID 83617


ZOE RAINS
4600 SANDY AVENUE
EMMETT, ID 83617

# United States Bankruptcy Court
## Southern District of Texas

In re **High Mesa, Inc.**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **High Mesa, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AM MME Holdings, LP**
**15021 Katy Freeway, Suite 400**
**Houston, TX 77094**

**BCE-MESA HOLDINGS LLC**
**1201 Louisiana Street**
**Suite 3308**
**Houston, TX 77002**

**Mezzanine Partners II Delaware Sub., LLC**
**HPS Investment Partners, LLC**
**40 West 57thStreet 33rdFloor**
**New York, NY 10019**

**Offshore Mezzanine Partners Master Fund**
**HPS Investment Partners, LLC**
**40 West 57thStreet 33rdFloor**
**New York, NY 10019**

☐ None [*Check if applicable*]

**January 24, 2020**

Date

**/s/ RANDY W. WILLIAMS**
**RANDY W. WILLIAMS**

Signature of Attorney or Litigant

Counsel for   **High Mesa, Inc.**

**Byman & Associates PLLC**
**7924 Broadway, Suite 104**
**Pearland, TX 77581**
**281-884-9262**
**rww@bymanlaw.com**