UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____ :

|  |  |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |

Seeks to appear as the attorney for this party:

|  |  |
|---|---|
| Dated: | Signed: _____ |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

| Dated: | Signed: _____ |
|---|---|
|  | Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____              _____
                                                                       United States Bankruptcy Judge