**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In RE: | § § | |
| HIGH MESA, INC., *et al.*, | § § | Case No. 20-30602 |
| | § | **(Chapter 7)** |
| Debtors. | § | **(Jointly Administered)** |
| | § § | |

**TRUSTEE'S WITNESS LIST FOR THE JANUARY 31, 2020 HEARING ON TRUSTEE'S EMERGENCY MOTION FOR: (A) ENTRY OF AN INTERIM AND FINAL ORDER AUTHORIZING THE TRUSTEE TO OPERATE BUSINESS AND (B) SETTING A FINAL HEARING DATE**

| | |
|---|---|
| Judge: | Hon. Marvin Isgur |
| Hearing Date: | Friday, January 31, 2020 |
| Hearing Time: | 4:00 p.m. (CT) |
| Party's Name: | Christopher Murray, Chapter 7 Trustee for Debtors High Mesa, Inc., *et al.* |
| Attorneys' Names: | J. Maxwell Beatty<br>Erin Jones |
| Attorneys' Phone: | 832-529-1999 |
| Nature of Proceedings: | Hearing on the *Trustee's Emergency Motion for: (a) Entry of an Interim and Final Order Authorizing the Trustee to Operate Business and (b) Setting a Final Hearing Date* [DE 7] |

Jones Murray & Beatty LLP ("**JMB**"), proposed counsel for Christopher Murray, Chapter 7 Trustee for the Debtors High Mesa, Inc., *et al.* [1], (the "**Trustee**") hereby submits this Witness List in connection with the hearings to be held on Friday, January 31, 2020, at 4:00 P.M. (Central Time) (the "**Hearing**") on the *Trustee's Emergency Motion for: (a) Entry of an Interim and Final Order Authorizing the Trustee to Operate Business and (b) Setting a Final Hearing Date* [DE 7].

## WITNESSES

JMB may call any of the following witnesses at the Hearings, whether in person or by proffer:

1. Christopher Murray, Chapter 7 Trustee;
2. Scott Ricks;

---

[1] The case number for each of the Debtors' estates is as follows: (1) High Mesa, Inc., Case No. 20-30602; (2) Petro Operating Company, LP, Case No. 20-30603; (3) Petro Acquisitions, LP; Case No. 20-30604; (4) High Mesa Holdings, L.P., Case No. 20-30605; (5) The Meridian Resource and Exploration, LLC, Case No. 20-30606; (6) High Mesa Holdings GP, LLC, Case No. 20-30607; AM Idaho, LLC, Case No. 20-30608; (7) Louisiana Onshore Properties, LLC, Case No. 20-30609; (8) AMH Energy New Mexico, LLC, Case No. 20-30610; (9) AM Michigan, LLC, Case No. 20-30611; (10) Texas Energy Acquisitions, LP, Case No. 20-30612; (11) Cairn Energy USA, LLC, Case No. 20-30613; (12) The Meridian Production, LLC, Case No. 20-30614; (13) High Mesa Services, LLC, Case No. 20-30615; (14) HMS Kingfisher Holdco, LLC, Case No. 20-30616; (15) Alta Mesa Acquisition Sub, LLC, Case No. 20-30619; (16) Alta Mesa Drilling, LLC, Case No. 20-30620; (17) Alta Mesa Energy, LLC, Case No. 20-30621; (18) Alta Mesa GP, LLC, Case No. 20-30622; (19) Aransas Resources, LP, Case No. 20-30623; (20) ARI Development, LLC, Case No. 20-30624; (21) Brayton Management GP II, LLC, Case No. 20-30625; (23) Brayton Resources II, LP, Case No. 20-30626; (24) Brayton Resources, LP, Case No. 20-30627; (25) Buckeye Production Company, LP, Case No. 20-30628; (26) FBB Anadarko, LLC, Case No. 20-30629; (27) Galveston Bay Resources, LP, Case No. 20-30630; (28) LEADS Resources, LLC, Case No. 20-30632; (29) Louisiana Exploration & Acquisition LP, Case No. 20-30634; (30) Navasota Resources Ltd. LLP f/k/a Hilltop Acquisition, LLC, Case No. 20-30635; (31) Nueces Resources, LP, Case No. 20-30637; (32) Sundance Acquisition, LLC, Case No. 20-30638; (33) TEA Energy Services, Case No. 20-30639; (34) The Meridian Resource, LLC, Case No. 20-30640; and (35) Virginia Oil and Gas, LLC, Case No. 20-30641.

3. Any witnesses called or designated by any other party; and

4. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

Dated: January 31, 2020

Respectfully submitted,

JONES MURRAY & BEATTY LLP

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty
Tex. Bar No. 24051740
max@jmbllp.com
4119 Montrose Blvd., Suite 230
Telephone: (832) 529-1999
Facsimile: (832) 529-3393
*Proposed Counsel to Christopher Murray, Chapter 7 Trustee for the Debtors*

## Certificate of Service

I certify that the foregoing was served on all parties registered to receive notice of filings in the above referenced case via the Court's electronic case filing system.

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty