

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/04/2020

| | | |
|---|---|---|
| IN RE:<br>HIGH MESA, INC., *et al* | § § § | CASE NO: 20-30602 |
| PETRO OPERATING COMPANY, LP | § § | CASE NO: 20-30603 |
| PETRO ACQUISITIONS, LP; fdba PETRO ACQUISITIONS, INC. | § § § | CASE NO: 20-30604 |
| HIGH MESA HOLDINGS, LP | § § | CASE NO: 20-30605 |
| THE MERIDIAN RESOURCE AND EXPLORATION, LLC | § § § | CASE NO: 20-30606 |
| HIGH MESA HOLDINGS GP, LLC | § § | CASE NO: 20-30607 |
| AM IDAHO, LLC | § § | CASE NO: 20-30608 |
| LOUISIANA ONSHORE PROPERTIES, LLC | § § § | CASE NO: 20-30609 |
| AMH ENERGY NEW MEXICO, LLC | § § | CASE NO: 20-30610 |
| AM MICHIGAN, LLC | § § | CASE NO: 20-30611 |
| TEXAS ENERGY ACQUISITIONS, LP; fdba TEXAS ENERGY ACQUISITIONS, INC. | § § § § | CASE NO: 20-30612 |
| CAIRN ENERGY USA, LLC; fka CAIRN ENERGY USA, INC.; fka OMNI EXPLORATION, INC. | § § § § | CASE NO: 20-30613 |
| THE MERIDIAN PRODUCTION, LLC; fdba THE MERIDIAN PRODUCTION CORPORATION | § § § § | CASE NO: 20-30614 |
| HIGH MESA SERVICES, LLC | § § | CASE NO: 20-30615 |
| HMS KINGFISHER HOLDCO, LLC | § § | CASE NO: 20-30616 |
| ALTA MESA ACQUISITION SUB, LLC; fdba THE MERIDIAN RESOURCE | § § | CASE NO: 20-30619 |

| | | |
|---|---|---|
| CORPORATION | § § | |
| ALTA MESA DRILLING, LLC | § § | CASE NO: 20-30620 |
| ALTA MESA ENERGY, LLC | § § | CASE NO: 20-30621 |
| ALTA MESA GP, LLC | § § | CASE NO: 20-30622 |
| ARANSAS RESOURCES, LP; fka ARANSAS RESOURCES, INC. | § § § | CASE NO: 20-30623 |
| ARI DEVELOPMENT, LLC | § § | CASE NO: 20-30624 |
| BRAYTON MANAGEMENT GP II, LLC | § § | CASE NO: 20-30625 |
| BRAYTON RESOURCES, LP | § § | CASE NO: 20-30626 |
| BRAYTON RESOURCES II, LP | § § | CASE NO: 20-30627 |
| BUCKEYE PRODUCTION COMPANY, LP; fdba BUCKEYE PRODUCTION COMPANY, INC. | § § § § | CASE NO: 20-30628 |
| FBB ANADARKO, LLC | § § | CASE NO: 20-30629 |
| GALVESTON BAY RESOURCES, LP; fdba GALVESTON BAY RESOURCES INC. | § § § | CASE NO: 20-30630 |
| LEADS RESOURCES, LLC | § § | CASE NO: 20-30632 |
| LOUISIANA EXPLORATION & ACQUISITION, LP; fdba LOUISIANA EXPLORATION AND ACQUISITIONS PARTNERSHIP, INC. | § § § § § | CASE NO: 20-30634 |
| NAVASOTA RESOURCES LTD. LLP; fdba HILLTOP ACQUISITION LLC; fka NAVASOTA RESOURCES, INC. | § § § § | CASE NO: 20-30635 |
| NUECES RESOURCES, LP; fdba NUECES RESOURCES, INC. | § § § | CASE NO: 20-30637 |
| SUNDANCE ACQUISITION, LLC; fka SUNDANCE ACQUISITION CORPORATION | § § § § | CASE NO: 20-30638 |

| | | |
|---|---|---|
| **TEA ENERGY SERVICES LLC** | § | **CASE NO: 20-30639** |
| | § | |
| **THE MERIDIAN RESOURCE, LLC** | § | **CASE NO: 20-30640** |
| | § | |
| **VIRGINIA OIL AND GAS, LLC** | § | **CASE NO: 20-30641** |
| | § | **Jointly Administered Order** |
| Debtor(s) | § | |
| | § | **CHAPTER 7** |

### ORDER AUTHORIZING STATE OF FLORIDA AND UNITED STATES ENVIRONMENTAL PROTECTION AGENCY TO EXERCISE CERTAIN RIGHTS OF PETRO ACQUISITIONS, L.P. AND PETRO OPERATING COMPANY, L.P.

On its own motion and without objection from any party in interest, the Court Orders:

1. By this Order, the State of Florida and the United States Environmental Protection Agency (the "Governmental Agencies") are granted full and unfettered access to all of the real and personal property of Petro Acquisitions, L.P. and of Petro Operating Company, L.P. (the "Debtors") for the purposes of protecting the health, safety and welfare of the citizens and property located on or in the proximity of any of the Debtor's property or operations.  This property includes, without limitation, the property located at 4940 Blackjack Plant Road, commonly described as the Blackjack Creek Field and the Blackjack Creek Treating Facility in Santa Rosa County, Florida.

2. The Governmental Agencies are granted access and entry easements to the Debtors' properties.  These easements are durable and will survive the dismissal of this case.

3. The Trustee shall provide the Governmental Agencies with all plans, blueprints, operating manuals, safety manuals, procedures, gate access codes, keys and other real and personal property requested by the Governmental Agencies pursuant to the exercise of the rights granted by paragraph 1 of this Order.  The Trustee may make such provision by instructing his agents, Danos, or any other entity to make them available to the Governmental Agencies.

4. This Order is issued pursuant to the Court's jurisdiction arising under 28 U.S.C. § 1334, under the authority granted by 11 U.S.C. § 105 and in furtherance of 28 U.S.C. § 959.

5. This Order may be recorded in the real property records pursuant to Fed,. R. Civ. P. 70 as made applicable by Fed. R. Bankr. P. 7070; provided, this Order is effective upon entry and no recordation is required.

6. Any party-in-interest may move to modify this Order on an emergency basis at any time.

7. This Court has previously granted administrative status to any post-petition claim by Danos LLC for its post-petition services in this case. This Order does not adversely affect that status.

8. This Order is not stayed.

SIGNED **February 4, 2020.**

                                              Marvin Isgur
                              UNITED STATES BANKRUPTCY JUDGE