

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/04/2020

| | | |
|---|---|---|
| IN RE: § | | |
| HIGH MESA, INC., *et al* § | CASE NO: 20-30602 | |
| § | | |
| PETRO OPERATING COMPANY, LP § | CASE NO: 20-30603 | |
| § | | |
| PETRO ACQUISITIONS, LP; fdba PETRO § ACQUISITIONS, INC. § | CASE NO: 20-30604 | |
| § | | |
| HIGH MESA HOLDINGS, LP § | CASE NO: 20-30605 | |
| § | | |
| THE MERIDIAN RESOURCE AND § EXPLORATION, LLC § | CASE NO: 20-30606 | |
| § | | |
| HIGH MESA HOLDINGS GP, LLC § | CASE NO: 20-30607 | |
| § | | |
| AM IDAHO, LLC § | CASE NO: 20-30608 | |
| § | | |
| LOUISIANA ONSHORE PROPERTIES, § LLC § | CASE NO: 20-30609 | |
| § | | |
| AMH ENERGY NEW MEXICO, LLC § | CASE NO: 20-30610 | |
| § | | |
| AM MICHIGAN, LLC § | CASE NO: 20-30611 | |
| § | | |
| TEXAS ENERGY ACQUISITIONS, LP; § fdba TEXAS ENERGY ACQUISITIONS, § INC. § | CASE NO: 20-30612 | |
| § | | |
| CAIRN ENERGY USA, LLC; fka CAIRN § ENERGY USA, INC.; fka OMNI § EXPLORATION, INC. § | CASE NO: 20-30613 | |
| § | | |
| THE MERIDIAN PRODUCTION, LLC; § fdba THE MERIDIAN PRODUCTION § CORPORATION § | CASE NO: 20-30614 | |
| § | | |
| HIGH MESA SERVICES, LLC § | CASE NO: 20-30615 | |
| § | | |
| HMS KINGFISHER HOLDCO, LLC § | CASE NO: 20-30616 | |
| § | | |
| ALTA MESA ACQUISITION SUB, LLC; § fdba THE MERIDIAN RESOURCE § CORPORATION § | CASE NO: 20-30619 | |
| § | | |
| ALTA MESA DRILLING, LLC § | CASE NO: 20-30620 | |
| § | | |
| ALTA MESA ENERGY, LLC § | CASE NO: 20-30621 | |

| | | |
|---|---|---|
| ALTA MESA GP, LLC | § § § | CASE NO: 20-30622 |
| ARANSAS RESOURCES, LP; fka ARANSAS RESOURCES, INC. | § § § § | CASE NO: 20-30623 |
| ARI DEVELOPMENT, LLC | § § | CASE NO: 20-30624 |
| BRAYTON MANAGEMENT GP II, LLC | § § | CASE NO: 20-30625 |
| BRAYTON RESOURCES, LP | § § | CASE NO: 20-30626 |
| BRAYTON RESOURCES II, LP | § § | CASE NO: 20-30627 |
| BUCKEYE PRODUCTION COMPANY, LP; fdba BUCKEYE PRODUCTION COMPANY, INC. | § § § § § | CASE NO: 20-30628 |
| FBB ANADARKO, LLC | § § | CASE NO: 20-30629 |
| GALVESTON BAY RESOURCES, LP; fdba GALVESTON BAY RESOURCES INC. | § § § § | CASE NO: 20-30630 |
| LEADS RESOURCES, LLC | § § | CASE NO: 20-30632 |
| LOUISIANA EXPLORATION & ACQUISITION, LP; fdba LOUISIANA EXPLORATION AND ACQUISITIONS PARTNERSHIP, INC. | § § § § § § | CASE NO: 20-30634 |
| NAVASOTA RESOURCES LTD. LLP; fdba HILLTOP ACQUISITION LLC; fka NAVASOTA RESOURCES, INC. | § § § § § | CASE NO: 20-30635 |
| NUECES RESOURCES, LP; fdba NUECES RESOURCES, INC. | § § § § | CASE NO: 20-30637 |
| SUNDANCE ACQUISITION, LLC; fka SUNDANCE ACQUISITION CORPORATION | § § § § § | CASE NO: 20-30638 |
| TEA ENERGY SERVICES LLC | § § | CASE NO: 20-30639 |
| THE MERIDIAN RESOURCE, LLC | § § | CASE NO: 20-30640 |
| VIRGINIA OIL AND GAS, LLC | § § § | CASE NO: 20-30641<br>**Jointly Administered Order** |
| Debtor(s) | § § | **CHAPTER 7** |

**ORDER AUTHORIZING COMPROMISE OF DISPUTES**

## BETWEEN ESTATE OF PETRO ACQUISITIONS, L.P. AND PETRO OPERATING COMPANY, L.P. AND CERTAIN OF THEIR CURRENT OR FORMER SHAREHOLDERS, DIRECTORS AND OFFICERS

On this date, the Court authorized the Trustee to negotiate an emergency settlement with certain of the current or former shareholders, directors and officers of Petro Acquisitions, L.P. and Petro Operating Company, L.P. (jointly, "the Estates"). Shortly after receiving that oral authorization, the Trustee orally moved for the Court to issue this emergency order. No party in interest objected and the Court now approves the Trustee's oral motion.

The Court Orders:

1. The parties to this agreement are the Estates and William McMullen, Mark Stoner, Andrew Koehler, Bayou City Energy Management, L.L.C. and its affiliates, Andrew Kidd, Jeffrey Hostettler, HPS Investment Partners, LLC, Harlan Chappelle (and his affiliated entities) and Michael Ellis (and his affiliated entities) (collectively, the "Released Parties.").

2. The Released Parties must pay the Trustee the cumulative sum of $75,000.00, to be received not later than 5:00 p.m. on February 5, 2020.

3. The Estates, acting through the Trustee, release the Released Parties with respect to any allegation that the Released Parties failed to provide Petro Acquisitions, L.P. or Petro Operating Company, L.P. with adequate funds to meet exigent circumstances with respect to the immediate transition into these bankruptcy cases (the "Exigent Circumstances"). For the avoidance of doubt, this Release is intended to broadly release all allegations regarding the Exigent Circumstances, but is narrowly limited to a release concerning the Exigent Circumstances. In no event shall the Released Parties be required to provide any additional funds to provide for the Exigent Circumstances. By way of example, the $75,000.00 is intended to provide adequate funds for a two to three week emergency transition to the United States or the State of Florida. If the $75,000.00 is inadequate because the transition is more expensive than anticipated or longer in time than anticipated, the Released Parties will not be required to make additional contributions.

SIGNED **February 4, 2020.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE