UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| HIGH MESA, INC., *et al.*, § | Case No. 20-30602 |
| § | (Chapter 7) |
| Debtors. § | (Jointly Administered) |
| § | |
| § | |

## ORDER AUTHORIZING THE TRUSTEE TO EMPLOY TRUSTEE'S APPLICATION TO EMPLOY MACCO RESTRUCTURING GROUP, LLC AS FINANCIAL ADVISOR

The Court has considered the Trustee's *Application to Employ MACCO Restructuring Group, LLC as Financial Advisor* pursuant to Section 327(a), 327(d) and 330, the declaration of Drew McManigle in support of the application, and any objections or responses filed in respect of the application, and the record in this case. The Court finds that (a) notice of the application was adequate; (b) MACCO Restructuring Group, LLC is a disinterested person as defined in the Bankruptcy Code and holds no interest adverse to the trustee, the debtors, their estate, the United States trustee or other parties-in-interest in this case; (c) good cause exists to grant the application; (d) granting the application is in the best interest of the estate.

It is hereby ORDERED that:

1.     Christopher Murray, as trustee of the estate of the Debtors in these cases, is authorized to employ MACCO Restructuring Group, LLC effective February 18, 2020.

2.     MACCO Restructuring Group, LLC's fees and reimbursement of expenses are subject to application to and approval by the Court.

3. MACCO is hereby authorized to record its time in contemporaneous records setting forth the exact number of hours worked each day by each professional in a single entry, with a description of the general tasks and issues on which such professional was engaged that day, and an estimate of the approximate time devoted to such tasks and issues. The Court finds this billing method as being in substantial compliance with any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines established by the U.S. Trustee.

4. MACCO shall submit monthly invoices to the Trustee. Such invoices shall, at a minimum: (i) contain a summary of the services provided, (ii) identify the compensation earned by each executive and staff, and (iii) provide an itemization of expenses.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.